****EXECUTIONS SCHEDULED FOR APRIL 17, 20, 24, and 27, 2017****

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| JASON McGEHEE, STACEY JOHNSON, | ) | |
| BRUCE WARD, TERRICK NOONER, | ) | |
| JACK JONES, MARCEL WILLIAMS, | ) | |
| KENNETH WILLIAMS, DON DAVIS, | ) | |
| and LEDELL LEE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case Number  4:17-CV-00179 |
| | ) | |
| ASA HUTCHINSON, Governor of the | ) | |
| State of Arkansas, in his official capacity, and | ) | |
| WENDY KELLEY, Director, Arkansas | ) | |
| Department of Correction, | ) | |
| in her official capacity, | ) | |
| Defendants. | ) | |

REQUESTS FOR PRODUCTION

Plaintiffs, by and through undersigned counsel, respectfully submit the following

requests for production pursuant to Federal Rule of Civil Procedure 34:

I.    INSTRUCTIONS

These requests for production are being served on Wendy Kelley and Asa

Hutchinson in their official capacities as Director of the Arkansas Department of

Correction and Governor of the State of Arkansas, respectively.  As a result, Kelley must

furnish all information available to her as head of the Department of Correction, and

Hutchinson must furnish all information available to him as the chief executive of the

1

State of Arkansas.

Plaintiffs request Defendants to make available the requested items and to allow for the requested entries onto land within a reasonable amount of time given the context of this litigation, which centers around the scheduled executions of Plaintiffs to begin on April 17, 2017.  Plaintiffs request that such productions be made and entries allowed by on or before April 7, 2017, or before any preliminary-injunction hearing if sooner.

If objections are made, they must "state whether any responsive materials are being withheld on the basis of that objection.  An objection to part of a request must specify the part and permit inspection of the rest."  Fed. R. Civ. P. 34(b)(2)(C).

If any objection is based in whole or in part on a need to maintain confidentiality pursuant to Ark. Code Ann. § 5-4-617(i), state whether the information could be produced in whole or in part upon entry of a protective order in this litigation as contemplated by Ark. Code Ann. § 5-4-617(i)(3), and otherwise produce responsive material to the fullest extent possible.  State whether and when you plan to apply for a protective order in this Court and whether the attached protective order proposed by Plaintiffs is sufficient for each particular concern or, if not, what edits are believed to be necessary to facilitate production.

Electronically stored information should be produce by placing all responsive electronically stored information, in its original format, on a flash drive or drive(s).

Responses should be formatted to clearly identify the request to which the

response is addressed.

**You are under a continuing duty to supplement your responses to these production requests if new or additional information becomes available**.  Fed. R. Civ. P. 26(e).

The definitions set out in Plaintiffs' Interrogatories are incorporated by this reference and will apply to these requests as well.

## II.    REQUESTS FOR PRODUCTION FOR WENDY KELLEY

**Request for Production No. 1**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 1 of Plaintiffs' Interrogatories to Defendants, including but not limited to, documents showing licensure, training certificates, education, etc.

**Request for Production No. 2**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 2 of Plaintiffs' Interrogatories to Defendants.

**Request for Production No. 3**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 3 of Plaintiffs' Interrogatories to Defendants, including but not limited to, including but not limited to any and all updated Administrative Directives, in full.

**Request for Production No. 4**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 4 of

3

Plaintiffs' Interrogatories to Defendants.

**Request for Production No. 5**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 5 of Plaintiffs' Interrogatories to Defendants.

**Request for Production No. 6**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 6 of Plaintiffs' Interrogatories to Defendants.

**Request for Production No. 7**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 7 of Plaintiffs' Interrogatories to Defendants.

**Request for Production No. 8**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 8 of Plaintiffs' Interrogatories to Defendants.

**Request for Production No. 9**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 9 of Plaintiffs' Interrogatories to Defendants, including but not limited to, copies of any forms that have been or will be used for documentation in the execution procedure of Plaintiffs.

**Request for Production No. 10**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 10 of Plaintiffs' Interrogatories to Defendants, including but not limited to, copies of any

4

forms that have been or will be used in the process.

**Request for Production No. 11**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 11 of Plaintiffs' Interrogatories to Defendants.

**Request for Production No. 12**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 12 of Plaintiffs' Interrogatories to Defendants.

**Request for Production No. 13**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 13 of Plaintiffs' Interrogatories to Defendants.

**Request for Production No. 14**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 14 of Plaintiffs' Interrogatories to Defendants.

**Request for Production No. 15**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 15 of Plaintiffs' Interrogatories to Defendants.

**Request for Production No. 16**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 16 of Plaintiffs' Interrogatories to Defendants.

**Request for Production No. 17**: Produce all complete sets of "instructions"

referred to in Ark. Code Ann. § 5-4-617(e).

**Request for Production No. 18**: Produce labels and inserts for each and every drug or pharmaceutical agent intended to be used or otherwise maintained for possible use in any of the scheduled executions.

## III.   REQUESTS FOR ENTRY ONTO PROPERTY FOR WENDY KELLEY

**Request for Entry No. 1**: Allow entry by counsel for Plaintiffs to inspect the death house, including but not limited to, the execution chambers, chemical rooms, and witness rooms at the Cummins facility.

**Request for Entry No. 2**: Allow entry by counsel for Plaintiffs to inspect the storage conditions of the chemicals used in "Attachment C" describing the lethal-injection procedure.

## IV.   REQUESTS FOR PRODUCTION FOR ASA HUTCHINSON

**Request for Production No. 1**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 1 of Plaintiffs' Interrogatories to Defendants (Asa Hutchinson).

**Request for Production No. 2**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 2 of Plaintiffs' Interrogatories to Defendants (Asa Hutchinson).

**Request for Production No. 3**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 3 of Plaintiffs' Interrogatories to Defendants (Asa Hutchinson).

**Request for Production No. 4**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 4 of Plaintiffs' Interrogatories to Defendants (Asa Hutchinson).

**Request for Production No. 5**:  Produce unredacted copies of all documents listed or described in response to, or containing information responsive to, Interrogatory 5 of Plaintiffs' Interrogatories to Defendants (Asa Hutchinson).