ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2015-Oct-16  12:34:31
60CV-15-2921
C06D05 : 37 Pages

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN
AND FOR BROWARD COUNTY, FLORIDA

CRIMINAL DIVISION

CASE NO. 8718628CF10A


STATE OF FLORIDA,

        Plaintiff,

vs.

ROBERT HENRY

        Defendant.

-----------------------------/

**COPY**

    The above-entitled cause came on for HEARING

before the Honorable Judge Andrew L. Siegel, Circuit

Court Judge, Broward County Courthouse, Fort

Lauderdale, Florida 33301, held on March 10th, 2014.

        Rule 1.310 ( g ) Florida Rules of Civil Procedure

requires transcript copies to be obtained from the court

reporter unless so authorized by the Court.

EXHIBIT

8

Page 2

1   APPEARANCES:

2           BY:  MS. CAROLYN MCCANN, ESQ.,
            ASSISTANT STATE ATTORNEY
3           201 SE 6th Street
            Fort Lauderdale, Florida 33301
4           On behalf of the State.

5           BY: MR. KEVIN KULIK, ESQ.,
            ATTORNEY AT LAW
6           500 SW 3rd Avenue
            Fort Lauderdale, Florida 33315
7           On behalf of the Defendant.

8            BY:  MS. MELODEE SMITH, ESQ.,
            ATTORNEY AT LAW
9            101 NE 3rd Avenue #1500
            Fort Lauderdale, Florida 33301
10           On behalf of the Defendant.

11           BY:  MS. CECELIA TERENZIO, ESQ.,
            ASSISTANT ATTORNEY GENERAL
12          1515 North Flagler Drive #900
             West Palm Beach, Florida 33401
13           On behalf of the State.

14          BY:  MS. KATHERINE MCINTIRE, ESQ.,
            ASSISTANT ATTORNEY GENERAL
15          1515 North Flagler Drive #900
            West Palm Beach, Florida 33401
16          On behalf of the State.

17          BY:  MR. SCOTT BROWNE, ESQ.,
            ASSISTANT ATTORNEY GENERAL
18          1515 North Flagler Drive #900
             West Palm Beach, Florida 33401
19           On behalf of the State.

20

21

22

23

24

25

Page 3

1                    * * * INDEX * * *

2     WITNESS

3     Dr. Roswell Lee Evans (appeared via video)

4     Direct Examination by Ms. McIntire                    6

5     Cross Examination by Mr. Kulik                       16

6     Re-Direct Examination by Ms. McIntire           25

7     Re-Cross Examination by Mr. Kulik               26

8     Dr. Mark Dershwitz (appeared via video)

9     Direct Examination by Mr. Browne                29

10    Cross Examination by Mr. Kulik                      42

11    Re-Direct Examination by Mr. Browne         60

12    Dr. Joel Zivot

13    Direct Examination by Mr. Kulik                     65

14

15                    * * * EXHIBITS * * *

16    State's C becomes No. 2                        8

17    State's D becomes No. 3                    11

18    State's No. 4                                      32

19    Defense's No. 2                                63

20

21

22

23

24

25

Boss Certified Realtime Reporting
954-467-6867

Page 29

1                    DOCTOR MARK DERSHWITZ

2    a witness, having been duly sworn to testify in the above-

3    entitled cause, testified under oath as follows:

4            THE WITNESS:  Yes.

5            THE COURT:   Your witness.

6            MR. BROWNE:   Thank you.

7                    DIRECT EXAMINATION

8    BY MR. BROWNE:

9        Q    Doctor, please state your full name for the

10   record and spell your last name, please.

11       A    Mark Dershwitz.  D-E-R-S-H-W-I-T-Z.

12       Q    Doctor, can you please tell the Court briefly

13   about your educational background.

14       A    I received a Bachelor's degree in chemistry in

15   1974.  I then entered the M.D. Ph.D program at

16   Northwestern University and received my M.D. and my Ph.D

17   in pharmacology both in 1982.  I then started a residency

18   in anesthesiology at Massachusetts General Hospital in

19   Boston.  After I finished that I did a two year

20   postdoctoral research fellowship also at Mass. General.

21   And then I joined the staff there as an anesthesiologist

22   in 1986.

23       Q    And, Doctor, are you presently a practicing

24   anesthesiologist?

25       A    Yes, I am.  I have a faculty appointment at the

1    University of Massachusetts Medical School in the

2    Department of Anesthesiology as well as in the Department

3    of Biochemistry and Molecular Pharmacology.  And I am a

4    clinician at a hospital called UMass Memorial Health Care.

5        Q    And, Doctor, you mentioned pharmacology.  You've

6    had additional training in the area of pharmacology; is

7    that correct?

8        A    Yes.  I have a Ph.D in pharmacology granted by

9    Northwestern University.

10       Q    And we've already had one pharmacologist

11   testify.  But briefly can you tell the Court what a

12   pharmacologist does?

13       A    Pharmacology is a basic medical science that

14   broadly studies the effects of drugs and other chemicals

15   on biological systems.

