IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CAPITAL CASE

JASON MCGEHEE                                                                                           PLAINTIFF

v.                                        Case No. 4:17-cv-00179 KGB

ASA HUTCHINSON, *et al.*                                                                          DEFENDANTS

## ORDER

Before the Court is separate plaintiff Ledell Lee's emergency motion for injunction (Dkt. No. 70). Defendants responded to the motion (Dkt. No. 71). The Court was prepared to rule on Mr. Lee's motion at 11:50 p.m. Mr. Lee was pronounced dead at 11:56 p.m.

Mr. Lee moved for an emergency injunction to prevent his execution on two grounds. First, Mr. Lee argued that defendants would not be able to execute Mr. Lee before his death warrant expired at midnight on April 20, 2017. The Court denies Mr. Lee's motion on this ground, as his argument rests on an interpretation of state law, which was settled by the Arkansas Supreme Court in denying an identical motion filed by Mr. Lee. Second, Mr. Lee argues that the method of his execution violates the Eighth Amendment citing *Baze v. Rees*, 554 U.S. 35 (2008). This Court is bound by the Eighth Circuit's decision in *McGehee v. Hutchinson*, No. 12-1804 (8th Cir. Apr. 17, 2017) (per curiam). The Court denies his motion, as he fails to establish the first prong of *Glossip*, because the asserted risk of harm is too speculative. *Glossip v. Gross*, 135 S. Ct. 2726, 2737 (2015) ("[P]risoners cannot successfully challenge a method of execution unless they establish that the method presents a risk that is *sure or very likely* to cause serious illness and needless suffering, and give rise to 'sufficiently *imminent* dangers.'"). Mr. Lee fails to establish the second prong of *Glossip*, as there was no additional evidence presented to this Court, of an alternative method of

execution "that is feasible, readily implemented, and in fact significantly reduce[s] a substantial risk of severe pain[,]" aside from the evidence presented at the hearing on the motion for preliminary injunction which the Eighth Circuit determined to be insufficient. *Id.*

So ordered this 21st day of April, 2017.

_____
Kristine G. Baker
United States District Judge