## DECLARATION OF JAMIE GIANI

1. I am an Assistant Federal Public Defender with the Capital Habeas Unit in Little Rock, Arkansas. Marcel Williams was a client of our office.

2. I was present at Cummins from about 2:40 until after 11:00 PM on April 24, 2017. I visited with Marcel prior to his execution and then witnessed the execution itself.

3. During this time, and particularly during the execution itself, I took notes as to what was going on, marking down exact times whenever possible. The following timeline is taken from my notes and accurately reflects my recollection of what happened on April 24, 2017:

- 2:40    Arrived at prison with Scott; told only Scott was approved to go back, but that even he could not go back right now

- 4:44    After repeated requests to see our clients, to no avail, and without being given any good reason, I attempted to call Lee Rudofsky's cell phone from the deputy warden's office. It went to voicemail.

- 4:45    I call Judge Baker's chambers to let her know we were not being allowed to see our clients at this crucial time and we had been waiting two hours. While we were on the phone, Major Cyr informed us that they would now take Scott and Jeff back. Scott and Jeff left the deputy warden's office to visit the clients.

- 5:40    Scott returned, and I was driven to the death house.

- 5:45    Began my visit with Marcel

- 6:40    They came to take Jack Jones to be executed.

- 7:00    Marcel was given clean, pressed, execution whites and told to put them on by 7:30. No shoes – socks only.

- 7:20ish Father Harris administered last rites to Marcel.

- 7:50ish  The Emergency Response Team in full riot gear came to take Marcel out of his cell. I asked if I could hug him goodbye. They said no. So I reached through the bars, squeezed his hand, and said goodbye. Father Harris and I were escorted out. White vans with witnesses arrived, and Scott was brought over from the garment factory. We waited to be told when to go into the witness room.

- 8:03  We sat down in the witness room. We were the last to be seated as the attorneys. We were seated in the back row by the door so that we could stand to see if we needed. There were three rows of seats ahead of us, packed in a tight room, facing four large windows covered on the inside by a black curtain. The door to the execution chamber was to the right of the windows. Light and movement of feet could be seen through a slight crack. Lights in the witness room were dimmed. Witnesses sat quietly. 9 men and one woman were citizen witnesses; 2 men and 1 woman were media; 2 male chaplains; Scott and myself. An officer stood in the passageway in front of the execution door with another female ADC employee.

- 8:16  I hear the phone ring in the execution chamber.

- 8:17  We are told there is a 20-minute stay from the courts. Wendy Kelley opened the door from the execution chamber and asks Will Jones (citizen witness) to step out. I stepped out and called John Williams. I eventually rejoined the others in the witness room after a brief conversation to determine what was happening (there was movement in Jones's execution and they were asking for a stay of Marcel's before Judge Baker).

- 8:28  Scott left to call John. I remained in the witness room (with no watch or clock). During the following 20 minutes, we hear muffled talking coming from the execution chamber. I can discern what sounded like Marcel's voice and Wendy Kelley's voice. I overhear the female ADC employee talking with officer saying Jones kept talking after his last words

and media is saying we turned the mic off too early (maybe her name is Shelly?). Loud laughter comes from execution chamber – clearly Marcel. "Shelly" whispers "That's Marcel in there laughing." Marcel laughs several times, and I continue to hear voices. Officer asks "Shelly" if "we need to take these witnesses back out." "Shelly" makes a call on her cell phone and is apparently told not to take the witness out. I believe I hear Marcel say "Seriously. Go look it up." And another loud laugh. Continue to hear Marcel and what sounds like Wendy Kelley's voice.

- 8:49    Hear a knock inside the execution chamber
- 8:50    Hear jangling inside execution chamber – something happening with shackles.
- 8:56    Scott still outside; continue to hear some talking in execution chamber but can't discern voices; witness room is quiet.
- 8:59    "Shelly" makes another phone call – still no word; Banging sound in execution chamber; witnesses begin to stand up and stretch.
- 9:04    It seems to be quieter in the execution chamber
- 9:10    Officer and "Shelly" step into vestibule for about ten seconds and close door; everything is quiet; the air kicks on
- 9:17    The main door to the outside opens and all witnesses are taken back out. I'm feeling hopeful. I ask if Marcel is back in the cell. Father Harris and I would like to go see him.
- 9:20    Father Harris and I are escorted back to Marcel's cell, passing what appears to be the IV team on the way in. Marcel said that he had been strapped down for quite a while but that he eventually said he had to go to the bathroom if they were going to be there a while. They then brought him to the bathroom and Wendy Kelley told them to just let him stay in the cell until the stay was lifted. He still had his ankle straps on. He said that

they had tried to start on IV but had not actually stuck him yet. He said he had been in the cell for maybe about 15 minutes. I told him we were not sure the stay would hold.

