FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 09 2017

JAMES W. McCORMACK, CLERK
By:___CUDhite_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JASON McGEHEE, et al.                                                      PLAINTIFFS

VS.                         NO. 4:17cv00179-KGB

WENDY KELLEY, et al.                                             DEFENDANTS

### ARKANSAS STATE CRIME LABORATORY'S MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL CASE

COMES now Arkansas State Crime Laboratory (hereinafter "ASCL"), by and through its attorney, Doralee Chandler, and for its Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Case states:

1. The ASCL was served with a Subpoena in the above civil matter requesting among other things the autopsy report and medical records related to Mr. Kenneth Williams.

2. The records the Federal Public Defender's Office is seeking in this matter are privileged, protected documents.

3. The issuance of a Subpoena alone is not sufficient to overcome the requirements set forth in State and Federal law governing the release of the documents by the ASCL.

4. Release of autopsy records by the ASCL in a civil matter requires a two prong compliance - Ark. Code Ann. §12-12-312 and the Health Insurance Portability & Accountability Act.

5. The Federal Public Defender's Office has failed to comply with the standards and requirements set forth in HIPPA and the mere issuance of the Subpoena does not circumvent those requirements or protect the ASCL from suit for a privacy violation.

6. ASCL seeks to have the Subpoena quashed pursuant to Fed R. Civ. P. 45(d)(3)(A)(iii) until the Federal Public Defender's comply with the requirements set forth in HIPPA.

Respectfully submitted,

ARKANSAS STATE CRIME LABORATORY

By: *Doralee Chandler*
Doralee I. Chandler #98179
General Counsel
#3 Natural Resources Drive
Little Rock, Arkansas 72205

Certificate of Service

I hereby certify that on this ___9th___ day of ___June___, 2017, a true and correct copy of the above and foregoing instrument was duly served on the other party (ies) herein by either mailing a copy of same, postage paid, or by electronic service to:

Mr. John C. Williams
Federal Public Defender
1401 W. Capitol, Ste. 490
Little Rock, Arkansas 72201

Mr. Monty Baugh
Ms. Jennifer Merritt
Mr. Gary Sullivan
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201

*Doralee Chandler*
Doralee I. Chandler