*McGehee, Johnson, Ward, Nooner, Jones, Williams, Davis, Lee v HUTCHINSON, WENDY KELLY, ET AL*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| JASON McGEHEE, STACEY JOHNSON, BRUCE WARD, TERRICK NOONER, JACK JONES, MARCEL WILLIAMS, KENNETH WILLIAMS, DON DAVIS, and LEDELL LEE, <br><br> Plaintiffs, <br><br> V. <br><br> ASA HUTCHINSON, Governor of the State of Arkansas, in his official capacity, and WENDY KELLEY, Director, Arkansas Department of Correction, her official capacity, <br> Defendants. | CASE NO. 4:17-cv-00179KGB |

### Declaration of Dr. Daniel Buffington

1. I, Dr. Daniel E. Buffington, under penalty of perjury, declare the following to be true:

2. I have received and reviewed the records that were provided to me pertaining to the case Jason McGehee, Stacey Johnson, Bruce Ward, Terrick Nooner, Jack Jones, Marcel Williams, Kenneth Williams, Don Davis, and Ledell Lee v. Asa Hutchinson, Governor of the State of Arkansas, in his official capacity, and Wendy Kelley, Director, Arkansas Department of Correction, her official capacity. These documents include but are not limited to: Complaints: Case Complaint, Amended Complaint For Declaratory and Injunctive Relief in state court (9-28-15); Reports: Litigation Report – The Pharmacology of Arkansas' Lethal Injection Procedure: Facts, Interpretations, and Alternatives by Craig W. Stevens, Ph. D. (3-21-17); Litigation Report - The Pharmacology of Arkansas' Lethal Injection Procedure: Facts, Interpretations, and Alternatives (9-28-15), Dr. Craig Stevens Supplemental Report (11-9-15); Court Transcripts: Hearing - State of Florida v Robert Henry (3-10-14), Evidentiary Hearing - State of Florida v Paul Howell (2-11-14), Evidentiary Hearing - State of Florida v Askari Muhammad (AKA Thomas Knight) (11-21-13); Lethal Injection Procedure (Attachment C); Summary of Expert Testimony Regarding Midazolam; Westlaw Next - Richard Glossip v Kevin Gross (4-29-15); Syllabus - Glossip v Gross (4-29-15, 6-29-15); Redacted Package Inserts: Midazolam for Injection Information, Vecuronium Bromide For Injection Information, Potassium Chloride for Injection Information; Articles: Electroencephalogram



1

ADC 1503

Bispectral Analysis Predicts the Depth of Midazolm-induced Sedation ((Anesthesiology, V84, No 1 Jan 1996), Bispectral Index Monitoring During Sedation with Sevoflurane, Midazolam, and Propofol (Anesthesiology 2001 95:1151-59), Additional Clinical Observations Utilizing Bispectral Analysis (Scientific Report -Anesth Prog 47:84-86 2000); Photos: Vecuronium bromide for injection, potassium chloride, Midazolam Injection; Notices: Notice of Deposition of Dr. Daniel Buffington 12-14-15, Notice of Hearing April 10-12 2017 (3-30-17)

3. I am a Clinical Pharmacologist and Toxicologist and practice in Tampa, Florida. My training includes a Doctor of Pharmacy (PharmD) degree and Master of Business Administration (MBA) degree from Mercer University. My post-graduate training includes a Clinical Pharmacy Residency and Clinical Pharmacology Fellowship at Emory University. I am on the faculty of the University of South Florida Colleges of Pharmacy and Medicine. I serve as the President and Practice Director of Clinical Pharmacology Services (CPS), and I am also the President and Executive Director of the American Institute of Pharmaceutical Sciences (AIPS). I serve as a Medication Safety Specialist with the United States Department of Health and Human Services. My professional practice activities include a clinical pharmacology consult service, clinical research design and management, technical consultation support services (clinical and forensic), and health care consulting. In addition to my clinical practice activities, I also provide additional academic training programs (i.e., experiential training and mentoring) for medical students, pharmacy students, nursing students, post-graduate trainees (i.e., residents, fellows, and post-doctorate trainees). I have presented specialty conferences for law enforcement agencies, health care agencies, judicial conferences, and other community wide venues. I routinely present to other universities, professional conferences, regulatory boards, legislative committees, and media interviews on clinical pharmacology and toxicology topics. As part of my academic responsibilities have served as "visiting faculty" with multiple universities to assist in advance curriculum and clinical services development. I have served as a health care consultant in other countries to provide clinical pharmacology and toxicology support for practitioners and government health care agencies. My academic lecture topics include clinical pharmacology, toxicology, healthcare practice management, healthcare laws and regulations, and forensic pharmacology.

