*Study smart* with **Student Consult**

# PHARMACOLOGY

## GEORGE M. BRENNER • CRAIG W. STEVENS

### Fourth Edition



ELSEVIER
SAUNDERS

EXHIBIT
11



Section

# IV

# CENTRAL NERVOUS SYSTEM PHARMACOLOGY

Introduction to Central Nervous System
Pharmacology    174

Sedative-Hypnotic and Anxiolytic Drugs    186

Antiepileptic Drugs    198

Local and General Anesthetics    210

Psychotherapeutic Drugs    221

Opioid Analgesics and Antagonists    238

Drugs for Neurodegenerative Diseases    249

Drugs of Abuse    260

**TABLE 19-1    Pharmacokinetic Properties and Clinical Uses of Sedative-Hypnotic and Anxiolytic Drugs**

| DRUG | ONSET OF ACTION* | DURATION OF ACTION* | ACTIVE METABOLITES | MAJOR CLINICAL USES |
|---|---|---|---|---|
| **Benzodiazepines** | | | | |
| Alprazolam | Fast | Medium | Yes | Anxiety, including panic disorder |
| Chlordiazepoxide | Fast; very fast (IV) | Long | Yes | Alcohol detoxification; anxiety |
| Clonazepam | Fast | Medium | No | Anxiety, including panic disorder; seizure disorders |
| Diazepam | Fast; very fast (IV) | Long | Yes | Alcohol detoxification; anxiety; muscle spasm; seizure disorders; spasticity |
| Estazolam | Fast | Medium | Yes | Insomnia |
| Flurazepam | Fast | Long | Yes | Insomnia |
| Lorazepam | Fast; very fast (IV) | Medium | No | Anxiety; seizure disorders |
| Midazolam | Very fast (IV) | Short (IV) | Yes | Anesthesia |
| Oxazepam | Fast | Short | No | Anxiety |
| Temazepam | Fast | Medium | No | Insomnia |
| Triazolam | Fast | Short | Yes | Insomnia |
| **Barbiturates** | | | | |
| Amobarbital | Fast | Medium | No | Insomnia |
| Pentobarbital | Fast | Short | No | Insomnia |
| Phenobarbital | Slow | Long | No | Seizure disorders |
| Thiopental | Very fast (IV) | Short (IV) | No | Induction of anesthesia |
| **Antihistamines** | | | | |
| Diphenhydramine | Fast | Medium | No | Insomnia |
| Hydroxyzine | Fast | Long | No | Anxiety; sedation |
| **Other Sedative-Hypnotic Drugs** | | | | |
| Zolpidem | Fast | Short | No | Insomnia |
| Zaleplon | Fast | Very short | No | Insomnia; midsleep awakenings |
| Eszopiclone | Fast | Short | No | Insomnia |
| Ramelteon | Slow | Short | Yes | Sleep-onset insomnia |
| **Nonsedating Anxiolytic Drugs** | | | | |
| Buspirone | Very slow | Long | No | Chronic anxiety |
| Propranolol | Fast | Medium | Yes | Situational or performance anxiety |

*Unless onset and duration of action are specifically indicated for intravenous (IV) administration, they are for oral administration. Very fast, <15 min; fast, 15-59 min; slow, 1-4 hr; very slow, 3-4 weeks; short, 1-6 hr; medium, 7-12 hr; and long, >12 hr.

**decrease sleep latency** (the time required to go to sleep) and **increase sleep duration.** The newest agents, zolpidem, zaleplon, eszopiclone, and ramelteon, have the advantages of not significantly affecting sleep architecture and not causing as much tolerance and dependence as do the older drugs. For these reasons, **zolpidem, zaleplon, eszopiclone,** and **ramelteon** have become the drugs of choice to treat most types of insomnia.

### Other Sleep Disorders

Other sleep disorders include **hypersomnia** (difficulty in awakening), **narcolepsy** (sleep attacks), **enuresis** (bedwetting during sleep), **somnambulism** (sleepwalking), **sleep apnea** (episodes of hypoventilation during sleep), and **nightmares** and **night terrors.** Most of these disorders are managed with a combination of psychotherapy and **antidepressant drugs** or **CNS stimulants. Sodium oxybate** (XYREM), a form of the abused drug γ-hydroxybutyrate, was recently approved for the treatment of cataplexy associated with **narcoleptic attacks.** CNS stimulants used to treat narcolepsy and other sleep disorders are discussed in Chapter 22.

