

**Medical Examiner**
(501) 227-5936

# State Crime Laboratory

P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215

## Medical Examiner Division



| | | | |
|---|---|---|---|
| **Case No:** | 2017-010139 / ME-0428-17 | **Date of Examination:** | April 21, 2017 |
| **Name:** | LEE, Ledell | | |
| **Age:** | 51 Years | **Sex:** | Male |
| **County:** | Lincoln | | |

## CONCLUSIONS

**CAUSE OF DEATH:**          Lethal Injection

**MANNER OF DEATH:**          Pursuant to judicial sentence

*Christy Cunningham, D.O.*          May 26, 2017

**Christy Cunningham, D.O.**
Associate Medical Examiner - Pathologist of Record

**Charles P. Kokes, M.D.**
Chief Medical Examiner - Reviewer

**Stephen A. Erickson, M.D.**
Deputy Chief Medical Examiner - Reviewer

7 Page Report/Page 1

**ASCL Official Copy - Do Not Duplicate**

EXHIBIT
25

ADC 1399

## EXTERNAL EXAMINATION

### Presentation:

The unembalmed body is received in the supine position, in a white plastic disaster bag, and is that of an adult black male, appearing consistent with the reported age of 51 years. The body is well-nourished and well-developed, measuring 73" in length, and weighing 227 pounds. The decedent is clad in the following items:

1. A short-sleeved white uniform top and pants. The name "Lee" is printed on the left front-side of the shirt in black ink.
2. A pair of white boxer shorts.

### Postmortem Changes:

The body is warm to the touch. Rigor mortis is moderately-developed in the extremities. Unfixed postmortem lividity is in a posterior distribution. The corneas are clear. The sclerae show focal tache noire. The body is well-preserved.

### General:

The normally-formed head is atraumatic. The curly, black/white head hair is braided into multiple cornrows. Trimmed, white/black facial hair is present in a mustache and beard distribution. The facial bones and mandible are free of palpable fractures. The conjunctivae are mildly congested. The sclerae are anicteric. The irides appear brown in color. The nose is normally formed. The natural teeth are in a good state of repair. The lips, teeth, tongue, gums, and buccal mucosa are free of injury. The external meati, pinnae, and mastoid regions are unremarkable. One piercing defect is through the left earlobe.

The trachea is in the midline of the neck. The neck is neither crepitant nor excessively mobile. There are no palpable masses.

The skin of the torso and extremities shows patchy hyperpigmentation. The chest and back are symmetrical. The abdomen is soft and slightly protuberant. The spine appears straight externally.

The external genitalia are those of a normally-formed adult male. The penile foreskin is long. The testicles are palpable within the scrotum. The inguinal regions, perineum, anorectal areas, and buttocks are normally formed and atraumatic.

The upper and lower extremities are symmetrical and well-developed. The hands and feet are normally formed. All of the digits are present. The fingernails extend to the tips of the digits and are free of underlying debris. The nail beds are pale.

There is no appreciable cervical, axillary, or inguinal lymphadenopathy.

                                     ASCL Official Copy - Do Not Duplicate

ADC 1400

**Tattoos:**

1. The depiction of a hand and lettering is on the left side of the chest.

## EVIDENCE OF MEDICAL ATTENTION:

1. A blue rubber tourniquet hangs loosely around the right arm.
2. An intravascular catheter is in the right antecubital fossa. The catheter is attached to a full bag of 0.9% NaCl solution by plastic tubing. The tubing has a centrally-located white plastic valve bearing the word, "open." A white piece of tape is on each side of the valve. One of the pieces is labeled "R Bag" in red ink, and the other is labeled as "R Arm" in red ink.
3. An intravascular catheter is in the left antecubital fossa. It is attached to a partially-filled bag of 0.9% NaCl solution by plastic tubing.

## EVIDENCE OF OLD INJURY/SCARS:

1. A 1/2 x 1/4" raised keloid is in the midline of the upper back.
2. Multiple non-specific pale scars are scattered across the skin of the extremities.

## EVIDENCE OF RECENT INJURY:

None.

## INTERNAL EXAMINATION

**Head:**

The scalp is reflected using the standard intermastoidal incision. The subcutaneous tissue is free of injury. The calvarium is intact. The dura is free of discoloration and thickening. No epidural, subdural, or subarachnoid hemorrhage is seen. The leptomeninges are thin and slightly opaque. The brain weighs 1370 grams. The gyri and sulci are of normal distribution and development. Neither brain swelling nor herniation is noted. The cerebellum, brainstem, and upper cervical spinal cord are normally formed. The blood vessels of the Circle of Willis are normally distributed and free of aneurysm. The basilar artery shows patchy, non-occlusive calcified atherosclerosis. Serial sectioning of the brain reveals no lesions of the cortical gray ribbon, white matter, or deep gray matter structures. The substantia nigra is normally pigmented. The ventricular system is normally formed and contains clear cerebrospinal fluid. The base of the skull is examined after stripping the dura and is intact.

**Neck:**

The skin of the neck is dissected to the angle of the mandible. The tongue is atraumatic. The hyoid bone and laryngeal cartilages are free of fractures. There is no trauma of the soft tissues, airway, or vital structures in the neck. The epiglottis is neither inflamed nor swollen. The upper right vocal fold is slightly hyperplastic. Serial-sectioning reveals slightly thickened musculature without evidence of infection, neoplasia, or other abnormality. No airway mucosal edema is

present. No foreign objects are in the airway. The carotid vessels are pliable and patent. The anterior cervical spine and atlanto-occipital joint are stable to manipulation.

**Chest and Abdomen:**

The skin of the chest and abdomen is reflected using the usual Y-shaped incision. The subcutaneous fat and musculature are free of injury. The sternum and chest plate are intact. No abnormal fluid or blood accumulations are in the body cavities. No unusual odors or color changes are noted. Examination of the organs in situ reveals normal organ morphology and relationships. The intact diaphragm is normally formed. The organs are removed using the Virchow technique.

