**Expert Opinion of Gail A. Van Norman MD Regarding Arkansas Lethal Injection Protocol**

July 25, 2018

Gail A. Van Norman MD
Professor of Anesthesiology and Pain Medicine
University of Washington
1959 NE Pacific St,
Seattle, WA 98195

Prepared for

John C. Williams
Assistant Federal Public Defender
1401 W Capitol, Ste. 490
Little Rock, AR 72201

**Expert Qualifications (See CV attached):**

I attended the University of Washington School of Medicine in Seattle, Washington from 1977 to 1981, graduating with an M.D. with honors.  During medical school training, I received the following honors:  Medical-Scientist Traineeship Grant 1978, invitation to Alpha Omega Alpha, the medical school honor society in 1980, the Merck Manual Medicine Award in 1981 and the John J. Bonica Anesthesiology Award in 1981.

My postgraduate medical training consisted first of internal medicine residency training at Virginia Mason Medical Center in Seattle, Washington, and board certification from the American Board of Internal Medicine (ABIM) in 1984.  I practiced internal medicine from 1984 to late 1986, including experience in intensive care medicine.  I underwent residency training in anesthesiology from 1986 to 1988 at the University of Washington, obtaining board certification in 1990.  I completed cardiothoracic anesthesia fellowship training in 1989, after which I achieved testamur status in perioperative echocardiography. After 5 years in private practice, I returned as faculty to the University of Washington, where I served as the acting Chief of Cardiothoracic Anesthesiology and Associate Medical Director of the PreAnesthesia Clinic.  I became certified in clinical ethics, and also served as the co-chair of the University of Washington Medical Center Committee on Ethics.  In 2000, I was recruited to join a private practice anesthesia group, Pacific Anesthesia, in Tacoma, Washington, where I served as the Clinical Director, Director of Perioperative Echocardiography, and as Vice-President of Pacific Anesthesia, but I returned to the University of Washington Medical Center to serve as Director of the PreAnesthesia Clinic and the Compliance Officer for the Department of Anesthesiology and Pain Medicine. I currently hold positions as Professor of Anesthesiology and Pain Medicine and Adjunct Professor of Bioethics at the University of Washington.  I maintain an active clinical practice.

As an internist and anesthesiologist, following graduation from residency training I received honors from the Spokane Urban Indian Health Service, the President's Award from Pacific Anesthesia, and the Mary Jane Kugel Award from the Juvenile Diabetes Research Foundation.

I was recruited in 1992 to serve on the Committee on Ethics for the American Society of Anesthesiology, the national professional organization for the specialty of Anesthesiology. I served for 22 years on the committee, and served as the Chair of the ASA Committee on Ethics for three years.  I attended the Brocher Foundation in Geneva, Switzerland, as an ethics scholar-in-residence in 2011.

I have over 118 publications in peer-reviewed journals, textbooks, and other venues that include topics of cardiac anesthesia research, ethics, geriatric medicine, perioperative medicine and intensive care.  I have also served as a journal reviewer for journals such as *Anesthesia and Analgesia, Anesthesiology, Journal of Obstetrics and Gynecology, Mayo Clinic Proceedings, Journal of Philosophy, Ethics and Humanities, and European Journal of Anaesthesiology.* I was Consulting Editor for the ASA Syllabus on Ethics from 1997-2003, and an Associate Editor for the Journal of Bioethical Inquiry, an international journal, from 2012 to 2017. I published a textbook entitled "The Cambridge Textbook of Clinical Ethics for Anesthesiologists" with

Cambridge University Press in 2011, and I have focused expertise and publications in end-of-life issues, including physician assisted suicide, euthanasia and lethal injection.

As an expert in cardiovascular and perioperative issues, I have served internationally and nationally as an invited speaker at such venues as the American Society of Anesthesiologists, American Society of Interventional Pain Physicians, Harvard Medical School, American Society of Bioethics and Humanities, World Congress of Anesthesiologists (Santiago, Chile) and many others. As an expert in ethical issues in anesthesia care, I have been an internationally-invited speaker in London, Vienna, Prague, Hong Kong, Geneva and throughout the United States. Full details of my publications and invitational lectures can be found in the attached curriculum vitae as **Appendix I.**

A majority of my clinical experience has been based in cardiac and general anesthesiology, as well as perioperative care of the anesthesia patient; because I trained in the 1980s I have extensive personal experience with several hundred cases of combined narcotic and high-dose benzodiazepine anesthesia for cardiac surgery patients.

Over the course of my career I have been an expert consultant/witness in approximately 13 medical malpractice cases, both as a defense and as a plaintiff's expert in approximately equal numbers, and both as a paid and as a *pro bono* expert. In 3 of these cases, I was consulted as an expert in bioethics: i.e. regarding informed consent and end-of-life issues. In the remainder, I was consulted as an expert in the anesthesia care of a patient. In the last 4 years, I have provided testimony at trial or by deposition in 3 cases: **the list is included in Appendix II following this report.** I am not now, nor ever have been regularly employed by any legal firm or entity, nor do I derive a significant portion of my income from medico-legal expert witness activities. In this case I'm being compensated $300 per hour for consultation and report preparation; I'm being compensated $400 for testimony.

**Materials Reviewed**

I have reviewed and relied upon the following materials in preparing this report:

1) Lethal Injection Procedure (Attachment C)
2) Majority opinion in *Glossip v. Gross*, 135 S. Ct 2726 (2015)
3) Portions of the Complaint and the district court's order on the motion to dismiss supplied by the Arkansas Federal Public Defender's Office
4) Various pharmacologic and anesthesiology textbooks, reviews and research studies, as outlined in the references listed
5) Affidavits of witnesses to 4 recent executions in the state of Arkansas using the lethal injection protocol
   - Dale Reed, Chief Deputy Director of Arkansas Department of Corrections
   - William Straughn, Warden of the Arkansas Department of Corrections Cummins Unit in Grady, Arkansas
   - Wendy Kelly, Director of the Arkansas Department of Correction

- Tammera Harrelson, Senior Assistant Attorney General for Arkansas in the Medicaid Fraud Division
- Will Jones, Deputy Attorney General in the Special Investigations Division of the Arkansas Attorney General.
- Phyllis Hendrix, attorney for the White County Prosecuting Attorney's Office
- Joseph McCollough, Captain with the Jacksonville Police Department
- John Staley, Lonoke county Sheriff
- Trent Garner, member of the Arkansas Senate for District 27
- Kim Hammer, Member of the Arkansas House of Representatives for District 28; ordained minister for Saline Memorial Hospice
- Eric Motylinski, Capital Habeas Corpus Unit of the Federal Community Defender Office for the Eastern District of Pennsylvania.
- Cassandra Belter, attorney and investigator at the Capital Habeas Corpus Unit of the Federal Community Defender Office for the Eastern District of Pennsylvania.
- Jamie Giani, Assistant Federal Public Defender with the Capital Habeas Corpus Unit in Little Rock, Arkansas
- Tracy Whitaker, reporter for the Searcy Daily Citizen Newspaper
- Holly Meyer, citizen witness, relationship to case not disclosed

6) Several media publications that include descriptions of the executions by reporters who were also present at the Arkansas executions
7) Testimony and affidavit of Dr. Joel Zivot (plaintiff's anesthesiologist)
8) Testimony and Report of Dr. Craig Stevens (plaintiff's pharmacologist)
9) Testimony, Report and CV of Dr. Joseph Antognini (state's anesthesiologist)
10) Testimony and Report of Danial Buffington (state's pharmacist)
11) District Court's Opinion granting stay
12) Eight Circuit Court's opinion vacating stay

**Description of the Arkansas Execution Protocol**

According to the materials provided to me, Arkansas uses a three-drug lethal injection protocol. The protocol calls for injection into a peripheral vein of midazolam 500 mg, followed by a 5 minute waiting period, after which the protocol calls for a member of the execution team to "confirm [the] inmate is unconscious by using all necessary and medically-appropriate methods," which are not further specified. Thereafter, vecuronium 100 mg is administered into the same intravenous line, followed by 240 mEq of potassium chloride.

**Expert Opinion Questions**

I have been asked to address the following questions: 1) What are the effects of midazolam on consciousness and awareness? 2) Is there a clinical "ceiling effect" associated with midazolam, after which an increase in dose not lead to further increase in clinical effect? 3) Is the proposed lethal injection procedure certain or very likely to lead to serious pain and suffering? 4) Were the movements and vocalizations of prisoners that were seen during the executions of Marcel Williams, Ledell Lee, Jack Jones, and Kenneth Williams merely reflexes or signs of pain and/or suffering?

In order to answer these questions, this report 1) reviews known clinical effects of midazolam with regard to pain relief, consciousness, and awareness, 2) reviews whether a determination of unconsciousness is reliable or certain within the parameters of the protocol, 3) reviews the purpose and clinical effects of the paralytic agent vecuronium in the lethal injection protocol, and its potential to cause misdiagnosis of unconsciousness, obscure errors in the protocol, and prevent appropriate response to a prisoner's pain and suffering, 4) reviews the expected and certain clinical result of injection of large doses of potassium chloride into a peripheral vein, including severe pain and suffering, 5) discusses voluntary and involuntary movements that are seen in anesthetized or dying patients, and reviews the types of movements observed during the executions of Marcel Williams, Ledell Lee, Jack Jones, and Kenneth Williams.

I.    **Midazolam**

   A. **Relevant Clinical/Pharmacological Characteristics:** Midazolam is a member of
   the benzodiazepine class of drugs, which are used primarily as sedative/hypnotic
   (sleep-producing) agents. Midazolam has no analgesic (pain-relieving) properties,
   as is confirmed by authoritative general and anesthesia pharmacology texts[1,2], as
   well as an extensive literature. To quote Goodman and Gillman, one of the most
   authoritative texts in clinical pharmacology and therapeutics: "Although the
   clinical literature often refers to the "anesthetic" effects and uses of certain
   benzodiazepines, these drugs do not cause a true general anesthesia; awareness
   usually persists, and a failure to respond to a noxious stimulus sufficient to allow
   surgery cannot be achieved." As a solo drug, it therefore cannot produce general
   anesthesia, which is defined as a triple combination of analgesia (lack of pain),
   anesthesia (lack of sensation), and lack of awareness and purposeful movement in
   response to painful stimulation. Midazolam is therefore never adequate by itself to
   produce general anesthesia in humans, and in fact I know of no reputable
   anesthesiologist who would rely on it as a sole drug for general anesthesia. It is
   used, albeit rarely, as a solo *sedative* in some low-discomfort procedures such as
   colonoscopy, which can be performed in the majority of patients without any
   sedation at all.[3] In the majority of cases involving midazolam, it is usually
   combined with a narcotic, which enhances the respiratory effects of midazolam.
   The use of midazolam in such procedures is predicated on the theory that sufficient
   sedation can be produced such that the patient experiences reduced awareness of
   pain, and, if the patient does have pain, will not later recall it, due to the effects that
   midazolam has on the ability to form and retain memory (see below).
           Many drugs can induce "sleep", a light form of unconsciousness. The real
   issue is, once unconsciousness occurs, will midazolam be sufficient to maintain that
   unconsciousness through the administration of the muscle relaxant and subsequent
   feelings of asphyxiation, and the searing pain accompanying administration of
   potassium. "Induction" does not refer to the stage of anesthetic administration in
   which the surgical stimulus occurs—it merely refers to the beginning of
   administration of drugs that begin the anesthetic. Furthermore, induction of
   anesthesia usually involves administration of several drugs, often a combination of

---

[1] Hemmings HC Jr, Egan TD. Pharmacology and physiology for anesthesia. Sanders Inc 2013.
Pp 144-6
[2] Mihic SJ, Mayfield J, Harris RA. Chapter 19: hypnotics and sedatives. IN: Brunton L, Hilal-
Dandon R, Knollmann BC, Ed. Goodman and Gillman's the Pharmacologic Basis of
Therapeutics 13th Ed. McGraw-Hill Education. 2018.
[3] Hoffman MS, Butler TW, Shaver T. Colonoscopy without sedation. J Clin Gastroenterol
1998; 26:279-82

benzodiazepine, narcotic, and propofol, is not usually accomplished with only one drug, and virtually never with a benzodiazepine as a solo drug.

The intended and unintended effects of midazolam are highly dependent on factors related to the **pharmacokinetic** characteristics of the drug (how quickly is it metabolized, and/or redistributed to places in the body, such as fat, where it will have no **pharmacologic** [clinical] effects); the method of administration of the drug; the individual to whom it is administered; and the surgical or other stimulus applied.

The dose of midazolam required to produce sedation and respiratory depression is dependent on the size, sex, and age of the recipient. Prior or concomitant use of prescription medications can affect or delay the onset of action of midazolam and shorten or augment its clinical effect and duration of action. Prior or concomitant illicit drug use by the recipient can both reduce the effects of the drug due to cross-tolerance (thus requiring markedly higher than expected doses to produce a desired effect), or alternatively can augment the effects of the drug through **synergistic** action.[4] While benzodiazepines may be listed as the "cause of death" in drug overdose cases, the actual "mode" of death is not due to direct drug toxicity (midazolam does not have a known lethal toxic dose[5]), but rather any of several different mechanisms or a combination thereof that occur as secondary, or side-effects, of the drug. Potential mechanisms of death are generally centered around respiratory issues, i.e. due to either inadequate breathing or interruption of breathing that results in subsequent suffocation. This can occur due to interference with the brain's regulation of breathing during benzodiazepine-induced sedation; mechanical airway obstruction from collapse of the tissues into the airway because of reduced muscle tone in the throat during benzodiazepine-induced sedation; aspiration of stomach contents into the airway during sedation ("drowning in vomit"); and other mechanisms. Supportive measures (e.g. assisted ventilation) during large doses of midazolam prevent death, because midazolam itself does not have a known toxic lethal dose. Midazolam has no direct deleterious effects on cells in the body, and produces no irreversible effects, but can temporarily interfere with the body's normal responses, such as breathing more deeply in response to hypoxemia (lack of oxygen) or hypercarbia (high levels of carbon dioxide in the blood). This is in contrast to drugs in which intrinsic lethal toxicity occurs, such as cyanide, which irreversibly stops oxidative function of cells. No "fatal dose" of midazolam has ever been published,[6] whereas even small doses of cyanide are usually lethal.

All benzodiazepines have similar mode of action, and generally differ from each other primarily in water solubility, how much pain they cause during

---

[4] **Synergism** between drugs means that the total effect of 2 or more drugs administered together is greater than the effect that would be expected by simply adding them together: they interact in such a way that 2 + 2 does not equal 4, but rather results in 8, for example. Each drug is said to enhance, or *potentiate*, the effects of the other(s).

[5] Schultz M, Iwersen-Bergmann S, Andresen H, Schmoldt A. Therapeutic and toxic blood concentrations of nearly 1,000 drugs and other xenobiotics. Crit Care 2012; 16:R136

[6] Ibid

intravenous injection, duration of action, and the relative potency of a milligram of drug. Most commonly prescribed in small doses as an anxiolytic (i.e. to reduce anxiety), midazolam is now virtually never used as the solitary hypnotic ("sleep-producing") component in general anesthesia, and it cannot by itself produce general anesthesia. In order to comment on the likely effects of midazolam in preventing awareness, pain, and suffering during a very painful or stimulating event, we therefore have to rely on studies that have been done on another very closely related and equipotent[7] benzodiazepine, diazepam (also known by its trade name Valium). Diazepam was used briefly as a primary hypnotic for heart surgery in the late 1980s and early 1990s, with poor results (see below). Due to its variability of onset, unreliable duration of sedative action, lack of reliable production of complete unconsciousness and suppression of awareness during surgery, undesirable effects on blood pressure (hypotension), and the severe pain it produces when injected intravenously, valium is no longer commonly used in most modern anesthesia practices.[8] Like midazolam, the pharmacokinetics of intravenous diazepam are unaffected by dose, even at very high doses.[9]  As with midazolam, prior or concomitant prescription or illicit drug use by the recipient can lead to cross-tolerance (requiring markedly higher doses to produce its usual effect), or to synergistic actions. Paradoxical reactions to both of these benzodiazepines are common and include delirium, combativeness, paradoxical fear, anxiety and panic.

B. **Midazolam and Other Benzodiazepines Do Not Produce Unconsciousness to Surgical or Other Significantly Painful Stimuli When Used as Solo Agents.**
With regard to the proposed use of midazolam, does administration of midazolam assure unconsciousness of the prisoner for the duration of the execution? The answer is unequivocally no.  Midazolam by itself does not produce unconsciousness in patients undergoing surgery, even at high doses or in combination with potent narcotics, and this has been demonstrated in humans in multiple studies (see below). In order to understand this, it is important to understand the distinction between *awareness* and *recall,* both of which have been mischaracterized or confused for one another in the medical literature and in legal arguments regarding lethal injection.

---

[7] Equipotency indicates that a one drug produces virtually identical effects as a different drug, usually of the same class, at the same dose. Thus, 1 milligram of midazolam behaves in all critical ways almost identically to a 1 milligram dose of diazepam.

[8] Author's note: in fact, because the use of a benzodiazepine as the sole hypnotic agent during induction as described in the Arkansas Protocol is so archaic to modern anesthesia practice, references regarding the efficacy and side effects of this combination necessarily rely on literature from the 1980s and 1990s. In addition, as a cardiac anesthesiology specialist, the Expert has had past personal extensive clinical experience in over 500 cases with use of benzodiazepines as a sole hypnotic agent, which was widespread in anesthesia for heart surgery in the 1980s.