16       Q    Doctor, in your practice as an anesthesiologist

17   can you ballpark give us an estimate of the number of

18   times that you have actually been present and induced

19   anesthesia prior to a surgical procedure?

20       A    Many thousands.  But I have a hard time being

21   more accurate than that.

22       Q    Okay.  Have you published, Doctor, in the area

23   of drugs and their impact on humans?

24       A    So I have approximately thirty peer-reviewed

25   articles in the medical literature.  Most of them involve

1    the pharmacology of anesthetic medications.  I have

2    authored I believe something like sixty something book

3    chapters.  And I have authored several books on

4    anesthesia.

5         Q    Doctor, have you in fact had occasion in the

6    course of your studies, or your career, to actually

7    publish an article on Midazolam?

8         A    I have several articles in which Midazolam was

9    one of the drugs under study in humans.

10        Q    And, Doctor, have you prepared in January of

11   2014 a curriculum vitae documenting your experience, or as

12   much of your experience both professionally and

13   academically?

14        A    Yes.

15        Q    And would that be approximately a nineteen paged

16   document?

17        A    I believe so.

18             MR. BROWNE:  Your Honor, may I approach the

19        witness?  Or the clerk?  I have a problem approaching

20        the witness.

21   BY MR. BROWNE:

22        Q    Doctor, does this appear to be -- can you see --

23   If it has your name on it and it's dated January 11th,

24   2014 would you assume that that's your curriculum vitae?

25        A    I have to assume it is since I sent it to you.

Page 32

1          MR. BROWNE:  May I approach the clerk, Your

2     Honor.

3          THE COURT:  Yes, you may.

4          MR. BROWNE:  May I have this marked as the next

5     exhibit.  And actually if there is no objection,

6     we've previously provided copy to defense counsel, I

7     would like that admitted as State's Exhibit four I

8     believe.

9          THE COURT:  Any objection?

10         MR. KULIK:  No objection.

11         THE COURT:  It will come in as State's Number 4.

12         (Thereupon, State's Exhibit No. 4 is entered

13         into evidence.)

14    BY MR. BROWNE:

15    Q     Doctor, at this time -- Did you recently testify

16    in the State of Florida on the safety and efficacy of

17    Midazolam under Florida's September 2013 protocol?

18    A     I did testify.  I wouldn't use the word safety

19    because I think that's an inappropriate term in this

20    context.  But I did discuss the pharmacology of Midazolam.

21    Q     And can you tell -- And you are familiar with

22    Florida's 2013 Protocol, Doctor?

23    A     Yes.

24    Q     And can you tell the Court what the impact of

25    two two hundred and fifty milligram syringes administered

Page 33

1   to an individual would be on an individual's

2   consciousness?

3       A    So five hundred milligrams of Midazolam is far

4   more than necessary to induce unconsciousness, or a state

5   of general anesthesia on any human.

6       Q    And how much if you were to induce an

7   unconscious state would you recommend using in an adult

8   say one hundred eighty pound man?

9       A    Well, first of all, in this context I can't make

10  a recommendation.  So can you please rephrase the

11  question.

12      Q    What would the impact of say fifty milligrams of

13  Midazolam be on an individual?

14      A    So fifty milligrams is the largest dose I

15  believe I've used to induce general anesthesia.  That's a

16  dose that is typically taken as greater than necessary.

17          The usual induction dose for a person who has

18  received no other premedication is usually taken as point

19  three or point three five milligrams per kilogram.

20          So for an eighty kilogram person, the typical

21  induction dose would be around twenty-five to thirty

22  milligrams.

23          The times that I was using up to fifty

24  milligrams was primarily because we wanted a more rapid

25  onset, and a deeper level in patients with brain tumors.

Page 34

1     Q     Doctor, how quickly would a two hundred and

2   fifty milligram dose of Midazolam be absorbed or impacted

3   by an individual?

4     A     When a drug is given intravenously the process

5   of absorption is bypassed.  So there is no absorption.

6   And the person does not need two hundred and fifty, or

7   five hundred milligrams to lose consciousness.

8   Consciousness will be lost after around twenty-five or

9   thirty or thirty-five milligrams will actually have been

10  delivered out of that total amount.

11          In terms of the timing.  The onset of the effect

12  of Midazolam is usually quoted as around one to two

13  minutes.

14          The best data in humans that I am aware of is in

15  a study in which Midazolam was used as a drug to treat

16  status epilepticus, which is a seizure that does not stop.

17          And in this study that was performed in patients

18  in an emergency department who were given Midazolam to

19  halt their seizures, of the patients studied in this group

20  no patient took longer than a one hundred seconds to have

21  their seizure stopped.  And many of them responded earlier

22  than that.  And I think that gives a pretty good idea of

23  the onset time of the drug.

24     Q     And how would Midazolam be processed by the

25  body?  There has been testimony here, and you've read an

Page 35

1   affidavit, that indicates there would be a drop in blood

2   pressure.  Would the effects on consciousness be felt

3   first?  Or would you have the drop in blood pressure

4   first?

5        A    Well, first of all, when Midazolam is given at

6   the usually doses for inducing general anesthesia, thirty,

7   thirty-five, or even fifty milligrams, the drop in blood

8   pressure is very mild if at all.