- 9:25    They came back in and said the stay was lifted. Same procedure with the riot gear and a rushed second goodbye. This one would be the last.

- 9:32    We were again seated in the witness room, and the officer knocked on the door to let the execution chamber know we were present and seated. Dexter Payne is also in the room now.

- 9:43    Hear talking from execution chamber – I believe it's Marcel and Wendy Kelley; rolling noise

- 9:45    "Shelly" makes quick phone call to say "be careful with that curtain." Don't know what she was talking about. I had not noticed any issues with curtain.

- 9:55-56 Continue to hear people talking in low voices in the execution chamber; otherwise everything is quiet

- 9:59    Drawer-like noise and shackles noise from execution chamber

- 10:04   Dexter Payne shows "Shelly" something on his cell phone

- 10:09   More talking from execution chamber – sounds something like "do not cover it up."

- 10:14   A banging sound and jangling from execution chamber

- 10:15   Hear a male's voice from execution chamber – don't think it's Marcel's

- 10:16   Knocking sound in execution chamber; after 45 minutes of sitting in the witness room, the curtains are suddenly opened and light comes pouring in from the execution chamber. Marcel is lying with his right side facing us, his right arm extended out, strapped down, towards the witness room. The designee stands by Marcel's head on Marcel's right side, at times slightly obstructing the view. I see tubes going to the crook of Marcel's right elbow as well as his right wrist. I see no tubes going anywhere else on

his body. Marcel is asked if he has any last words; he slightly shakes his head no and says nothing. The sound feed from the execution room is turned off. Marcel's body is covered with a sheet, but his right arm is visible. There is some sort of board-type strap across his chest and his arms and hands are strapped down. His legs and feet are not visible. His head is squeezed between a yellow, vice-type contraption but limited movement of his head is still possible as evidenced by his ability to indicate he had no last words. The medication is started.

- 10:17    Marcel's eyes close. He is breathing very hard. His chest visibly rises up and down in hard, almost jerky motions.
- 10:18    Hard breathing continues; Marcel turns his head slightly.
- 10:19    After only two minutes, designee begins checking Marcel's neck, touches his arm and hand. Not clear if this is part of the consciousness check.
- 10:20    Hard breathing continues. Designee touches Marcel's right fingers; I hear loud talking coming from outside.
- 10:21    Marcel's head moves; hard breathing continues; Designee places pulse ox on Marcel's right middle finger
- 10:22    Designee touches Marcel's eyelashes and speaks into his ear (not loudly enough to be heard in witness room where I was standing); Marcel's head turns; hard breathing continues; Designee touches Marcel's hand and removes pulse ox (it is never replaced)
- 10:23    Marcel's breathing visibly slows; I no longer see the sheet moving.
- 10:24    Designee checks Marcel's right wrist
- 10:25    Marcel coughs
- 10:26    Designee again brushes Marcel's eyelashes and touches his hand and arm
- 10:27    Designee just keeps looking at Marcel; his face appears to show concern

- 10:28   Marcel's right eye (I cannot see his left) opens slightly; I can see movement of his eyeball
- 10:29   I continue to see eye movement
- 10:30   Designee continues to just look at Marcel at this point
- 10:31   Designee brushes Marcel's eyelashes; the right eye is still open; Designee takes out a stethoscope and puts it on Marcel's neck and chest; appears to listen for breathing.
- 10:32   Designee says I think we need to call the coroner (this was actually audible even without the audio being on); Coroner comes in and uses his stethoscope to briefly check Marcel
- 10:33   Time of death is announced; Wendy Kelley reads proclamation.

4. I kept waiting for the consciousness check to be completed. I never saw the designee make any affirmative indication that Marcel was not conscious, and in fact, there was eye movement until at least 3 minutes before the coroner was called. I did not think they had even pushed the second or third drugs yet, so I was shocked when the coroner was called. I saw no sternum rub or pinch. It certainly was not clear how the consciousness decision was made – if, in fact, it ever was.

I swear that the foregoing is true and correct to the best of my knowledge under penalty of perjury under the laws of the United States and the State of Arkansas.

_4/25/17_
Date

_Jamie Giani_ (signature)
Jamie Giani