4. My educational background, employment experience, professional licenses, faculty appointments, specialty training, consulting activities, publications, and research protocols are described in detail in my Curriculum Vitae (CV), which is attached to this Declaration and incorporated by reference.

5.  I have been tendered and served as an expert witness in numerous types of cases including civil and criminal matters relating to the area of clinical pharmacology and toxicology. I have also served as an expert for the United States government, courts, private counsels, and law enforcement agencies, providing forensic and technical support and services surrounding pharmacology, standards of care, proper prescribing, therapeutic decision making, malpractice, clinical research, substance abuse, health policy, clinical therapeutics, therapeutic drug monitoring, patient safety, and consumer information and education. In the course of my professional activities I have also reviewed and provided scientific and technical support and feedback to the State of Arkansas' Office of the Attorney General, and the Arkansas Department of Correction, on non-health care related inquiries pertaining to the pharmacologic mechanisms of action and physiologic effects of the medications that are employed within lethal injection protocols.

6.  The utilization of properly administered midazolam IV at a dose of 500 mg will render an individual unconscious. Midazolam is a short acting benzodiazepine that is FDA approved and routinely utilized as a sedating and tranquilizing agent in diverse clinical practice settings. As a class, the benzodiazepines share similar chemical structures, but vary widely in their physicochemical properties, specifically their distribution rates, clearance rates, onset of action, and duration of therapeutic effects. The drug concentrations may be compared based upon their relative solubility in the aqueous and organic phases (Leo et al., 1971; Ritschel, 1980). The most lipophilic benzodiazepines include diazepam and midazolam, possessing the highest volume of distributions ($V_d$). While this increase in lipophilicity and unbound $V_d$ benefits the rapidity and magnitude of pharmacologic effect, it has also been associated with a reduced duration of pharmacodynamic action (Arendt et al., 1983).

Midazolam is utilized as a premedication to produce sedation, reduce anxiety, induce and maintain anesthesia, induce anterograde amnesia, and the treatment of specific seizure disorders. The US Food and Drug Administration's (FDA) Approved Package Insert (PI) illustrates the full list of clinical indications for midazolam, which include:

1) Preoperative Sedation / Anxiolysis with Amnesia
2) Anesthesia (Induction and Maintenance)
3) Sedation of Intubated / Ventilated Patients
4) Refractory Status Epilepticus

ADC 1505

*McGehee, Johnson, Ward, Nooner, Jones, Williams, Davis, Lee v HUTCHINSON, WENDY KELLY, ET AL*

5) Seizure Clusters (Orphan)

| FDA Approved Indications Related to Sedation & Established Dosing Ranges |
|---|
| **Preoperative Sedation / Anxiolysis with Amnesia:**<br><br>**Adult (IV) –**<br><br>Initial:<br>Usually 0.5-1 mg given over 2 minutes (not to exceed 2.5 mg/dose); wait 2-3 minutes to evaluate sedative effect after each dose adjustment; total dose >5 mg usually not necessary to reach desired sedation; use 30% less midazolam if patient premedicated with narcotics or other CNS depressants.<br><br>Debilitated or chronically ill patients: 1.5 mg IV initially; may repeat with 1 mg/dose IV q2-3 min PRN; not to exceed cumulative dose of 3.5 mg; peak effect may be delayed in elderly, so increments should be smaller and rate of injection slower.<br><br>Maintenance:<br>25% of initial effective dose PRN by slow titration; reduce 30% if premedicated with opiate (50% in elderly/chronically ill).<br><br>**Geriatric (IM & IV) -**<br><br>IM:<br>1-3 mg (~35-40 mcg/kg) 30-60 minutes before surgery; some elderly patients may respond to as little as 1 mg; onset is 15 minutes (peaking at 30-60 min)<br><br>IV (>60 years):<br>1.5 mg initially; may repeat with 1 mg/dose q2-3min PRN; not to exceed cumulative dose of 3.5 mg; peak effect may be delayed in elderly, so increments should be smaller and rate of injection slower.<br><br>IV maintenance:<br>10-15% of initial effective dose PRN by slow titration. |

ADC 1506

*Anesthesia:*

Induction –

**<55 years without premedication:**
300-350 mcg/kg IV injection over 20-30 seconds; wait 2-3 minutes to evaluate sedative effect after each dose adjustment; may use increments of 25% of initial dose PRN to complete induction; may use up to 0.6 mg/kg total dose in resistant cases, but such dosing may prolong recovery.