### SEDATIVE-HYPNOTIC DRUGS

The sedative-hypnotic drugs include **benzodiazepines, barbiturates,** some **antihistamines,** and a few nonbenzodiazepine agents, such as **zolpidem, zaleplon, eszopiclone,** and **ramelteon.** The properties of these drugs are summarized in Table 19-1, and their adverse effects and drug interactions are listed in Table 19-2.

Because the benzodiazepines have fewer adverse reactions and drug interactions and are safer in cases of overdose, they have largely replaced the barbiturates and other older drugs. Nevertheless, barbiturates are still used when benzodiazepines are ineffective or contraindicated. The sedating antihistamines are occasionally used to treat mild insomnia and anxiety and have less potential for abuse than do benzodiazepines and barbiturates. Many over-the-counter (nonprescription) sleep aids contain antihistamines as their effective ingredient.

### Benzodiazepines

The benzodiazepines are a large group of drugs that have similar pharmacologic effects. They are so named because they share the common chemical structure of a benzene ring

## BOX 19-2. THE CASE OF THE GROGGY GRANDMOTHER

### CASE PRESENTATION

A 68-year-old woman was prescribed 5 mg of diazepam for anxiety by her primary care physician after her husband died. She was told to take one in the morning with her breakfast and was advised to increase her activities to "take her mind off her worries." After following the prescribed regimen for a week, she found that she had problems going to sleep, and without consulting her physician she began to take another diazepam pill at night. She continued taking one diazepam pill in the morning and one pill at night for the next few days. Her friends noted that she was not coming out of her room at the assisted living center as much as she used to, and they knocked on her door to check up on her. They found her still in her nightgown and disorientated. They convinced her to call her doctor, who told her to stop taking the second pill of diazepam at night; the doctor prescribed zolpidem, at a dose of 5 mg, to be taken at night to help her sleep. Over the next few days, the patient was more alert during the day and resumed her activities.

### CASE DISCUSSION

The use of benzodiazepines for anxiety disorders has largely replaced any other type of sedative-hypnotic agent, such as barbiturates, for this indication because of their increased safety and effectiveness. However, benzodiazepines are metabolized into many active metabolites, some that have longer durations of actions than their parent drug. Phase 1 or oxidative drug biotransformation (metabolism) in the elderly is reduced, and this patient population is especially sensitive to the buildup of active metabolites of many benzodiazepines, including diazepam. Three agents are better suited in elderly patients; oxazepam, temazepam, and lorazepam do not undergo phase 1 metabolism but are directly conjugated to inactive metabolites. Phase 2 metabolic reactions, such as conjugation, are less affected with aging. The use of zolpidem, a nonbenzodiazepine drug used for insomnia, has a short elimination half-life and leads to little hangover effect the next day, allowing for resumption of normal daytime activities for the elderly patient.



FIGURE 19-3. Dose-response curves of barbiturates and benzodiazepines. The barbiturates exhibit a linear dose-response effect, which progresses from sedation to respiratory depression, coma, and death. Benzodiazepines exhibit a ceiling effect, which precludes severe CNS depression after oral administration of these drugs. Intravenous administration of benzodiazepines can produce anesthesia and mild respiratory depression.

the reticular formation, which is a brain structure mediating arousal. The effect of benzodiazepines on adenosine may also explain why these drugs dilate coronary arteries and decrease total peripheral resistance.

**Pharmacologic Effects.** The benzodiazepines produce a dose-dependent but limited depression of the CNS. Lower doses have a sedative and anxiolytic effect, whereas higher doses produce hypnosis (sleep) and anesthesia (Fig. 19-3). Benzodiazepines can relieve anxiety at doses that produce relatively little sedation. In contrast to the barbiturates, the orally administered benzodiazepines do not produce significant respiratory depression, coma, or death unless they are administered with another CNS depressant (e.g., alcohol). Because benzodiazepines work only in the presence of GABA released by neurons, the depth of CNS depression is limited. Barbiturates do not exhibit this **ceiling effect** and can produce severe respiratory depression and death after administration of an excessive amount.