**Cardiovascular System:**

The heart weighs 485 grams and exhibits the normal four-chambered anatomy. The epicardial surface shows patchy, white fibrosis. The coronary arteries arise from their usual locations and ramify across their respective ventricles. The left anterior descending coronary artery shows up to 25% stenosis by atheromatous plaque. There is no evidence of chronic or recent thrombosis. Serial sectioning of the heart reveals a homogeneous red-brown myocardium which is free of discrete lesions. The right ventricle shows no gross evidence of fatty replacement of the parenchyma. The mitral valve leaflets show nodular thickening along the lines of closure. The remaining valve leaflets, chordae tendineae, and endocardium appear normally formed. The aorta and its normally distributed major branches are free of aneurysm. The aorta shows mild atherosclerosis.

**Respiratory System:**

The trachea, hilar structures, and major vessels are normally formed. The lungs are normally lobated. The pleural surfaces are smooth and glistening. The right and left lungs weigh 755 grams and 660 grams, respectively. The cut surfaces are homogeneous pink/red. A moderate amount of thick, white frothy fluid is easily expressed from all lobes upon manual compression. Neither lung exhibits consolidation, thrombus, embolism, infarction, or neoplasia.

**Gastrointestinal System:**

The esophagus is lined by unremarkable tan-gray mucosa. The gastroesophageal junction is unremarkable. The stomach contains 210 mL of fluid and partially-digested food. The gastric mucosa is normally rugated. The intestines are free of obstruction or neoplasm upon palpation along their lengths. The appendix is in the right lower quadrant of the abdomen.

**Hepatobiliary System and Pancreas:**

The liver weighs 2700 grams. The intact capsule is of normal thickness. The homogeneous red-brown parenchyma is free of mass lesions. The gallbladder contains 35 mL of thin, green bile. The mucosa is unremarkable. No gallstones are present. The pancreas is of normal size and has the usual lobular architecture. The tan cut surfaces are free of fibrosis, hemorrhage, or fat necrosis.

ASCL Official Copy - Do Not Duplicate

ADC 1402

NAME: LEE, Ledell

**Urogenital System:**

The right and left kidneys weigh 200 grams and 220 grams, respectively. The capsules strip with ease revealing smooth cortical surfaces. The cut surfaces, including the pyramids, pelves, calyces, and vessels are grossly unremarkable. The ureters are of normal caliber. The urinary bladder contains 30 mL of clear, yellow urine. There are no lesions of the serosa or wall. The mucosa and submucosa are focally hemorrhagic.

The symmetrical prostate gland is of normal size and has unremarkable white/tan cut surfaces. Hydroceles surround both testicles. The testes are symmetrical, of normal size, and have unremarkable tan cut surfaces.

**Reticuloendothelial System:**

The spleen weighs 220 grams. The intact capsule is focally thickened and fibrotic. The cut surfaces are dark red with prominent Malpighian bodies. No mass lesions are seen. The red pulp and white pulp appear to be of normal distribution. Regional lymph nodes are grossly unremarkable. The thymus is involuted.

**Musculoskeletal System:**

The axial skeleton is intact. The appendicular skeleton is stable to palpation and manipulation. The skeletal muscles are symmetrical.

**Endocrine System:**

The symmetrical thyroid gland is of normal size. The red parenchyma is free of nodules, hemorrhage, or cysts. The adrenal glands are of normal size and free of hemorrhage or nodularity.

The examined organs are returned to the body cavity.

## HISTOLOGY:

None.

## RADIOLOGY:

None.

## IDENTIFICATION:

The body was received as identified by the Arkansas Department of Corrections.

## EVIDENCE:

1. Documentary and identification photographs are obtained.
2. Fingerprints and a blood matrix card are retained as evidence.

ASCL Official Copy - Do Not Duplicate

ADC 1403

NAME: LEE, Ledell                                                                NO: 0428-17

3.  The clothing is released to the investigating agency.

## SPECIMENS:

1.  Blood and urine are submitted for toxicological analysis.
2.  Vitreous fluid, peripheral blood, stock tissue, and liver samples are retained for possible future studies.

## LABORATORY RESULTS

**TOXICOLOGY:**

**Ledell Lee:**

Peripheral blood

Volatile

| | |
|---|---|
| Acetone | not detected |
| Ethanol | not detected |
| Isopropanol | not detected |
| Methanol | not detected |

Immunoassay

| | |
|---|---|
| Benzodiazepines | positive |
| Cannabinoids | negative |
| Cocaine | negative |
| Methadone | negative |
| Methamphetamines | negative |
| Opiates | negative |
| Oxycodone | negative |
| Propoxyphene | negative |

General Toxicology

| | | |
|---|---|---|
| Caffeine | present | |
| Midazolam | 1.4 µg/mL | (± 0.2 µg/mL) |

The above reported drug amount has not been corroborated by replicate analysis.

*Note: Reported measurement uncertainties define an interval having a level of confidence of at least 95%.*

ASCL Official Copy - Do Not Duplicate

ADC 1404

NAME: LEE, Ledell                                              NO: 0428-17

## SUMMARY OF FINDINGS

I.  Atraumatic, well-nourished adult black male.

II.  Postmortem toxicology positive for lethal level of midazolam; consistent with judicial execution.

III.  Mild atherosclerotic cardiovascular disease.

## COMMENT/OPINION:

This 51-year-old black male, Ledell Lee, was judicially executed by lethal injection on April 20, 2017. Records indicate that the decedent was intravenously administered the sedative-hypnotic drug midazolam, starting at 11:44 p.m. This was followed by intravenous injection of the drug vecuronium bromide, which causes paralysis. The chemical potassium chloride was then administered intravenously to induce a fatal cardiac arrhythmia. Death was pronounced at 11:56 p.m.