[9] Ochs HR, Greenblatt DJ, Lauven PM et al.  Kinetics of high-dose i.v. valium.  Br J Anaesth 1982; 54:849-52

**Awareness Versus Recall.** Many clinicians, even experienced and expert anesthesiologists, erroneously use the terms awareness and recall interchangeably and rely on data regarding *recall* to comment on the incidence of *awareness*.[10,11] As a component of a lethal injection protocol, it is critical to understand that these two terms are distinctly different, and that lack of recall does not equal lack of consciousness.[12]

*Awareness* of a terrible clinical event (pain, suffering, suffocation) refers to the conscious experience of the event, whether it is later remembered or not. *Recall*, on the other hand, is the ability to remember an event after it has been experienced. A person can experience an event, even an agonizing one, without being able to recall it. But failure to remember the event is not an indication that it did not result in terrible suffering. Most adult humans, for example, identify their first memories as occurring around age 4, and recall little from earlier ages. Yet none of us would deny that a 2 or 3 year old child can be tortured, or experience severe pain, fear, or suffering even though they are unable to remember it. It is well known that even adult experiences that are especially traumatic, e.g. painful, terrifying, or psychologically traumatizing, may in fact be associated with significant lapses in memory, even though the events occurred, were experienced, and caused terrible suffering at the time.

Unfortunately, it is common for physicians, including experienced anesthesiologists, to interchange these terms, and to mistakenly believe that patients who do not *recall* intraoperative events were not therefore conscious or aware of them at the time they occurred. Quite the opposite has been clearly shown in multiple clinical studies to be true. Many studies and reports in humans demonstrate that a disturbing number of patients are aware to some degree of what is happening to them, but simply cannot recall them later. One reason is that drugs such as midazolam, for example, are actually much more efficient at producing *amnesia* (or memory loss) than *unconsciousness,* even when used in combination with other drugs, such as narcotics, that enhance its effects. A large number of studies purporting to be of "awareness" during anesthesia were in fact studies of *recall*, and because even published authors have misused these terms, studies involving "awareness" need to be read and interpreted very carefully. *Recall* is estimated to happen in less than 1% of the population, but *awareness* has been shown to occur much more commonly. Obviously in the case of lethal injection, recall is not relevant. However, *awareness*, which could lead to extreme suffering during the execution process, is.

Both published studies and broad clinical experience from the practice of anesthesiology demonstrate that there is *no known level at which benzodiazepines, narcotics, or the combination of these drugs has ever been shown to guarantee that*

---

[10] Absalom A, Nagels W.  Fentanyl and midazolam anaesthesia for coronary artery bypass surgery. [letter to the editor].  Br J Anaesth 2000; 85:940-1
[11] Russel IF.  Midazolam-alfentanil:  an anaesthestic?  An investigation using the isolated forearm technique.  Br J Anaesth 1993; 70:42-6
[12] Sanders RD, Tononi G, Laureys S, Sleigh JW.  Unresponsiveness ≠ unconsciousness.  Anesthesiology 2012; 116:946-59

*patients are unaware during surgery*. In fact, combinations of fentanyl and any benzodiazepine are known to be associated with retention of some level of consciousness in *71% of patients studied.*[13]

Multiple case reports and clinical studies in the literature have demonstrated that even "massive" doses of drug combinations that include benzodiazepines and narcotics in an operating room setting do not guarantee that a surgical patient is unconscious once painful stimulus is applied. A spate of publications in the 1980s showed that high-dose diazepam or another benzodiazepine, usually in combination with fentanyl (which enhances the benzodiazepine effects) failed to prevent intraoperative awareness[14,15,16,17]. In 1987, investigators demonstrated significant levels of perioperative awareness in patients who received a combination of lorazepam (another potent benzodiazepine) and fentanyl in doses equivalent to 0.5 mg per kg of valium or midazolam[18] and 50 mcg per kg of fentanyl. It should be noted that these patients had additionally received scopolamine, itself a sedative-dissociative drug, which further enhances the effects of midazolam and fentanyl. Two patients had recall during their surgery that was specific enough to report details of conversations in the operating room.[19] Similarly, in a study reported in 2011, patients received a preoperative lorazepam dose of 1 to 3 mg (equivalent to up to 24 mg of valium or midazolam) plus temazepam 20 to 40 mg (equivalent to 10 to 20 mg of valium or midazolam) *plus* midazolam 0.05 to 0.1 mg/kg (equivalent to a dose of approximately 20 to 40 mg of midazolam) for a total dose of benzodiazepine equivalents to up to 64 to 84 mg of valium or midazolam. It should be noted that those patients also received 20 to 30 mcg/kg of fentanyl, *plus* inhaled anesthesia *plus* propofol (the latter 2 drugs are additional, highly potent hypnotics). Nine patients were found to have operative awareness, 2 with recall specific enough to report noises and conversations in the operating room.[20]

A true study of *awareness* rather than recall was carried out using a different but analogous synergistic combination of midazolam with a narcotic

---

[13] Russell IF. Comparison of wakefulness with two anaesthetic regimens. Total i.v. balanced anaesthesia. Br J Anaesth 1986; 58:965-8

[14] Mainzer J. Awareness during fentanyl anesthesia. Anesthesiology 1982; 56:331-2

[15] Mark JB, Greenberg LM. Intraoperative awareness and hypertensive crisis during high-dose fentanyl-diazepam-oxygen anesthesia. Anesth Analg 1983; 62:698-700

[16] Hilgenberg JC. Intraoperative awareness during high-dose fentanyl-oxygen-anesthesia. Anesthesiology 1981; 54:341-3;

[17] Mummaneni N, Rao T, Montoya A. Awareness and recall with high-dose fentanyl-oxygen anesthesia. Anesth Analg 1980; 59:948-9

[18] Based on standard cross-calculations of drug potencies/equivalencies in the class benzodiazepines. A sample calculator can be found at: http://clincalc.com/benzodiazepine/.

[19] Robinson JF, Boright WA, Ligier B, Mclivena K, Metcalf LR, Truong DT. The incidence of awareness, and amnesia for perioperative events, after cardiac surgery with lorazepam and fentanyl anesthesia. J Cardiothor Anesth 1987; 1:524-30

[20] Lala HM, Lala MP, Kibblewhite DP, Chan BO, Barnard JPM. Awareness during cardiac surgery—a single centre prospective clinical audit of 1060 patients. Anaesth Intensive Care 2011; 39:973-4

(alfentanil).[21] In this study, patients were given a paralytic agent after administration of the drugs. Prior to administration of the paralytic, one forearm was isolated from the circulation to prevent the arm from being paralyzed and allow the patient to move that arm in response to commands if they were awake. Following a specific command (such as "move your right arm" or "raise your right hand") *requires awareness:* the patient must hear the instruction, realize what they are being told to do, and carry out the action in the instruction. Using this technique, *72% of patients*—whom even the anesthesiologists assessed to be "asleep" after induction of general anesthesia— responded to explicit commands, causing the author to question whether a combination of these drugs was actually an anesthetic at all.[22] The same author found that other anesthetic regimens using midazolam and fentanyl were also associated with 44% rate of response to commands with this technique, indicating awareness.[23] Other studies have shown awareness in 73% of patients undergoing major gynecologic surgery.[24] In another study, a disturbing *42%* of patients who indicated awareness by moving their arms during this technique also indicated by signaled hand squeeze that they were in pain, although none had recall of this after surgery.[25]

As a practicing cardiac anesthesiologist in the 1980s and 1990s, I had personal experience with administration of high-dose benzodiazepines for cardiac anesthesiology. A number of patients reported events in the operating room, demonstrating awareness with recall. In one particular case, a patient was given 1 mg/ kg of valium (a dose equivalent to approximately 113 mg in a 250 lb person), plus 50 mcg/kg of fentanyl[26] to induce anesthesia prior to cardiac surgery. Despite

---

[21] Midazolam doses was 5-10 mg given as intramuscular injection, followed by 0.2 mg/kg bolus at induction of anesthesia and 0.15 mg/kg/hr throughout the operation. Assuming a 2 hour surgical duration after induction (for major gynecologic surgery, e.g. vaginal or abdominal hysterectomy) in a 100 kg patient, this would be equivalent to 5-10 mg, plus 20 mg for induction, plus 30 mg maintenance, or a total of about 60 mg of midazolam, lower than the lethal injection protocol dose, but above the estimated ceiling dose, meaning maximal clinical effect was reached. *In addition to this drug,* however, patients received a total of 0.007 mg/kg plus 0.06 mg/kg/hr of the potent narcotic alfentanil, for a total estimated dose of 12.7 mg (this is within normal dosing range for alfentanil as a solo anesthetic agent). These 2 drugs are synergistic in producing sedation and respiratory depression.

[22] Russell IF. Midazolam-alfentanil: an anaesthetic? An investigation using the isolated forearm technique. Br J Anaesth 1993;70:42-6

[23] Russell IF. Comparison of wakefulness with two anaesthetic regimens. Total i.v. balanced anaesthesia. Br J Anaesth 1986; 58:965-8

[24] Russell IF. The ability of bispectral index to detect intraoperative wakefulness during total intravenous anaesthesia compared with the isolated forearm technique. Anaesthesia 2013; 68:502-11

[25] Sanders RD, Gaskell A, Raz A, et al. Incidence of connected consciousness after tracheal intubation: a prospective, international, multicenter cohort study of the isolated forearm technique. Anesthesiology 2017; 126:214-22

[26] Because drug dosing is depending on the size of the recipient, it is nonsensical to refer to absolute drug doses when determining the clinical appropriateness and relative "size" of a given

these doses he was awake and remembered the saw cutting his chest open. Because he had been paralyzed with pancuronium, there was absolutely no indication during the surgery that he might be aware—he appeared simply to be sleeping (see section on vecuronium). Nevertheless, after the operation he was able to report the entire experience to us, along with his terror, and quote conversation that was going on in the operating room at the time to prove that he was indeed conscious. Given that my patient had received what can only be described as "massive" doses of these 2 drugs, and given the multiple reputable peer-reviewed studies of awareness in anesthetized patients using midazolam, and based on my clinical experience using high-dose benzodiazepines for anesthesia, in my opinion and in the published opinion of many other medical experts, there is no dose of this combination that will induce full anesthesia.

Furthermore, when the FDA approved midazolam, it approved its use as "*an*" anesthetic induction agent, not "*the*" anesthetic induction agent. The FDA states that is allowable to administer midazolam for induction of anesthesia *before administration of other anesthetic agents,*[27] and merely states in packaging that it can be the first of several drugs administered during anesthetic induction.[28] In other words, the FDA permits midazolam to be used in combination with narcotics, sedatives, and hypnotics (sleep-inducing drugs) such as propofol, or barbiturates, to induce anesthesia. The FDA packaging explicitly states that midazolam can achieve anesthetic induction *"with the use of narcotic premedication"* and can be used *"as a component of intravenous supplementation of nitrous oxide and oxygen (balanced anesthesia)."*[29] The FDA did not state in its approval that midazolam is approved as a *sole agent* for induction of anesthesia.

Apart from the hazards of awareness with high-dose benzodiazepines and narcotics, there is a well-known and published interaction between the use of paralytic agents and the likelihood of awareness under anesthesia in the operating room. Multiple studies show that the incidence of awareness and recall is nearly doubled when any combinations of anesthetic agents, including benzodiazepines,

---

dose. A 1 mg dose may be appropriate for a 4 kg baby, for example, but have virtually no effect on adult weighing 25 times that amount, or 100 kg. The required and administered drug doses are always expressed in terms of units per kilogram of the recipient's weight, which gives an initial indication of whether the *estimated* dose needed before adjustments for other factors (e.g. age, sex, concomitant prescription or illicit drug use, etc) is appropriate. The dose of valium referred to above would be the equivalent of 100 mg in a 200 lb person, for example, which is equivalent in potency to 100 mg of midazolam. This dose was given *in addition* to the dosing equivalent of 5000 microgram (mcg) of fentanyl in a 100 kg person, a massive dose. Fentanyl is synergistic with midazolam and further enhances its respiratory depressant effects. To put these doses in perspective, the *usual* clinical doses of these drugs in a 100 kg person for an anesthetic induction that includes fentanyl would be 1 to 5 mg of midazolam plus 150 to 250 mcg fentanyl.

[27] US FDA Center for Drug Evaluation and Research: Approval Package for Midazolam. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/075293orig1s014.pdf Accessed July 13, 2018

[28] Ibid

[29] Ibid

are used in the presence of a paralytic agent.[30,31,32] The mechanism of this phenomenon has not been determined. Thus, not only does the use of midazolam in the Arkansas protocol fail to achieve anesthesia, the addition of the paralytic agent *independently increases* the chances of the prisoner being aware, approximately doubling the odds, while simultaneously preventing him from showing indications of awareness. Thus, this combination of drugs is *very likely* to result in awareness if the patient is stimulated by pain, the terror of paralysis, or the air hunger associated with suffocation.

    Given that it is desirable to prevent awareness under anesthesia, awareness detection and prevention of awareness is an area of intense research in the specialty. Despite continuing research, various modes of prevention, including "brainwave" monitoring, have not proven helpful in determining awareness[33] and do not lead to changes in drug dosing.[34] Patients who had EEG brain wave patterns that had been previously thought to indicate lack of awareness were clearly demonstrated in a recent study to have awareness as measured by the isolated forearm technique.[35] Processed brainwave monitors in the OR have been shown to be far less reliable than the isolated forearm technique.[36,37] With studies showing that even trained and experienced anesthesiologists fail to detect awareness in a significant proportion of cases in which it is present, and that sophisticated monitors are also unreliable in detecting awareness, is simply implausible that members of the execution team designated in the protocol to "determine that the prisoner is unconscious" will be able to do so.

    An additional problem is the fact that the level of anesthesia to produce unconsciousness *varies with the severity of the stimulus,* as anesthesiologists well know.  It is common for an anesthesiologist to induce sleep in a non-paralyzed patient, observe them sleeping quietly while their body is prepped and draped for

---

[30] Sandin RH, Endlung G, Samuelsson P, Lenmarken C.  Awareness during anaesthesia: a prospective case study.  Lancet 1000; 355:707-11

[31] Bischoff P, Rundshagen I.  Awareness under general anesthesia. Dtsch Arztebl Int 2011; 108:1-7

[32] Domino KB, Posner KL, Caplan RA, Cheney FW.  Awareness during anesthesia:  a closed claims analysis.  Anesthesiology 1999; 90: 1053-61

[33] Kerssens C, Gaither JR, Sebel PS.  Preserved memory function during bispectral index-guided anesthesia with sevoflurane for major orthopedic surgery.  Anesthesiology 2009; 111:18-24

[34] Lindholm ML, Brudin L, Sandin RH.  Bispectral index monitoring:  appreciated but does not affect drug dosing and hypnotic levels.  Acta Anaesthesiol Scand 2008; 52:88-94

[35] Gaskell AL, Hight DF, Winders J, et al. Frontal alphas-delta EEG does not preclude volitional response during anaesthesia: prospective cohort study of the isolated forearm technique.  Br J Anaesth 2017; 119:664-73

[36] Russell IF.  The ability of bispectral index to detect intraoperative wakefulness during total intravenous anaesthesia compared with the isolated forearm technique.  Anaesthesia 2013; 68:502-11

[37]Russell IF. The ability of bispectral index to detect intra-operative wakefulness during isoflurane/air anaesthesia, compared with the isolated forearm technique. Anaesthesia 2013; 68:1010-20

surgery, only to have them move, groan and even try to sit up when the surgery begins. More anesthetic frequently has to be given (called "deepening the anesthetic") to adjust the level of drugs to meet the stimulus that is now occurring. A member of the execution team might even accurately determine that the prisoner is unconscious *prior* to administration of the paralytic agent, before pain or suffocation is felt by the prisoner, but when the paralytic drug is given, as the prisoner's respiratory muscles weaken and he begins experience suffocation and/or when excruciating pain occurs during potassium administration, it is unlikely that midazolam will keep him asleep. When he regains awareness, there will usually still be no indication to observers that he is in pain—paralysis will prevent him from moving, grimacing, moaning, or otherwise indicating he is in severe pain.

C. **The Ceiling Effect of Benzodiazepines.** Is it possible to achieve and maintain "unawareness" by simply delivering a higher dose of the drug? The answer is unequivocally no. This is due to the pharmacologic characteristics of all benzodiazepines, including midazolam.

It is tempting to believe that giving more of any given drug results in a proportionally larger clinical effect—i.e. doubling the dose will result in twice the effect. However, many drugs, including midazolam, do not have proportionally larger clinical effects with increasing doses, and/or have a maximum ("ceiling") dose at which no further increase in effect occurs no matter how much drug is given. Why does this happen?

With midazolam, clinical effects are produced only when midazolam binds to specific receptors (GABA receptors) in the brain to produce sedation. Up to a point, the more receptors that bind to midazolam, the more sedation is produced. The ratio of drug needed to interact with receptors is 1:1—that is, each receptor has only space to bind with one molecule of midazolam, and there are a finite and relatively small number of GABA receptors in the brain in comparison to other types of receptors. Once the maximum number of GABA receptors is bound, it does not matter how much more drug is added, because there are no receptors for it to attach to. Imagine, for example, that there are 16 total receptors that can interact with midazolam. Once 16 molecules of midazolam are administered, the maximum amount of sedation for that patient will be reached, whatever that is for each individual patient. If 32 molecules of midazolam are given, the effect is no different than if 16 are given, because there will still only be 16 receptors for the midazolam to act upon and have a clinical effect. The left-over 16 midazolam molecules will simply float around in the bloodstream, doing nothing. Even administering 160 molecules, 10-times the first dose, will have no further effect, leaving 144 unbound molecules that will simply float around in the bloodstream having no further effect. This phenomenon is called a "ceiling effect" and has been

clearly shown for midazolam in dogs[38,39] and humans.[40,41] In rats, in fact, it has been shown that the dose of midazolam cannot be increased high enough to ever produce surgical anesthesia.[42] Furthermore, in humans, that ceiling dose was approached (although not reached) during a study of midazolam with administration of as little as 0.4 mg/kg of midazolam,[43] (i.e. 40 mg in a 100 kg person), a dose well below that proposed in the Arkansas protocol. This means that the high dose proposed in the lethal injection protocol exceeds that of midazolam's maximum clinical effect, and does not increase the likelihood of unconsciousness. Even below ceiling doses, the proportional increase in effect of additional milligrams of drug is smaller and smaller as the dose increases towards its ceiling effect.