9             And so we don't have any data in humans, and I

10  have looked trying to find some, about what would happen

11  to the blood pressure if somebody were given one hundred,

12  two hundred, or more milligrams of Midazolam.  And I could

13  not find any data in humans.

14            So based upon the literature, I'd have to say I

15  don't know what the effect on the blood pressure will be

16  of a five hundred milligram dose.  All I can say is that

17  the effect on the blood pressure of a fifty milligram dose

18  is very small.

19       Q    And, Doctor, you've already testified that that

20  fifty milligram dose would be sufficient to render an

21  individual unconscious rather quickly; is that correct?

22       A    Yes.  Not only unconscious, but in the state of

23  general anesthesia.  Meaning that they could not perceive

24  or process any sort of noxious stimuli.

25       Q    Doctor, have you had a chance to review medical

Page 36

1    records from an individual by the name of Mr. Henry?   Have

2    you been provided medical records?

3        A    I was provided a few pages that listed his blood

4    pressures and blood lipoprotein concentrations over a

5    period of time as well as a document of what appears to be

6    the equivalent of an office visit.

7        Q    And, Doctor, have you also been provided an

8    affidavit from a Dr. Joel Zivot to review?

9        A    Yes, I read that.

10       Q    And can you testify regarding the possibility

11   that Mr. Henry based on --

12            Well, let me back up a little bit.  Based on

13   those medical records that you have reviewed, what degree,

14   if any, of heart disease that you have determined, or

15   could determine from those records does Mr. Henry suffer

16   from?

17       A    Well, first of all, obviously those medical

18   records are very limited.  But based upon the degree of

19   high blood pressure that he has, and the degree, if any,

20   of abnormalities in his lipoproteins, he would be

21   considered in terms of based upon those values at most

22   mild risk for coronary artery disease.

23            MR. BROWNE:  Your Honor, may I approach the

24        clerk and retrieve State's Exhibit 3 I believe.

25            THE COURT:  Yes, you may.

Page 37

1          MR. BROWNE:   State's Exhibit 1 I believe.

2    BY MR. BROWNE:

3      Q     Among those medical records that you referenced

4    does that include listing for several years his -- not

5    only his cholesterol, but his blood pressure readings from

6    2010, 2011, 2012, and 2013?  Does that sound familiar to

7    you?

8      A     Yes.

9      Q     And were those results remarkable, or

10   unremarkable to you?

11     A     In the context of looking at them, it looks like

12   if he has a diagnosis of hypertension it's very well

13   controled on the medications he is on.  And the blood

14   tests for lipids are generally taken to be within normal

15   limits.

16          Now, there is another page that I was also given

17   that indicated that he had clinical complaints of

18   shortness of breath and chest pain.

19          And with the data that I have, I am not able to

20   ascribe causes to why he might have shortness of breath or

21   chest pain.

22          Elsewhere in the record it indicated he has

23   been, or continues to be a smoker.  So it's possible that

24   his shortness of breath is related to that.  Or, you know,

25   numerous other possibilities.

Page 38

1          As far as his chest pain, as far as I can tell

2   he's never undergone a test that would be specific to

3   associate his chest pain with cardiac ischemia meaning a

4   decrease of the delivery of oxygen to the heart tissue.

5          So because there is so many causes of both

6   shortness of breath and of chest pain, I think with the

7   data we have available to us it is not appropriate to

8   ascribe these to a cardiac origin.

9      Q   And would it also be appropriate to say that

10  Mr. Henry is a very high risk patient for receiving

11  Midazolam?

12     A   If he were presenting to my operating room for

13  elective surgery, I would consider his risk to be mildly,

14  if at all, elevated compared to the average person of his

15  age.

16     Q   And, Doctor, have you studied in your studies or

17  your research on Midazolam have you noted an association

18  of a higher risk of heart attack in patients with mild

19  hypertension after --

20     A   No.   I have actually never heard of such a

21  thing.

22     Q   So would it be fair to say that there is no

23  direct association between Midazolam and causation of

24  heart attacks or cardiac event?

25     A   As far as I know the literature, no.   Now, the,

Page 39

1    you know, the expert for the inmate hypothesized that he

2    would have a heart attack based upon a substantial and

3    dangerous drop in blood pressure produced by the

4    Midazolam.

5         However, I do not necessarily believe that even

6    such a large does of Midazolam will cause a dangerous drop

7    in blood pressure simply because it's never been reported

8    in a population of people because it's never been studied

9    at those high doses.  But certainly in doses where

10   Midazolam is used clinically.  And I would say in my

11   experience it's up to a dose of fifty milligrams a

12   dangerous drop in blood pressure is unheard of.

13        Q    And, Doctor, therefore, can we -- Backing up

14   just a little bit.  Is it your testimony that two hundred

15   and fifty milligrams of Midazolam administered twice in

16   two separate syringes will within reasonable degree of

17   medical certainty render the inmate unconscious within two

18   minutes or less?