**>55 years without premedication and with no systemic disease, in a patient who is not weak:**

300 mcg/kg over 20-30 seconds initially; wait 2-3 minutes to evaluate sedative effect after each dose adjustment.

**>55 years without premedication but presence of systemic disease or weak patient:**

200-250 mcg/kg over 20-30 seconds usually enough; 0.15 mg/kg enough in some cases; wait 2-3 minutes to evaluate sedative effect after each dose adjustment.

**>55 years with premedication:**

150-350 mcg/kg IV injection over 20-30 seconds; wait 2-3 minutes to evaluate sedative effect after each dose adjustment; a dose of 250 mcg/kg usually enough to achieve desired effect.

Maintenance –

May administer increments of 25% of induction dose PRN when there are signs that anesthetic effects are lightening.

**Geriatric Dosing –**

Typical adult induction and maintenance doses may need to be decreased in some elderly patients by 20-50%, because the elderly overall are more susceptible to CNS depressants than is the general population.

*Sedation of Intubated/Ventilated Patient:*

Load –

10-50 mcg/kg (dose range 0.5-4 mg) slow IV injection or infusion over several minutes; repeat q10-15min PRN.

Maintenance –

Initial, 20-100 mcg/kg/hr infusion; titrate up or down 25-50% PRN.

Medscape / FirstDataBank, 2015
FDA Approved Package Insert, Baxter Health Care Corporation, Rev. 4/10

Midazolam is a potent sedating agent that requires individualization of dosage and is estimated to be 3 to 4 times more potent, mg per mg, than diazepam (Valium®). The pharmacologic effects of midazolam have been documented to be dose-dependent. Clinical research trials have demonstrated that doses in the 0.5 – 3.5 mg range provide preoperative sedation and anxiolysis with amnesia. The dosage may be reduced when administered concomitantly with other central nervous system depressants due to synergistic pharmacologic effects. Doses as low as 10 mg have been reported to result in serious central nervous depression, multisystem organ failure, and cardiac arrest, resulting in death (Baselt, 2011).

ADC 1507

The FDA Approved Package Inserts for midazolam also describe that patients receiving midazolam may experience serious cardiorespiratory adverse events. These complications included respiratory depression, airway obstruction, oxygen desaturation, apnea, respiratory arrest and/or cardiac arrest, sometimes resulting in death or permanent neurologic injury. Rare reports of hypotensive episodes have occurred in both adult and pediatric patients with preexisting hemodynamic instability. Reductions in blood pressure were more commonly identified in sedation studies in those patients who were pre-medicated with a narcotic. Other reactions such as agitation, involuntary movements (i.e., tonic/clonic movements and muscle tremor), hyperactivity, and combativeness were also observed. Adverse reactions may be the result of a physiologic response, dosage administered, method of administration, indications of cerebral hypoxia, or paradoxical reaction (Hospira, 2010). Observations of physical activity or motor response during the administration of midazolam should not be presumed to indicate that an individual is conscious, aware of their surroundings, or has the capacity to discern pain or other types of sensations. Numerous prescription and over-the-counter medications are known to have the potential to induce paradoxical reactions. This means a potential to result, as some limited incidence, in an opposite effect than would be anticipated based upon a substance's anticipated pharmacologic characteristics or effects. Paradoxical reactions to midazolam (i.e., agitation, involuntary movements, restlessness, and shaking) are extremely rare, reported at less or equal to 2% of pediatric patients and less or equal to 1.4% of adult patients receiving midazolam (Akorn, 7/2012; Tae CH, 2014). These symptoms are more associated with pediatric use following extended periods of sedation and not considered an infusion related phenomenon. The observation of these signs and symptoms may be reflective of cerebral hypoxia or hypercarbia related to airway obstruction (Inal M, 2007).

---

**FDA Approved Package Insert – Section: Dosage and Administration**

BECAUSE SERIOUS AND LIFE-THREATENING CARDIORESPIRATORY ADVERSE EVENTS HAVE BEEN REPORTED, PROVISION FOR MONITORING, DETECTION AND CORRECTION OF THESE REACTIONS MUST BE MADE FOR EVERY PATIENT TO WHOM MIDAZOLAM INJECTION IS ADMINISTERED, REGARDLESS OF AGE OR HEALTH STATUS. Excessive single doses or rapid intravenous administration may result in respiratory depression, airway obstruction and/or arrest. The potential for these latter effects is increased in debilitated patients, those receiving concomitant medications capable of depressing the CNS, and patients without an endotracheal tube but undergoing a procedure involving the upper airway such as endoscopy or dental (see BOX WARNING and WARNINGS.)