In addition to producing sedative-hypnotic and anxiolytic effects, benzodiazepines can produce **anterograde amnesia,** which means that an individual will not remember what happens from the time that the drug is administered to the time that the drug effects dissipate. This is in contrast to **retrograde amnesia,** in which a person cannot remember what happened before a certain point in time. The benzodiazepines produce anterograde amnesia because they interfere with the formation of new memory; they do not affect the ability to recall past events. The amnesic property of benzodiazepines is often useful when patients are undergoing stressful procedures, such as endoscopy or outpatient surgery. When these drugs are used on a long-term basis, such as in treating anxiety, the amnesic properties can have an adverse effect on the patient's ability to function. **Triazolam,** a widely used hypnotic, has been associated with problems caused by its amnesic effect.

The benzodiazepines have anticonvulsant effects and are used in the treatment of seizure disorders (see Chapter 20). Although benzodiazepines cause muscle relaxation only at doses that produce considerable sedation, they are occasionally used to treat muscle spasm and spasticity. The muscle-relaxing effects of benzodiazepines are probably caused by the fact that these drugs potentiate the effects of GABA on interneurons in the spinal cord.

**Adverse Effects.** The adverse effects of benzodiazepines are largely caused by CNS depression. The drugs frequently cause motor incoordination, dizziness, and excessive drowsiness. They impair cognitive processing and can affect concentration, judgment, and planning. They can also interfere with **driving** and other **psychomotor skills.** When longer-acting benzodiazepines (e.g., flurazepam) are used to treat insomnia, they can cause drowsiness and a drug hangover the next day. If this occurs, a shorter-acting drug (e.g., estazolam or zolpidem) should be substituted for the longer-acting drug.

Intravenous administration of benzodiazepines produces greater CNS depression than does oral administration, and intravenous administration can cause respiratory depression. Specific warnings of respiratory depression were issued by the U.S. Food and Drug Administration (FDA) for **midazolam,** an agent indicated solely for intravenous

administration. The greater effect produced by intravenous administration probably results from the more rapid uptake of the drug by brain tissue, which results in a greater potentiation of GABA before the self-limiting effect on GABA release has had time to develop.

The benzodiazepines have a mild euphoric effect and can reduce behavioral inhibitions in a manner similar to the **disinhibitory** effect of alcohol. The behavioral reinforcement produced by these drugs may contribute to their recreational abuse by polydrug abusers and to their inappropriate long-term use by patients. It appears that the reinforcing effects of benzodiazepines are less than the reinforcing effects of barbiturates but greater than the reinforcing effects of sedating antihistamines and possibly **zolpidem, zaleplon,** and **eszopiclone.** The newest agent, **ramelteon,** is the only unscheduled prescription sedative-hypnotic agent and is thought to have fewer reinforcing effects as it is an agonist at **melatonin receptors.**

Long-term use of the benzodiazepines can produce **physical dependence,** the severity of which is proportional to the dosage and duration of administration. After several months of continued use, most patients develop some degree of physical dependence. If their medication is abruptly discontinued, they will experience a withdrawal syndrome characterized by rebound anxiety, insomnia, headache, irritability, and muscle twitches. The withdrawal syndrome is usually mild and not life-threatening. Abrupt withdrawal from **alprazolam** has been associated with seizures. To prevent the occurrence of seizures, the dosage of benzodiazepines should be gradually tapered over a period of several weeks. Because the various drugs in the benzodiazepine class exhibit cross-tolerance, any of them can be substituted for another one to prevent or counteract the withdrawal reaction.

Pharmacodynamic tolerance also occurs during long-term use of benzodiazepines. Unlike barbiturates, however, the benzodiazepines do not induce their own metabolism or cause pharmacokinetic tolerance.

Although the overall safety of the benzodiazepines is high, their use has been associated with hypotension, arrhythmia (tachycardia or bradycardia), and a number of other, less-common effects. Rarely, a massive overdose of a benzodiazepine has been fatal, but it is less likely than in the case of barbiturates because of the availability of the selective benzodiazepine antagonist **flumazenil.**

The incidence of fetal malformations in the offspring of women who take benzodiazepines during pregnancy is very low. Nevertheless, chronic use of benzodiazepines during pregnancy is not recommended, and benzodiazepines are included in pregnancy category D by the FDA. **Zolpidem** and **zaleplon** appear to be safer in pregnancy and are listed as pregnancy category B.

**Interactions and Treatment of Adverse Effects.** Several drugs, including flumazenil and β-carboline derivatives, interact with benzodiazepine receptors.