Autopsy examination revealed no evidence of physical trauma, and mild cardiovascular disease. Toxicology testing revealed a 1.4 µg/mL level of midazolam in peripheral blood, which is well within the toxic range for this one drug. Generally speaking, individuals with this level of midazolam in their system are unconscious. Samples from the autopsy were not analyzed for the other two agents used in the execution: vecuronium bromide and potassium chloride. The Arkansas State Crime Laboratory does not currently test for vecuronium bromide. Potassium chloride levels were not obtained since testing results on postmortem blood samples would not reflect the actual concentrations at the time of death.

**MANNER OF DEATH:**        Pursuant to judicial sentence c

**ASCL Official Copy - Do Not Duplicate**

ADC 1405



Medical Examiner
(501) 227-5936

# State Crime Laboratory

P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215



## Medical Examiner Division

| | | | |
|---|---|---|---|
| **Case No:** | 2017-010370 / ME-0441-17 | **Date of Examination:** | April 25, 2017 |
| **Name:** | JONES, Jack Jr. | | |
| **Age:** | 52 Years | **Sex:** Male | |
| **County:** | Lincoln | | |

## CONCLUSIONS

**CAUSE OF DEATH:**          Lethal Injection

**MANNER OF DEATH:**          Pursuant to judicial sentence of Death-Execution

*Stephen A. Erickson MD*

May 26, 2017

**Stephen A. Erickson, M.D.**
Deputy Chief Medical Examiner - Pathologist of Record

*Frank J. Peretti, MD*

**Frank J. Peretti, M.D.**
Associate Medical Examiner - Reviewer

*Charles P. Kokes MD*

**Charles P. Kokes, M.D.**
Chief Medical Examiner - Reviewer

8 Page Report/Page 1                    ASCL Official Copy - Do Not Duplicate

ADC 1406

NAME: JONES, Jack Jr.                                                NO: 0441-17

## EXTERNAL DESCRIPTION:

The body was that of an obese adult white male. The developmental pattern was normal although there was remote amputation of the lower left leg. The body was clad in correction department type scrub tops, scrub bottoms and bottom thermal cutoffs. The body weighed 250 pounds, measured 70 inches in length, and appeared consistent with the reported age of 52 years. The body was cold. Rigor was present and fixed in the extremities. A fixed posterior pattern of lividity was present except in areas exposed to pressure. The head was normally formed; the scalp hair was salt and pepper; a well-groomed goatee beard and moustache were present. There were facial congestive changes. At initial examination what appeared to be tan colored makeup extended from the central chest, over the neck, right shoulder and right cheek. The corneas were clear. The irides were brown. The conjunctivae and sclerae were congested without other abnormality. A small tattoo was present lateral to the left eye. The nose and lips were normally formed and atraumatic, with no inner lip trauma. The teeth were natural and in fair to poor dental condition. The ears were grossly normal. The neck was normally formed and stable; no scars or traumatic injuries were seen. The chest was obese and normally formed with no major scars. A tattoo was present on the left chest. The abdomen was obese but soft, with no scars or injuries. The external genitalia were of a normal adult male without external abnormality. While the lower extremities were normally formed, extensive changes consistent with diabetic peripheral vascular disease were present; these included a healed amputation of the left lower leg below the knee with a hypertrophic well-healed stump scar. At initial examination, gauze was present around the right foot and lower leg, secured with an elastic bandage. There was partial amputation of the lateral aspect of the right foot including the fourth and fifth toes and partial third toe. There were purple congestive changes and hyper-pigmentation of the lower leg and foot. The epidermis of the foot showed extensive de-epithelialized cutaneous ulceration on the heel and lateral sole of the foot. Scattered other areas of ulceration were present on the sole of the foot as well as the dorsal aspect of the foot. Superficial epidermal ulceration was present on the pretibial right leg. The upper extremities were normally formed; at initial examination a bead bracelet was present around the left wrist and was returned with the body. A diagonal linear well-healed scar was present on the left shoulder. Multiple tattoos were present on the upper arms and forearms, around the wrists, and on the back of the left hand. Throughout these tattoos, areas of linear well-healed hypo-pigmented scarring were present. No linear wrist scars were seen. The posterior surface of the body showed normal development with no scars or injuries. The buttocks and anus were unremarkable.

## EVIDENCE OF OLD INJURY:

Linear hypo-pigmented well-healed scars as noted above involving the upper extremities. The changes of the lower extremities appeared to be from natural disease processes.

## EVIDENCE OF INTRAVASCULAR ACCESS:

Intravascular catheters were inserted into each of the right and left antecubital fossa. Within both antecubital fossae additional ecchymotic needle puncture wounds were present. A series of 5 minute needle punctures were present on the right supraclavicular fossa and lower neck, within the area where what appeared to be makeup had been applied.

                    ASCL Official Copy - Do Not Duplicate

ADC 1407

NAME: JONES, Jack Jr.                                                        NO: 0441-17

## INTERNAL EXAMINATION

The subcutaneous fat layer measured up to 1 3/4 inch. No adhesions or abnormal collections of fluid were present in the body cavities. The body organs showed cerebral and visceral vascular congestive changes with normally inflated lungs and normal anatomic positions and relationships. There were no internal changes of old or new trauma to the cranio-cerebral, cervical, or thoraco-abdominal regions.