II.   **Vecuronium**

A.   Vecuronium is a paralytic agent that produces profound paralysis of respiratory and skeletal muscles when injected intravenously, with onset over approximately 2 minutes, maximum effect in 5 minutes in most patients, and a medium duration of action (average duration of paralysis after an injection of a dose of 0.1 mg/kg is approximately 45 minutes).[44] With a dose of 0.5 mg/kg (e.g. 50 mg in a 220 lb person) maximum paralysis has been shown to occur in 82 ±13 seconds. Onset times are progressively shorter with higher doses.[45] I could find no references that state the onset of maximum paralysis following a 100 mg dose (double the above dose), but it is likely to be under 60 seconds. It has no analgesic or sedative properties of its own, and does not have any effect on consciousness. From descriptions provided to us from patients who have suffered anesthetic mishaps in which they erroneously received paralyzing agents including vecuronium without first being sedated, we know that administration of such an agent to an aware patient results in extreme fear and panic, sensations of suffocation, and inability to signal to providers with gestures or facial expressions that they are aware and

---

[38] Hall RI, Schwiegr IM, Hug CC Jr.  The anesthetic efficacy of midazolam in the enflurane-anesthetized dog.  Anesthesiology 1988; 68:862-6

[39] Seddighi R.  The effect of midazolam on end-tidal concentration of isoflurane necessary to prevent movements in dogs.  Veterinary Anesth Analg 2011; 38:195-202

[40] Melvin MA, Johnson BH, Quasha AL, Eger EI II.  Induction of anesthesia with midazolam decreases halothane MAC in humans. Anesthesiology 1982; 57:238-41

[41] Inagaki Y, Sumikawa K, Yoshiya I.  Anesthetic interaction between midazolam and halothane in humans.  Anesth Analg 1993; 76:613-7

[42] Schaffner PL, Scherschlicht R, Polc P, et al.  Pharmacology of midazolam.  Arzneimittel-Forschung. 1981; 31(12a):2180-201

[43] Ibid.

[44] https://www.drugs.com/pro/vecuronium.html

[45] Sharpe MD, Murking JM, Vannelli T.  High-dose vecuronium neuromuscular block: a comparison of arrhythmias and onset of block during sufentanil anaesthesia.  Can J Anaesth 1995; 42:716-23

suffering[46]. Indeed, such patients are described as experiencing "outward calm and inner terror"; the outward appearance of the patient is serene because the paralysis produced by vecuronium and other paralytic drugs does not permit movement or changes of expression that otherwise clue an observer that the patient is in extreme terror and discomfort, even though beneath the serene exterior, the patient is fully aware and in agony.

B. **The Purpose of Paralytic Agents in Lethal Injection Protocols.** Most deaths due to drugs, toxins or disease that occur in humans and animals involve both involuntary and voluntary movements which occur as the distressed and/or dying brain reacts to its environment. Grimacing, muscle twitching, vocalization (moaning, crying out), convulsions and "agonal" respirations all frequently occur during the dying process. While some of these movements, such as muscle twitching, can be the result of simple spinal cord reflexes as the brain dies, others can result from air hunger, suffocation, panic, pain, and distress that lead to conscious or semi-conscious efforts to rouse, breathe, and fight what is happening. Most observers find such movements extremely distressing to witness. As unpleasant as these movements are to watch, however, they serve a critical purpose; they signal that the individual might not be unconscious, and should receive other types of drugs to reduce their awareness or pain. Masking such movements is maleficent to a dying individual, because it prevents treatment of his or her suffering.

      For these reasons, it is unethical to euthanize a companion animal using paralytic agents. The American Association of Veterinary Medicine forbids use of paralytic agents for euthanasia of companion animals as the "death drug," even though dying movements can be extremely distressing to owners. This is because a paralytic agent may mask the animal's suffering and hide indications that other drugs are indicated.[47] The Humane Society of the United States, moreover, explicitly states that, when an animal is paralyzed,

> "while the animal appears to be unresponsive to sight
> and sound, he may still feel deep pain and may actually
> be experiencing fear and panic as he remains aware of
> his surroundings. For this reason, immobilizing agents
> are never appropriate for use in euthanasia."[48]

In the case of medical care for terminally ill human beings, it would be unthinkable as well as unethical to remove a patient from a ventilator, and then for

---

[46] Personal communications of patients during quality assurance reviews performed by the Expert to evaluate anesthetic mishaps.

[47] Leary S, Underwood W, Anthony R, et al. American Veterinary Medical Association Guidelines for the euthanasia of animals: 2013 edition. AVMA, Schaumburg Il.

[48] The Humane Society of the United States. Euthanasia Reference Manual, 2013. Available at: https://www.animalsheltering.org/sites/default/files/content/euthanasia-reference-manual.pdf Accessed July 13, 2018

appearances sake, paralyze them and leave them to suffocate in a lingering death—aware of what was happening to them, but unable to cry out for help. Professional guidelines in human medicine explicitly oppose such practice and state that it is both unethical and inhumane, because it would mask signs of suffering that need treatment.[49,50]

## III.   Potassium Chloride

Potassium chloride (or KCl) is a naturally occurring mineral salt that can be administered orally or intravenously. Potassium ions perform a number of functions in the human body, many of which involve activation of channels in cells that regulate the flow of substances in and out of the cells, and conduct of electrical energy along nerves, muscles, and in the heart. Rapid intravenous administration of KCl is used in lethal injection protocols to cause rapid fatal heart arrhythmias, i.e., to "stop the heart".

Injection of KCl causes excruciating pain, and so is only given very slowly, and in dilute quantities in medical practice. KCl is never intentionally given "IV push," (i.e. as a bolus in a small volume of fluid), even in small total doses of 25 mEq. This is not only because of the potential for abnormal heart rhythms to occur, but because even such a small dose, when diluted and given in volumes of < 100 ml of fluid, results in high enough concentrations of KCl that the drug cauterizes or "sears" the tissues lining the veins as it flows through them, causing excruciating and unremitting pain, similar to that of a severe burn from flames. Concentrations of more than 40 mEq/L (milliequivalents per liter)[51] are known to cause excruciating pain, sometimes described by patients as if someone "poured gasoline on my arm and lit it with a match."[52] This pain does not stop after injection, because the injury to the lining of the blood vessels continues.  I have personally heard patients scream when a concentration of 40 mEq

---

[49] Downar J, Delaney JW, Hawryluck L, Kenny L.  Guidelines for the withdrawal of life-sustaining measures.  Intens Care Med 2016; 42:1003-17

[50] Truog RD, Campbell ML, Curtis JR, et al.  Recommendations for end-of-life care in the intensive care unit: A consensus statement by the American College of Critical Care Medicine. Crit Care Med 2008; 36:953-63

[51] The convention for dosage of mineral salts such as potassium chloride is in mEq, or in mEq per liter of whatever fluid in which they are diluted. A physician must always not only designate the total dose (mEq), but how to dilute the salt (mEq/L) because both affect the clinical effects. For context, a common dose range of potassium chloride (KCl) is 25 to 40 mEq, delivered in 1 liter of fluid (i.e. a concentration of 25 to 40 mEq/L) over 8 to 10 hours. In the Arkansas protocol, the concentration of KCl is not designated, but since it must be delivered in a syringe, the lowest concentration in which it can be given is 120 mEq/60 cc (because that is the size of the largest injection syringe), which converts to the equivalent of 2000 mEq/L—a concentration that is 50 times greater than that known to cause humans to scream during injection. In reality, the Arkansas Protocol dose is likely to be given in a more conventional sized syringe—10 to 20 cc of fluid—*approximately 75 to 150 times the concentration that causes excruciating pain.*

[52] Personal communication from patient during quality assurance review performed by the Expert of anesthetic mishaps

diluted in 100 ml (a concentration of 400 mEq/L) was inadvertently administered as an intravenous (IV) bolus, the technique required in the Arkansas protocol.

It is important to note that the Arkansas Protocol calls for a dose of 120 mEq of KCl to be drawn up in "a syringe." The largest syringes readily available for intravenous injection (and therefore the largest volume in which KCl would be diluted under the protocol) are 60 milliliter syringes. Even in the largest syringe available, 120 mEq of potassium chloride would result in a concentration of potassium chloride that is no lower than 2 mEq/ml (2000 mEq/L)—more than 50 times that which causes excruciating pain. Given the fact that midazolam has no analgesic properties, and has been shown to be associated with a high probability of awareness in the operating room, and given that the anticipated dose and concentration of KCl to be administered in the Arkansas protocol is certain to cause excruciating pain during injection, it is my expert opinion that the prisoner will almost certainly be aware of the injection. Additionally, because of the administration of vecuronium prior to the injection of potassium chloride, (which further enhances this likelihood), it is my expert opinion that during many executions under this protocol most observers will not see any movements from the prisoner to indicate that they are aware and in pain.

IV.     **Movements of the Prisoners During their Executions**

Following the recent executions of Marcel Williams, Ledell Lee, Jack Jones, and Kenneth Williams, the press reported on movements by some of the prisoners during the execution process. Questions were raised about whether the prisoners were aware during the execution. The State has generally dismissed these movements as being the result of "involuntary reflexes" and denied that the prisoners were consciously responding to either the sensations of suffocation or excruciating pain during potassium injection. However, many if not most of these assertions are based on outdated beliefs, now disproven, about movements in dying patients, the mechanisms behind them, and their relationship to awareness. In considering whether the movements observed during the executions of these men were involuntary or volitional, we should consider several different types of movements and what they look like: 1) involuntary "spinal" reflexes, 2) "posturing," 3) agonal respirations and 4) voluntary movements.

**Involuntary "Spinal" Reflexes.** The term "involuntary reflexes" is actually not specific, and can refer to several different types of movement in response to a given stimulus. Tapping your knee with a doctor's reflex hammer results in a little "kick" of the leg, for example. The "stimulus" for the reflex is a tap on a small tendon that runs between the kneecap (patella) and the tibia. The tap sharply stretches the tendon briefly, and nerve receptors detect the stretch and send a signal to the spinal cord, which then reacts locally in the low spine to send a signal back to kick the leg. The reflex does not involve any arcs in the brain, and therefore does not require nor indicate consciousness. Its primary purpose is to provide quick responses in the legs to changes in posture, balance and leg coordination. Such movements require an inciting, usually specific stimulus, and are quick, isolated movements generally in only 1 or 2 muscle groups at a time (the knee extensor muscles in our example case). They are not generalized movements throughout the body. Spinal reflexes can occur in both the presence and

absence of consciousness. These generally quick, isolated muscle movements do not correspond to the description of movements observed in the recent executions.

**Posturing**. In patients who have suffered injury in the brain, more complex, stereotypic movements can occur in multiple muscle groups at once in response, generally, to painful stimuli. These movements are widespread, and cause the body and/or limb position to change in a very predictable way. Typically, the patient appears to lie unconscious, but when pinched on the foot, for example, simultaneously stretches all limbs slightly, turning the wrists down toward the mattress, pointing the toes toward the mattress and arching the head and neck slightly back. In a slightly different type of posturing, the toes are pointed down and the arms held tightly bent at the elbows up on the chest.

Because these postures were first described in patients in coma, they were termed "decerebrate" or "decorticate" posturing, and they were believed to indicate a lack of activity in the cortical (i.e. "thinking") areas of the brain and therefore to indicate a loss of awareness or consciousness —a misconception that persists among many experienced anesthesiologists and other clinicians. Even early on, clinicians reported that many patients with decerebrate/decorticate posturing were conscious.[53,54,55,56,57,58] Largely due to the development of advanced neuroimaging (e.g. magnetic resonance imaging [MRI] and positron-emission tomography [PET scanning]), we now know that decerebrate and decorticate posturing is *not* indicative of unconsciousness, although it often does indicate disturbance of brain function in a "non-thinking" area of the brain called the red nucleus, that controls mainly coordination and gait (walking and balance). MRI scans demonstrate preserved consciousness in patients with decerebrate/decorticate posturing.[59] Patients with decerebrate/decorticate posturing should be presumed conscious unless proven otherwise.[60]

Changes in facial expressions, blinking, breathing, moaning, opening and closing the mouth, moving the eyes and other movements are *not* elements of decerebrate or decorticate posturing.

---

[53] Halsey JH, Downie AW. Decerebrate rigidity with preservation of consciousness. J Neurol Neurosurg Psychiatry. 1966; 29:350-5

[54] Feldman H. Physiological observations in a chronic case of "locked-in" syndrome. Neurology 1971; 21:459-78

[55] Pattisapu J, Smith RR, Bebin J. Traumatic decerebracy with preserved consciousness and voluntary movement. Neurosurgery 1985; 16:71-4

[56] Mahapatra AK, Bhatia R. Preservation of consciousness in a decerebrating head injured patient. J Assoc Physicians India 1990; 38:305-6

[57] Damasceno BP. Decerebrate ridigity with preserved cognition and gait: a possible role of anoxic-ischemic brain damage. Int j Neurosci 1991; 58:283-7

[58] Kao CD, Chen JT, Lai KL, et al. Gabapentin for decerebrate rigidity: a case report. Clin Drug Invest 2008; 28:67-70

[59] Kao CD, Guo WY, Chen JT, Wu ZA, Liao KK. MR findings of decerebrate rigidity with preservation of consciousness. Am J Neuroradiol 2006; 27:1074-5

[60] Latronico N, Antonini L, Taricco M, Vignolo LA, Candiani A. Approach to the patient in vegetative stat: part II: differential diagnosis. Minerva Anestesiol 2000; 66:233-40

**Respiratory Movements: Agonal Respirations/Cheyne-Stokes Breathing/Gasping.**
A number of changes in breathing occur in patients who have abnormal brain function,
including drug-induced sleepiness, traumatic brain injury, and lack of oxygen to the
brain. Cheyne-Stokes breathing is a pattern of respirations in which breathing first
becomes faster and deeper, then gradually shallower and slower, until breathing stops
altogether, but then resumes spontaneously after a period of no breathing. The pattern
repeats over and over, usually follows a cycle of 30 seconds to 2 minutes. It can occur
in either conscious or unconscious patients. When this pattern occurs in conscious
patients, the patient often reports symptoms of shortness of breath, and inability to "get
enough air."[61]

Agonal respirations, a different type of breathing that can occur in dying patients,
is also known as "terminal gasping" and appears to occur in all mammalian species.
The respiratory center in the medulla of the brain begins to fire in response to decreased
oxygen, forcing gasping movements involving contraction of the diaphragm. These
contractions are not believed to be conscious or voluntary. The mouth is open during
agonal respirations, and air movement into the mouth and trachea in response to these
contractions may lead to short, brief sounds that resemble hiccups. Longer moaning,
sighing, turning of the head, movements of the arms or other areas of the body are not
part of agonal respirations.

The sequence of events in human asphyxiation (strangling or suffocation) has
been established through study of filmed hangings (suicides, autoerotic accidents,
homicides and executions). Following airway occlusion, agonal respiratory movements
("deep abdominal breathing") occur in between 1 and 2 minutes, after which they
rapidly cease.[62,63]

**Sequence of Non-Reflex Based (Voluntary) Movement in Asphyxia.** Respiration
involves two primary functions: maintenance of viable oxygen levels in the
bloodstream, and extraction of (toxic) carbon dioxide ($CO_2$) that is constantly
accumulating as the "waste" of living cells. To accomplish this, air is pulled into the
lungs when the diaphragm contracts, and oxygen passively crosses from the air in the
lungs into the bloodstream while simultaneously $CO_2$ passes from the bloodstream into
the air in the lungs. The diaphragm passively relaxes, and the air flows passively out of
the body. The normal percentage saturation of oxygen in the blood of the average
person breathing room air at sea level is around 97%. There is enough oxygen in the
lungs after a normal breath of room air to maintain oxygen at levels in the bloodstream

[61] Leonard J. What's to know about Cheyne-Stokes respiration? Medical News Today. May 6,
2017. Available at: https://www.medicalnewstoday.com/articles/317313.php Accessed June 30,
2018

[62] Sauvageau A, LaHarpe R, Geberth VJ, et al. Agonal sequences in eight filmed hangings
analysis of respiratory and movement responses to asphyxia by hanging. J Forensic Sci 2010;
55:1278-81

[63] Sauvageau A, LaHarpe R, King D, et al. Agonal sequences in 14 filmed hangings with
comments on the role of the type of suspension, ischemic habituation, and ethanol intoxication
on the timing of agonal responses. Am J Forensic Med Pathol 2011; 32:104-7

above 92% in most normal patients for about 3 to 4 minutes, even if the person is not breathing, after which the oxygen levels start to fall. After another 1 to 2 minutes, oxygen levels in the bloodstream will be dangerously low. Unconsciousness due to hypoxia occurs in most people 30 seconds to a minute after that, when oxygen saturation is below 40%. Times are affected by patient size, obesity, increased or decreased metabolism, smoking history and other patient-specific factors.