19        A    Yes.

20        Q    And, Doctor, also on whether or not Mr. Henry

21   will have a precipitous drop in blood pressure that will

22   initiate a heart attack.  Can you testify to a reasonable

23   degree of medical certainty that Mr. Henry, if in the

24   unlikely event that that drop in blood pressure initiates

25   a heart attack, Mr. Henry will be unconscious at that time

Page 40

1    from Midazolam?

2        A    Yes.  So we do know that whatever effects

3    Midazolam has on blood pressure are produced at the level

4    of the peripheral vessels.  And so basically there are two

5    different mechanisms typically by which drugs -- Or

6    actually I will expand this.

7             There are three general mechanisms by which

8    drugs can drop blood pressure.  They connect on the brain

9    to decrease the tone, the signals to the vessels to

10   constrict.

11            Midazolam doesn't do that.  The drug can

12   directly effect the heart's ability to contract, the

13   strength of beating, the strength of contraction.

14   Midazolam doesn't do that.

15            It has a mild effect to relax smooth muscle,

16   like the smooth muscle that makes up the blood vessels.

17            So whatever change in blood pressure that might

18   occur, which at the doses that are clinically used are

19   relatively mild, those effects are produced by an effect

20   on the peripheral blood vessels.

21            Now, in order for the hypothesis of the inmate's

22   suffering to be true, that would mean that the effect on

23   the blood vessels would have to proceed earlier and more

24   rapidly than the effect on the brain to induce

25   unconsciousness.  And that is completely implausible.

Page 41

1          Because, first of all, after the blood is pumped

2    from the heart to the circulation, the brain receives

3    literally the first amount of the blood pumped from the

4    heart because of its proximity.

5          And so once the brain will have received

6    approximately twenty-five milligrams the inmate will be

7    unconscious.

8          Now, for the blood pressure to fall, not only

9    does the Midazolam need to be pumped far more distantly,

10   especially to the lower extremities, but once it reaches

11   there it then has to start a cascade of events to result

12   in the relaxation of smooth muscle to cause the dilation

13   of the blood vessels that would then result in a drop of

14   blood pressure.  And that does not happen instantly.

15         And so there is no plausible way that I could

16   imagine that even if the Midazolam caused a drop in blood

17   pressure it would occur prior to the inmate losing

18   consciousness.

19   Q     So in other words, the inmate is going to be

20   unconscious before the precipitous drop in blood pressure?

21   A     The hypothetical drop in blood pressure.

22   Q     Again, I agree that you have looked at the

23   literature and we disagree perhaps with the premise.  But

24   even assuming that to be true, the brain will have the

25   impact in rendering an individual completely unconscious;

Page 42

1    is that correct, Doctor?

2        A    Yes.  Because we know that the action of

3    Midazolam to drop the blood pressure is going to happen at

4    the level of the vasculature, not anywhere closer to the

5    heart or the brain.

6        Q    And, Doctor, again, and your opinion in this

7    matter is to a reasonable degree of medical certainty; is

8    that correct?

9        A    That is correct.

10           MR. BROWNE:  One moment, Your Honor.

11           THE COURT:  Sure.

12           MR. BROWNE:  Thank you, Doctor.   Nothing

13       further.

14           THE COURT:  Any questions?  Do you want to wait

15       for Ms. Smith to come back in, Mr. Kulick?  She just

16       walked out for a moment.   Your witness.

17                    CROSS-EXAMINATION

18   BY MR. KULIK:

19       Q    Dr. Dershwitz, you were an expert for the

20   Government in the McGuire case in Ohio; isn't that

21   correct?

22       A    Yes.

23       Q    You testified in that case that Mr. McGuire

24   would be unconscious rapidly one and a half to two

25   minutes, I believe; correct?

Page 43

1      A     Yes.  Although you are treading to an area that

2  might involve comparing two different lethal injection

3  protocols, and I am not allowed to answer such questions.

4           MR. BROWNE:  Your Honor, I'd also have to lodge

5      a relevancy objection.  Ohio's protocol is vastly

6      different from Florida's.  It's ten milligrams of

7      Midazolam.  It is an opiate protocol.  Midazolam is

8      to relax an inmate potentially in conjunction with an

9      opiate render him unconscious.  They are simply too

10     different to be relevant.  It's beyond the scope.

11          MR. KULIK:  Based upon what we've heard that's

12     not what either doctor is saying.  Midazolam has a

13     ceiling effect.  There are no studies about a five

14     hundred milligram dose.  Both doctors agree on that.

15     And, you know, I think I should be allowed to talk to

16     Dr. Dershwitz about what happened out there.

17          THE COURT:  I will allow the question.

18          MR. KULIK:  Okay.

19  BY MR. KULIK:

20     Q     Doctor, you are aware that after that execution

21  process, there was a problem with Mr. McGuire?

22     A     I am unaware of such a problem.

23          MR. BROWNE:  Objection.  Also facts not in

24     evidence.  It's not been established.  I think

25     counsel is misrepresenting what occurred in Ohio.

Page 44

1          THE COURT:  It's cross examination.  He is

2     allowed to cross the witness.