---

FDA Approved Package Insert, Baxter Health Care Corporation, Rev. 4/10

ADC 1508

*McGehee, Johnson, Ward, Nooner, Jones, Williams, Davis, Lee v HUTCHINSON, WENDY KELLY, ET AL*

Midazolam's half-life is 1.8 to 6.4 hours (mean approximately 3 hours), the volume of distribution ($V_d$) ranges from 1.0 – 3.0 L/kg (Baselt, 2011), and total clearance (Cl) ranges from 0.25 to 0.54 L/hr/kg (Hospira). The toxic plasma concentration range for midazolam in humans is 1.0 – 1.5 mcg/mL. (Reganthal, 1999). Based upon a 70 kg individual and these pharmacokinetic variables, a dose of 500 mg IV of midazolam would be expected to result in concentrations of 2 to 7 times the toxic plasma concentration range (2.38 – 7.14 mcg/mL). The manifestations of midazolam over dosing are similar those observed with other benzodiazepines, including sedation, somnolence, confusion, impaired coordination, diminished reflexes, coma, loss of vital signs and death.

7. The pharmacological effects after the proper administration of one to two doses of midazolam 500 mg IV as described in the Arkansas Department of Correction's Lethal Injection Procedure (Attachment C, 08/06/2015) is sufficient to produce sedation, anterograde amnesia, and induce a significantly reduced level of consciousness so that the individual would not experience severe pain upon the timely rapid administration of the second and third drugs employed within the Arkansas Lethal Injection Procedure as described in Option 3) A Three-Drug Combination of: (1) midazolam hydrochloride; (2) vencuronium bromide; and (3) potassium chloride.

8. The United States Food and Drug Administration performs scientific and clinical reviews of medications to support their subsequent product approvals. The FDA product approval process includes the designation of specific therapeutic indications based upon product development data. This should not be interpreted to infer that a medication or substance can only be utilized or administered for the specific indication(s) as set forth in the listed FDA approved treatment indications. In fact, the FDA acknowledges and supports the fact that medications and substances may be utilized routinely for off label uses.

> **Off Label Use:**
>
> "If physicians use a product for an indication not in the approved labeling, they have the responsibility to be well informed about the product, to base its use on firm scientific rationale and on sound medical evidence, and to maintain records of the product's use and effects."

http://www.FDA.gov/RegulatoryInformation/Guidelines/ucm126486.htm

9. The administration of midazolam, at standard dosages, is sufficient to result in loss of consciousness (i.e., sedation or induction of anesthesia). Anesthesia is defined as the partial or total loss

ADC 1509

of sensation, especially tactile awareness, resulting from disease, trauma, acupuncture, or a medication with anesthetic properties. An anesthetic agent is a medication or substance that can produce local or general insensibility to pain, with or without the loss of consciousness. Anesthetic agents may be administered topically, locally, regionally, or generally, depending on the product formulation and body target area. Fundamental to the concept of anesthesia is the loss of sensation and/or consciousness without loss of vital organ functions artificially produced by the administration of one or more agents capable of blocking the passage of pain impulses along nerve pathways to the brain (Taber's Cyclopedic Medical Dictionary, 2013; Merriam-Webster, 2015).

10. Bispectral Index (BIS) is a technology utilized to measure the depth of anesthesia. BIS values of less than or equal to 60 are considered indicative of general anesthesia. In Liu et al., total doses of midazolam ranged from 4.5 – 20 mg with dosing increments ranging from 0.5 – 1 mg bolus doses, every 6 – 10 minutes. The mean total dose in this study was 9.1 mg, until individuals became unresponsive to tactile stimulation (i.e., mild prodding or shaking). At this point of sedation, an individual's average BIS value was 69. Bulach et al., demonstrated individuals reaching BIS levels as low as 66 with standard doses midazolam as low as 10 mg IV and within 4 minutes of administration. From this time, onwards, the midazolam groups had an increasing dose-responsive effect in relation to their BIS scores (Bulach et al., 2005). There is no human data to support the assumption that administration of doses of midazolam 500 mg IV or greater would alter or abate the observed trends of increasing dose-dependent sedative effects of midazolam.