**Flumazenil** is a competitive **benzodiazepine receptor antagonist.** In addition to blocking the effects of agonists, such as diazepam, it also blocks the effects of inverse agonists (see later text) at the benzodiazepine receptor. Flumazenil can be used to counteract the adverse effects of benzodiazepines, such as respiratory depression resulting from intravenous administration of these drugs or in the case of accidental or intentional overdose. Flumazenil is given

intravenously and has a rapid onset and a short duration of action. Its potential adverse effects include seizures, arrhythmias, blurred vision, emotional lability, and dizziness.

The **β-carboline derivatives** act as **inverse agonists.** An inverse agonist is a drug that decreases the response of an effector system below the basal level (see Chapter 3). The β-carboline drugs act to decrease chloride conductance by the GABA$_A$ receptor–chloride ion channel, and this can cause anxiety and seizures. Some experimental inverse agonists enhance cognitive function and are being studied for the treatment of Alzheimer disease.

Table 19-2 lists the individual benzodiazepines and outlines their interactions with various other drugs.

**Indications.** The benzodiazepines are effective in the treatment of anxiety disorders, insomnia, muscle spasm, seizure disorders, and spasticity. They are also used for the treatment of alcohol withdrawal. When possible, the use of benzodiazepines should be limited to the short-term treatment of these conditions. If long-term use is medically justified, the physician should carefully monitor drug use to prevent dosage escalation.

## Specific Agents

**Alprazolam** is converted to a short-acting α-hydroxyl metabolite before undergoing glucuronide formation. Alprazolam has a medium duration of action and is used primarily in the management of **anxiety.** Although it has special utility in the treatment of **panic disorder,** the larger doses usually required for controlling panic attacks can cause considerable sedation and contribute to drug dependence. Therefore for many patients the panic disorder can be treated instead with antidepressants and behavioral therapy. Alprazolam is useful as a short-term measure to relieve acute symptoms while other therapies are instituted.

**Chlordiazepoxide** and **diazepam** are converted to long-acting metabolites, including desmethyldiazepam (also called nordiazepam). Desmethyldiazepam is converted to **oxazepam,** which is excreted as a polar glucuronate conjugate (see Fig. 19-1). Chlordiazepoxide and diazepam are effective in the treatment of **anxiety.** In patients undergoing **alcohol detoxification,** these drugs can be used to prevent seizures and other acute withdrawal reactions. The drug dosage is gradually tapered over several weeks.

Diazepam is also used to terminate **acute recurrent seizures** (see Chapter 20), to treat **severe muscle spasm,** and to treat **spasticity** associated with degenerative and demyelinating neurologic disorders.

**Oxazepam, temazepam,** and **lorazepam** do not form long-acting metabolites, so they have a short or medium duration of action. They are biotransformed to inactive glucuronide compounds. As mentioned, they may be preferable in the treatment of elderly patients because glucuronide conjugation does not decline significantly with aging. Lorazepam can be administered orally or intravenously and is used to treat **anxiety** and to control **seizures.** Oxazepam is a short-acting drug that is administered to patients with **anxiety.** Temazepam is used primarily to treat **insomnia.**

**Estazolam, flurazepam,** and **triazolam** have active metabolites with varying durations of action. Estazolam has a medium duration of action, whereas flurazepam has a longer one and triazolam has a shorter one. All three drugs are used to treat **insomnia.** A short- or medium-acting drug

may be preferred for patients whose primary problem is getting to sleep, whereas a medium- or long-acting drug may be preferred for patients who report waking up too early. The short-acting triazolam is more likely to cause rebound insomnia when it is discontinued. The long-acting flurazepam is less likely to cause rebound insomnia but is more likely to cause daytime drowsiness. Triazolam has been associated with a higher incidence of amnesia, confusion, and delirium, especially in elderly patients. The dose of triazolam in formulations marketed in the United States has been reduced by the FDA, and triazolam has been banned in the United Kingdom.

Recently, label revisions for all of the previously mentioned sedative-hypnotic agents indicated for sleep disorders were made to include warnings regarding the risk of **hypersensitivity reactions,** including anaphylaxis (severe allergic reaction) and angioedema (severe facial swelling), which can occur as early as the first time the sedative-hypnotic agents is taken. In addition, warnings were included for the risk of **complex sleep-related behaviors,** which may include driving, making phone calls, having sex, and preparing and eating food, all while still asleep and with no memory of the behaviors having occurred.

### Other Benzodiazepines
**Clonazepam** is used for the treatment of **panic disorder** and **other anxiety disorders,** as well as for the treatment of **seizure disorders** (see Chapter 20). Unlike most benzodiazepines, it does not have active metabolites.