## CARDIOVASCULAR SYSTEM:

The pericardial and epicardial surfaces were smooth, glistening, and unremarkable. The pericardial sac contained a normal amount of clear, straw-colored fluid and there were no adhesions. The heart was enlarged in size but of normal shape and configuration. The coronary arteries arose normally and followed a normal distribution with no evidence of atheromatous change, thrombosis or other abnormality. Examination of the chambers and valves revealed mild to moderate biventricular dilation with normal endocardial surfaces, chordae tendineae, papillary muscles and valve leaflets. Multiple sections of the myocardium showed no areas of discoloration, softening or other abnormality with the myocardium having a uniform red-brown appearance. The aorta and its major branches arose normally and followed a normal course. Distally there was mild to moderate areas of aortic arteriosclerotic disease with focal areas of ulceration. The heart weighed 485 g.

## RESPIRATORY SYSTEM:

The pleural surfaces were congested, smooth and glistening. The pulmonary parenchyma showed dependent congestive changes and mild diffuse edematous changes. No mass lesions were seen. The right lung weighed 835 g. The left lung weighed 735 g.

## NECK:

Examination of the soft tissues of the neck, including strap muscles, thyroid gland and large vessels, revealed no abnormalities or hemorrhage. The hyoid bone , and larynx were without abnormality. The epiglottis and vocal cords were unremarkable and the airway appeared patent.

## ALIMENTARY TRACT:

The tongue was without evidence of recent injury. The esophagus was lined by gray-white, smooth mucosa. A clear cut gastro-esophageal junction was present. The gastric mucosa was autolytic and the lumen contained 1 liter of thick liquid and masticated food material. The small and large bowels were grossly unremarkable. The rectum and anus were grossly unremarkable. The appendix was present.

## LIVER AND BILIARY SYSTEM:

The liver was significantly enlarged with a smooth, intact, glistening capsule. The underlying parenchyma showed geographic areas of lighter yellow-tan coloration. No mass lesions were present. The gallbladder contained a normal amount of unremarkable appearing bile with

**ASCL Official Copy - Do Not Duplicate**

ADC 1408

NAME: JONES, Jack Jr.                                                    NO: 0441-17

scattered small black granular gallstones.   The duct was not obstructed.   The mucosa was grossly normal. The extrahepatic biliary tree was grossly normal. The liver weighed 3605 g.

## PANCREAS:

The pancreas had abundant surrounding peripancreatic fat deposition and parenchymal fat infiltration.   Multiple sections revealed no mass lesions, calcifications, hemorrhage or other abnormality.

## GENITOURINARY SYSTEM:

The renal capsules stripped normally from the underlying red-brown cortical surfaces where there was moderate to severe granular change.   The cortical widths were mildly narrowed with a sharp delineation from the medullary pyramids.   The urinary bladder contained greater than 300 mL of clear yellow urine.   The mucosa was cream-tan and unremarkable.   Prostate and testes were grossly normal. The right kidney weighed 215 g. The left kidney weighed 190 g.

## IMMUNOLOGIC SYSTEM:

The spleen had a smooth, intact capsule covering red-purple softened parenchyma.   The white pulp was not prominent. No lymphadenopathy was noted. The spleen weighed 300 g.

## ENDOCRINE SYSTEM:

The pituitary, thyroid, and adrenal glands were free of obvious disease.

## MUSCULOSKELETAL SYSTEM:

Muscles were beefy red-brown and within normal development.   No palpable or grossly obvious bone or joint abnormalities were noted other than the above described left lower extremity amputation.   The cervical, thoracic, and lumbar spine showed scattered spinal osteophyte formation with no obvious old fractures or other abnormalities.

## CENTRAL NERVOUS SYSTEM:

The scalp showed no edema or hemorrhage.   The calvarium and base of the skull showed no fractures.   The dura mater and falx cerebri were intact.   There was no epidural, subdural, or subarachnoid hemorrhage present.   The leptomeninges were thin, delicate, and clear.   The cerebral hemispheres were symmetric.   The cranial nerves and circle of Willis were normal. Sections through the cerebral hemispheres, brain stem, and cerebellum revealed no focal lesions or herniation. The spinal cord was not examined. The brain weighed 1415 g.

## HISTOLOGY:

Major organ system biopsies retained in formalin, no histological sections submitted.

ASCL Official Copy - Do Not Duplicate

ADC 1409

NAME: JONES, Jack Jr.                                             NO: 0441-17

## RADIOLOGY:

No X-rays performed.

## IDENTIFICATION:

Received identified by the investigating agency.

## EVIDENCE:

IVs and attached fluid bags were disposed of. The clothing was returned to the Arkansas Department of Corrections.  The bead bracelet around the left wrist was released with the body. Fingerprints, DNA matrix card and organ biopsies were retained.

## SPECIMENS:

Peripheral blood, vitreous humor, and urine retained.

## PHOTOGRAPHS:

Standard external photos.

## WITNESSES:

No outside personnel attended the examination.

ASCL Official Copy - Do Not Duplicate

ADC 1410

NAME: JONES, Jack Jr.                                                    NO: 0441-17

## LABORATORY RESULTS

**TOXICOLOGY:**

**Jack Jones:**
Peripheral blood
    Volatile

| | | |
|---|---|---|
| Acetone | not detected | |
| Ethanol | not detected | |
| Isopropanol | not detected | |
| Methanol | not detected | |

    Immunoassay

| | | |
|---|---|---|
| Benzodiazepines | positive | |
| Cannabinoids | negative | |
| Cocaine | negative | |
| Methadone | positive | |
| Methamphetamines | negative | |
| Opiates | negative | |
| Oxycodone | negative | |
| Propoxyphene | negative | |

    General Toxicology

| | | |
|---|---|---|
| Caffeine | present | |
| Lidocaine | present | |
| Methadone | 0.80 µg/mL | (± 0.08 µg/mL) |
| Midazolam | 1.8 µg/mL | (± 0.2 µg/mL) |