It is nearly impossible for most untrained human beings to hold their breath voluntarily for more than 1 minute. In under 60 seconds, sensations of asphyxia and compulsion to breathe appear and rapidly become overwhelming. Panic and terror, and the attempt to fight take over. *Even human beings who are underwater will reach such a level of agony that they will be compelled to take a "breath" within about 1 minute.*[64] During a 1-minute period of breath holding, oxygen levels will still be normal, and CO2 rise only slightly above normal, and so oxygen and carbon dioxide levels do not explain the extreme sensation of asphyxiation, air hunger and the compulsion to gasp. The most recent explanations for the terrible sensations associated with suffocation and asphyxia are that they are mediated by sensory nerves in the diaphragm itself.[65]

**The Movements Observed in the Recent Executions**

Affidavits[66] for review were supplied to me from the following observers:

1. Dale Reed, Chief Deputy Director of Arkansas Department of Corrections
2. William Straughn, Warden of the Arkansas Department of Corrections Cummins Unit in Grady, Arkansas
3. Wendy Kelly, Director of the Arkansas Department of Correction
4. Tammera Harrelson, Senior Assistant Attorney General for Arkansas in the Medicaid Fraud Division
5. Will Jones, Deputy Attorney General in the Special Investigations Division of the Arkansas Attorney General.
6. Phyllis Hendrix, attorney for the White County Prosecuting Attorney's Office
7. Joseph McCollough, Captain with the Jacksonville Police Department
8. John Staley, Lonoke county Sheriff
9. Trent Garner, member of the Arkansas Senate for District 27
10. Kim Hammer, Member of the Arkansas House of Representatives for District 28; ordained minister for Saline Memorial Hospice
11. Eric Motylinski, Capital Habeas Corpus Unit of the Federal Community Defender Office for the Eastern District of Pennsylvania.

---

[64] Parkes MJ. The limits of breath holding. Scientific American. April 2012; pp74-9
[65] Ibid
[66] In reviewing the affidavits of execution witnesses to Jack Jones' execution, I note that Dale Reed, William Straughn, and Wendy Kelley all employ identical wording and punctuation, including the identical mistake of stating that Jack Jones was under the influence of 2 narcotics. While methadone is a narcotic, diazepam is not. The identical wording throughout the affidavits and the identical mistake suggest that these are not the spontaneous observations of 3 different witnesses.

12. Cassandra Belter, attorney and investigator at the Capital Habeas Corpus Unit of the Federal Community Defender Office for the Eastern District of Pennsylvania.
13. Jamie Giani, Assistant Federal Public Defender with the Capital Habeas Corpus Unit in Little Rock, Arkansas
14. Tracy Whitaker, reporter for the Searcy Daily Citizen Newspaper
15. Holly Meyer, citizen witness, relationship to case not disclosed

A summary of the observations of prisoner movements reported from each execution from the various affidavits is included in **Appendix III.**

In addition, I have reviewed the published observations of reporters present at the executions of Marcel Williams and Kenneth Williams.[67,68]

The affidavits reveal the following:

I.  **Execution of Marcel Williams**: After initial administration of a drug at 10:16, according to many witnesses, Mr. Williams appeared to close his eyes and "breathe heavily" or "snore". One witness describes the breathing pattern as "jerky", and saw Mr. Williams turn his head. A second witness also reports that he moved his head. A reporter present in the witness room describes Mr. Williams arching his back off the gurney with each breath. An apparent consciousness check began according to one witness just 2 minutes after administration, far before the peak midazolam effect that would occur at 3 to 5 minutes. Six minutes after administration of drugs, a witness reports Mr. Williams still moving his head. Breathing slows, but Mr. Williams coughs 9 minutes into the execution. His eyes open and eye movement is observed for another 3 minutes. Three minutes later, a coroner is called.

In my opinion, Mr. Williams appeared to respond to the initial drug administration by becoming sedated, but his continued head movements indicate he was not deeply asleep or anesthetized. Coughing, opening of eyes, and eye movements are inconsistent with deep unconsciousness. Such movements are *specifically not consistent with spinal reflexes, decorticate posturing, or agonal respiration patterns* (indeed, eye and facial movements are not controlled by the spinal cord, but directly by the brainstem) and it is extremely likely that, following administration of vecuronium and within 3 minutes of death, Mr. Williams was partially or fully conscious and almost certainly felt the severe pain of potassium administration. Movements in response to excruciating pain were minimized, but not entirely abolished by the administration of vecuronium in the second set of drugs; he was still able to open his eyes and minimally move his eyeballs. This can occur if the amount of time elapsed between the administration of potassium occurs before

[67]Rosenberg J. Arkansas executions: 'I was watching him breathe heavily and arch his back.' The Guardian. April 25, 2017
[68] McCausland P. Arkansas execution of Kenneth Williams 'horrifying': lawyer. NBCnews. April 27, 2017. Available at: https://www.nbcnews.com/storyline/lethal-injection/arkansas-executes-kenneth-williams-4th-lethal-injection-week-n752086  Accessed July 1, 2018

enough time has lapsed for the paralytic agent to achieve peak effect. The small movements of the eyes seen by one the witness were very likely a reaction to severe pain, since they do not represent reflexive movements.

It should be noted that Kim Hammer in particular stated that, "Given my work as both a hospice chaplain and a hospital chaplain, I have witnessed numerous human deaths from various injuries and illnesses. In the moments immediately before death, I have seen a person experience significant pain and suffering. Even though a dying person was heavily sedated or even unconscious, I have seen their faces grimace in pain." *However, Chaplain Hammer does not suggest that his patients were paralyzed with powerful drugs to prevent movement during the dying process,* unlike Mr. Williams.

II. **Execution of Ledell Lee.** Mr. Lee appeared to close his eyes after administration of the first drugs, and in fact no witness reports him as breathing after the first drugs were administered. By the time potassium was given Mr. Lee had been given vecuronium to paralyze him, and he would have been incapable of moving when he felt the severe pain of injection.

III. **Execution of Jack Jones.** Jack Jones appeared to close his eyes and breathe deeply or snore. Witnesses note that "after the second round of drugs" he did not struggle, but stopped breathing. By the time potassium was given Mr. Jones had received vecuronium to paralyze him and he would have been incapable of moving when he felt the severe pain of injection.

IV. **Execution of Kenneth Williams.** Multiple witnesses attest to the fact that Kenneth Williams struggled to breathe after receiving execution drugs. Groaning was observed by one witness. He then made "snoring" sounds of airway obstruction and was observed by multiple observers to be "coughing but there was no 'coughing' sound."

In my opinion, Mr. Kenneth Williams presents a clear and consistent picture of upper airway obstruction and his struggle to breathe. The "involuntary" muscle spasms of the chest observed by several witnesses are not involuntary reflexes, agonal breathing, or decerebrate posturing. These movements were described as violent and prolonged, and are consistent with frantic efforts to breathe with an obstructed airway, with rising arousal of the brain out of deep sedation. More than 1 witness states the duration of these movements was between 1 and 2 full minutes, as timed against the clock in the execution chamber. They also describe extraordinary volitional movements that are well-known and typical of patients with airway obstruction fighting to breathe: "convulsing", "muscle spasms", "jaw clenching" and various head movements. Breathing efforts finally ceased, apparently after the vecuronium was given to paralyze him, (one witness notes that he stopped breathing only 1-2 minutes before death). Potassium was given after paralysis (as indicated by the fact that he stopped breathing before his heart was stopped). From his movements, in my opinion Mr. Kenneth Williams was almost certainly conscious when the potassium was given, and experienced severe pain with potassium injection.

However, paralysis prevented witnesses from seeing any signs of pain, such as grimacing, vocalizing, or other movements.

**Summary of Expert Opinions**

1. Administration of high-dose midazolam is used in the setting of anesthesia and surgery in combination with other drugs such as narcotics to produce sedation. It is never used as a sole agent to produce anesthesia. It has no analgesic properties and does not treat or prevent pain. It cannot prevent the prisoner from experiencing feelings of suffocation after administration of the paralytic agent vecuronium or feelings of excruciating pain during the injection of potassium chloride.

2. Midazolam has a "ceiling effect," which has been unequivocally demonstrated to exist in dogs, rats and humans, and which limits the clinical effect it can have in any individual person. Increasing the dose or repeating the dose of midazolam cannot overcome this ceiling effect, irrespective of how large the total dose is.

3. Experienced anesthesiologists mistake "recall" for "awareness" and markedly underestimate how often patients are aware. "Recall" and "awareness" mean different things: while recall is not of concern during lethal injection, the much more common problem of awareness is.

4. Human studies have shown that midazolam administered alone is not a general anesthetic. Researchers have found that 72% of persons administered midazolam with paralytic agents were aware—though they appeared to be unconscious and unaware at the time. In one study, 42% of patients who had awareness indicated they also experienced pain. It is therefore *very likely* that using midazolam as a sole agent to produce unconsciousness in the lethal injection protocol will result in many prisoners being aware at the time of administration of the paralytic agent and potassium.

5. There is no reliable instrument to demonstrate that a person who has received a paralytic agent is unconscious and unware. The evaluation of consciousness by a "deputy director or designee," as called for in the lethal injection protocol, does not provide necessary assurances that the prisoner will be unconsciousness at the time of administration of the paralytic agent or potassium.

6. Administration of a paralytic agent to an awake person causes feelings of terror, air hunger, and suffocation, as has been well described by people who have survived the experience.

7. Administration of more than 40 to 80 mEq of potassium chloride in 1 liter of fluid causes excruciating pain akin to "having gasoline poured on them and set on fire," as has been described by patients who have survived the experience. Midazolam has no properties that will relieve or even reduce this excruciating pain.

8. The administration of a paralytic is unnecessary in the lethal injection protocol. When the prisoner regains awareness due to the excruciating pain of the potassium chloride, they will be unable to move or otherwise indicate that they are aware. To outside observers, the execution will appear "serene," even though the prisoner is in excruciating pain or is experiencing suffocation and air hunger.

9. Administration of a paralytic agent *increases* the chance that the prisoner will be aware when the potassium is given, since incidence of awareness has been shown to be almost doubled in the setting of paralytic agents.

10. In my opinion, the Arkansas Protocol is sure or very likely to cause severe pain from the potassium, and very likely to result in prisoners being aware of suffocation—experiencing severe air hunger, compulsion to breathe, terror, and panic.

11. In my opinion, the movements described by witnesses during the executions of Marcel Williams and Kenneth Williams are inconsistent with involuntary reflexes, such as agonal respirations, decerebrate or decorticate posturing, or spinal reflexes, and are consistent with awareness of airway obstruction, asphyxiation, and severe pain with potassium injection.

In the case of Marcel Williams, in my opinion there was demonstration of a clear and consistent picture of upper airway obstruction and Mr. Williams' struggle to breathe. It is extremely likely that, following administration of vecuronium and within 3 minutes of death, Mr. Williams was partially or fully conscious and almost certainly felt the severe pain of potassium administration. Movements in response to excruciating pain were minimized, but not entirely abolished by the administration of vecuronium in the second set of drugs; he was still able to open his eyes and minimally move his eyeballs. The small movements of the eyes seen by one of the witnesses are consistent with a voluntary reaction to pain.

In the case of Kenneth Williams, there is a clear and consistent picture of upper airway obstruction and Mr. Williams' struggle to breathe. Two observers describe volitional movements that are well-known and typical of patients with airway obstruction fighting to breathe: "convulsing," "muscle spasms," "jaw clenching," and various head movements. Two witnesses, who recorded times from a clock in the execution chamber, documented severe convulsing and lurching movements against restraints that persisted for 1-2 minutes. Based on this extreme amount of movement, in my opinion it is very likely that Mr. Williams experienced air hunger as the paralytic was taking affect. Furthermore, in my opinion, Mr. Kenneth Williams was almost certainly conscious when the potassium was given and experienced the pain of potassium injection. However, signs of pain with that injection, such as grimacing, vocalizing, or other movements were very likely by that time obscured as the paralytic took peak effect.

_Gail A. Van Norman MD_

Gail A. Van Norman MD

_July 24, 2018_

Date

**Appendix I:  Gail A. Van Norman MD Curriculum Vitae**

## CURRICULUM VITAE
## Gail A. Van Norman, M.D.

### Education:

| | | |
|---|---|---|
| 1973-1977 | University of Washington, Seattle, Washington | Honors B.S, Microbiology |
| 1977-1981 | University of Washington School of Medicine, Seattle, Washington | M.D. with Honors |

### Postgraduate Training:

| | | | |
|---|---|---|---|
| 1981-1982 | Virginia Mason Hospital, Seattle Washington | Internship | Internal Medicine |
| 1982-1984 | Virginia Mason Hospital, Seattle, Washington | Residency | Internal Medicine |
| 1986-1988 | University of Washington, Seattle, Washington | Residency | Anesthesiology |
| 1988-1989 | University of Washington, Seattle, Washington | Fellowship | Cardiothoracic Anesthesiology |
| 1992-1993 | University of Washington, Seattle, Washington, Department of Biomedical Ethics | Certification | Health Care Ethics |
| 2001 | Perioperative Transesophageal Echocardiography Examination | Testamur | |
| 2011 | ASA Business Management Certification | Certification | |

### Faculty Positions Held:

| | |
|---|---|
| 1989-1994 | Clinical Acting Instructor, Department of Anesthesiology, University of Washington, Seattle, Washington |
| 1994-1995 | Acting Instructor, Department of Anesthesiology, University of Washington, Seattle, Washington |
| 1995-1997 | Acting Assistant Professor, Department of Anesthesiology, University of Washington, Seattle, Washington |
| 1997-2000 | Assistant Professor, Department of Anesthesiology, University of Washington, Seattle, Washington |
| 1997-2000 | Adjunct Assistant Professor, Department of Internal Medicine, University of Washington, Seattle, Washington |
| 2000-2001 | Clinical Assistant Professor, Department of Anesthesiology, University of Washington, Seattle, Washington |
| 2001 -2008 | Clinical Associate Professor, Department of Anesthesiology, University of Washington, Seattle, Washington |
| 2008- | Professor, Department of Anesthesiology, University of Washington, Seattle, Washington |
| 2008- | Adjunct Professor, Department of Biomedical History and Ethics, University of Washington, Seattle, Washington |

**Hospital Positions Held:**

| | |
|---|---|
| 1984-1985 | Attending Internist, Jefferson Memorial Hospital, Port Townsend, Washington |
| 1985-1986 | Attending Internist, Highline Community Hospital, Burien, Washington |
| | |
| 1989-1992 | Staff Anesthesiologist, Northwest Hospital, Seattle, Washington |
| 1992-1994 | Staff Anesthesiologist, Swedish Hospital, Seattle, Washington |
| 2000 – 2008 | Staff Anesthesiologist, St. Joseph Medical Center, Tacoma, Washington |
| 2000 – 2006 | Director, Transesophageal Echocardiography Education, Department of Anesthesiology, St. Joseph Medical Center, Tacoma, Washington |
| 2003-2004 | Clinical Director, Department of Anesthesiology, St. Joseph Medical Center, Tacoma, Washington |
| 2008-2013 | Medical Director, PreAnesthesia Clinic, University of Washington Medical Center, Seattle, Washington |
| 2010- | Physician Champion, Compliance Officer, Dept of Anesthesiology and Pain Medicine, University of Washington, Seattle WA |

**Non-Hospital Positions Held:**

| | |
|---|---|
| 1984-1985 | Consulting Internist, Spokane Urban Indian Health Center, Spokane, Washington |
| 1985-1986 | Consulting Internist, Seattle Community Health Clinics serving economically disadvantaged patients; for Group Health Cooperative of Puget Sound, Seattle, Washington |
| 2005-2006 | Chair CQI Process, Pacific Anesthesia, Inc., Tacoma, Washington |
| 2006 -2008 | Board of Directors, Pacific Anesthesia, Inc., Tacoma, Washington |
| 2007-2008 | Vice President, Pacific Anesthesia, Inc., Bellevue, Washington |

**Honors:**

| | |
|---|---|
| 1978 | Medical-Scientist Traineeship Grant, University of Washington, Seattle, Washington |
| 1980 | Alpha Omega Alpha |
| 1981 | Merck Manual Medicine Award |
| 1981 | John J. Bonica Anesthesiology Award, Department of Anesthesiology, University of Washington |
| 1985 | Award of Merit for Service to the Health Care Needs of Native Americans, Spokane Urban Indian Health Service |
| 2000 | President's Award, Pacific Anesthesia, Inc. Tacoma, Washington |
| 2008 | Mary Jane Kugel Award, Medical Science Review Committee, Juvenile Diabetes Research Foundation International |
| 2011 | Brocher Foundation Residency in Ethics |

**Board Certification:**

| | |
|---|---|
| 1984 | American Board of Internal Medicine |
| 1990 | American Board of Anesthesiology |

**License to Practice:**

| | |
|---|---|
| 1981- | Washington State |
| 1991-2003 | Wisconsin |

## Professional Organizations:

| | |
|---|---|
| 1984-1987 | American Society of Internal Medicine |
| 1989-2000 | King County Medical Society |
| 1989- | Washington State Society of Anesthesiologists;  Co-chair, Medical Education Committee, 1994-1997 |
| 1989- | American Society of Anesthesiologists;  Committee on Ethics, 1992-present |
| 2003-2007 | Society of Cardiovascular Anesthesiologists; Committee on Ethics; 2003-2007 |
| 2008- | American Society of Bioethics and Humanities |
| 2015- | International Academy of Law and Mental Health |
| 2015- | Overseas Fellow, Royal Society of Medicine |