3          MR. KULIK:  Right.

4          THE COURT:  Overruled.

5  BY MR. KULIK:

6     Q    You have previously theorized regarding a reason

7  that Mr. McGuire basically was gasping for air, moving for

8  some fifteen to twenty minutes after the administration of

9  Midazolam.  What was that?

10    A    Well, first of all, I believe your question

11 misstates the facts.  But in order to answer your

12 question, I have to discuss the pharmacology of the

13 different drug, and I am not allowed to discuss it today.

14    Q    Okay.  Have you previously testified that

15 debauched execution in Mr. McGuire's case was due to an IV

16 catheter being incorrectly inserted?

17    A    Absolutely not.

18    Q    Dr. Dershwitz, are you aware of any studies

19 showing the effects of a two hundred and fifty milligram

20 or five hundred milligram dosage of Midazolam in a human

21 being?

22    A    No.

23    Q    When you state your opinion about what the

24 effects are, you're extrapolating from smaller dose cases,

25 correct?

Page 45

1       A       I actually did not state what the effects of a

2   five hundred milligram dose would be on the cardiovascular

3   system.

4       Q       You state the effects that it would have on a

5   person's level of consciousness, correct?

6       A       That is correct because it only takes between

7   twenty-five to thirty-five milligrams in the average

8   person to induce a state of general anesthesia.  So it is

9   not plausible that a larger dose could do something other

10  than that.

11      Q       You would agree that the person -- there are

12  different levels of consciousness or unconsciousness?  You

13  could be likely unconscious, or you could be highly

14  unconscious; correct?

15      A       That's actually not correct.  Unconsciousness is

16  a quantal variable, meaning all or none.  Sedation or

17  hypnosis may be greater variables, meaning that you can

18  describe a depth.

19      Q       Are you aware of any studies that show that

20  Midazolam has some type of analgesic effect, that it's a

21  pain killer?

22      A       It does not have an analgesic effect.  However,

23  when it induces general anesthesia, the person is unable

24  to perceive or process noxious stimuli from all causes.

25      Q       When used in a general anesthesia setting, isn't

Page 46

1    it true that Midazolam is generally used in combination

2    with other drugs?

3        A    Other drugs may be given later, but it is

4    certainly reasonable to induce general anesthesia with

5    Midazolam by itself in an unpremedicated patient.  And I

6    have done that.

7        Q    Are you aware of any other doctors that have

8    done that?

9        A    During the drug shortagings we've had recently,

10   I can hypothesize that there must have many, many people

11   who used Midazolam, like I did, when we lost our access to

12   two other intravenous induction agents.

13       Q    Now, what were the other two shortage drugs?

14       A    I am not going to mention other drug's names

15   because that could be misinterpreted as giving advice to

16   how you may change a lethal injection protocol.

17       Q    From your observations would you agree that when

18   a drug is names as a lethal injection protocol drug, a

19   shortage ensues?

20           MR. BROWNE:  Objection.  Relevance.

21           THE COURT:  Sustained.

22           MR. KULIK:  He sustained it.  You don't have to

23       answer it.  He was thinking about his answer.

24   BY MR. KULIK:

25       Q    You testified in Mr. Henry's case that you

Page 47

1    observed his blood pressure readings over the years; is

2    that correct?

3         A    I saw I believe a single page of data that was

4    just presented an as exhibit.

5         Q    Okay.  So the State basically picked one out of

6    more than fifty pages of historical data and just gave you

7    the one page to look at, correct?

8         A    I truly have no idea, but they appear to be the

9    most recent data.

10        Q    Okay.  And from that that's what you formulated

11   your opinion upon, correct?

12        A    Based upon those data for the last few years his

13   blood pressure was either normal or only mildly elevated.

14        Q    And you are aware that mildly elevated while

15   taking medicine for high blood pressure, correct?

16        A    Yes.  His blood pressure seemed to be

17   well-controlled on the medications that he was given.

18        Q    Okay.  If he is on the medication when these

19   numbers are generated, what would that indicate to you

20   about what levels his blood pressure would be if he were

21   not on medication?

22        A    It tells me nothing.

23        Q    Okay.  Do you know for how many years he has

24   taken blood pressure medication?

25        A    I do not.

Page 48

1      Q    Okay.  So essentially the State just gave you

2  one front side of a piece of paper of data and that's all

3  you got to see, correct?

4      A    In addition to the data, there was also a second

5  page that appeared to be the notes from what looks to me

6  to be an office visit.

7      Q    Would you agree with me that a lowering of blood

8  pressure in a surgical anesthesia setting is a common

9  occurrence?

10     A    It depends on the medication.

11     Q    Most medications have an effect of lowering

12  blood pressure, maybe not significantly, but it's a common

13  occurrence, correct?

14     A    Again, you are getting into areas where I would

15  have to discuss the pharmacology of other drugs and I

16  cannot do that.

17     Q    Would you agree that an anesthesiologist like

18  yourself once a surgery begins -- actually before the

19  surgery even begins -- is present the entire time during

20  the surgery?

21     A    An anesthesia provider must be present during

22  the entire procedure.  It could be anesthesiologist.  It

23  could be a resident.  It could be a nurse anesthetist.