11. Theoretical assertions stating that an individual would sense pain during the lethal injection protocol process, attributable to presumed limitations of pharmacologic effects of midazolam in humans, are fundamentally defective. Theoretic arguments that an individual would have the capacity to sense pain or the ability to discern and quantify pain, by type or level of intensity, at any point during the rapid sequential dosing of protocol-based medications, are purely speculative and clinically unsupported. Any assertion that an individual being administered the ADC lethal injection procedures (including the use of midazolam 500 mg IV), would have the ability to experience, discern, or articulate the nature of discomfort (i.e., pain or suffering) or the degree of intensity is purely speculative.

ADC 1510

12. While some authors have postulated that midazolam may have a theoretical ceiling effect, there are no medical or scientific studies or cases that document the dosage level or clinical conditions that would be necessary to render such a ceiling effect. In addition, given the significantly high dosage of midazolam being administered (well in excess of both therapeutic and toxic ranges), the rapid sequential administration of the of the three pharmaceutical components within the ADC's lethal injection procedures, and the dose-related amnestic effects associated with midazolam, the concept that the patient would have capacity to discern any clinical effects related to a theoretical ceiling effect (i.e., changes in consciousness or variable levels of discomfort) is unsupportable. There is currently no scientific data in humans to support the assumption that a "ceiling effect" for sedation occurs at or before 500 mg IV midazolam.

13. Based upon the increasing dose-dependent sedative effects, midazolam is known to produce anterograde amnesia. Anterograde amnesia is the loss in the ability to form new memories, which occur either after an incident or during a period of pharmacologic activity. Numerous clinical trials have confirmed and validated the development of anterograde amnesia, and other researchers are investigating the capacity for retrograde amnesia as well. Like sedation, midazolam's pharmacologic effect of producing anterograde amnesia is also dose dependent. The anterograde amnestic effect observed with midazolam is comparable to that of propofol, thiopental, and fentanyl (Veselis, 1997).

Midazolam's sedative and amnestic effects significantly impact an individual's level of consciousness and the capacity to perceive pain, discern its level of intensity, and to form functional memory during the period of its pharmacologic activity.

14. There is no scientific or medical evidence to support the concept that midazolam (IV), at low or high dosages, would result in significant hypotensive events (i.e., profound decreases in SBP and DBP from baseline) prior to the onset of sedation, or that midazolam is associated with inducing or worsening ischemic cardiac damage, acute cardiac events, excruciating pain and/or suffering.

15. I have reviewed the document "The Pharmacology of Arkansas's Lethal Injection Procedure: Facts, Interpretations, and Alternatives" dated March 21, 2017, as prepared by Craig W. Stevens, PhD. In the litigation report prepared by Stevens, he attempted to calculate and opine that there is a maximum pharmacologic effect associated with midazolam and that it can be forecasted by applying the following algorithm: a) translating a theorized sedation "ceiling effect" as perceived from animal in-vitro data, b)

estimating individualized serum levels resulting from a 500 mg IV bolus dose of midazolam, c) estimating the blood to brain concentration ratio of midazolam, and d) attempting to translate these variables to estimate a "ceiling effect" dose in humans.

    a.    Animal In-Vitro "Ceiling Effect":

Stevens cites three in-vitro animal studies that purport to demonstrate a plateauing of pharmacologic effects of midazolam (Rovira et al., 2005, Bai et al., 2001, and Rusch et al., 2005). Based upon this animal data, Stevens opines that "all three studies of midazolam gave 100 nM as the concentration producing a ceiling effect." It is imperative to note that none of the authors ever documented a decline or abatement of any of the pharmacologic effects of benzodiazepines (e.g., midazolam), in animal or human trials, to support their assumptions. In fact, a critical review of these trials reveals that the data is not consistent with regard to benzodiazepine agonist concentration response patterns. Specifically, Rusch and Bai each conclude that a midazolam ceiling effect occurs at 100 nM, yet their data is disparate. Rusch purports a "ceiling effect" occurring at $10^{-7}$ M (100 nM). However, Rusch's data demonstrates (Figure 2) a continued increase in midazolam effect at both $10^{-6}$ (1,000 nM) and $10^{-5}$ (10,000 nM). There is a potential for continued slowed escalations or multiphasic changes in response at concentrations greater than $10^{-5}$ (10,000 nM). These studies struggle to demonstrate relevance and capacity for translation to human response for the following reasons: in-vitro (non-living), animal tissue (rats and frogs), assessed GABAa receptor variants, and conflicting data. These studies limited their data collection and analysis at $10^{-5}$ (10,000 nM). It would be clinically inappropriate to opine that there is a benzodiazepine class-wide or agent specific "ceiling effect" without performing additional studies at higher concentrations to validate and confirm the assumptions. Medical literature and the United States Food and Drug Administration (FDA) have affirmed that animal studies, alone or in combination with in vitro data, are not sufficient for opining pharmacological effects in humans, nor can they be used to state with any degree of medical or scientific certainty the safety and efficacy (i.e., dosage, adverse side effects, toxicities, and abuse potential) in humans. (Liu et al., 2009; Shanks et al., 2009; Hackman et al., 2006; Perel et al., 2007; FDA, 2005; Sabolic et al., 2001; and Jolivette et al., 2005).