**Midazolam** is used intravenously as an **anesthetic** for patients undergoing endoscopy, other diagnostic procedures, or minor surgery.

### Barbiturates
The barbiturates include **amobarbital, pentobarbital, phenobarbital,** and **thiopental.** The properties, adverse effects, and interactions of these drugs are outlined in Tables 19-1 and 19-2.

### Drug Properties
**Pharmacokinetics.** The onset and duration of action of barbiturates are determined by their lipid solubility and rate of metabolic inactivation. Highly lipid-soluble drugs (e.g., **amobarbital, pentobarbital,** and **thiopental**) are well absorbed from the gut, rapidly redistributed from the brain to peripheral tissues as plasma concentrations fall, and extensively metabolized to inactive compounds before they are excreted in the urine. Phenobarbital, a more polar drug, is slowly absorbed from the gut and more slowly redistributed from the brain, and this contributes to its longer duration of action. **Phenobarbital** is partly converted to inactive metabolites, but a significant fraction of the parent compound is excreted unchanged in the urine.

**Mechanism of Action.** Barbiturates bind to an **allosteric site** on the GABA$_A$ receptor–chloride ion channel that is distinct from the allosteric site to which benzodiazepines bind (see Fig. 19-2). The barbiturates increase the affinity of the receptor for GABA and the duration of time that the chloride channel remains open. In contrast to the benzodiazepines, the barbiturates also act to directly increase chloride influx in the absence of GABA. For this reason, barbiturates do not exhibit a ceiling effect. As shown in

Figure 19-3, they have a linear dose-response curve. Higher doses of barbiturates increasingly depress the neuronal activity of the CNS, causing respiratory depression, coma, and death. This accounts for the fact that barbiturates exhibit greater toxicity and a smaller therapeutic index than benzodiazepines.

**Pharmacologic Effects.** Unlike the anxiolytic effect of benzodiazepines, that of barbiturates is associated with considerable sedation. When used to treat insomnia, the barbiturates can cause hangover and daytime sedation. As with the benzodiazepines, the barbiturates suppress slow-wave and REM sleep. Barbiturates can also cause tolerance and physical dependence during continuous use, and a withdrawal syndrome occurs if the drugs are abruptly discontinued. Short-acting barbiturates (e.g., **pentobarbital**) have been extensively abused.

**Interactions.** The barbiturates induce cytochrome P450 enzymes in the liver and thereby accelerate their own metabolism as well as that of other drugs metabolized by these enzymes. Maximal enzyme induction is obtained by the daily administration of phenobarbital, a long-acting agent. Barbiturates also induce the rate-limiting enzyme in porphyrin biosynthesis, α-aminolevulinate synthase, and may thereby exacerbate **porphyria,** a condition in which a hereditary defect causes excessive porphyrin synthesis and excretion, with attendant neurologic and cutaneous manifestations.

**Indications.** The barbiturates were extensively used to treat anxiety disorders and insomnia before the development of benzodiazepines, but they are seldom used for these purposes today. Unlike the benzodiazepines, the barbiturates do not produce significant muscle relaxation and are not used in treating muscle spasm or spasticity disorders. They are indicated for the treatment of seizure disorders (see Chapter 20) and for the induction of general anesthesia.

### Specific Agents
**Amobarbital** and **pentobarbital** have been used primarily to treat **insomnia. Phenobarbital** is used occasionally to treat **seizure disorders,** and **thiopental** is administered intravenously to induce **anesthesia.** Thiopental has a high degree of lipid solubility and a very fast onset of action. It is also rapidly redistributed from the brain to other tissues (muscle and fat), which accounts for its short duration of action.

### Antihistamines
Some of the **histamine antagonists** (antihistamines) cross the blood-brain barrier and produce varying degrees of sedation, and these drugs have been used to treat **mild insomnia** and **anxiety disorders.** For example, **diphenhydramine** is the active ingredient in several nonprescription sleep preparations, and **hydroxyzine** has been used in the treatment of mild anxiety and is sometimes used as a **sedative** before surgery. **Doxepin** was also recently approved for the treatment of insomnia and has a high affinity for H$_1$ receptors. The sedative action of these drugs is caused by their ability to bind to H$_1$ receptors and reduce acetylcholine released by neurons in the reticular nuclei (reticular activating system). Drugs that block acetylcholine release, including the **antihistamines,** induce drowsiness and sleep via their effects on the cholinergic projections of the reticular nuclei. In