Urine
    Immunoassay

| | |
|---|---|
| Amphetamines | negative |
| Barbiturates | negative |
| Benzodiazepines | positive |
| Cannabinoids | negative |
| Cocaine Metabolite | negative |
| Opiates | negative |
| Oxycodone | negative |
| PCP | negative |
| 6-Monoacetylmorphine | negative |
| Fentanyl | negative |

*Note: Reported measurement uncertainties define an interval having a level of confidence of at least 95%.*

8 Page Report/Page 6                                    **ASCL Official Copy - Do Not Duplicate**

NAME: JONES, Jack Jr.                                              NO: 0441-17

## **FINDINGS**

I.      Intravascular catheters inserted into bilateral antecubital fossa.

II.     Multiple ecchymotic needle puncture wounds of antecubital fossa.

III.    Needle puncture wounds, right supraclavicular fossa.

IV.     Multiple linear well-healed scars of upper extremities.

V.      Clinical history of diabetes
        A.  Healed amputation, left lower leg below knee
        B.  Extensive areas of cutaneous ulceration, right lower leg and foot
        C.  Prior amputation of lateral right foot and right toes
        D.  Distal ulcerative mild to moderate aortic arteriosclerosis
        E.  Moderately severe arterionephrosclerosis

VI.     Hepatomegaly with fatty change

VII.    Fatty infiltration of pancreas

VIII.   Cardiomegaly (heart weight 485 gm) with mild to moderate biventricular dilation

                    **ASCL Official Copy - Do Not Duplicate**

ADC 1412

NAME: JONES, Jack Jr.                                                    NO: 0441-17

**OPINION:**

In consideration of the circumstances of death, and after autopsy of the body, it is our opinion that Jack Jones, a 52 year old white male was judicially executed by lethal injection. The date of the execution was April 24, 2017.   Records indicate that at 7:06 PM he was intravenously administered the sedative-hypnotic drug midazolam.   This was followed by intravenous administration of the drug vecuronium bromide which causes paralysis.   The chemical potassium chloride was then administered intravenously; this chemical produces a fatal cardiac arrhythmia at high dosages. Death was pronounced at 7:20 PM.

Autopsy examination revealed sequelae of medical issues in all likelihood related to diabetes mellitus.   This included prior amputation of the left lower leg and parts of the right foot with changes of ischemic peripheral vascular disease affecting the remainder of the foot and lower right leg.   Toxicological testing revealed 1.8 ug/mL of midazolam in the peripheral blood, which is well within the toxic range for this drug.   Generally speaking, individuals with this level of midazolam in their system are unconscious.   Samples from the autopsy were not analyzed for the other two agents used in the execution, vecuronium bromide and potassium chloride.   The Arkansas State Crime Laboratory does not currently test for vercuronium bromide.   Potassium chloride levels were not obtained since testing results on postmortem blood samples would not reflect the actual levels at the time of death.   An additional drug detected at autopsy was methadone, a pain medication given to the decedent for his medical issues and not associated with the execution.

**MANNER OF DEATH:**       Pursuant to judicial sentence of Death-Execution

                          ASCL Official Copy - Do Not Duplicate

ADC 1413



# State Crime Laboratory

P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215



Medical Examiner
(501) 227-5936

## Medical Examiner Division

| | | | | |
|---|---|---|---|---|
| **Case No:** | 2017-010381 / ME-0442-17 | **Date of Examination:** | | April 25, 2017 |
| **Name:** | WILLIAMS, Marcel Wayne | | | |
| **Age:** | 46 Years | **Sex:** | Male | |
| **County:** | Lincoln | | | |

## CONCLUSIONS

**CAUSE OF DEATH:**     Lethal Injection

**MANNER OF DEATH:**     Pursuant to judicial sentence of Death-Execution

*Frank J. Peretti, MD*

May 26, 2017

**Frank J. Peretti, M.D.**
Associate Medical Examiner - Pathologist of Record

*Stephen A. Erickson, MD*

**Stephen A. Erickson, M.D.**
Deputy Chief Medical Examiner - Reviewer

*Charles P. Kokes, MD*

**Charles P. Kokes, M.D.**
Chief Medical Examiner - Reviewer

6 Page Report/Page 1

**ASCL Official Copy - Do Not Duplicate**

ADC 1414

## EXTERNAL EXAMINATION

The body was that of a well developed, well nourished, morbidly obese, black male, clad in a white prison uniform with the name Williams which consisted of a shirt, pants, boxers and socks. The body weighed 421 pounds, measured 76 inches in length and appeared compatible with the stated age of 46 years.   The body was warm.   Rigor mortis was present and fixed to an equal degree in all extremities.   Lividity was present and fixed on the posterior surface of the body except in areas exposed to pressure.   There was marked plethora of the facies and neck.   The scalp hair was black and short.   The deceased wore a mustache.   The irides were brown.   The corneae were cloudy.   The sclerae and conjunctivae were congested with bilateral arcus senilis. No petechial hemorrhages were noted.   The external nares and oral cavity contained watery secretions.   The teeth were natural and in good condition.   Examination of the neck revealed no evidence of injury.   The chest was unremarkable.   A tattoo was present on the left upper chest. No evidence of injury of the ribs or the sternum was evident externally.   Bilateral gynecomastia was present.   The abdomen was soft and obese with three surgical scars measuring 3 inches each. Multiple skin tags were present on the front of the chest and abdomen.   The external genitalia were that of a normal adult male.   There was marked edema of both right and left ankles along with stasis dermatitis.   The ankles and feet were clean.   Tattoos were present on the upper extremities.   No needle tracks or wrist scars were noted.   A 1 1/2 inch old scar was present on the anterior surface of the left arm. The posterior surface of the body was unremarkable.

### EVIDENCE OF MEDICAL ATTENTION:

An intravenous line was present in the right antecubital fossa.

A needle puncture site was present in the left.

### EVIDENCE OF OLD INJURY:

None.

### EVIDENCE OF RECENT INJURY:

None.