## Teaching Responsibilities:

### Lectures:

### Undergraduate Student Lectures:

| | |
|---|---|
| 1999-2008 | University of Washington, Undergraduate Introduction to Bioethics Course (MHE 411) "Informed Consent" |
| 2001 | University of Washington, Seattle Biomedical Ethics for Medical Students Lecture Series, "Informed Consent" |
| 2008 | University of Washington Dept. of Biomedical History and Ethics: MHE 597C, Informed Consent in Clinical Practice |
| 2009-2017 | University of Washington Dept. of Biomedical History and Ethics: MHE 597C, Informed Consent |

### Resident Lectures:

| | |
|---|---|
| 1992-1994 | University of Washington, Department of Anesthesiology, "Clinical Ethical Issues in Anesthesia Practice" |
| 1994-2000 | University of Washington, Department of Anesthesiology, Resident Core Lecture series, "Perioperative Diabetes Management" |
| 1994-2000 | University of Washington, Department of Anesthesiology, Resident Core Lecture Series "Anesthetic Implications of Neuromuscular Disease" |
| 1994-2000 | University of Washington, Department of Anesthesiology, Resident Core Lecture Series, "Pathophysiology of Ischemic Heart Disease" |
| 1994-2000 | University of Washington, Department of Anesthesiology, Resident Core Lecture Series, "Intraoperative Management of the Patient with Ischemic Heart Disease" |
| 1994-2000 | University of Washington, Department of Anesthesiology Resident Core Lecture Series, "Preoperative Evaluation of the Patient for Anesthesia and Surgery" |
| 1994-2000 | University of Washington, Department of Anesthesiology, Resident Core Lecture Series, "CQI: Quality Improvement in Practice" |
| 1994-2000 | University of Washington, Department of Anesthesiology, Resident Core Lecture Series, "Post Operative Cognitive Dysfunction" |
| 1994- | University of Washington, Department of Anesthesiology, Resident Core Lecture Series, "Clinical Ethical Issues in the Practice of Anesthesiology," |
| 1994- | University of Washington, Department of Anesthesiology R2 Core Lecture series, "Ethical Issues of Informed Consent" |

| | |
|---|---|
| 1994- | University of Washington, Department of Anesthesiology R2 Core Lecture series, "Do Not Resuscitate Orders in the Operating Room" |
| 1994- | University of Washington, Department of Anesthesiology R3 Core Lecture series, "Ethics of Surrogate Consent" |
| 1994- | University of Washington, Department of Anesthesiology R3 Core Lecture series, "Ethical Issues in Organ Transplantation" |
| 1994- | University of Washington, Department of Anesthesiology R4 Core Lecture series, R4 Seminar: "Allocation of Scarce Resources in a Managed Care Environment" |
| 1995 | University of Washington, Department of Anesthesiology, Resident Special Evening Lecture Series: Forum on Ethical Issues in Anesthesiology, "Informed Consent and Surrogate Consent: Who Speaks for the Patient?" |
| 1995 | University of Washington, Department of History and Ethics, Ethics Brown Bag Lecture Series, "Ethical Dilemmas in the Operating Room" |
| 1995, 1997 | University of Washington Department of Anesthesiology, Evening Resident Special Workshop, " Fiberoptic Intubation and Management of the Difficult Airway" |
| 1996 | University of Washington, Department of Anesthesiology, Resident Special Evening Lecture Series: Forum on Ethical Issues in Anesthesiology, "Ethical Issues in Organ Transplantation, and The Impaired Practitioner" |
| 1997 | University of Washington, Department of Anesthesiology, Resident Special Evening Lecture Series: Forum on Ethical Issues in Anesthesiology, "Physician-Assisted Suicide, and the Impaired Physician," |
| 1997 | University of Washington, Department of History and Ethics; Ethics Brown Bag Lecture Series "DNR in the Operating Room: Should Different Rules Apply?" |
| 1997 | University of Washington, Department of History and Ethics, Ethics Brown Bag Lecture Series "Ethical Pain Management in the Addicted Patient Undergoing Surgery--Is There A Duty to Rescue?" |
| 1999 | University of Washington, Department of Biomedical Ethics and History, Master's Course in Biomedical Ethics, "Informed Consent." |
| 1999 | University of Washington, Department of Biomedical Ethics and History Ethics, Brown Bag Lecture Series, "Who is Captain of the Ship on the Multidisciplinary Team: Lessons from the Operating Room" |
| 2004 | University of Washington, Department of Anesthesiology, Resident Special Evening Lecture Series: Forum on Ethical Issues in Anesthesiology "Ethics of Organ Transplantation" |
| 2008- | University of Washington, R2 Core lecture "Introduction to Preoperative Evaluation." |
| 2008-present | University of Washington CA1 PAC lecture series:  "informed Consent/Informed Refusal" |
| 2010-present | University of Washington Resident Introductory Lecture series:  "EHR Integrity" |
| 2010-present | University of Washington R2 and R3 Core Lectures:  "Coding and Documentation" |

## Grand Rounds Lectures

| | |
|---|---|
| 1994-1996 | New England Deaconess Hospital, Boston, Massachusetts: "Ethical Issues in Anesthesia Practice" |
| 1994 | University of Washington, Ethics Grand Rounds, "DNAR in the Operating Room" |
| 1996 | University of Washington, Hematology Grand Rounds, "Antifibrinolytics, Use, Clinical Efficacy, and Cost Effectiveness" |
| 1998 | Providence Medical Center, Department of Surgery, Surgery Grand Rounds "Ethical Issues in Surgical Care: A Panel Discussion" |

| 1998 | University of Washington School of Medicine: Combined Cardiothoracic Surgery/Cardiology Grand Rounds, "Brain Death and Organ Donation" |
| 2001 | Rush-Presbyterian-St. Luke's Medical Center, Anesthesia Grand Rounds, Department of Anesthesiology Chicago, Illinois, "Historical Perspectives on the Ethics of Clinical Research" |
| 2002 | University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania, Department of Anesthesiology, Anesthesia Grand Rounds, "Ethical Issues in Brain Death" |
| 2008 | University of Washington Anesthesiology Grand Rounds: "Perioperative Management of Pacers and AICDs" |
| 2009 | University of Washington Medical Center Combined Anesthesiology and Surgery Grand Rounds "Preoperative Evaluation:  Where Have We Been, Where are We Going?" |
| 2009 | University of Oklahoma Anesthesiology Grand Rounds, "Is a Free Pen Just a Free Pen?  Conflicts of Interest in Clinical Practice, Research and Industry." February, 2009. |
| 2009 | University of Washington Department of Anesthesiology; DNR in the Operating Room April, 2009 |
| 2010 | University of Washington Department of Orthopedics;  Preoperative Testing: Should Your Patient have a Preoperative Chest XRay? April, 2010. |
| 2010 | University of Washington Department of Obstetrics and Gynecology: Preoperative Testing:  Less is More.  May, 2010 |
| 2011 | MD Anderson Cancer Center; Houston Texas.  Dept of Anesthesiology.  Fraud and Plagiarism in Medical Research.  February 14, 2011 |
| 2012 | MD Anderson Cancer Center:  Houston Texas.  Dept of Anesthesiology. Physician Assisted Suicide and Euthanasia.  April 18, 2012 |
| 2012 | MD Anderson Cancer Center, Houston Texas.  Risk Management Department. Fraud and Plagiarism in Medical Research.  April 18 2012 |
| 2012 | Overlake Medical Center Department of Anesthesiology:  Lifeboat Ethics. April, 2012 Bellevue, WA |
| 2018 | University of Washington "Respecting Patient Privacy".  Feb 28, 2018 |

**Resident Journal Club:**

| 1995 | University of Washington, Department of Anesthesiology "Use of Magnesium for Cardiac Surgery Patients" |
| 1996 | University of Washington, Department of Anesthesiology; "Anesthesia for IVF, Teratogenicity of Anesthetics, and Anesthesia and the Breast-Feeding Patient" |
| 1996 | University of Washington, Department of Anesthesiology, "N2O:  Friend or Foe?" |

**Faculty Lectures:**

| 1995 | University of Washington, Department of Anesthesiology, CME lecture, "Ethics and the Examiners" |

**Workshops:**

| 1994-1996 | University of Washington, Department of Anesthesiology, CME Workshop, "Difficult Airway" |
| 1996 | University of Washington School of Medicine CME Workshop, "Aprotinin and Other Antifibrinolytics," Blood Therapy: Applications and Alternatives" |

**Nursing Lectures:**

| | |
|---|---|
| 1996-1997 | University of Washington Medical Center, Pre-Surgical Clinic Nursing Lecture Series; "Preoperative Assessment of the Patient for Anesthesia" |
| 1999 | University of Washington Medical Center Operating Room, Nurses Weekly Conference, "Informed Consent in the Operating Room." |
| 1999 | University of Washington, Association of Operating Room Nurses, Perioperative Nursing Internship Program "Informed Consent in the Operating Room" |
| 2000 | University of Washington, Department of Radiology Nursing Staff Lectures, "Sedation of the Patient with Severe Liver Disease for TIPS Procedure" |
| 2008 | University of Washington Medical Center Operating Room Nursing Conference, "Informed Consent in the Operating Room." |
| 2011 | Overlake Medical Center, Bellevue WA. Perioperative Nursing Education. DNR in the OR. |

## Editorial Responsibilities:

| | |
|---|---|
| 1997-2003 | Consulting Editor, ASA Syllabus on Ethics, American Society of Anesthesiologists, Park Ridge, Illinois |
| 2004- | Editor, ASA Syllabus on Ethics, American Society of Anesthesiologists, Park Ridge, Illinois. |
| 2009 | Editor-in-Chief, *Clinical Ethics for Anesthesiologists, a Cambridge University Press Case-Based Textbook.* |
| 2012-2017 | Associated Editor, North America Clinical Ethics, Journal of Bioethical Inquiry. |

## Special National Responsibilities:

| | |
|---|---|
| 1992-2014 | Committee on Ethics, American Society of Anesthesiologists, Park Ridge, Illinois |
| 1994 | Panelist, American Society of Anesthesiologists Annual Meeting, Panel on Ethics:  Ethical Issues in Anesthesiology |
| 1995 | Moderator Ethics Panel, American Society of Anesthesiologists, Annual Meeting, "Is There a Role for the Anesthesiologist in Physician-Assisted Suicide?" |
| 1996-2006 | Moderator Clinical Forum, American Society of Anesthesiologists, Annual Meeting, "Ethics/Geriatrics" |
| 1996-1999 | Moderator Problem-Based Learning Discussion, American Society of Anesthesiologists Annual Meeting, Ethics cases |
| 1997 | Panelist, American Society of Anesthesiologists Annual Meeting Panel on Education, "Can Ethics be Taught?" |
| 1998 | Workshop Organizer and Lecturer,  American Society of Anesthesiologists, "Teaching Clinical Ethics in Anesthesia Residency" |
| 1999 | Invited Participant, Duke University, Durham, North Carolina, Second Duke Conference on Surgery and the Elderly |
| 2001 | Panelist, American Society of Anesthesiologists Annual Meeting Panel on Professionalism, "Defining and Demanding Excellence in Anesthesia Job Performance" |
| 2004 | Panelist International Liver Transplantation Society Annual Meeting, "Ethics of Liver Transplantation, NHB/DCD Donors: Perioperative Issues in Liver Transplantation" |

| | |
|---|---|
| 2005 | Representative for the American Society of Anesthesiologists (one of four), First National (UNOS) Conference on Donation After Cardiac Death, Philadelphia [please see Bernat J.L. et al.  Report of a National Conference on Donation After Cardiac Death.  Am J Transpl 6: 281-91, 2006.] |
| 2005- | Ethics Reviewer, Research and Funding Department, Juvenile Diabetes Research Foundation, New York |
| 2006 | Panelist, American Society of Anesthesiologists Annual Meeting, Panel on Professionalism, "Role of the Anesthesiologist in End-of-Life Care –Do physicians have conflicts of interest?" |
| 2006 | Panel Moderator, American Society of Anesthesiologists Annual Meeting, Panel on Professionalism,  "Working Hard—or Sleeping at the Wheel.  Should the ASA adopt aviation-style standards for work hours for anesthesiologists?" |
| 2006 | Panel Moderator, American Society of Anesthesiologists Annual Meeting: Panel on Ethics, "Should Anesthesiologists Participate in Executions?" |
| 2007 | Panelist, ASA Panel on Ethical Issues in Perioperative Medicine |
| 2007 | Panelist, ASA Panel on Professionalism in Multidisciplinary Teams:  Palliative Care and Multidisciplinary Pain Management |
| 2007 | Panelist, ASA Panel "What is Professionalism?  Do I Need it?  Do I Have it?" |
| 2007 | ASA Clinical Forum:  Special Topics in Bioethics |
| 2008-2011 | Chair, American Society of Anesthesiologists Committee on Ethics |
| 2008 | Panelist, ASA Panel "Lethal Injection." |
| 2008 | Panelist, ASA Panel "DCD—do we need it?  Con." |
| 2008 | Moderator, ASBH panel "Opioid Pain Medication for Chronic Nonmalignant Pain:  A Right or a Wrong?"  American Society of Bioethics and Humanities |
| 2008 | Invited lecturer:  37th Annual Advances in Family Practice and Primary Care, August. Seattle WA:  "DNR and Other Advance Directives in the OR" |
| 2008 | Invited Lecturer:  AANA.  "Preoperative Testing" and "Perioperative beta blockade."  September.  Spokane, WA |
| 2009 | Refresher Course Lecture:  Ethics for Anesthesiologists in the 21st Century.  New Orleans LA. |
| 2010 | Refresher Course Lecture:  Protecting Vulnerable Subjects in Research:  Ethical Obligations to Human and Animal Research Subjects. San Diego, CA |
| 2010 | Panelist, ASA Panel "Health Care Reform."  ASA Annual Meeting, San Diego, CA. |
| 2011 | Invited lecturer: "DNR Orders in the Perioperative Period."  Overlake Medical Center, Bellevue Washington. |
| 2011 | Should Anesthesiologists Participate in Physician-Assisted Suicide?  Pro and Con.  American Society of Anesthesiologists Annual Meeting.  Chicago, Il.  2011 |
| 2012 | Invited Lecturer:  Informed Consent and Informed Refusal in the OR.  Puget Sound Multi-Chapter AORN Coalition.  Kent, WA Jan 2012 |
| 2012 | Invited lecturer, American Society of Interventional Pain Physicians Refresher Course and Review.  Fraud in Anesthesia Research, and Ethics of Interventional Pain Management.  April 2012 Phoenix, AZ |
| 2012 | Invited lecturer, American Society of Interventional Pain Physicians Refresher Course and Review.  Fraud in Anesthesia Research, and Ethics of Interventional Pain Management.  August 2012 San Francisco, AZ |
| 2012 | Invited Lecturer:  41st Annual Refresher Course for Nurse Anesthetists.  Ethics of Informed Consent; Ethics of Informed Refusal; Ethical Issues in Preoperative Testing.  Nov 2012 Orlando, FL. |
| 2012 | Invited Lecturer:  Idaho State Society of Anesthesiologists: The Ethics of Preoperative Testing. Boise, Idaho,  Spring 2012. |

| | |
|---|---|
| 2013 | Invited lecturer, American Society of Interventional Pain Physicians Refresher Course and Review. Ethics of Interventional Pain Management.  February 2012 Phoenix, AZ |
| 2013 | Invited lecturer, American Society of Interventional Pain Physicians Refresher Course and Review. Ethics of Interventional Pain Management.  October 2013 Denver, CO |
| 2013 | Panelist:  Controversial Cases in Organ Donation and End-of-Life Care, American Society of Anesthesiologists Annual Meeting, San Francisco CA. |
| 2014 | Panelist:  Controversies in Organ Transplantation, American Society of Anesthesiologists Annual Meeting, New Orleans LA |
| 2014 | Ethical Issues Regarding Open Access Journals, American Society of Bioethics and Humanities Annual Meeting, San Diego CA. |
| 2015 | Harvard Anesthesia Update 2015.  Point/Counterpoint.  Physician Involvement in Lethal Injection.  May 2015 |
| 2015 | Invited lecturer, American Society of Interventional Pain Physicians Refresher Course and Review. Ethics of Interventional Pain Management.  Chicago Il, July 2015 |
| 2015 | Faculty, Moya Annual CRNA Refresher Course.  Orlando, FA.  Nov 2015 |

## Special Regional Responsibilities:

| | |
|---|---|
| 1991-1993 | Member, Medical Ethics and Practice Committee, King County Medical Society, Seattle, Washington |
| 1992-1994 | Member, Professional Liability Panel, King County Medical Society, Seattle, Washington |
| 1992-1996 | Co-chair, Committee on Education, Washington State Society of Anesthesiologists, Seattle, Washington |
| 1995 | Program Chair, Washington State Society of Anesthesiologists Spring Meeting, "Controlling Our Destiny:  Leadership Opportunities Beyond the Operating Room" |
| 1995 | Program Chair, Washington State Society of Anesthesiologists Fall Meeting, "The Difficult Airway:  Clinical Approaches and Risk Management" |
| 1996 | Program Co-Chair, Washington State Society of Anesthesiologists Spring Meeting,  "Preoperative Issues for the Surgical Patient" |
| 1996 | Representative, Washington State Society of Anesthesiologists, ASA Legislative Session, Washington, DC |

## Special Local Responsibilities:

| | |
|---|---|
| 1991-1993 | Ethics Committee, Swedish Hospital, Seattle, Washington |
| 1995-2000 | Associate Medical Director, Pre-surgery Clinic, University of Washington Medical Center, Seattle, Washington |
| 1996-1997 | Member, Advisory Committee on Ethics, University of Washington Medical Center, Seattle, Washington |
| 1998-2000 | Chair, Continual Quality Improvement University of Washington Medical Center, Department of Anesthesiology |

| 1997-2000 | Co-chair, Advisory Committee on Ethics, University of Washington Medical Center, Seattle, Washington |
| 1999-2000 | Acting Chief, Cardiothoracic Anesthesia, University of Washington Department of Anesthesiology . |
| 2006 - | Regional Ethics Committee member, Franciscan Health Care Systems, Tacoma, Washington |
| 2006-2008 | Member, Regional Committee on Organ Transplantation, Franciscan Health Care System, Tacoma, Washington |
| 2008-2009 | Member, Joint Transfusion Committee, HMC and UWMC |
| 2009-2010 | Member, Standards and Finance Committee, University of Washington Department of Anesthesiology and Pain Medicine |
| 2010-2016 | Member, Business Excellence Committee, University of Washington Physicians |
| 2010- | Chair/co-chair Standards and Finance Committee, University of Washington Department of Anesthesiology and Pain Medicine |
| 2010-present | Compliance Officer, Department of Anesthesiology and Pain Medicine, University of Washington, Seattle WA. |
| 2014-present | Member, Dept of Anesthesiology and Pain Medicine Promotions Committee |

**Research Funding:**

University of Washington Department of Anesthesiology; "The Effects of PTCA vs. CABG in Reducing Postoperative Cardiac Morbidity in Patients Undergoing Noncardiac Surgery"; 1995; $500 [Investigators: Chan V, Van Norman G, Posner K]

Washington State Society of Anesthesiologists;  The Effects of PTCA vs. CABG in Reducing Postoperative Cardiac Morbidity in Patients Undergoing Noncardiac Surgery; 1995; $2000; [Investigators: Chan V, Van Norman G, Posner K]

Washington State Society of Anesthesiologists:  Echocardiography Screening in the PreAnesthesia Clinic.  2010.  $5000 [Investigators:  Wako E, Van Norman GA, Rooke A, Otto C.]