24  All would meet the standard.

25     Q    And why is that a requirement that somebody be

1    present?

2         A    Because the primary reason for having an

3    anesthesia provider there is to monitor the patient to

4    ensure safety.

5         Q    Okay.  One of the things that can happen while

6    under anesthesia is that a person's blood pressure can

7    drop.  You have observed that as an anesthesiologist,

8    correct?

9              MR. BROWNE:  Objection.  Asked and answered,

10        Your Honor.

11             THE COURT:  It was asked and answered.  But go

12        ahead.  You can preface it with the next question.

13   BY MR. KULIK:

14        Q    The difference in the question was you've

15   observed that personally, correct?

16        A    Yes.

17        Q    Okay.  What do you do in that circumstance?

18        A    It depends.  Sometimes nothing.  Sometimes I

19   give medication to raise the blood pressure.

20        Q    Now, what would be the situations in which you

21   would give medication to raise the blood pressure?

22   Describe a typical situation where that might occur.

23        A    Again, that gets into areas that I do not feel I

24   am able to discuss.

25        Q    Okay.

Page 50

1      A     Because it involves talking about the

2   pharmacology of other medications.

3      Q     You stated that a person would lose

4   consciousness before they could ever feel the effects of a

5   drop of blood pressure in a Midazolam setting for

6   anesthesiology, correct?

7      A     That is true.

8      Q     How would you describe the way in words in which

9   a person loses consciousness?  Is that a -- Is the person

10  wide awake and then suddenly unconscious, completely

11  unconscious?  Or is it a gradual process?

12     A     It's a gradual process.  But when a large dose

13  of drug is given, the time period over which that gradual

14  process occurs is actually measured as just a few seconds.

15         So from the time that they first perceive

16  something, to the time they lose consciousness is

17  generally seconds as single digits in terms of numbers of

18  seconds.

19     Q     Okay.  Would you agree that a person can be

20  lightly anesthetized, or deeply anesthetized?

21     A     In general that's a true statement.

22     Q     So a lightly anesthetized person might respond

23  to a noxious stimuli, and a deeply anesthetized person

24  might not, correct?

25     A     That would be true.  But what you are calling

Page 51

1    lightly anesthetized I would phrase as inadequately

2    anesthetized.  Because if our goal is surgical anesthesia,

3    then the end point to which we bring the patient is the

4    inability to process noxious stimuli of all causes.

5         Q    How do you know that the administration of

6    Midazolam alleviates pain?  What studies are you aware of

7    that indicates that pain is eliminated?

8         A    So when Midazolam is given to induce general

9    anesthesia, and then a noxious stimuli is performed, and

10   one of the most noxious stimuli that anesthesiologists

11   perform on a patient is to put a laryngoscope in the mouth

12   and then put a breathing tube into the trachea.  And

13   typical there is no change, or a minimal change in blood

14   pressure and heart rate when that occurs.

15             So not only is the person unconscious, but the

16   parts of the brain that are still processing noxious

17   stimuli are not responding to the noxious stimulus by

18   increasing heart rate and blood pressure.

19        Q    Do you interview your patients after they wake

20   up from surgery?

21        A    As often as I can.

22        Q    Is there such a thing as awareness while under

23   anesthesia?

24        A    Certainly.

25        Q    What is that?

Page 52

1         A      Awareness under anesthesia means that at a point

2    in time when the anesthesia clinician intends the person

3    to be unconscious, they in fact are not.

4         Q      Okay.  In situations like that, does the person

5    feel pain?

6         A      They may or they may not.

7         Q      And this is a situation in which noxious stimuli

8    are applied obviously, correct?

9         A      It may or it may not.  It just depends on the

10   circumstances.

11        Q      All right.  Now, under the Lethal Injection

12   Protocol, I know you said you familiarized yourself with

13   that, how is the drug injected into the person?

14        A      Through an intervenous catheter that is

15   typically placed in the arm.

16        Q      How long does it take?

17        A      How long does it take for the injection sequence

18   to complete?

19        Q      Yes.  How long would it take to inject five

20   hundred milligrams of Midazolam into a human being using

21   the method that is described in the protocol which I

22   believe is a sixty milligram syringe syringe?

23        A      I believe you mean sixty milliliter.

24        Q      Milliliter.  You are right.

25        A      It depends on how hard the person is pushing.

Page 53

1    Typically with a syringe like that if you are pushing as

2    hard as you can you can put in about two milliliters per

3    second.  So five hundred milligrams is a fifteen

4    milliliter volume.  And so the amount that is enough to

5    cause general anesthesia would actually go in within the

6    first couple of seconds.  And the remainder would depend

7    partially on how hard the person is pushing.  But probably

8    under half a minute.

9        Q    If a blood pressure is lowered as a result of

10   the administration of anesthesia, is it a gradual thing

11   generally, or does it occur all at once?  Is it a discreet

12   event somehow?

13       A    That actually typically happens gradually.

14       Q    How gradually would you say?  Can you give us an

15   example.