    b.    Midazolam Serum Concentration (Human):

*McGehee, Johnson, Ward, Nooner, Jones, Williams, Davis, Lee v HUTCHINSON, WENDY KELLY, ET AL*

Stevens cites two midazolam pharmacokinetic studies as his foundation for his method to estimate peak plasma concentrations resulting from a 500 mg IV bolus dose (Schwagmeir et al., 1998; Veldhorts-Janssen et al., 2011). Veldhorts-Janssen et al. demonstrated that midazolam 2.5 mg IV results in a peak plasma concentration of 51.2 ng/ml. Schwagmeir et al. demonstrated that midazolam 5 mg IV results in a peak plasma concentration of 120 ng/ml. Stevens has assumed, based on this data, that there is a linear dose-to-concentration relationship. This would be a grossly inappropriate basis for an opinion given the magnitude of difference in doses between 5 mg and 500 mg (100 x greater). Further pharmacokinetic and pharmacodynamic studies should be performed with midazolam 500 mg IV doses, in order to demonstrate actual dose to concentration data. Any attempt to state that this type of study cannot be performed is disregarding the ability to obtain and analyze serum concentration results from individuals receiving lethal injection protocols.

c. Blood-To-Brain Midazolam Concentration Ratio:

Stevens assumes that only 5% of the midazolam would be available for crossing the blood brain barrier because 95% of midazolam is protein bound. Stevens fails to disclose or address the fact that midazolam is one of the most lipophilic benzodiazepines and has a high volume of distribution (Vd), which increases blood brain barrier access and pharmacologic activity (Arendt, 1983). In addition, there is no scientific data or precedent to support his independent algorithm to estimate protein binding at blood levels following a 500 mg dose. Further studies would be beneficial to determine serum concentrations, protein binding/saturation, and receptor level activity resulting from the proper administration of midazolam 500 mg IV.

d. Estimation of "Ceiling Effect" in Humans:

In his 2015 litigation report, Dr. Stevens independently combined each of his prior assumptions in an attempt to support his speculative theory that a "20 mg IV dose of midazolam would be expected to reach the threshold concentration of midazolam to produce a ceiling effect after 5 min". In 2017, Dr. Stevens testified that his prior dose estimation we in error due a decimal place. He has now restated his findings to an estimated ceiling dose of 228 mg IV midazolam. In addition to the numerous data disparities and his unsupported methods, there is no human data that demonstrates his speculated "ceiling effect" in midazolam doses approaching 500 mg IV.

ADC 1513

16. Based upon the fact that, a) proposed midazolam "ceiling effect" as associated with any serum concentration range is purely a speculative concept and has never been demonstrated in humans, b) midazolam's pharmacologic effects are documented to be dose-related (i.e., the greater the dosage, the greater the effects), and c) midazolam is highly lipophilic, it is more likely than not that doses of 500 mg or greater would render BIS values progressively lower than 69. Specifically, BIS values lower than 60 are indicative of general anesthesia, which render an individual reliably unconscious and insensate to noxious stimuli and have been documented with larger therapeutic doses of midazolam. Based on the above, I conclude, with a reasonable degree of scientific and medical certainty that a 500 mg IV dose of midazolam would likely result in a BIS level lower than 60 and render a person unconscious, with anterograde amnesia, and insensible to noxious stimuli. There is no human data or clinical literature to support the assumption that an inmate receiving a 500 - 1,000 mg IV dose of midazolam would be conscious or sensate to pain during the period of administration of vecuronium bromide and potassium chloride as set forth in the ADC's lethal injection procedure.