## INTERNAL EXAMINATION

The subcutaneous fat layer measured up to 3 inches.   There was an abundant amount of abdominal fat.   No adhesions or abnormal collections of fluid were present in the body cavities. Petechiae were not present on the thoracic organs.   All body organs were present in normal anatomic position and were diffusely congested.   There was no internal evidence of blunt force or penetrating injury to the thoraco-abdominal region.

                    ASCL Official Copy - Do Not Duplicate

ADC 1415

NAME:  WILLIAMS, Marcel Wayne                                        NO: 0442-17

## CARDIOVASCULAR SYSTEM:

The pericardial surfaces were smooth, glistening and unremarkable. The pericardial sac contained a few milliliters of fluid and there were no adhesions. The heart was enlarged and globoid in configuration. The coronary arteries arose normally, followed the usual distribution and showed mild to moderate calcific atherosclerosis with no evidence of significant luminal stenosis or acute thrombosis. The left ventricle was hypertrophic. There were mild atheromatous changes involving the aortic valve. The myocardium was dark red-brown, firm and unremarkable. The atrial and ventricular septa were intact. The aorta and its major branches arose normally, followed the usual course and showed mild calcific atherosclerosis. The vena cava and its major tributaries returned to the heart in the usual distribution and were free of thrombi. The heart weighed 755 grams.

## RESPIRATORY SYSTEM:

The pleural surfaces were smooth and glistening. The pulmonary arteries were normally developed, patent and without thrombus or embolus. The upper and lower airways contained abundant amount of watery secretions. The mucosal surfaces were smooth, of normal coloration and unremarkable. The pulmonary parenchyma was grayish-purple and diffusely congested. No focal lesions were noted. The right lung weighed 750 grams; the left 720 grams.

## NECK:

Examination of the soft tissues of the neck, including strap muscles, thyroid gland and large vessels, revealed no abnormalities or hemorrhage. The hyoid bone and larynx were intact. The epiglottis and vocal cords were unremarkable.

## ALIMENTARY TRACT:

The tongue, esophagus, stomach, small and large bowel, rectum and anus showed no lesions or abnormalities. The stomach contained 800 mL of partially digested food including grossly recognizable pieces of white meat. The appendix was present.

## LIVER AND BILIARY SYSTEM:

The liver was maroon and enlarged with no focal lesions. The gallbladder was surgically absent. The extrahepatic biliary tree was patent, without evidence of calculi. The liver weighed 3760 grams.

## GENITOURINARY SYSTEM:

The cortical surfaces were red-brown and granular. The cortex was unremarkable. The calyces, pelves and ureters were unremarkable. The urinary bladder was dilated with 350 mL of clear urine. The mucosa was gray-tan and smooth. Prostate and testes were unremarkable. The right kidney weighed 300 grams; the left 300 grams.

6 Page Report/Page 3                              **ASCL Official Copy - Do Not Duplicate**

ADC 1416

### RETICULOENDOTHELIAL SYSTEM:

The spleen had a smooth, intact capsule covering red-purple, firm parenchyma.   The regional lymph nodes were not enlarged and appeared normal.  The spleen weighed 300 grams.

### ENDOCRINE AND EXOCRINE SYSTEMS:

The pituitary, adrenal glands and pancreas were unremarkable.   The thyroid gland weighed 100 grams and sectioning showed nodular goiter.

### MUSCULOSKELETAL SYSTEM:

Muscles were red-brown and within normal development.   No bone or joint abnormalities were noted.   The cervical, thoracic, and lumbar spine showed no obvious old fractures or other abnormalities.

### CENTRAL NERVOUS SYSTEM:

The scalp showed no edema or hemorrhage.   The calvarium and base of the skull showed no fractures.   The dura and falx cerebri were intact.   There was no epidural, subdural or subarachnoid hemorrhage present.   The leptomeninges were clear.   The cerebral hemispheres were symmetric and diffusely congested.   The cranial nerves were intact.   The circle of Willis and related blood vessels were normal in caliber and distribution.   Sections through the cerebral hemispheres, brain stem and cerebellum revealed no focal lesions or herniation.   The spinal cord was not examined.  The brain weighed 1600 grams.

### HISTOLOGY:

Multiple specimens were retained for future possible histological examination.

### IDENTIFICATION:

The body was identified by the investigating agency.

### EVIDENCE:

Clothing, fingerprints, hand prints and matrix card were collected.

### SPECIMENS:

Peripheral blood, vitreous and urine were submitted for toxicological analysis.

### PHOTOGRAPHS:

Multiple standard photographs were taken.

ASCL Official Copy - Do Not Duplicate

ADC 1417

NAME:  WILLIAMS, Marcel Wayne                                    NO: 0442-17

## RADIOLOGY:

No radiographs were taken.

## WITNESSES:

No visitors from outside agencies were present during the examination.

## LABORATORY RESULTS

**TOXICOLOGY:**

**Marcel Williams:**

Peripheral blood

  Volatile

| | | |
|---|---|---|
| Acetone | not detected | |
| Ethanol | not detected | |
| Isopropanol | not detected | |
| Methanol | not detected | |

  Immunoassay

| | | |
|---|---|---|
| Benzodiazepines | positive | |
| Cannabinoids | negative | |
| Cocaine | negative | |
| Methadone | negative | |
| Methamphetamines | negative | |
| Opiates | negative | |
| Oxycodone | negative | |
| Propoxyphene | negative | |

  General Toxicology

| | | |
|---|---|---|
| Caffeine | present | |
| Midazolam | 0.95 µg/mL | (± 0.11 µg/mL) |

*Note: Reported measurement uncertainties define an interval having a level of confidence of at least 95%.*

**ASCL Official Copy - Do Not Duplicate**

ADC 1418

NAME:  WILLIAMS, Marcel Wayne                                              NO: 0442-17

## FINDINGS

I.      Diffuse visceral congestion.

II.     Dilated urinary bladder.

III.    Hypertensive arteriosclerotic cardiovascular disease.
        A. Cardiomegaly with left ventricular hypertrophy, 755 grams.
        B. Atherosclerosis of coronary arteries, mild to moderate.
        C. Atherosclerosis of aortic valve and abdominal aorta.
        D. Nephrosclerosis.