## BIBLIOGRAPHY

### Publications In Refereed Journals:

1. Van Norman G., Groman N.  A Method of Quantitating Sensitivity to a Staphylococcal Bacteriocin.  Infection and Immunity 26(2): 787-789, 1979.

2. Dreis D., Winterbauer R., Van Norman G, Sullivan S., Hammer S.  Cephalosporin-Induced Interstitial Pneumonitis.  Chest 86(1): 138-140, 1984.

3. Winterbauer R., Hammer S., Van Norman G.  Histiocytosis X, Case Report and Discussion.  J Resp Dis February 1985.

4. Van Norman G, Pavlin E, Eddy C, Pavlin J.  Hemodynamic and Metabolic Effects of Aortic Unclamping Following Emergency Surgery for Traumatic Thoracic Aortic Tear in Shunted and Unshunted Patients.  J Trauma 31(7): 1007-1016, 1991.

5. Van Norman, G.  Diabetes in the Operating Room:  Metabolic Challenges for the Anesthesiologist.  Seminars Anesth 14(3): 210-220,1995

6. Van Norman, G.  Preoperative Assessment of Common Diseases in the Outpatient Setting. Anesthesiology Clinics of North America. 14(4): 631-654,1996.

7. Van Norman G.  Preoperative Management of Common Minor Medical Issues in the Outpatient Setting. Anesthesiology Clinics of North America. 14(4): 655-678, 1996.

8. Aziz S, Haigh W, Van Norman G, Kenney R, Kenney M.  Blood Ionized Magnesium Concentration During Cardiopulmonary Bypass and Their Correlation with Other Circulating Cations.  J Card Surg Sep-Oct 11(5): 341-7, 1996.

9. Van Norman G, Gernsheimer T, Chandler W, Cochran P, and Spiess B.  Indicators of Fibrinolysis During Cardiopulmonary Bypass After Exogenous Antithrombin III Administration for Acquired Antithrombin III Deficiency. J. Cardiothoracic Vasc Anesth 11(6): 760-763, 1997.

10. Jackson S, Palmer S, Van Norman G, et al.  Ethical Issues in Anesthesia.  Adv Anesth 14:227-260, 1997.

11. Van Norman G. A Matter of Life and Death:  What every anesthesiologist should know about the medical, legal, and ethical aspects of declaring brain death.  Anesthesiology 91(1): 275-287, 1999.

12. Posner K, Van Norman G, Chan V.  Adverse Cardiac Events Following Noncardiac Surgery in Patients with Coronary Artery Disease Undergoing Prophylactic PTCA. Anesth Analg  89: 553-60, 1999.

13. Reilly DF, McNeely JM, Doerner D, Greenberg DL, Staiger TO, Geist MJ, Vedovatti PA, Coffey JE, Mora MW, Johnson TR, Guray Ed, Van Norman GA, Fihn S.  Self-Reported Exercise Tolerance and the Risk of Serious Perioperative Complications.  Arch Int Med 159: 2185-92,1999.

14. Van Norman G.  Ethics and The Elderly Patient.  Current Anesth Rep 1:13-17, 1999.

15. Pavlin DJ, Arends RH, Gunn H, Van Norman G, Keorschgen M, Shen D. Optimal Propofol-Alfentanil Combinations for Supplementing Nitrous Oxide for Outpatient Surgery. Anesthesiology 91(1): 97-108, 1999.

16. Jackson S, Van Norman, G. Goals and Values Directed Approach to Informed Consent in the "DNR" Patient Presenting for Surgery--More Demanding of the Anesthesiologist? Editorial. Anesthesiology 90:3-6, 1999.

17. Pavlin JD, Colley PS, Weymuller EA, Van Norman GA, Gunn HC and Koerschgen M. Propofol Versus Isoflurane For Endoscopic Sinus Surgery. Am J Otolaryn; 10: 96-101, 1999.

18. Van Norman, G. Angioplasty and Noncardiac Surgery: Risks of Myocardial Infarction. Current Opinion in Anesthesiology, 12(1):15-20, 1999.

19. Van Norman, G. Response: Re: Can Brain Death Testing Be Perfect? Anesthesiology. 92(4): 1204-5, 2000.

20. Van Norman G, Patel MA, Robledo J, Chandler W, and Vocelka C. Effect of Hemofiltration on Serum Aprotinin Levels in Patients Undergoing Cardiopulmonary Bypass. J. Cardiothor Vasc Anesth 14(3): 253-256, 2000.

21. Van Norman G, Palmer S. Coercion and Restraint in Anesthesia Practice. International Clinics of Anesthesiology. Medical Ethics 39(3): 131-143, 2001.

22. Van Norman, G. Ethical Issues and the Role of Anesthesiologists in Non-Heart-Beating Organ Donation. Current Opinion Anesthesiology 16(2): 215-9, 2003

23. Van Norman G. Another Matter of Life and Death; What Every Anesthesiologist Should Know About the Ethical, Legal and Policy Implications of the Non-Heart-Beating Organ Donor. Anesthesiology 2003. 98(3):763-73.

24. Van Norman G, Jackson S, Waisel D. Ethical Issues in Informed Consent. Current Opinions in Anesthesiology 17(2): 177-81, 2004.

25. Van Norman GA. Ethical Issues of Importance to Anesthesiologists Regarding Organ Donation After Cardiac Death. Current Opinion Organ Transplant 10(2): 105-109, 2005.

26. Van Norman GA. Controversies in Organ Donation: Donation After Cardiac Death. Periop Nurs Clin, 3(3):233-240, 2008

27. Van Norman GA. Ethical Issues in Informed Consent. Periop Nurs Clin 3(3):213-222, 2008

28. Ivashkov Y, Van Norman GA. Informed Consent and Ethical Management of the Elderly Patient. Anesthesiology Clinics 2009; 27(3):569-80

29. Souter M, Van Norman GA. Ethical Controversies at End-of-Life After Traumatic Brain Injury: Defining Death and Organ Donation. Critical Care Medicine. Accepted for publication, anticipated Fall 2010.

30. Souter M, Van Norman GA. [Letter to the Editor] Reply to: Concerns regarding definition of brain death. Critical care medicine 2011;39(3):606-7

31. Sara Kim, PhD; Sinan Jabori, BS; Jessica O'Connell, MD, FACS; Shanna Freeman, APRN; Cha Chi Fung, PhD; Sahrish Ekram, BA; Amruta Unawame, MD; Gail Van Norman, MD.  Current Trends of Research Methodologies in Informed Consent Studies: Time to Re-examine?  Patient Educ Couns 2013; 93:559-66

32. Van Norman G.  Physician Aid-in-Dying: Cautionary Words.  Curr Opinion Anesthesiol  2014; 27:177-82

33. Van Norman GA.  Five Days at Memorial: Life and Death in a Storm-Ravaged Hospital.  Book Review.  Anesth Analg  2014; 199:494

34. Edwards M, Van Norman G.  Medicine--*Not* a Solo Sport.  AMA Journal of Ethics.  Accepted for publication, March 2015.

35. Van Norman GA. Abusive and Disruptive Behavior in the Surgical Team. *AMA Journal of Ethics.* 2015; 17:215-220. . http://journalofethics.ama-assn.org/2015/03/ecas3-1503.html. Accessed March 3, 2015.

36. Van Norman GA.  A Matter of Mice and Men:  Ethical Controversies in Animal Experimentation.  Int Anesthesiol Clin. 2015; 53:63-78.

37. Rooke GA, Lombaard SA, Dziersk J, Natrajan KM, Van Norman G, Larson LW, Poole JE.  Initial experience of an anesthesiology-based service for perioperative management of pacemakers and implantable cardioverter defibrillators.  Anesthesiology 2015; 123:1024-32.

38. Nair BG, Grunzweig K, Peterson GN, Horibe M, Nerdilek MB, Newman SF, Van Norman G, et al.  Intraoperative blood glucose management: impact of a real-time decision support system on adherence to institutional protocol.  J Clin Monitor Comput  June 12, 2015; epub ahead of print

39. Grunzweig K, Nair BG, Peterson GN, Horibe M, Neirdilek MB, Newman SF, Van Norman G, et al.  Decisional practices and patterns of intraoperative glucose management in an academic medical center. 2016; 32:214-23

40. Van Norman G.  Drugs, devices and the FDA:  an overview of the approval processes:  Part 1 Approval of drugs.  JACC Basic Translation Sci  2016; 1: 170-9

41. Van Norman G.  Drugs, devices and the FDA:  an overview of the approval processes:  Part 2 Approval of medical devices.  JACC Basic Translation Sci  2016; 1:277-87

42. Van Norman G.  Drugs and Devices Part 3:  a Comparison of U.S. and European Processes.  JACC Basic Translation Sci  2016; 1:399-412

43. Van Norman GA.  Decisions regarding foregoing life-sustaining treatments.  Curr Opin Anesth 2016; Nov 30 [epub ahead of print].

44. Van Norman GA, Eisenkott R.  Technology Transfer: From the Research Bench to Commercialization. Part 1. Intellectual Property Rights-Basics of Patents and Copyrights.  JACC Basic Translation Sci 2017; 2:85-97

45. Van Norman GA, Eisenkott R.  Technology Transfer.  Part 2.  The Commercialization Process.  JACC Basic Translation Sci 2017; 2:197-208

46. Van Norman GA. Overcoming the declining trends in innovation and investment in cardiovascular therapeutics: beyond EROOM's law. JACC Basic Translational Sci 2017; 2:613-25

47. Van Norman GA. Expanding Patient Access to Investigational Drugs: Single Patient INDs and "Right to Try". JACC Basic Translational Sci 2018; 3:280-91

48. Van Norman GA. Expanding Patient Access to Investigational Drugs: Overview of Intermediate and Widespread Treatment INDs, and Emergency Authorization in Public Health Emergencies. JACC Basic Translational Sci 2018; 3:403-14

49. Van Norman GA. Expanded patient access to investigational new devices: review of emergency and non-emergency expanded use, custom and 3D printed devices. JACC Basic Translational Sci. Accepted, Publication pending Summer 2018.


**Books:**

Cambridge Textbook of Clinical Ethics for Anesthesiologists. Van Norman G, Ed. Palmer S, Jackson S, Rosenbaum S co-ed. Cambridge University Press, 2011. London, UK.


**Book Chapters:**

1. Van Norman, G. Jehovah's Witnesses, in Atlee, J. (ed): *Complications in Anesthesiology.* WB Saunders, Philadelphia., 1999, pp. 937-939.

2. Van Norman, G. Patient Confidentiality, in Atlee, J. (ed): *Complications in Anesthesiology.* WB Saunders, Philadelphia, 1999. Pp. 931-933.

3. Van Norman, G. DNR in the Operating Room, in Atlee, J (ed): *Complications in Anesthesiology.* WB Saunders, Philadelphia, 1999, pp. 934-936.

4. Van Norman G. Ethical Considerations: Informed Consent, Advanced Directives, DNR Orders. In Hanson, E.(ed): *Medical Clerkship Companion 2.* Harcourt Brace, Chestnut Hill, MA, 2003.

5. Van Norman G. Ethical Decisions/End-of-Life Care in Patients with Vascular Disease. In Kaplan, J. (ed): *Vascular Anesthesia, 2nd Edition.* Churchill Livingstone, Philadelphia, PA, 2004, pp. 387-406.

6. Van Norman, G. DNR in the Operating Room. In Atlee, J. (ed): *Complications in Anesthesiology, 2nd Edition.* WB Saunders, Philadelphia. 2005.

7. Van Norman, G. Jehovah's Witnesses. In Atlee, J. (ed): *Complications in Anesthesiology, 2nd Edition.* WB Saunders, Philadelphia, 2005.

8. Van Norman, G. Patient Confidentiality. In Atlee, J. (ed): *Complications in Anesthesiology, 2nd Edition.* WB Saunders, Philadelphia, 2005.

9. Van Norman GA. Anesthesiology Ethics. *IN* Singer P, Viens A (eds): *The Cambridge Textbook of Clinical Ethics.* 2008. Cambridge University Press, London.

10. <u>Van Norman GA</u>, Rosenbaum S. Ethical Issues in Anesthesia Care. *IN* Miller R, Ed. *Miller's Anesthesia, 7th Ed.* Elsevier Publications, Philadelphia PA. 2009

11. <u>Van Norman GA.</u> Informed Consent: Respecting Patient Autonomy. *IN* Van Norman GA, Ed. *Cambridge Textbook of Ethics for Anesthesiologists.* 2011 Cambridge University Press, London, UK.

12. <u>Van Norman, GA.</u> Informed Consent for Preoperative Testing: Pregnancy Testing and Other Tests Involving Sensitive Patient Issues. *IN* Van Norman GA, Ed. 2011 *Cambridge Textbook of Ethics for Anesthesiologists.* Cambridge University Press, London, UK.

13. <u>Van Norman GA.</u> Revising the Anatomical Gift Act—the Role of Physicians in Shaping Legislation. *IN* Van Norman GA, Ed. 2011 *Cambridge Textbook of Ethics for Anesthesiologists.* Cambridge University Press, London, UK.

14. <u>Van Norman GA.</u> Animal Subjects Research Part II: Ethics of Animal Experimentation. *IN* Van Norman GA, Ed. 2011 *Cambridge Textbook of Ethics for Anesthesiologists.* Cambridge University Press, London, UK.

15. <u>Van Norman GA.</u> Publication Ethics: Obligations of Authors, Peer-Reviewers and Editors. *IN* Van Norman GA, Ed. 2011 *Cambridge Textbook of Ethics for Anesthesiologists.* Cambridge University Press, London, UK.

16. <u>Van Norman GA.</u> Sexual Harassment, Discrimination, and Faculty-Student Intimate Relationships in Anesthesia Practice. *IN* Van Norman GA, Ed. 2011 *Cambridge Textbook of Ethics for Anesthesiologists.* Cambridge University Press, London, UK.

17. <u>Van Norman GA</u>. Physician Participation in Executions. *IN* Van Norman GA, Ed. 2011 *Cambridge Textbook of Ethics for Anesthesiologists.* Cambridge University Press, London, UK.

18. Wako E, <u>Van Norman GA</u>. Laboratory Testing in Spine Disease. *IN* Chapman JR, Dettori JR, Norvell, DC (2011) *Measurements in Spine Care.* 1st ed. Stuttgart New York: Thieme.