16       A    Well, again, I would have to discuss other

17   medications that drop the blood pressure significantly and

18   I can't do that.

19       Q    Well, you have seen Midazolam lower blood

20   pressure at least in some cases, correct, of the thousands

21   of certain cases that you have done?

22       A    By a small amount.

23       Q    Okay.  How does a drop in blood pressure in such

24   a case occur when you say gradually?

25       A    Well, as I explained, the Midazolam causes

Page 54

1    relaxation of blood vessels, and that in turn decreases

2    what we call systemic vascular resistance.  And that's the

3    mechanism for the blood pressure dropping.

4         Q    Are you aware of any scientific studies that

5    verify that a very large dosage of Midazolam prevents all

6    experiences of pain?

7         A    That's not the way I would phrase it.  I would

8    say that the conscious processing of noxious stimuli is

9    typically oblated by doses of Midazolam in the average

10   person exceeding about twenty-five to thirty milligrams.

11        Q    Well, one of the effects of Midazolam is that it

12   prevents a person in many cases from having any memory of

13   what happened once the dosage begins; is that correct?

14        A    Yes.  But to talk about the anesthetic effects

15   of Midazolam is only appropriate in conscious patients

16   when the drug is used for sedation.

17        Q    Okay.  Well, I am trying to get to the

18   scientific basis for your assertion that the -- that this

19   very large doses of Midazolam that we have no studies of

20   prevents a person from feeling pain.

21        A    Again, I didn't say feeling pain.  What I said

22   was consciously processing the pain with the noxious

23   stimuli because all conscious processing is oblated by

24   doses exceeding about twenty-five to thirty milligrams in

25   the average person.  Now, as you go from twenty-five to

Page 55

1   thirty milligrams all the way up to five hundred

2   milligrams, there is no possible or plausible explanation

3   for anything other than that inability to process the

4   noxious stimuli or not to continue to be present.

5       Q    What would be a more extreme noxious stimuli

6   pushing on the eyeball or having a heart attack?

7       A    Well, a heart attack is painful, but it's

8   probably not as painful as being intubated.

9       Q    Would you agree that having a heart attack is a

10  more noxious stimuli than pushing on an eyeball?

11      A    I don't know what pushing on an eyeball means.

12  It's not something that I do.  And it's not something that

13  anybody else I know does.  Because pushing on an eyeball

14  is probably bad for the person.

15      Q    Right.  Well, it's, you know, that's one of the

16  states noxious stimuli that's why I'm asking you.  And

17  it's in the Protocol.  Are you familiar with that?

18      A    That's not my understanding.

19      Q    Okay.  What is your basis for knowing the impact

20  of the dose of Midazolam two hundred and fifty milligrams

21  versus a normal surgical dose?

22      A    It's not possible or plausible that two hundred

23  and fifty milligrams will have less of a pharmacological

24  effect than twenty-five.  And we know that twenty-five or

25  thirty will render the person completely unconscious.  So

Page 56

1   therefore so will two hundred fifty.

2        Q    When you say unconsciousness, you are not

3   referring to awareness, though, correct?  Awareness under

4   anesthesia is a different thing.

5        A    I am talking about complete unconsciousness --

6   Let me remove the word complete.  My definition of

7   unconsciousness includes the inability to perceive not

8   only noxious stimuli, but the environment in any way,

9   shape, or form.  So therefore by definition the person is

10  completely unaware.

11       Q    Now, you would agree that if a person is lightly

12  anesthetized, or as you stated before, ineffectively

13  anesthetized, it takes less of a noxious stimuli for them

14  to feel it?

15       A    That's not what I said.  What I said was if a

16  person is inadequately anesthetized, awareness is

17  possible.  That's what I said.

18       Q    Okay.  Does awareness occur in a case where a

19  person is given a normal surgical dosage of Midazolam?

20       A    For induction of anesthesia, no.

21       Q    In the studies that you are referring to, and

22  your personal experience, how often would you say you've

23  used Midazolam only as opposed to Midazolam and some kind

24  of combination with other drugs?

25       A    I've used Midazolam by itself to induce general

Page 57

1    anesthesia.  I couldn't really tell you how many times.

2    But necessarily I gave other drugs later to maintain

3    general anesthesia because the cases typically were long.

4         Q    Okay.  Midazolam is used for longer procedures.

5    Why is that?

6         A    Midazolam does not wear off quickly after large

7    doses.  And so if the operation were short, and we wanted

8    a person to be wide awake and bright-eyed and bushy-tailed

9    at the end of the case, then Midazolam is not a good

10   choice for an induction agent because of its duration.

11        Q    Would you agree that also there is a ceiling

12   effect?  You reach a point with drugs like Midazolam where

13   the application of additional dosage amounts has

14   negligible effect?

15        A    It has negligible effects on certain parameters,

16   but because we haven't studied doses beyond fifty I can't

17   tell you about whether or not there is a ceiling parameter

18   on -- ceiling effect on all parameters.