17. Medications that have been physically prepared (i.e., sterile and non-sterile) utilizing professionally accepted standards are both safe and effective. There is no rationale or support to infer that the medications in this case are either unsafe or pose any significant risk factors related to the manner in which they were prepared. Pharmaceutically prepared sterile injectable medications (i.e., sterile solutions) require the application of aseptic techniques and industry standard principles to ensure their integrity when administered alone or with other medications or diluting solutions (i.e., diluents). It is disingenuous to imply that medications that are professionally prepared per the ADC lethal injection procedures pose a significant risk of adverse side effects, reduced product integrity, or impaired pharmacology effect when prepared and administered with professionally accepted procedures and standards. In addition, there is no industry requirement or regulatory mandate for additional laboratory testing or analysis of sterile injectable medications prior to human administration.

18. A medication's date of expiration is subjectively established by the pharmaceutical manufacturer and is to be clearly displayed upon a product's packaging. Expiration dates of pharmaceutical products are based on the chemical stability of the product formulation. In the interest of patient and public safety, no pharmaceutical product should be considered sufficiently degraded or altered in the near dating or published "expiration date." This is to ensure that a pharmaceutical product maintains full potency and integrity throughout its full dating period. Most medications sustain a shelf

ADC 1514

*McGehee, Johnson, Ward, Nooner, Jones, Williams, Davis, Lee v HUTCHINSON, WENDY KELLY, ET AL*

life of full integrity for up to 4-5 years beyond their published "expiration date." The FDA has tested drug stability past their expiration date and found that about 80% of 122 different products that were stored in their original sealed container remained stable for more than 4 years after the expiration date. These studies have demonstrated that most medications will sustain at or above 90% of their potency for 4-5 years after their published expiration date. There are currently no published reports of human toxicity due to the administration, injection, or topical application of a medication after its published expiration date. The use of medication at or around the time of its labeled expiration date has not been associated with clinical toxicity and can be considered fully effective.

19. In their complaint, Plaintiffs have disingenuously misrepresented that there are prior lethal injection cases that were "botched" because of the pharmacologic properties of midazolam. The example cases that plaintiffs presented into their complaint a) utilized different medication combinations, b) applied different dosages of medications administered, c) did not correlate adverse side effects associated with midazolam, and d) provided no evidence of complications of symptoms indicative of cruel and unusual punishment. Their example cases may have taken longer than they would have desired and in some of the cases illustrated errors of complications in establishing and maintaining intravenous access, but they did not provide supporting evidence that midazolam has any history of causing "botched" lethal injection procedures.

20. There is no industry requirement or regulatory mandate for additional laboratory testing or analysis of FDA-approved medications (i.e., sterility, potency, or purity) prior to human administration.

21. I hold all opinions expressed to a reasonable degree of scientific and medical certainty.

22. The opinions expressed in this Declaration are based on my review of the scientific and medical literature to date.

23. I have prepared this Declaration at the request of the State of Arkansas Attorney General's office in connection with pending litigation involving the State's Lethal Injection Procedures.

ADC 1515

24. My fee schedule for this matter is as follows: a. Preliminary Case Review and Oral Opinion: $2,400, flat fee; b. Case Review, Research, Reports, Pretrial Preparation, and Miscellaneous Services: $400 per hour; c. Deposition Appearance: $400 per hour; d. Courtroom Appearance: 8 hours or $3,200 per day.

25. I reserve the right to amend my opinions should further research, data, investigation, knowledge, and experience reveal a basis for doing so.

26. I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NOT.

_____
Dr. Daniel E. Buffington

ACKNOWLEDGMENT

STATE OF FLORIDA            )
                            )
COUNTY OF HILLSBOROUGH      )

Subscribed and sworn to before me, a Notary Public, on this  7th  day of April, 2017.

_____
Notary Public

My Commission Expires:



14

ADC 1516

*McGehee, Johnson, Ward, Nooner, Jones, Williams, Davis, Lee v HUTCHINSON, WENDY KELLY, ET AL*

References:

1. Arendt RM, Greenblatt DJ, deJong RH, Bonin JD, Abernethy DR, Ehrenberg BL, Giles HG, Sellers EM, Shader RI (1983) In Vitro Correlates Of Benzodiazepine Cerebrospinal Fluid Uptake, Pharmacodynamic Action And Peripheral Distribution. Journal Pharmacology Exp Ther. 227:98-106.

2. Arkansas Department of Correction. Lethal Injection Procedure. (Attachment C, 08/06/2015)

3. Baselt RC. (2011) Disposition of Toxic Drugs and Chemicals in man. Ninth Edition. Biomedical Publications. 1119-1121.

4. Hospira, Inc. Midazolam Hydrochloride Injection, USP, Preservative Free. FDA Approved Package Insert. Revision January 2010.