IV.     Nodular thyroid goiter, 100 grams.

V.      Obesity.
        A. Hepatomegaly, 3760 grams.

VI.     No evidence of trauma.


## OPINION:

This 46-year-old black male, Marcel Williams, was judicially executed by lethal injection on
April 24, 2017.    Records indicate that he was intravenously administered the sedative-hypnotic
drug midazolam, starting at 10:10 PM.    This was followed by intravenous injection of the drug
vecuronium bromide, which causes paralysis.    The chemical potassium chloride was then
administered intravenously to induce a fatal cardiac arrhythmia.    Death was pronounced at 10:33
PM.

Autopsy examination revealed no evidence of trauma.    Evidence of disease included a markedly
enlarged heart, 755 grams, and scarring of the kidneys due to the effects of hypertension.    There
was atherosclerosis involving the coronary arteries, abdominal aorta and aortic valve.    In
addition, the liver was markedly enlarged and the thyroid gland showed nodular goiter.
Toxicology testing revealed a 0.95 ug/mL level of midazolam in peripheral blood, which is well
within the toxic range for this one drug.    Generally speaking, individuals with this level of
midazolam in their system are unconscious.    Samples from the autopsy were not analyzed for the
other two agents used in the execution, vecuronium bromide and potassium bromide.    The
Arkansas State Crime Laboratory does not currently test for vecuronium bromide.    Potassium
chloride levels were not obtained since testing results on postmortem blood samples would not
reflect the actual concentrations at the time of death.


**MANNER OF DEATH:**        Pursuant to judicial sentence of Death-Execution


6 Page Report/Page 6                                **ASCL Official Copy - Do Not Duplicate**

ADC 1419



**State Crime Laboratory**
P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215



Medical Examiner
(501) 227-5936

**Medical Examiner Division**

| | | | |
|---|---|---|---|
| **Case No:** | 2017-010742 / ME-0455-17 | **Date of Examination:** | April 28, 2017 |
| **Name:** | WILLIAMS, Kenneth D. | | |
| **Age:** | 38 Years | **Sex:** Male | |
| **County:** | Lincoln | | |

## CONCLUSIONS

**CAUSE OF DEATH:**     Lethal Injection

**MANNER OF DEATH:**     Pursuant to judicial sentence of Death-Execution

*Frank J. Peretti, MD*

May 26, 2017

**Frank J. Peretti, M.D.**
Associate Medical Examiner - Pathologist of Record

*Stephen A. Erickson, MD*

**Stephen A. Erickson, M.D.**
Deputy Chief Medical Examiner - Reviewer

*Charles P. Kokes, MD*

**Charles P. Kokes, M.D.**
Chief Medical Examiner - Reviewer

6 Page Report/Page 1

**ASCL Official Copy - Do Not Duplicate**

ADC 1420

NAME: WILLIAMS, Kenneth D.                                                    NO: 0455-17

## EXTERNAL EXAMINATION

The body was that of a well-developed, well-nourished, black male, clad in a white prison uniform, with the name "Williams" on the shirt, pants, and boxers.   The body weighed 216 pounds, measured 72 inches in length and appeared compatible with the stated age of 38 years. The body was warm.   Rigor mortis was present and fixed to an equal degree in all extremities. Lividity was present and fixed on the posterior surface of the body except in areas exposed to pressure.   The scalp hair was brown.   The deceased wore a mustache and beard.   The irides were brown.   The corneae were clear.   The sclerae and conjunctivae were congested with no petechial hemorrhages.   The external nares and oral cavity contained serosanguineous fluid. The teeth were natural and in good condition.   Examination of the neck revealed no evidence of injury.   A keloid tattoo of the Star of David was present on the right upper chest.   No evidence of injury of the ribs or the sternum was evident externally.   The abdomen was flat with no scars or injuries noted.   The external genitalia were that of a normal adult male.   The lower extremities showed a few old irregular scars.   The ankles and feet were clean.   Tattoos were present on the upper extremities. No needle tracks or wrist scars were noted. The posterior torso was unremarkable.

## EVIDENCE OF MEDICAL ATTENTION:

Intravenous lines were present in both right and left forearms.

## EVIDENCE OF OLD INJURY:

None.

## EVIDENCE OF RECENT INJURY:

None.

## INTERNAL EXAMINATION

The subcutaneous fat layer measured up to 2 inches.   No adhesions or abnormal collections of fluid were present in the body cavities.   Petechiae were not present on the thoracic organs.   All body organs were present in normal anatomic position and diffusely congested.   There was no internal evidence of blunt force or penetrating injury to the thoraco-abdominal region.

## CARDIOVASCULAR SYSTEM:

The pericardial surfaces were smooth, glistening and unremarkable.   The pericardial sac contained a few milliliters of fluid and there were no adhesions.   The heart was normal in size, shape and configuration.   The coronary arteries arose normally, followed the usual distribution and were widely patent, without evidence of significant atherosclerosis or thrombosis.   The chambers and valves exhibited the usual size-position relationship and were unremarkable.   The myocardium was dark red-brown, firm and unremarkable.   The atrial and ventricular septa were intact. The aorta and its major branches arose normally, followed the usual course and were

6 Page Report/Page 2

ASCL Official Copy - Do Not Duplicate

NAME: WILLIAMS, Kenneth D.                                    NO: 0455-17

widely patent, free of significant atherosclerosis and other abnormality.   The vena cava and its major tributaries returned to the heart in the usual distribution and were free of thrombi.   The heart weighed 355 grams.