19. <u>Van Norman GA</u>. Ethical Standards in Medical Practice. *IN* Manchikanti L, Christo P, Trescot A, Falco FJE (eds). *Foundations of Pain Medicine and Interventional Pain Management Board Review.* 2011 ASIPP Publishing, Paducah, KY 42001

20. <u>Van Norman GA</u>. Ethics of Research in Pain Management. *IN* Manchikanti L, Christo P, Trescot A, Falco FJE (eds). 2011 *Foundations of Pain Medicine and Interventional Pain Management Board Review.* ASIPP Publishing, Paducah, KY 4200

21. <u>Van Norman GA</u>. Ethics in Anesthesiology. *IN* Miller R, Ed. *Miller's Anesthesia, 8th Ed.* Elsevier Publications, Philadelphia PA. (anticipated publication 2014)

22. <u>Van Norman GA</u>. Anesthesia Pearls. *IN* Wong C, Hamlin N Eds. *The Medicine Consult Handbook.* Springer Science and Business Media Inc. New York, NY. 2012

23. <u>Van Norman GA.</u> Organ Transplantation. *IN* Brennan. Michael (ed.). The A-Z of Death and Dying: Social, Medical and Cultural Aspects. Santa Barbara, CA: ABC-Clio. 2013

24. <u>Van Norman GA</u>. Life Support Systems. *IN*: Brennan. Michael (ed.). The A-Z of Death and Dying: Social, Medical and Cultural Aspects. Santa Barbara, CA: ABC-Clio. 2013

25. Jackson S, Van Norman GA. Anesthesia, Anesthesiologists and Modern Medical Ethics. *IN* The Wondrous Story of Anesthesiology, Eger EI II, Saidman L, Westhorpe RN Eds. Springer, NY. 2014 pp205-218

26. Van Norman G, Rosen J. Michael Jackson: Medical Ethics and What Went Wrong. In; Pediatric Sedation Outside of the Operating Room: a Multispecialty International Collaboration, Second Edition. Mason KP Ed. Springer, NY 2015 pp685-698

27. Van Norman, GA. Ethics and clinical aspects of palliative sedation in the terminally ill child. In; Pediatric Sedation Outside of the Operating Room: a Multispecialty International Collaboration, Second Edition. Mason KP Ed. Springer, NY 2015 pp699-710

28. Van Norman G. Anesthesia Pearls. *In* The Perioperative Medicine Consult Handbook, Jackson M, ed. Springer, 2015.

29. Van Norman GA. Preoperative Testing: Ethical Challenges, Evidence-Based Medicine and Informed Consent. In: Ethical Issues in Anesthesiology and Surgery. Springer publications. Jericho B, Ed. Springer, New York, 2016.

30. Van Norman GA. Ethics and Evidence Regarding Animal Subjects Research: Splitting Hares--or Swallowing Camels? In: Ethical Issues in Anesthesiology and Surgery. Jericho B, ed. Springer, New York, 2016.

31. Jackson S, Van Norman GA. Ethics in Research and Publication. In: Ethical Issues in Anesthesiology and Surgery. Jericho B, Ed. Springer, New York. 2016.

32. Van Norman GA. Ethical Issues in Elderly Patients: Informed Consent. In: Barnett S, ed. Perioperative Care of the Elderly Patient. Cambridge University Press, Cambridge UK. 2017

33. Van Norman GA. Ethics of Geriatric Intensive Care; Withdrawal, withholding and medical futility. In: Principles of Geriatric Critical Care. Cambridge University Press. 2017

34. Van Norman GA, Rosenbaum S. Ethics in Anesthesiology. Miller's Anesthesia 9th Ed. Elsevier. Accepted 2018, anticipated publication sprint 2019

## **Other Publications:**

### **Print Publications**

1. <u>Van Norman, G</u>. Cheney F. Falsely Elevated Oximeter Reading Dangerous on One Lung. APSF Newsletter (letter to the editor) Issue 23. June, 1989.

2. <u>Van Norman G</u>. Ethics of Informed Consent. ASA Newsletter 58(8): 15-17, 1994

3. <u>Van Norman, G</u>. Special Paper: Implementation of an Ethics Curriculum: Getting Started. In Waisel D, Van Norman G (eds): *ASA Syllabus on Ethics: Informed Consent.* ASA publications, Park Ridge, Illinois. 1997, pp. 1-6.

4. Jackson S, Fine P, Palmer S, Rosenbaum S, Truog R, Van Norman G. Letter to Editor, Comment on Bastron, D. Response to: Ethical Concerns in Anesthetic Care for Patients with Do-Not-Resuscitate Orders. Anesthesiology 87(1): 176-177, 1997.

5. Van Norman, G. Who Speaks for the Patient? Ethical Principles in Assessing Patient Competence and Appropriate Use of Proxy Decision-Makers in the Practice of Anesthesiology. In Waisel D, Van Norman G (eds): ASA Syllabus on Ethics: Informed Consent. ASA publications, Park Ridge, Illinois. 1997, pp. B2-B34.

6. Waisel D, Van Norman G, Fine P. Special Article, Hospice Care: Live All the Days of Your Life. An Interview with Perry G. Fine. In Waisel D, Van Norman G (eds). ASA Syllabus on Ethics: Informed Consent. ASA publications, Park Ridge, Illinois. 1997, pp. 1-9.

7. Van Norman G. Redefining Death. Ethical, Legal and Medical Implications of Brain Death Determination in Anesthesia Practice. In Waisel D., Van Norman G. (eds): ASA Syllabus on Ethics: End of Life Issues. ASA publications, Park ridge, Illinois. 1999, pp. G1-G7.

8. Van Norman G. Chapter 17: Misinformed Consent--A Problem in the OR? In: ASA Refresher Courses in Anesthesiology. ASA Publications, Chicago Ill. 1999, pp.215-223.

9. Van Norman G, and Posner K. Coronary Stenting or Percutaneous Transluminal Coronary Angioplasty Prior to Noncardiac Surgery Increases Adverse Perioperative Cardiac Events; the Evidence is Mounting. (letter to the editor). J Amer Coll Cardiol 36(7): 2351, 2000.

10. Van Norman, G, Palmer S. When Should Anesthesiologists Restrain Uncooperative Patients? ASA Newsletter 65(3), 2001.

11. Van Norman G. The Student-Teacher Relationship in Medicine: Are Intimate Relationships Between Faculty and Medical Trainees Ethical? In Van Norman G, Waisel D. (eds): ASA Syllabus on Ethics: Ethics of Professional and Personal Relationships in Anesthesiology Training and Practice. ASA, Park Ridge, Illinois. 2004.

12. Van Norman G. Non-Heart-Beating Cadaver Organ Donation: Ethical Issues for Anesthesiologists. ASA Newsletter 67(11), 2003.

13. Van Norman GA, Palmer SK, Jackson SH. The Ethical Role of Medical Journal Editors. [Letter} Anesth Analg 100:603-4, 2005.

14. Brown S, Van Norman G. Compassion and Choice in End-of-Life Decisions. Editorials and Opinions, The Seattle Times, April 1, 2005

15. Van Norman GA. Practical Ethical Concerns Regarding Intimate Relationships in the Operating Room. ASA Newsletter 2007, 71(5).

16. Van Norman G, Brown S. Organ Donation a Personal Decision. Opinion, The Seattle Post Intelligencer, March 20, 2007.

17. Van Norman GA. Contributing Writer: Handbook of Anesthesia and Co-Existing Disease. Elsevier publications, Philadelphia PA. 2009.

18. Sweitzer BJ, Vidoga M, Milokjic, et al. Resident's knowledge of ACC/AHA Guidelines for Preoperative Cardiac Evaluation is Limited. Cleveland Clinic J Med 2010; 77(ESuppl):eS11-eS12.

19. Palmer SK, Van Norman GA, Jackson SL.  Letter to the editor. Routine pregnancy testing before elective anesthesia is not an American Society of Anesthesiologists standard.  Anesth Analg. 2009; 208(5):1715-6.

20. Van Norman GA, Jackson SL.  Back to our roots:  the importance of enforcing professionalism at the ASA.  ASA Newsletter.  May, 2011.  75(5):10-12

21. Jackson SL, Van Norman GA.  Ethical issues in the publication of medical research. ASA Newsletter. May 2011.  75(5):14-15

22. Van Norman GA.  Misinformed Consent:  A problem in the Operating Room?  Ethical principles of informed consent and their application for the anesthesiologist.  Refresher Courses Anesth  2011; 39(1):215-223

23. Van Norman GA.  Ethics of Ending Life; Physician-Assisted Suicide and Euthanasia, Part 1. California Society of Anesthesiologists Bulletin, CA.  Winter 2012.

24. Van Norman GA.  Physician Assisted Suicide.  ASA Newsletter. Spring 2012.

25. Van Norman GA.  Ethics of Ending Life; Physician-Assisted Suicide and Euthanasia, Part 2. California Society of Anesthesiologists Bulletin, CA.  Summer 2012.

26. Van Norman GA.  Ethical Challenges of Routine Preoperative Tests.  ASA Newsletter, Nov. 2012

27. Rooke A, Natrajan K, Lombaard S, Dziersk J, Van Norman GA, Poole J.  Letter to the Editor In Reply: Initial experience of an anesthesiology based service for perioperative management of pacemakers and implantable cardioverter defibrillators.  Anesthesiology 2016; 124: 1195


**Web publications**

1.  Update Author, *Slesinger and Fordtran's Gastrointestinal and Liver Disease, 7th Edition,* on-line version.  Mark Feldman MD, Editor.  Elsevier Scientific Publications, Philadelphia *[www.sfgastro.com],* 2003 to 2006.

2.  Update Author, *Anesthesia, 6th Edition,* on-line version.  Ron Miller MD, Editor.  Elsevier Scientific Publications, Philadelphia. *[www.anesthesiatext.com]* 2004 to present.

3.  Update Author, *Diseases of the Heart, 6th Edition,* on-line version.  Eugene Braunwald MD, Editor.  Elsevier Scientific Publications, Philadelphia [*www.branwalds.com],* 2004 to present.

4.  Update Author, *Murry and Nadel's Textbook of Respiratory Medicine,* on-line version. Robert J. Mason MD, John F. Murray MD, V. Courtney Broaddus MD, and Jay A Nadel MD, editors. Elsevier Scientific Publications, Philadelphia *[www.respmedtext.com],* 2005-2006.

5.  Update Author, *Drugs for the Heart,* on-line version.  Lionel H Opie MD and Bernard J Gersh MD, editors.  Elsevier Scientific Publications, Philadelphia *[www.opiedrugs.com],* 2005 to 2008

6.  Update Author, *Clinical Gastroenterology and Hepatology,* on-line version, Wilfred M Weinstein MD, C J Hawkey MD, J Bosch MD, editors.  Elsevier Scientific Publications, Philadelphia *[www.clingastrotext.com],* 2005-2006.

7.  Medifile author for *FirstConsult*,  Medical website for primary care physicians.  Elsevier Scientific Publications, London UK  *[www.firstconsult.com],* 1998 to 2008.

8.  Topic Editor, *First Consult.*  Medical website for primary care physicians.  Elsevier Scientific Publications, London UK, *[www.firstconsult.com],* 1998 to 2008

9.  Medical writer, Clinical Procedures website, Elsevier Scientific Publications, Philadelphia, 2008 to present

## Abstracts:

1. Van Norman G, Pavlin E, Eddy C, and Pavlin J.  Hemodynamic and Metabolic Effects of Aortic Unclamping Following Emergency Surgery for Traumatic Thoracic Aortic Tear in Shunted and Unshunted Patients.  Presented to the 50th Annual Meeting of the American Association for the Surgery for Trauma, 1989.

2. Van Norman G, Pavlin E, Eddy C, and Pavlin J.  Hemodynamic and Metabolic Effects of Aortic Unclamping Following Emergency Surgery for Traumatic Thoracic Aortic Tear in Shunted and Unshunted Patients.  Presented to the American Society of Anesthesiologists Annual Meeting, 1989.

3. Van Norman G, Spiess B, Lu J, et al.  Aprotinin Versus Aminocaproic Acid in Moderate-to-High-Risk Cardiac Surgery:  Relative Efficacy and Costs of Transfusion.  Anes Analg Supplement,  March 1995.

4. Kenney M, Van Norman G, Hague G, et al.  Variations in Ionized Magnesium During Cardiopulmonary Bypass.  Presented to the Cardiopulmonary Bypass Meeting, San Diego, California, 1995.

5. Pavlin J, Gunn H, Van Norman G, et al.  Optimal Propfol/Alfentanil Combinations for Supplementing N20 For Outpatient Surgery.  Presented to the Annual Meeting of the American Society of Anesthesiologists, 1997. Anesthesiology 87(3S) Supplement 308A, 1997.

6. Van Norman G, Posner K, Wright I, et al.  Adverse Cardiac Events Following Noncardiac Surgery in Patients with Prior PTCA versus Normal Patients, and Patients with Nonrevascularized CAD.  Presented to the Scientific Sessions of the American Heart Association, Orlando, Florida, 1997, published in supplement to Circulation, October 1997.

7. Simmons E, Van Norman G, Robledo J, et al.  Effect of Hemofiltration on Aprotinin Activity in Patients Undergoing Cardiopulmonary Bypass.  Presented to  WARC (Western Anesthesia Residents Conference,  1998.

8. Lee J, Karjeker S, Van Norman GA et al.  Advance Directives in the Perioperative Period.  Presented to WARC (Western Anesthesia Residents Conference), 2009

9. Karjeker S, Van Norman G, et al.  Advance Directives in the PreAnesthesia Clinic.  Presented at the American Society of Anesthesiologists' Annual Meeting, New Orleans, LA.  2009

10. Rooke, G.A., Natrajan, K., Lombaard, S., Dziersk, J., Van Norman. G., Poole, J.:  Initial experience of an anesthesia-based service for perioperative management of CIEDs.  Anesthesiology 117:A835, 2012.

11. Shah A, Ma K, Rooke GA, Van Norman G.  Pulmonary HTN in the perioperative patient. (working title).  Accepted to IARS Annual Meeting, Honolulu HI.  March 2015.

12. Rooke A, Natrajan K, Lombaard S, Dziersk J, Van Norman G, Poole J.  Poster:  Initial experience of an anesthesia-based service for perioperative management of CIEDs.  ASA American Society of Anesthesiologists Annual Meeting, Washington DC, 2012

**OTHER**

### International and National Invitational Lectures:

1. "DNR in the OR:  Am I a Bad Doctor if I Let My Patient Die?" American Society of Anesthesiologists, Refresher Course, San Francisco, CA, June 29, 1996.

2. "Misinformed Consent:  Is This a Problem in the Operating Room?" American Society of Anesthesiologists Refresher Course, San Francisco, CA, June 29, 1996.

3. "Ethics:  A New Hot Topic in Resident Education," The Society for Education in Anesthesia Fall Meeting: Educational Strategies for the 21st Century, New Orleans, 1996.

4. "Ethics:  A New Hot Topic in Resident Education," The Society for Education in Anesthesia Fall Meeting: Educational Strategies for the 21st Century, San Diego, CA, October 1997.

5. "Misinformed Consent:  A Problem in the Operating Room?" American Society of Anesthesiologists Workshop in Practical Bioethics for the Anesthesiologist, Boston, MA, 1997.

6. "Brain Dead, or Only Mostly Dead?  What's the Difference, I'm Just the Anesthesiologist!" American Society of Anesthesiologists Workshop in Practical Bioethics for the Anesthesiologist, Boston, MA, 1997.

7. "PTCA prior to Noncardiac Surgery." World Congress of Cardiovascular Anesthesiologists, Santiago, Chile, 1998.

8. "Ethics Case Discussion: Assessing Cardiac Risks for Patients with Coronary Artery Disease Undergoing Noncardiac Surgery" and "Ethics Case Discussion: Assessing Brain Death" Rush-Presbyterian-St. Luke's Medical Center, Chicago Illinois, Visiting Professorship, 1998

9. "Brain Death:  What Every Anesthesiologist Should Know" Midwest Anesthesia Conference and Peri-Anesthesia Care Symposium, Chicago, Il, 1999.

10. "Ethical Issues in the Operating Room," American Society of Anesthesia Technologists and Technicians, Seattle, WA, 2000.

11. "Ethical Issues in the Operating Room," American Society of Extracorporeal Technologists, Seattle, WA, 2000.

12. "Ethical Boundaries of Persuasion: Coercion and Restraint in Pediatric Anesthesia Practice," Mid-Year SAMBA meeting, New Orleans, LA, 2001.

13. "Ethics: Brain Death and Organ Donation" Rush-Presbyterian-St. Luke's Medical Center and Rush University, Chicago, Illinois Department of Anesthesiology and Undergraduate Medical School; Inaugural Speaker, Katalin Selemczi MD Memorial Lecture Series in 2001

14. "Donation After Cardiac Death—Stretching the Definitions of Death Too Far?" Invited lecturer; European Society of Anesthesiology, Copenhagen Denmark, May 2008.

15. "Conflicts of Interest: Industry Reps." February 2009; Visiting Professor, University of Oklahoma Department of Anesthesiology. Oklahoma City, OK

16. "DNR in the Patient Undergoing Surgery and Anesthesia." Sept 2009  Primary Care Medicine. Seattle, WA

17. Perioperative Beta Blockers." National Association of Nurse Practitioners. Aug 2010. Seattle, WA

18. Ghosts of OR Cancellations Past and Present." Combined WSSA, BCAA international meeting. Dec 2010 (Elizabeth Wako MD and Gail Van Norman MD speakers)

19. Ethics of Organ Donation After Cardiac Death. Society for Cardiovascular Anesthesiologist. Annual Meeting, April 2011. Savannah, Georgia.

20. Ethics of Organ Donation After Cardiac Death. Dept of Anaesthesiology and Intensive Care, St. Mary's Hospital. London, UK. August 2011.

21. Physician-assisted Suicide and Euthanasia. Brocher Foundation. Hermance, Switzerland, August 2011.

22. Fraud in Publication and Medical Research. Dept of Anaesthesiology and Intensive Care Medicine, University of Geneva. Geneva, Switzerland. Sept 2011.