19        Q    Okay.

20        A    But for example, one parameter that occurs at

21   relatively low doses you can't measure an effect beyond

22   apnea.  So in other words, if a person stops breathing,

23   which typically happens at around twenty-five or thirty

24   milligrams of Midazolam, or maybe a little less, the

25   cessation of breathing cannot be increased.  Once you stop

Page 58

1    breathing, you stop breathing.

2            So we have no idea what would happen to

3    breathing, for example, if you raised the dose from

4    twenty-five milligrams to two hundred fifty because you

5    can't measure an effect beyond the maximum possible effect

6    which is stopping breathing.

7        Q    Well, all forms of anesthesia can have an effect

8    on breathing, correct?

9        A    Again, I can't answer that question.  That

10   involves drug comparisons with other drugs and I am not

11   allowed to do that.

12       Q    Okay.  Would you agree that in a normal surgical

13   setting, though, if a person is going to be placed under

14   any kind of anesthesia you would want to be prepared to

15   assist their breathing if necessary?

16       A    An anesthesiologist is always prepared to assist

17   ventilation if necessary.

18            MR. KULIK:  Judge, can I have just one moment.

19            THE COURT:  Sure.

20   BY MR. KULIK:

21       Q    Doctor, how many times would you say you've

22   testified on behalf of the Government in a case involving

23   the death penalty?

24       A    I would have to refer to my Rule Twenty-Six

25   list, but my guess is probably somewhere in the teens.

Page 59

1    But off the top of my head I think it will be hard for me

2    to be any more specific than that.

3         Q     Have you ever testified for the defense?

4         A     No.  Well, let me rephrase that.  I've never

5    testified on behalf of an inmate, but many of the cases

6    the State was the defendant.

7         Q     Okay.  I understand.  You've been testifying on

8    behalf of the Government since 2010; is that correct?  Or

9    is it before then?

10        A     In any state?

11        Q     In any state, yes?

12        A     I believe the first case that I was involved in

13   was in Ohio which would have put it in 2003.

14        Q     Okay.

15        A     Again, I don't have my Rule Twenty-Six list in

16   front of me, so anything I say in this regard is strictly

17   off the top of my head.

18        Q     I understand.  You've stated that the maximum

19   surgical dosage of Midazolam to achieve anesthesia would

20   be I think you said fifty milligrams, correct?

21        A     Well, that's the most I have given.  The maximum

22   recommended dose in the package label is lower than that.

23   But I elected to go higher in some specific types of

24   cases.

25        Q     Is there any scientific basis that you know of

Page 60

1   in a living person to give a dosage of two hundred fifty

2   milligrams, or five hundred milligrams?

3        A    No.

4             MR. KULIK:  No further questions.  Hang on one

5        second.

6             THE COURT:  You may have another question,

7        Mr. Kulick.

8             MR. KULIK:  No further questions, Judge.

9             THE COURT:  Okay.

10            MR. BROWNE:  One question.

11            THE COURT:  That's fine.

12            MR. BROWNE:  Your Honor.

13                      RE-DIRECT EXAMINATION

14   BY MR. BROWNE:

15        Q    Doctor, when you mentioned oblate consciousness

16   can you tell the Court what you meant by that in common

17   terms?

18        A    So when a patient is rendered unconscious, that

19   means that they don't respond to any environmental

20   stimuli.  And so for example, in a clinical situation

21   where we are applying stimuli we may start with relatively

22   minor things like speaking their name or gentle shaking.

23   And then we escalate the degree of stimulus up to and

24   including the application of a noxious stimulus, which in

25   my practice typically involves a pinch as hard as I can.

Page 61

1    Of course only if the person does not respond to the less

2    noxious stimuli.  But an unconscious person does not

3    respond in a purposeful way to any environmental stimuli.

4       Q    And specifically for those not familiar with the

5    term, oblate means destroy; is that correct?

6       A    I would define oblate in this context as have no

7    response to.

8              MR. BROWNE:  Thank you.  No further questions.

9              THE COURT:  Any other questions?

10             MR. KULIK:  No, Judge.

11             THE COURT:  Thank you very much, Doctor.  You

12    are free to go.

13             (Thereupon, the witness is excused.)

14             THE COURT:  Okay.  With that what do you have?

15    Any witnesses?

16             MS. SMITH:  Judge, we need your order and then

17    we are going to discuss that order with our witness

18    who is outside.

19             THE COURT:  Okay.  That's fine.  Give me a few

20    minutes to draft it.  Let me have a ten minute break.

21             MS. SMITH:  Thank you.

22             (Thereupon, a recess was had after which the

23             following proceedings continued.)

24             THE COURT:  The pages that were used as

25    demonstrative when Dr. Zivot testified.

Page 95

1          concluded.)

2                    --------------

3   STATE OF FLORIDA

4   COUNTY OF BROWARD

5

6          I, LaQueeta Chinn, Court Reporter, certify that I

7   was authorized to and did stenographically report the

8   foregoing proceedings.  And that this transcript is a true

9   and complete record of my stenographic notes.

10          Dated this 11th day of March 2014.

11

12

13

14                    LAQUEETA T. CHINN
                      Court Reporter
15                    Commission#EE047551
                      Expires December 11th, 2014
16

17

18

19

20

21

22

23

24

25