5. Bulach R, Myles PS, Russnak M. (2004) Double-Blind Randomized Controlled Trial To Determine Extent Of Amnesia With Midazolam Given Immediately Before General Anesthesia. British Journal of Anesthesia. 94 (3): 300–5.

6. Guidance for Industry and Reviewers: Estimating the Maximum Safe Starting Dose in Initial Clinical Trials for Therapeutics in Adult Healthy Volunteers. Pharmacology and toxicology. July 2005.

7. Hackam DG, Redelmeier DA (2006) Translation Of Research Evidence From Animals To Humans. JAMA 296: 1731–1732.

8. Jolivette LJ, Ward KW. (2005) Extrapolation of Human Pharmacokinetic Parameters from Rat, Dog, and Monkey Data: Molecular Properties Associated with Extrapolative Success or Failure. Journal of Pharmaceutical Sciences, Vol.94, 1467-1483.

9. Leo A, Hansch C. Elkin D. (1971) Partition Coefficients and Their Uses. Chem. Rev. 71: 525-616.

10. Qing-Rong Liu, Chun-Hung Pan, Akitoyo Hishimoto, Chuan-Yun Li, Zheng-Xiong X, Alvaro Llorente-Berzal, Maria-Paz Viveros, Hiroki Ishiguro, Tadao Arinami, Emmanuel, Shan Onaivi1, George R. Uhl. (July 2009) Species Differences In Cannabinoid Receptor 2 (CNR2 gene): Identification Of Novel Human And Rodent CB2 Isoforms, Differential Tissue Expression, And Regulation By Cannabinoid Receptor Ligands. Genes Brain Behave. 8 (5): 519-30

11. Midazolam (Versed®) Dosing, Indications, Interactions, Adverse Effects, and More. FirstData Bank, n.d. Web. 08 Dec. 2015. http://reference.medscape.com/drug/versed-midazolam-342907.

12. Merriam Webster Medical Dictionary. (2015) Anesthesia Definition. Merriam Webster Incorporated. www.merriam-webster.com

ADC 1517

13. Perel P, Roberts I, Sena E, Wheble P, Briscoe C, et al. (2007) Comparison Of Treatment Effects Between Animal Experiments And Clinical Trials: Systematic Review. B M J 334: 197.

14. Regenthal R, Krueger M, Koeppel C, Preiss R. (1995) Drug Levels: Therapeutic And Toxic Serum/Plasma Concentrations Of Common Drugs. Journal Clinical Monitoring and Computing 15: 529-544.

15. Ritschell WA, Hammer, GV. Prediction Of The Volume Of Distribution From In Vitro Data And Use For Estimating The Absolute Extent Of Absorption. Int. Journal Clinical Pharmacology Ther. Toxicol. 18: 298-316, 1980.

16. Rovira C, Ben-Ari Y (1999) Developmental Study of Miniature IPSCs of CA3 Hippocampal Cells: Modulation by Midazolam. Brain Res Dev Brain Res. 114:79-88.

17. Rüsch D, Forman SA. Classic Benzodiazepines Modulate The Open-Close Equilibrium In Alpha-1-beta-2-gamma-2-l Gamma-Aminobutyric-Acid Type A Receptors. Anesthesiology 102:783-792, 2005.

18. Sabolic I, Breljak D, Ljubojevic M, Brzica H. Are Mice, Rats, And Rabbits Good Models For Physiological, Pharmacological And Toxicological Studies In Humans? Periodicum Biologorum. Vol. 113, No. 1, 7-16, 2011

19. Schwagmeier R, Alincic S, Striebel HW (1998) Midazolam Pharmacokinetics Following Intravenous and Buccal Administration. British Journal of Clinical Pharmacology. 46:203-206.

20. Shanks, N et.al, Are Animal Models Predictive For Humans? Philosophy, Ethics and Humanities in Medicine 2009, 4:2

21. Veldhorst-Janssen NM, Fiddelers AA, van der Kuy PH, Theunissen HM, de Krom MC, Neef C, Marcus MA (2011) Pharmacokinetics And Tolerability Of Nasal Versus Intravenous Midazolam In Healthy Dutch Volunteers: A Single-Dose, Randomized-Sequence, Open-Label, 2-Period Crossover Pilot Study. Clin Ther. 33:2022-2028.

22. Veselis RA, Reinsel RA, Feschenko VA, Wronski Marek. The Comparative Amnestic Effects of Midazolam, Propofol, Thiopental, and Fentanyl at Equisedative Concentrations. Journal of Anesthesiology 87: 749-64, 1997.