## RESPIRATORY SYSTEM:

The pleural surfaces were smooth and glistening.   The pulmonary arteries were normally developed, patent and without thrombus or embolus.   The upper and lower airways contained serosanguineous fluid.   The mucosal surfaces were smooth, of normal coloration and unremarkable.   The pulmonary parenchyma was grayish-purple and diffusely congested.   No focal lesions were noted.   The right lung weighed 590 grams; the left 555 grams.

## NECK:

Examination of the soft tissues of the neck, including strap muscles, thyroid gland and large vessels, revealed no abnormalities or hemorrhage.   The hyoid bone and larynx were intact.   The epiglottis and vocal cords were unremarkable.

## ALIMENTARY TRACT:

The tongue, esophagus, stomach, small and large bowel, rectum and anus showed no lesions or abnormalities.   The stomach contained 200 mL of red liquid and grossly recognizable beans.   The appendix was present.

## LIVER AND BILIARY SYSTEM:

The hepatic parenchyma was maroon with no focal lesions noted.   The gallbladder contained a few milliliters of bile.   The mucosa was unremarkable.   The extrahepatic biliary tree was patent, without evidence of calculi.   The liver weighed 1940 grams.

## GENITOURINARY SYSTEM:

The cortical surfaces were red-brown and smooth.   The cortex was congested.   The calyces, pelves and ureters were unremarkable.   The urinary bladder contained 200 mL of clear urine.   The mucosa was gray-tan and smooth.   Prostate and testes were unremarkable.   The right kidney weighed 230 grams; the left 230 grams.

## RETICULOENDOTHELIAL SYSTEM:

The spleen had a smooth, intact capsule covering red-purple, parenchyma.   The regional lymph nodes were not enlarged and appeared normal.   The spleen weighed 170 grams.

## ENDOCRINE AND EXOCRINE SYSTEMS:

The pituitary, thyroid, adrenal glands and pancreas were free of obvious disease.

                    ASCL Official Copy - Do Not Duplicate

ADC 1422

## MUSCULOSKELETAL SYSTEM:

Muscles were red-brown and within normal development.  No bone or joint abnormalities were noted.    The cervical, thoracic, and lumbar spine showed no obvious old fractures or other abnormalities.

## CENTRAL NERVOUS SYSTEM:

The scalp showed no edema or hemorrhage.  The calvarium and base of the skull showed no fractures.    The dura and falx cerebri were intact.    There was no epidural, subdural or subarachnoid hemorrhage present.    The leptomeninges were clear.    The cerebral hemispheres were symmetric and diffusely congested.  The cranial nerves were intact.    The circle of Willis and related blood vessels were normal in caliber and distribution.  Sections through the cerebral hemispheres, brain stem and cerebellum revealed no focal lesions or herniation.  The spinal cord was not examined.  The brain weighed 1430 grams.

## HISTOLOGY:

Multiple specimens were retained for future possible histological examination.

## IDENTIFICATION:

The body was identified by the investigating agency.

## EVIDENCE:

Fingerprints and matrix card were collected.

## SPECIMENS:

Peripheral blood, vitreous, and urine were submitted for toxicological analysis.

## PHOTOGRAPHS:

Multiple standard photographs were taken.

## RADIOLOGY:

No radiographs were taken.

## WITNESSES:

No visitors from outside agencies were present during the examination.

ASCL Official Copy - Do Not Duplicate

ADC 1423

NAME:  WILLIAMS, Kenneth D.                                    NO: 0455-17

## LABORATORY RESULTS

**TOXICOLOGY:**

**Kenneth Williams:**

Peripheral blood

    Volatile

        Acetone                          not detected

        Ethanol                          not detected

        Isopropanol                      not detected

        Methanol                         not detected

    Immunoassay

        Benzodiazepines                  positive

        Cannabinoids                     negative

        Cocaine                          negative

        Methadone                        negative

        Methamphetamines                 negative

        Opiates                          negative

        Oxycodone                        negative

        Propoxyphene                     negative

    General Toxicology

        Caffeine                         present

        Midazolam                        1.8 µg/mL          (± 0.2 µg/mL)

*Note: Reported measurement uncertainties define an interval having a level of confidence of at least 95%.*

ASCL Official Copy - Do Not Duplicate

ADC 1424

NAME:  WILLIAMS, Kenneth D.                                                    NO: 0455-17

## **FINDINGS**

I.       Diffuse visceral congestion.

II.      Dilated urinary bladder.

III.     No evidence of trauma.


**OPINION:**

This 38-year-old, black male, Kenneth Williams, was judicially execution by lethal injection on April 27, 2017.    Records indicate that he was intravenously administered the sedative-hypnotic drug midazolam, starting at 10:52 PM.    This was followed by intravenous injection of the drug vecuronium bromide, which causes paralysis.      The chemical potassium chloride was then administered intravenously to induce a fatal cardiac arrhythmia.    Death was pronounced at 11:05 PM.

Autopsy examination revealed no evidence of trauma or disease.      Toxicology testing revealed a 1.8 ug/mL level of midazolam in peripheral blood, which is well within the toxic range for this one drug.      Generally speaking, individuals with this level of midazolam in their system are unconscious.      Samples from the autopsy were not analyzed for the other two agents used in the execution, vecuronium bromide and potassium bromide.      The Arkansas State Crime Laboratory does not currently test for vecuronium bromide.    Potassium chloride levels were not obtained since testing results on postmortem blood samples would not reflect the actual concentrations at the time of death.


**MANNER OF DEATH:**         Pursuant to judicial sentence of Death-Execution

                          ASCL Official Copy - Do Not Duplicate

ADC 1425