23. Informed Consent and Informed Refusal in the Operating Room. AORN annual meeting, Seattle, WA Jan. 2012

24. Fraud and Plagiarism in Research. Risk Management Division, MD Anderson Medical Center, Houston TX, April 18, 2012

25. Physician-Assisted Suicide and Euthanasia, Department of Anesthesiology, MD Anderson Medical Center, Houston TX, April 18, 2012

26. Ethics in Anesthesiology. Annual Review Course for Certified Nurse Anesthetists. Orlando Florida, November 2012

27. Invited Lecturer: Ethics of Interventional Pain Management. ASIPP. Phoenix, AZ. Feb 2012

28. Invited Lecturer: Ethics of Interventional Pain Management. ASIPP. San Francisco CA Aug 2012.

29. Invited Lecturer: Ethics of Interventional Pain Management. ASIPP. Phoenix, AZ. July 2013

30. Invited Lecturer: Ethics of Interventional Pain Management. ASIPP. Denver CO; Oct 2013

31. Invited Lecturer; Controversial Cases in Organ Transplantation: clinical forum. American Society of Anesthesiologists Annual Meeting. San Francisco CA. Oct 2013

32. Invited Lecture:  Ethics of DCD Organ Donation.  St. Mary's Hospital Dept of Anesthesiology and Critical Care, London UK.  Dec 2014

33. Invited Lecture: DNR in the OR.  London Soc Anesthesiology, UK.  Dec 2014

34. International Academy of Law and Mental Health.  Moderator:  Brain Death, Personhood, Body Integrity:  Ethical and Legal Considerations in Vital Organ Transplantation.  Vienna Austria July 2015

35. Invited Lecturer:  Harvard Anesthesia Update Spring 2015.  Pro/Con Debate:  Should Physicians Participate in Lethal Injection.

36. Invited Lecturer:  Ethics of Interventional Pain Management.  ASIPP, Chicao Il. July, 2015

37. Keynote Speaker:  Terminal Sedation in Pediatric Sedation:   Suffering, Palliation and Transcendance (working title).  Conference for Pediatric Sedation Outside of the Operating Room.  Cancun, Mexico  Sept 2015

38. Invited Ethics Lecturer:  Moya Review Course for Nurse Anesthetists.  Orlando Fl, November 2015

39. Invited Participant;  2015 Alumni Meeting of the Scholars of the Brocher Foundation, Geneva Switzerland, June 16-18, 2015.

40. Invited Speaker: 2016 World Congress of Anesthesiologists.  Ethics Section.  Hong Kong, Aug 27-Sept 1, 2016

41. Invited Lecturer; Medical Professionalism.  St. Mary's Hospital Department of Anesthesiology and Critical Care.  London, UK. July 2016

42. 2017 International Academy of Law and Mental Health. Invited panelist, moderator.  Ethics of Psychosurgery.  Prague, Czech Republic, July 2017

43. 2017 Mazama Spine Summit, Mazama WA.  Invited Speaker:  What is Professionalism and the Practice of Medicine?  Lessons from the Michael Jackson Case.

**Regional Invitational Lectures:**

1. "Treatment of Intraoperative Emergencies:  Wheezing; Inability to Ventilate" CME Lecture, Washington State Society of Anesthesiologists, Seattle, WA, 1991.

2. "Ethical Issues in Anesthesiology," Washington State Society of Anesthesiologists, Moderator and CME Lecturer, Seattle, WA, 1993.

3. Washington State Association of Nurse Anesthetists, Tukwila, Washington "Ethical Issues in Anesthesia Practice", 1995.

4. Washington State Association of Nurse Anesthetists "Ethical Issues in Anesthesia Practice" Seattle, WA, 1998.

5.   "Management Issues In the Preoperative Clinic." Society for Ambulatory Anesthesia (SAMBA), Seattle, Washington, 1999.

6.   "Physiology of Perioperative Myocardial Blood Flow." Washington State Society of Nurse Anesthetists, Seattle, WA, 1999.

7.   "Ethical Issues in the Operating Room." American Society of Anesthesiology Technologists, Seattle, WA, 2000.

8.   "DNR orders in the Operating Room," Combined Anesthesia and Surgery Grand Rounds, Southwest Washington Medical Center, Vancouver, WA, 2001.

9.   "Medical Ethics: Balancing Patient Advocacy and Managed Care." Western Pension and Benefits Conference, Seattle, WA, 2003.

10.  "Conscious Sedation for Radiological Procedures in the Outpatient," Northwest Hospital Radiology Department, Seattle, WA, 1991.

11.  Instructor, Certified Post Anesthesia Nurse (CPAN) Certification Course, Northwest Hospital, Seattle, WA, 1991.

12.  Conflicts of Interest with Industry.  AORN winter meeting, Kent WA, 2009

13.  "Preoperative Testing."  Wash. State Nurse Anesthetists.  Sept 2009, Spokane, WA

14.  "Implementing Intra-Operative Glucose Control:  What Does it Take?"  Washington State Hospital Association.  April 2014, Seattle, WA

**Invited Journal Reviews:**

1.   Invited Journal Reviewer, cardiovascular anesthesia, *Anesthesia and Analgesia,* 1998 to present.
2.   Invited Journal Reviewer, medical ethics, *Anesthesiology,* 1998 to present.
3.   Invited Journal Reviewer, medical ethics, *Journal of Obstetrics and Gynecology,* 1998.
4.   Clinical Reviewer, *FirstConsult.* Medical website for primary care physicians, Elsevier publications, London UK. *[www.firstconsult.com]* ,1998 to present.
5.   Invited Journal Reviewer, medical ethics, *Mayo Clinic Proceedings,* 2006-2009.
6.   Invited Journal Reviewer, *Journal of Philosophy, Ethics, and Humanities,* 2007.
7.   Invited Journal Reviewer, *European Journal of Anaesthesiology,* 2013

**Web Authorships**

1. Update Author, *Anesthesia, 6th Edition,* on-line version.  Ron Miller MD, Editor.  Elsevier Scientific Publications, Philadelphia. *[www.anesthesiatext.com]* 2004 to present.

2. Update Author, *Sleisinger and Fordtran's Gastrointestinal and Liver Disease, 7th Edition,* on-line version.  Mark Feldman MD, Editor.  Elsevier Scientific Publications, Philadelphia *[www.sfgastro.com],* 2003 to 2006.

3. Update Author, *Diseases of the Heart, 6th Edition,* on-line version.  Eugene Braunwald MD, Editor.  Elsevier Publications, Philadelphia [*www.branwalds.com],* 2004 to present.

4. Update Author, *Murray and Nadel's Textbook of Respiratory Medicine,* on-line version. Robert J. Mason MD, John F. Murray MD, V. Courtney Broaddus MD, and Jay A Nadel MD, editors.  Elsevier publications, Philadelphia *[www.respmedtext.com],* 2005-2006.

5. Update Author, *Drugs for the Heart,* on-line version.  Lionel H Opie MD and Bernard J Gersh MD, editors.  Elsevier publications, Philadelphia *[www.opiedurgs.com],* 2005 to present.

6. Update Author, *Clinical Gastroenterology and Hepatology,* on-line version, Wilfred M Weinstein MD, C J Hawkey MD, J Bosch MD, editors.  Elsevier publications, Philadelphia *[www.clingastrotext.com],* 2005-2006

7. Medifile Author for *FirstConsult,*  Medical website for primary care physicians.  Elsevier publications, London UK *[www.firstconsult.com],* 1998 to 2006

8. Medical Writer, *Procedures Consult,* Anesthesia Procedures.  Elsevier publications, Philadelphia, PA.  2007-2008

**Miscellaneous:**

Consulting Anesthesiologist, Woodland Park Zoological Society, 1992-2002.
Content/formatting editor, Journal of American College of Cardiology 2015-present
Medical Writer, Journal of American College of Cardiology 2016-present

Revised, June 2018

gvn

**Appendix II:  Gail Van Norman MD Depositions and Court Testimony in the Last 4 Years**

1. 2018: James S. Goff MD, Individually  v. State of Washington Department of Social and Health Services, No.16-2-04855-7  (for plaintiff).  Expert regarding effects on physician's career of false allegations of criminal activity.
2. 2017: Hayley Rodecap v. Multicare Health System d/b/a Multicare Tacoma Family Medicine, Multicare OB/GYN Associates, and Tacoma General Hospital  Superior Court of Washington for Pierce County, No 16-2-07212-2 (for defendants): Expert for ethics of informed consent and use of patient clinical calculators to inform patients of risks.
3. 2014 (Clifford C. Duke, Executor of the Estate of Karen L. Duke vs. Valley Endoscopy Center, Inc., et al., 13-CV-084, Court of Common Pleas of Belmont County, Ohio, Judge Frank A. Fregiato. (for plaintiff):  Expert in standards for general anesthesiology for a medical malpractice case.

**Appendix III:  Summary of Movements reported by the various witnessed during the executions of Marcel Williams, Ledell Lee, Jack Jones, and Kenneth Williams.**

I.    **Execution of Marcel Williams on April 24, 2017**

    a.   Dale Reed, William Straughn, and Wendy Kelley:  after administration of midazolam "he breathed deeply, but he never struggled for breath, arched his back, or pulled against the restraints." "At no time did he cough, arch his back, or grimace as if in pain. Mr. Williams did not turn his head. I did observe his right hand turn as a result of his arms relaxing."

    b.   Phyllis Hendrix: "Once he was sedated he appeared to be snoring heavily." "After the consciousness check, Marcel Williams did not appear to be gasping for air nor did he show signs of struggling to breathe. I never saw him coughing or moving his head after the consciousness check was performed." "Williams did not appear to experience any pain or suffering during the process."

    c.   Will Jones: "The execution…began at 10:16 PM." "His eyes were looking upward….and were closed within 1 minute. He was breathing deeply. I noticed no other movement besides his breathing after his eyes closed." *A consciousness check was performed.* After the consciousness check, I did not see any movement that indicated Mr. Williams was struggling to breathe or gasping for air. After a few minutes, his breathing slowed and then stopped."

    d.   Joseph McCollough: "Once he was sedated he appeared to be snoring or breathing heavily. The staff performed the consciousness check… Marcel Williams did not appear to be gasping for air, nor did he show signs of struggling to breathe. I did notice slight movement of his head and right arm after he was unconscious. I did not observe Mr. Williams arch his back. Williams did not appear to experience any pain or suffering during the process."

    e.   Kim Hammer: "After he was sedated, he appeared to be snoring or breathing heavily." A consciousness check was performed. "After the consciousness check, Marcel Williams did not appear to be gasping for air nor did he show signs of struggling to breathe. I never saw him coughing or moving his head after the consciousness check was performed." *Hammer notes experience as a hospice chaplain and has seen patients grimace in pain and notes this did not happen.*

    f.   Jamie Giani:  "10:16 the medication is started. 10:17 Marcel's eyes close. He is breathing very hard. His chest visibly rises up and down in hard, almost jerky movements. 10:18 hard breathing continues; Marcel turns his head slightly. 10:19 after only 2 minutes, designee begins checking Marcel's neck, touches his arm and hand.  10:20 hard breathing continues. Designee touches Marcel's right fingers. 10:21 Marcel's head moves; hard breathing continued, designee places pulse ox on Marcel's right middle finger. 10:22 designee touches Marcel's eyelashes and speaks into his ear……Marcel's head turns, hard breathing continues." *Pulse oximeter is*

*removed and not replaced.* "10:23 Marcel's breathing visibly slows." "10:25 Marcel coughs." "10:28 Marcel's right eye ... opens slightly. I can see movement of his eyeball.  10:29 I continue to see eye movement." *10:32 designee asks for coroner.*

II.     **Execution of Ledell Lee on April 20, 2017**

a. Dale Reed, William Straughn, and Wendy Kelly:  After administration of midazolam, "snored once, took a deep breath, relaxed his hands, and fell unconscious."

b. Will Jones: "The execution...began at 11:44 PM." "His eyes were open, looking upward.  His eyes closed within approximately 1 minute and his right hand relaxed slightly.  I noticed no other movement thereafter".

c. Joseph McCollough: "after the first injection, Lee appeared to fall asleep." After a consciousness check, "Lee was then given another injection, after which he just stopped breathing." "He did not appear to experience any pain or suffering during the process."

d. John Staley: "Within 2 minutes of receiving the first injection, Lee appeared to fall asleep.  To me, he appeared to simply close his eyes and fall asleep.  After that, I did not notice any movements by Lee."

e. Holly Meyer: "The execution began and Lee's eyes closed and did not reopen, he did not move any portion of his body visible through the process, nor was there any detectable movement of Lee under the sheet." *A consciousness check was done.* "He appeared completely sedated and could not be roused."

III.    **Execution of Jack Jones on April 24, 2017**

a. Dale Reed, William Straughn, and Wendy Kelly: During administration of diazepam, prisoner spoke, and then "began snoring."

b. Will Jones:  "Within 1-2 minutes he was snoring loud enough to be heard in the witness room." "He took 1-2 big breaths through his mouth while snoring.  I noticed no other movements."

c. Joseph McCullough: "Jones appeared to be either snoring or heavily breathing once he was sedated.  After about 5 minutes, the execution staff did check Jones to see if he was conscious... After the second round of drugs was administered, Jones did not appear to be gasping for air and there were no signs of him struggling. Jack Jones did not appear to experience any pain or suffering during the process."

d. Kim Hammer: "Director Kelley stepped away and the execution staff member began the execution. After Director Kelley had stepped away, I saw that Jones was moving his lips as if he was saying the Lord's Prayer. Within 3 to 5 minutes of the first drug being administered, Jones began to lose consciousness. Jones closed his eyes and began to snore similar to someone with sleep apnea." A consciousness check was performed. "Following the consciousness check the staff member appeared to administer the second round of drugs. Quickly thereafter Jones stopped breathing. At no point did he appear to be gasping for air and there were no

signs of him struggling. I did not observe any involuntary movements by Jones' body."

    e.   Tracy Whitaker: "He breathed for a little while and then he died. He did not struggle at all".

**IV.    Execution of Kenneth Williams on April 27, 2017**

    a.   Dale Reed, William Straughn, and Wendy Kelly: "Mr. Williams was speaking in tongues"… "after the midazolam began to take effect Mr. Williams stopped speaking in tongues and said 'these last words…' but then he stopped speaking midsentence. Two minutes after midazolam, his chest raised and lowered as though he was coughing but there was no 'coughing' sound." [My note: This was before administration of the paralytic agent, as stated by Mr. Reed].

    b.   Tammera Harrelson: "…he then began speaking unintelligible words. After perhaps 30 seconds, Williams began to slur, and his final few words were spoken in garbled English. He was still talking when the sedative took effect, and he abruptly stopped speaking. It was apparent that he was unconscious at that time. Some minutes after Williams lost consciousness, I noticed that his upper body began to move as though he was having involuntary muscle spasms. This movement lasted for approximately 10-15 seconds." "I did not see any signs of distress in his face. He did not clench his fist, nor did he gag, cough, moan, or choke. Williams appears to be breathing heavily, but showed no signs of physical pain or consciousness." "I did not see any expression of pain or agony in the face of Kenneth Williams."

    c.   Trent Garner: "he continued to speak even after the first drug was administered, and was speaking as the sedative took effect. After he became unconscious, and about 2 or 3 minutes after the sedative was given, I saw him have involuntary muscle spasms for approximately 10-15 seconds. I never saw any signs of Williams experiencing any pain or suffering. I did not see him lurch. He did not have any grimacing in his face, nor did his arms shake, nor did he clench his fist. Following those brief involuntary muscle spasms, Williams was breathing heavily/snoring, which lasted approximately 2 minutes before his breathing began to significantly slow." After the consciousness check "Williams' breathing continue to get slower and slower until it ceased. There was no movement from him. To me, it appeared that his breathing completely stopped 1 or 2 minutes before he was declared dead…"

    d.   Eric Motylinski: Mr. Williams "began praying in tongues." An announcement was made that execution proceed. "His words soon became slow and halting, and then he said in English 'These words that I speak will forever—' and then he was silent. The time was 10:53. From then until 10:54, I saw Mr. Williams' chest pumping up and down, his cheek muscles moving as a result of jaw clenching, and his head moving up and down. At 10:55, I observed heaving, choking, coughing and moaning. He convulsed repeatedly and rhythmically, his chest rising from the gurney and violently hitting his restraints. At 10:56 I observed labored breathing." Mr.

Motylinski left the room between 10:57 and 11:01. At 11:01 "Mr. Williams had stopped moving". *Consciousness check was at 11:02. From 11:03 to 11:04 someone listened with a stethoscope. Another person listened at 11:04, and at 11:05, Mr. Williams was pronounced dead.*

e.  Cassandra Belter: *took notes using the clock in the execution chamber.* "At 10:53, someone announced they were starting the execution... His words then slowed and he stopped talking. His lips closed. His eyes closed. At 10:54 PM, Mr. Williams' head began rocking forward and backward. This was particularly obvious because his long, pointed beard began to rise up and then down, repeatedly. His chest then suddenly began convulsing up from the table and his head continued bobbing, both at a fast pace. These convulsions grew much stronger and continued to 10:55 PM. At 10:55 PM, Mr. Williams' convulsions became more violent and there was an audible groan of pain from him. He was rising forcibly from the gurney at a fast rhythm." Mr. Motylinski leaves to make an emergency phone call. "These convulsions continued along with gasping for air by Mr. Williams through 10:57 PM. His cheek muscles began moving as if his jaw was repeatedly clenching and unclenching. His chest then slowed down, but his head continued to bob." "Mr. Williams' head was still bobbing at 10:58, when this man with the headset began touching his eyes, I assume doing a consciousness check. Mr. Williams' lips opened during this moment. The man then began pushing on or manipulating Mr. Williams' left shoulder underneath the sheet for several moments. Mr. Williams sighed for the second time in what sounded like an expression of pain. His chest rose and head bobbed after this noise at 10:59PM. Later that minute, Mr. Williams' movement appeared to stop."