*Litigation Report – Expert Opinion*

# SUPPLEMENTAL: THE PHARMACOLOGY OF ARKANSAS'S LETHAL INJECTION PROCEDURE

July 27, 2018

*Researched and written by:*
Craig W. Stevens, Ph.D.
Professor of Pharmacology
Oklahoma State University-Center for Health Sciences
1111 W. 17th Street
Tulsa, OK 74107

*Prepared for and submitted to:*
Mr. John C. Williams
Assistant Federal Public Defender
Federal Public Defenders Office
1401 W. Capitol, Ste. 490
Little Rock, AR 72201

**1. Qualifications of the Author and Background Information**

*Author:*

Craig W. Stevens, Ph.D., is the author of this report. He performed the medical and pharmacological literature research and completed the writing of the entirety of this report. Dr. Stevens is a Professor of Pharmacology, a full-time faculty member in the department of Pharmacology and Physiology at the College of Osteopathic Medicine, a unit of the Oklahoma State University, Center for Health Sciences campus in Tulsa, Oklahoma.

After receiving his Ph.D. in Pharmacology from the Mayo Clinic, in Rochester, Minnesota, Dr. Stevens completed a 2-year postdoctoral fellowship at the University of Minnesota Medical School in Minneapolis, Minnesota, and secured a position as an Assistant Professor of Pharmacology with his present employer in 1990. He advanced through the academic ranks to Associate Professor of Pharmacology in 1993, and Professor of Pharmacology in 2000.

Besides his regular duties of teaching medical students, pursuing research and scholarly activities, and serving on college committees, Dr. Stevens works part-time as a litigation consultant/expert witness on cases involving pharmacological issues. He has consulted in both civil and criminal cases, working with both the prosecution or plaintiff and the defendant. With regard to the pharmacological issues of lethal injection, he has consulted with the State as well as with Federal Public Defenders representing condemned inmates.

My CV, including a list of all publications authored in the previous 10 years, is included as Appendix A.

A list of all other cases from the past 4 years in which I've testified as an expert by trial or deposition is included as Appendix B.

I'm being compensated $400 an hour for testimony and $250 an hour for report preparation and consultation in this case.

*Materials Considered:*

Attorney John C. Williams retained me to provide a supplemental report to my original report on the pharmacology of Arkansas's lethal injection procedures dated March 21, 2017. Materials provided to me by Mr. Williams are provided therein. Additionally, I was provided copies of the lethal injections protocols from the states of Nevada (dated 6-11-2018), Nebraska (11-9-2017), and Florida (1-4-2017).

In addition to the above materials provided by Mr. Williams, I also considered pharmacological textbooks, reviews, and research papers to provide evidence-based and peer-reviewed evidence for the following opinions, as cited in the various footnotes of this report.

*Brief Description of Arkansas's Execution Protocol*

The execution procedure is a three-drug lethal injection protocol. First, the inmate is injected with 500 mg (milligrams) IV midazolam. Next, after waiting five minutes, a member of the execution team "confirm[s] the condemned inmate is unconscious," using unspecified methods. Then, the inmate is injected with 100 mg of the muscle-paralytic drug, vecuronium bromide. Finally, the inmate is injected with 240 mEq (milli-equivalents) of the heart-stopping drug, potassium chloride. (This protocol is referred to as Protocol B below.)

*Referral Questions*

Mr. Williams of the Little Rock, AR, Federal Defenders Office asked me to offer my expert opinion on several issues. First, Mr. Williams asked me to review the pharmacology of the lethal injection drugs named in Arkansas statutes: a single-drug lethal injection protocol using a barbiturate (referred to as Protocol A herein) and a triple-drug protocol using midazolam, vecuronium, and potassium chloride (Protocol B). Is Protocol B sure or very likely to cause the condemned inmate severe pain and suffering?

Secondly, Mr. Williams asked me to review the pharmacology of alternative lethal injection drugs used in the execution protocols in three different states. These states are Florida, which uses a triple-drug protocol including the general anesthetic etomidate as the first drug followed by a muscle paralytic (rocuronium) and an agent that stops the heart, potassium acetate; Nevada, which uses a triple-drug protocol including a benzodiazepine sedative (midazolam), a potent opioid analgesic (fentanyl), and a muscle paralytic (cisatracurium); and Nebraska, which uses four lethal injection drugs: first a benzodiazepine sedative (diazepam), then a potent opioid analgesic (fentanyl), followed by a muscle paralytic (cisatracurium), and finally potassium chloride, an agent that stops the heart.

The First main question is: **are Protocol A and Protocol B pharmacologically equivalent so that the choice of Protocol B by ADOC does not create a substantial risk of severe pain and suffering for the condemned inmate?**

The Second main question is: **are there alternative lethal drugs and execution protocols to the triple-drug protocol chosen by ADOC that may reduce the sure and very likely risk of severe pain and suffering by the condemned inmate?**

## Summary of Opinion

**This report will show that the use of lethal drugs in Protocol A and B in the Arkansas statute are not pharmacologically equivalent, and Protocol B will result in sure or very likely serious pain and suffering.**

**Protocol A, not chosen by ADOC, uses pentobarbital, which has greater pharmacological effects and is more appropriate than the lethal drugs used in the triple-drug Protocol B chosen by ADOC.**

**The pharmacological effects of lethal drugs used in Protocol B, midazolam, vecuronium, and potassium chloride, are not equivalent to the pentobarbital used in Protocol A, and will produce severe pain and suffering in the condemned inmate.**

**Finally, this report details the pharmacological action of alternative lethal injection protocols which are used by other states, as well as lethal injection drugs proposed by the Plaintiffs. These other protocols will reduce the pain and suffering Protocol B is likely to cause.**

## 2. Background and Pharmacology of Arkansas Lethal Injection Drugs

Arkansas Department of Corrections (ADOC) Lethal Injection Procedure lists three drugs under 'Chemical Chart A'[1] on page 3. In the Arkansas State Statute, a choice is given for execution protocols; either a barbiturate (Protocol A) or a triple-drug procedure (Protocol B) using midazolam, vecuronium, and potassium chloride. **In order for Protocols A and B to be equivalent, the pharmacological effects of their respective drugs, and the characteristics of their administration, must be equivalent.**

The background and pharmacology of each of the four lethal drugs outlined in the Arkansas State Statute are detailed next, after a brief introduction to the action of drugs that inhibit brain activity.

Brain activity is regulated by the action of neurotransmitters. Neurotransmitters are substances released by the cells of the brain, called neurons, which affect other neurons in a vast network of connections. Neurotransmitters come in two types; inhibitory neurotransmitters and excitatory neurotransmitters. Like their name denotes, inhibitory neurotransmitters inhibit neurons and excitatory neurotransmitters excite neurons. **The main inhibitory neurotransmitter in the brain is GABA**, an abbreviation for gamma-aminobutyric acid. **The main excitatory neurotransmitter in the brain is glutamate**. Both GABA and glutamate are released by neurons and **work by binding and activating their receptors on receiving neurons, called GABA receptors and glutamate receptors**, respectively. As detailed below, **barbiturates are drugs that have multiple mechanisms of action at receptors, enhancing GABA receptors in two ways, and blocking glutamate receptors to produce a powerful inhibition of brain activity.** In contrast, **benzodiazepines only affect GABA receptors in a single way, producing a less potent and weaker inhibition of brain activity**.

## 2a. 'A barbiturate' (Pentobarbital and Secobarbital)

A single-drug lethal injection protocol using "a barbiturate" is the first choice listed by the Arkansas State Statute sec. 5-4-617. *Method of Execution*. Two barbiturate drugs have been used as the first drug in three-drug lethal injection protocols. The first barbiturate used in lethal

---

[1] All drugs are chemicals, but not all chemicals are drugs. For example, table salt (sodium chloride) is a chemical but not a drug. Chemicals administered to humans and other animals are called drugs. In the case of lethal injection, the use of the term *drugs* is more fitting.

injection was **thiopental**, as originally proposed by the Oklahoma legislature in 1977.[2] When production of thiopental ceased in 2011, **pentobarbital** was used as the first drug in many state's three-drug lethal injection protocols, or in some cases, as the sole drug used for lethal injection.

**Secobarbital is an FDA-approved prescription drug in only one formulation; secobarbital capsules (trade name Seconal®).**[3] All other forms of secobarbital have been discontinued, including secobarbital sodium for injection. At one time, there were three secobarbital sodium for injection drugs on the market. It is only available now as Secobarbital capsules (Seconal®) in dosages of 50 and 100 mg. Before the advent of benzodiazepines, the barbiturate secobarbital was once a popular drug for the treatment of insomnia.[4] Oral administration of secobarbital in 100 mg capsules was classified as a rapidly-acting hypnotic drug.[5]

**Pentobarbital and secobarbital are both *barbiturate* drugs**. A barbiturate is listed as the sole lethal drug to be used in Protocol A of the Arkansas State Statute. Barbiturates are an older group of drugs used in medicine for treating anxiety and insomnia (sedative-hypnotic drugs).

The mechanism of action for pentobarbital and secobarbital are three-fold. **Firstly, pentobarbital and secobarbital enhance the ability of the natural inhibitory neurotransmitter, GABA, at the GABA receptor**.[6] When GABA is present at its GABA receptor on a neuron, it changes the ion flow into the cell to make the neuron less active. Barbiturates make GABA work better when they are both at the GABA receptor and this further inhibits the neuron more than just GABA alone. **Midazolam shares this GABA-enhancing action with barbiturates**.

**Secondly, pentobarbital, secobarbital, and other barbiturates act on the GABA receptor by themselves when GABA is not present**.[7] By not relying on GABA being present to inhibit the brain neurons, barbiturates can produce a greater inhibition and more widespread depression of the CNS. **This GABA-independent action of barbiturates is not shared by midazolam**.

---

[2] Kas K et al. (2016) Lethal drugs in capital punishment in USA: History, present, and future perspectives. Res Social Adm Pharm. 12:1026-1034.

[3] Full Prescribing Information for Seconal® Sodium from Valeant at: *www.valeant.com/Portals/25/Pdf/PI/SeconalSodium-PI.pdf*

[4] le Riche et al. (1966) A clinical trial of four hypnotic drugs. Canad Med Ann J. 95:300-302.

[5] Jones DP, Jobes EA (1963) Drugs for insomnia. Canad Med Ann J. 89:1331.

[6] Greenfield LJ (2013) Molecular mechanisms of antiseizure drug activity at $GABA_A$ receptors. Seizure 22:589-600; Olsen RW, Snowman AM (1982) Chloride-dependent enhancement by barbiturates of gamma-aminobutyric acid receptor binding. J Neurosci. 2:1812-1823.

[7] Jackson MB et al. (1982) Single channel currents activated by gamma-aminobutyric acid, muscimol, and (-)-pentobarbital in cultured mouse spinal neurons. J Neurosci. 2:889-894; Mathers DA, Barker JL (1980) Pentobarbital opens ion channels of long duration in cultured mouse spinal neurons. Science 209:507-509.

**Thirdly, pentobarbital, secobarbital, and other barbiturates act as a blocker at excitatory receptors on neurons**.[8] This third mechanism of action further inhibits neurons as, in addition to increasing the depression of neurons by enhancing their inhibition, barbiturates also depress neuronal activity by blocking excitatory inputs to neurons. **This additional mechanism of barbiturates in blocking neuronal excitation is not shared by midazolam**. **The sum total of these three mechanisms of action for barbiturates leads to a powerful depression of the brain, which can be fatal.**

Because pentobarbital, secobarbital, and other barbiturates can easily produce death in cases of drug overdoses, it is **logical and pharmacologically sound that pentobarbital, secobarbital, and other barbiturates could be used as lethal execution drugs in a single drug protocol**.

Some states have chosen the *benzodiazepine* midazolam to replace pentobarbital in lethal injection protocols. **Midazolam is not pharmacologically equivalent to pentobarbital.**

For a successful lethal execution using a barbiturate, **pentobarbital or secobarbital should and can produce a state of General Anesthesia** (unaware and insensate to pain). **Barbiturates also depress breathing and cardiac activity to kill the condemned inmate**. Like pentobarbital, secobarbital is a barbiturate and due to its **nature as a barbiturate will produce a successful execution if properly administered**.

The onset of secobarbital effects on the brain were found to be similar to pentobarbital, with both orally-administered barbiturates having a rapid onset and reaching peak effect within 30 mins.[9] In preclinical studies using rat brains, secobarbital and pentobarbital were similarly potent in activating the GABA receptor.[10] Like pentobarbital, secobarbital potentiates the action of GABA at the GABA receptor and additionally activates GABA receptors directly in the absence of GABA.[11]

The major toxicity due to administration of pentobarbital or secobarbital is a dose-dependent depression of the respiratory system.[12] These barbiturate drugs were initially marketed in the 1920s and 1930s and used before the time of FDA regulation. Before the development of the less toxic benzodiazepine drugs, which largely replaced the use of barbiturates,[13] physicians were alarmed with the increase in barbiturate use and reported on the rise in barbiturate

---

[8] Löscher W, Rogawski MA (2012) How theories evolved concerning the mechanism of action of barbiturates. Epilepsia 53 Suppl 8:12-25; Yamakura T (1995) The sensitivity of AMPA-selective glutamate receptor channels to pentobarbital is determined by a single amino acid residue of the alpha 2 subunit. FEBS Lett. 374:412-414; Charlesworth P et al. (1995) Pentobarbitone modulation of NMDA receptors in neurones isolated from the rat olfactory brain. British J Pharmacol. 116:3005-3013.

[9] Norris H (1968) The time course of barbiturate action in man investigated by measurement of smooth tracking eye movement. Br J Pharmac Chemother. 33:117-128.

[10] Schwartz RD et al. (1985) Characterization of barbiturate-stimulated chloride efflux from rat brain synaptoneurosomes. J Neurosci. 5:2963-2970.

[11] Peters JA et al. (1988) Modulation of the GABA$_A$ receptor by depressant barbiturates and pregnane steroids. Br J Pharmacol. 94:1257-1269.

[12] Rosenberg M, Weaver J (1991) General anesthesia. Anesth Prog. 38:172-186.

[13] López-Muñoz F, Ucha-Udabe R, Alamo C (2005) The history of barbiturates a century after their clinical introduction. Neuropsychiatr Dis Treat. 1:329-343.

toxicity (poisonings) along with increased barbiturate use.[14] Despite the lowered incidence of barbiturate poisoning today, barbiturates are still ranked as the 15th most common type of drug to cause fatal drug toxicity due to poisoning.[15]

## 2b. Midazolam and Diazepam

**Midazolam and diazepam** (Valium®) **are *benzodiazepine* drugs**. Midazolam is listed as the first drug to be used in statutory Protocol B, and Protocol B is the currently chosen protocol used in the ADOC Lethal Execution Procedure. Other well-known benzodiazepines include alprazolam (Xanax®). Benzodiazepine use by physicians largely replaced barbiturate use not because they were pharmacologically equivalent but because they were safer. For example, benzodiazepines have almost universally supplanted the older barbiturate drugs for the treatment of anxiety disorders.[16] **Benzodiazepines** are safer forms of drug treatment for these disorders because they **do not present the risk of fatal overdose that the more powerful barbiturates do**.

Midazolam, diazepam, and other benzodiazepines act at the same GABA receptor on brain neurons where GABA itself acts.[17] Midazolam, diazepam, and all benzodiazepines do not increase the synthesis of GABA, but rather, **enhance the effect of the existing GABA at the GABA receptor**.[18] For drugs like midazolam to enhance GABA inhibition, GABA must be released naturally by the body's inhibitory neurons and be acting on the GABA receptors at the same time as the midazolam is present.[19] Midazolam helps GABA have a greater inhibitory effect. However **without GABA present, midazolam does nothing to the GABA receptor and does not produce inhibition of the brain neurons.**

Importantly, GABA is a neurotransmitter produced in the brain in a limited amount. For that reason, **midazolam is limited by the amount of GABA present in the brain and to the amount of GABA bound to GABA receptors**. Midazolam therefore exhibits a ceiling effect and a limited ability to decrease brain activity (see below).

Because of **this single mechanism of action, enhancing GABA inhibition only when GABA is present, midazolam is an extremely safe drug**. It does not produce the potent CNS depressant activity of pentobarbital, thiopental and other barbiturates. Although there are no intentional

---

[14] Hargrove EA et al. (1952) Acute and chronic barbiturate intoxication recent advances in therapeutic management. Calif Med. 77:383-386; Miller RR, DeYoung DV, Paxinos J (1970) Hypnotic drugs. Postgrad Med J. 46:314-317; Wells F (1976) The moral choice in prescribing barbiturates. J Med Ethics 2:68-70.

[15] Roberts DM, Buckley NA (2011) Enhanced elimination in acute barbiturate poisoning - a systematic review. Clin Toxicol. 49:2-12.

[16] Howie JG (1975) Psychological medicine. Psychotropic drugs in general practice. Br Med J. 2:177-179; Pieters T, Snelders S (2007) From King Kong pills to mother's little helpers--career cycles of two families of psychotropic drugs: the barbiturates and benzodiazepines. Can Bull Med Hist. 24:93-112.

[17] Chang L-R et al. (1981) Molecular sizes of benzodiazepine receptors and the interacting GABA receptors in the membrane are identical. FEBS Lett. 126:309-312; Sigel E, Barnard EA (1984) A gamma-aminobutyric acid/benzodiazepine receptor complex from bovine cerebral cortex. J. Biol. Chem. 259:7219-7223.

[18] Greenblatt DJ et al. (1983) Current status of benzodiazepines. N Engl J Med. 309:354-358.

[19] D'Hulst C et al. (2009) The complexity of the GABA$_A$ receptor shapes unique pharmacological profiles. Drug Disc. Today 14:866-875; Sieghart W et al. (2012) A novel GABA$_A$ receptor pharmacology: drugs interacting with the α+β- interface. Brit. J. Pharmacol. 166:476-485. (D'Hulst et al. 2009, Sieghart et al. 2012).

studies of large doses of benzodiazepines in the range of 500 mg IV like the midazolam dose, there are studies of benzodiazepine overdose from unintentional or intentional suicide attempts that are within the same relatively large dosage range. For example, clinical studies show that overdoses of benzodiazepines that lead to blood levels that are 10-20 times the therapeutic dose range produce no ill effect in benzodiazepine overdose patients.[20] In these studies, **patients recover normally within a day, had no significant respiratory depression, and needed no assisted ventilation**. Particularly important to the present case, **patients overdosing on extremely high doses of benzodiazepine still responded to noxious stimuli**.

For the triple-drug protocol in ADOC's Execution Procedures, **midazolam is intended to produce a state of General Anesthesia** (unaware and insensate to pain) **but cannot do so**. Unlike pentobarbital or another barbiturate in the single-drug protocol, midazolam is not intended to kill the condemned inmate, and as studies above show, is unable to kill an inmate even at a 500 mg dose. The second drug, **vecuronium, a neuromuscular blocker, paralyzes the muscles throughout the body and therefore is lethal by respiratory depression**. The third drug, **potassium chloride, certainly is lethal by producing electrolyte disturbances that prevent the beating of the heart**.

## 2c. Vecuronium bromide

**Vecuronium, like pancuronium, is a drug classified as a neuromuscular blocker or simply called a muscle paralytic drug**. Vecuronium is listed as the second drug to be used in Protocol B. Neuromuscular blockers work by blocking the action of acetylcholine, which is the neurotransmitter released from a nerve ending onto the muscle that causes the muscle to contract.[21] Clinical uses of neuromuscular blockers are to provide muscle relaxation for endotracheal intubation, and to ensure patient immobility during surgery or mechanical ventilation.[22] Vecuronium is a chemical analog to pancuronium and is about 1.5 to 1.75 times more potent than pancuronium.[23]

The clinical effects of vecuronium are shared by other neuromuscular blockers and include progressive loss of skeletal muscle contraction, first noted by drooping eyelids and muscle weakness.[24] **Motor weakness progresses eventually to a total flaccid paralysis**. The small, quick muscles of the eyes, jaw, and larynx relax before those of the arms, legs, and trunk of the body. **Finally, the intercostal muscles that expand the ribs and the diaphragm are paralyzed,**

---

[20] Greenblatt DJ et al. (1977) Acute overdosage with benzodiazepine derivatives. Clin Pharmacol Ther. 21:497-514; Greenblatt DJ et al. (1978) Rapid recovery from massive diazepam overdose. JAMA 240:1872-1874; Allen MD et al. (1980) Pharmacokinetic study of lorazepam overdosage. Am J Psychiatry 137:1414-1415; Divoll M et al. (1981) Benzodiazepine overdosage: plasma concentrations and clinical outcome. Psychopharm. (Berl) 73:381-383.

[21] Naguib M et al. (2015) Chapter 34: Pharmacology of Neuromuscular Blocking Drugs in *Miller's Anesthesia*, 5e. Ed. Murphy GS et al. Saunders, Elsevier, Philadelphia PA, USA.

[22] Kovac AL (2009) Sugammadex: the first selective binding reversal agent for neuromuscular block. J Clin Anesth. 21:444-453; Vecuronium Bromide for Injection, Full Prescribing Information.

[23] Fahey MR et al. (1981) Clinical pharmacology of ORG NC45 (Norcuron™): a new nondepolarizing muscle relaxant. Anesthesiol. 55:6-11. NOTE: drug referred to as ORG NC45 in earlier papers is the same thing as vecuronium.

[24] Brenner GM, Stevens CW (2018) Chapter 7: Acetylcholine Receptor Antagonists, in Brenner and Stevens' Pharmacology, 5e. Elsevier, Philadelphia PA, USA.

*Supplemental: AR lethal injection pharmacology*

**and breathing ceases. Without intubation and mechanical ventilation, death ensues from a lack of oxygen (hypoxia)**.

There are a few studies of the effect of **neuromuscular blockers given in human volunteers without an anesthetic agent**. In a classic 1947 paper, a complete description of the effects of tubocurarine, an early neuromuscular blocker, on the central nervous system was examined.[25] These researchers found that **neuromuscular blockers had no effect on altering consciousness, or memory and had no analgesic effect**. **They concluded that these paralytic drugs should not be used alone as they may cause "serious psychic trauma**." A later study, using trained anesthesiologists and the researchers themselves, found that in these awake subjects vecuronium had no effect on consciousness and, like the earlier study by Smith and colleagues, that the most distress came from a **feeling of shortness of breath and 'air hunger,' even as they were artificially ventilated with supplemental oxygen at sufficient levels**.[26] As early as 1950, **clinicians realized that the use of paralytic drugs like vecuronium and pancuronium without adequate anesthesia leads to the possibility that a patient is awake but incapable of indicating distress or pain because of muscle paralysis**.[27]

While these above studies were done on the researchers themselves, who were trained in the procedures and knew what to expect, most research on the adverse effects of vecuronium and other neuromuscular blockers comes from cases where conscious patients were completely paralyzed but unable to communicate with health care workers. In emergency care, **patients who experienced paralysis without sedation or anesthesia reported dysphoria and severe pain**.[28]

Patients in intensive care units who were **paralyzed with pancuronium** because they were intubated and on mechanical ventilators, **but were not sedated and were conscious**, **reported that they felt "buried alive"; some thought they were already dead.**[29] Most of these patients said they would rather die than go through 4 days of being paralyzed while conscious again. A study of patients who emerged from anesthesia but were still **paralyzed from neuromuscular blockers gave reports of panic, suffocation, and a feeling of already being dead**.[30] These experiences were horrific enough to trigger post-traumatic stress disorder (PTSD) in some unfortunate patients.

Vecuronium bromide **must not be given to an inmate unless the inmate is already in a state of General Anesthesia, otherwise there would be severe pain and suffering experienced by the inmate due to muscle paralysis while awake.**

---

[25] Smith SM et al. (1947) The lack of cerebral effects of d-tubocurarine. Anesthesiol. 8:1-14.

[26] Topulos GP et al. (1993) The experience of complete neuromuscular blockade in awake humans. J Clin Anesth. 5:369-374.

[27] Brice DD et al. (1970) A simple study of awareness and dreaming during anaesthesia. Br J Anaesth. 42:535-542.

[28] Chong ID et al. (2014) Long-acting neuromuscular paralysis without concurrent sedation in emergency care. Am J Emerg Med. 32:452-456.

[29] Perry SW (1985) Psychological reactions to pancuronium bromide. Am J Psychiatry 142:1390-1391.

[30] Thomsen JL et al. (2015) Awareness during emergence from anaesthesia: significance of neuromuscular monitoring in patients with butyrylcholinesterase deficiency. Br J Anaesth. 115 Suppl 1:i78-i88.

2d. Potassium chloride

**Potassium chloride is a cardiac arrest drug**. Potassium chloride is listed as the third drug to be used in Protocol B. Electrolytes can be thought of as the watery substance in blood and found in between the tissues and cells throughout the body. They are called electrolytes because they are fluids that contain ions (positively and negatively charged atoms) that the **body uses for nerve activity and muscle contraction**. Potassium chloride (KCl) contains positively charged potassium ions ($K^+$) and negatively charged chloride ions ($Cl^-$). **IV injection of a high dose of potassium chloride changes the electrolytes bathing the heart and blocks heart muscle contraction**. Stoppage of the heart, if not jump-started again very soon, leads to certain death.

**Potassium chloride for injection is an electrolyte solution used for the treatment of hypokalemia**, which means low blood-potassium levels.[31] Hypokalemia can be life-threatening and can lead to dysfunction of excitable tissues such as cardiac, skeletal, and smooth muscle.[32] The low potassium in hypokalemia may result in muscular paralysis, respiratory failure, and cardiac abnormalities, which can be fatal.

Hyperkalemia, or above normal potassium in the blood, has been used for over 60 years as a way for cardiac surgeons to cause cardiac arrest so they can operate on a still heart.[33] Hyperkalemia solutions, also called cardioplegic solutions, **contain high levels of potassium chloride and intentionally administered in heart bypass surgeries to cause cardiac arrest** (heart stoppage). There is one clinical study that examined 30 heart surgery patients and found that **cardiac arrest after high concentrations of potassium chloride occurred after an average of 44 seconds after administration**.[34]

**Potassium chloride for injection is also used in late-term abortions of a fetus** with genetic or severe, non-viable abnormalities.[35] In these cases, potassium chloride is delivered directly into the fetal heart chamber or into the umbilical vein.

The earliest report of an accidental high dose of IV potassium chloride due to improper mixing was in a male patient who immediately complained of a **severe pain moving up his arm (above the site of the IV)** and a ringing in his ears.[36] The patient then lost consciousness, stopped breathing, and his heart stopped beating. Another case study in that same year reported that

---

[31] *Potassium Chloride for Injection, Full Prescribing Information.*

[32] Kruse JA, Carlson RW (1990) Rapid correction of hypokalemia using concentrated intravenous potassium chloride infusions. Arch Intern Med. 150:613-617.

[33] Oliveira MA et al. (2014) Modes of induced cardiac arrest: hyperkalemia and hypocalcemia--literature review. Rev Bras Cir Cardiovasc. 29:432-436.

[34] Jakobsen Ø et al. (2013) Adenosine instead of supranormal potassium in cardioplegia: it is safe, efficient, and reduces the incidence of postoperative atrial fibrillation. A randomized clinical trial. J Thorac Cardiovasc Surg. 145:812-818.

[35] Isada NB et al. (1992) Fetal intracardiac potassium chloride injection to avoid the hopeless resuscitation of an abnormal abortus: I. Clinical issues. Obstet Gynecol. 80:296-299; Senat MV et al. (2002) Funipuncture for fetocide in late termination of pregnancy. Prenat Diagn. 22:354-356; Sfakianaki AK et al. (2014) Potassium chloride-induced fetal demise: a retrospective cohort study of efficacy and safety. J Ultrasound Med. 33:337-341.

[36] Lankton JW et al. (1973) Letter: Hyperkalemia after administration of potassium from nonrigid parenteral-fluid containers. Anesthesiology 39:660-661.

an **IV infusion of potassium chloride produced severe pain at the site of the IV infusion**.[37] In a forensic report of four IV potassium-chloride-induced deaths at hospital, one man who accidentally received a **high-dose IV infusion of potassium chloride screamed out in pain**.[38]

Potassium chloride at high IV concentrations injections are **extremely painful because high concentrations of potassium ions depolarize (activate) all sensory nerves, and pain nerves are present in the veins**.[39] Potassium chloride at clinically-used (20 mEq) concentrations also causes phlebitis and pain.[40]

**Due to the severe pain noted in individuals injected with potassium chloride while awake**, it is clear that the **first drug in a three-drug protocol must assuredly produce a state of General Anesthesia** in the condemned. The first drug in the triple-drug protocol, **midazolam, cannot produce a state of General Anesthesia** and its use will **surely or very likely cause severe pain and suffering from the injection of potassium chloride** in the inmate.

### 3. Barbiturates Produce General Anesthesia, Benzodiazepines Can Only Produce Sedation

One of the most powerful effects of the barbiturate drugs including pentobarbital and thiopental is their ability to shut down the neuronal activity of the brain. **Pentobarbital inhibits brain neurons in three ways**: enhances natural GABA inhibition, inhibits neurons without GABA present, and blocks excitation of neurons. By three mechanisms of action, **pentobarbital is a powerful CNS depressant**, which **can depress the brain to the state of General Anesthesia**. **Pentobarbital can easily lead to death due to respiratory and cardiac depression.**

In contrast, **midazolam, diazepam and other benzodiazepines inhibit the activity of the brain in only one way**: enhancing natural GABA inhibition of neurons. With only one mechanisms of action that is dependent on the presence of natural GABA to work, **midazolam is a mild CNS depressant**, which **cannot depress the activity of the brain down to a state of General Anesthesia**. Midazolam does not lead to death due to respiratory and cardiac depression.

The **State uses the ill-defined and amorphous term 'unconsciousness'[41] in its procedural language, for which there is no clear definition, nor criteria for assessment after drug administration**. The terms Sedation and General Anesthesia, and the characteristics of each of

---

[37] Williams RH (1973) Potassium overdosage: a potential hazard of non-rigid parenteral fluid containers. Br Med J. 1:714-715.

[38] Wetherton AR et al. (2003) Fatal intravenous injection of potassium in hospitalized patients. Am J Forensic Med Pathol. 24:128-131.

[39] Parsons CL (2011) The role of a leaky epithelium and potassium in the generation of bladder symptoms in interstitial cystitis/overactive bladder, urethral syndrome, prostatitis and gynaecological chronic pelvic pain. BJU Int. 107:370-375; Ahluwalia A, Vallance P (1997) Evidence for functional responses to sensory nerve stimulation of rat small mesenteric veins. J Pharmacol Exp Ther. 281:9-14.

[40] Ervin SM (1987) The association of potassium chloride and particulate matter with the development of phlebitis. NITA 10:145-149.

[41] ADOC Lethal Injection Procedure, page 5: *"Deputy Director, or designee, will confirm the condemned inmate is unconscious by using all necessary and medically-appropriate methods."*

*Supplemental: AR lethal injection pharmacology*

them, are **well-defined by the American Society of Anesthesiologists (ASA), with well-defined criteria for a person's response under Sedation or in the state of General Anesthesia**.

The **ASA chart entitled "Continuum of the Depth of Sedation"** is given on the next page and provides a scientific definition and specific criteria for the pharmacological effects of sedative and general anesthetic drugs.

**CONTINUUM OF DEPTH OF SEDATION:**
**DEFINITION OF GENERAL ANESTHESIA AND LEVELS OF SEDATION/ANALGESIA\***

**Committee of Origin: Quality Management and Departmental Administration**

**(Approved by the ASA House of Delegates on October 13, 1999, and last amended on October 15, 2014)**

|  | *Minimal Sedation Anxiolysis* | *Moderate Sedation/ Analgesia ("Conscious Sedation")* | *Deep Sedation/ Analgesia* | *General Anesthesia* |
|---|---|---|---|---|
| *Responsiveness* | Normal response to verbal stimulation | Purposeful\*\* response to verbal or tactile stimulation | Purposeful\*\* response following repeated or painful stimulation | Unarousable even with painful stimulus |

**Minimal Sedation (Anxiolysis)** is a drug-induced state during which patients respond normally to verbal commands. Although cognitive function and physical coordination may be impaired, airway reflexes, and ventilatory and cardiovascular functions are unaffected.

**Moderate Sedation/Analgesia ("Conscious Sedation")** is a drug-induced depression of consciousness during which patients respond purposefully\*\* to verbal commands, either alone or accompanied by light tactile stimulation. No interventions are required to maintain a patent airway, and spontaneous ventilation is adequate. Cardiovascular function is usually maintained.

**Deep Sedation/Analgesia** is a drug-induced depression of consciousness during which patients cannot be easily aroused but respond purposefully\*\* following repeated or painful stimulation. The ability to independently maintain ventilatory function may be impaired. Patients may require assistance in maintaining a patent airway, and spontaneous ventilation may be inadequate. Cardiovascular function is usually maintained.

**General Anesthesia** is a drug-induced loss of consciousness during which patients are not arousable, even by painful stimulation. The ability to independently maintain ventilatory function is often impaired. Patients often require assistance in maintaining a patent airway, and positive pressure ventilation may be required because of depressed spontaneous ventilation or drug-induced depression of neuromuscular function. Cardiovascular function may be impaired.

As shown by the ASA chart and notes, **Deep Sedation is a drug-induced** *depression* of consciousness. **General Anesthesia is a drug-induced** *loss of consciousness*. In a state of **Deep Sedation, persons cannot be easily aroused but responds to painful stimulation**. In a state of General Anesthesia, persons are not arousable, even with painful stimulation. Persons in a state of **General Anesthesia do not respond to painful stimulation**.

3a. Clinical Studies Show a Ceiling Effect of Benzodiazepines on the EEG

**Benzodiazepines like midazolam and diazepam do not show increasing effects on the brain's activity (measured by the EEG) with increasing doses because of the limited ability of**

*Supplemental: AR lethal injection pharmacology*

**benzodiazepines to inhibit neurons.** For example, clinical studies noted that increasing doses of IV midazolam do not produce greater pharmacological effects in lowering the activity of the brain by use of EEG signals. One study noted that an IV midazolam dose of 0.3 mg/kg (30 mg for a typical 220 lb. adult; 100 kg = 220 lbs.) did not produce greater EEG depression than a dose of 0.2 mg/kg, or about 20 mg.[42] The authors also noted that a greater maximal effect on the EEG was not seen in previous studies where IV midazolam was used.[43] These data suggested that a ceiling effect in humans occurs after an IV infusion dose of 20-25 mg.

The sedation that can be produced by midazolam, **and the lack of General Anesthesia at any dose**, is insufficient to render the prisoner insensate to the painful stimuli associated with the 2nd and 3rd drugs used in ADOC protocol. Importantly, **midazolam is unable to render a person insensate to pain no matter how much of the drug is injected into a person and no matter how quickly or slowly after the midazolam injection the painful second and third drugs are introduced**. Therefore, the provisions in ADOC protocol contingency plans regarding a second set of midazolam injections cannot prevent the inmate from feeling and experiencing the painful stimuli associated with the 2nd and 3rd drugs in ADOC protocol lethal injection procedure. **No amount of midazolam can render someone insensate to the painful stimuli of the second or third drugs. It is not in the nature of midazolam to produce General Anesthesia and midazolam does not have analgesic properties.**

**4. Pharmacological Examination of Protocol A and Protocol B**

<u>4a. Choice of Lethal Drugs for each Protocol</u>

The **choice of pentobarbital as the sole lethal execution drug used in Protocol A of the Arkansas statute is logical and well-founded on pharmacological and medical studies of pentobarbital drug overdose**. Pentobarbital (5 grams in 100 mL of a 50 mg/mL solution) is administered by the intravenous (IV) route. There is a long history of barbiturate overdose death and public awareness in our society since the barbiturate overdose death of Marilyn Monroe in 1962.[44]

The **choice of midazolam as the first drug in Protocol B is illogical and unsupported by pharmacological and medical studies of midazolam**. The ADOC's protocol calls for IV administration of 500 mg of midazolam in two syringes (1A and 1B), each containing 250 mg of midazolam. Because midazolam is available in vials from manufacturers at the highest

---

[42] Miyake W et al. (2010) Electroencephalographic response following midazolam-induced general anesthesia: relationship to plasma and effect-site midazolam concentrations. J. Anesthesia 24:386-393.

[43] Ibrahim AE et al. (2002) The influence of parecoxib, a parenteral cyclooxygenase-2 specific inhibitor, on the pharmacokinetics and clinical effects of midazolam. Anesth Analg. 95:667-673; Kuizenga K et al. (2001) EEG changes in relation to loss of consciousness during induction with thiopental, propofol, etomidate, midazolam or sevoflurane. Br J Anaesth. 86:354-360.

[44] López-Muñoz F (2005) The history of barbiturates a century after their clinical introduction. Neuropsychiatr Dis Treat. 1:329–343; Pieters T, Snelders S (2007) *Op. cit.*

*Supplemental: AR lethal injection pharmacology*

concentration of 5 mg/mL (= 5 mg/cc) solution,[45] each syringe will contain 50 mL (= 50 cc). This is calculated by 250 mg divided by 5 mg/mL = 50 mL.

There is no scientific support for the use of midazolam as a General Anesthetic agent. **Midazolam does not produce a state of General Anesthesia in the inmate**. Due to the misuse of midazolam, the **inmate remains sedated but aware during the administration of the muscle paralytic (vecuronium) and during the extremely painful administration of the third drug, potassium chloride**.

The choice of **vecuronium as the second drug in Protocol B is ill-advised following midazolam** as the inmate is paralyzed by the vecuronium and **unable to express that he is aware as the effects of vecuronium are manifest**. Vecuronium is administered IV at a total dose of 100 mg in two syringes labeled 4A and 5A. Each syringe contains 50 mg of vecuronium. Because vecuronium bromide is available in 10 mg/10 mL vials,[46] which is a concentration of 1 mg/mL, each syringe would contain 50 mL (50 cc) of a 1 mg/mL solution. The inmate is sedated but **aware of the extremely painful stimulation of potassium chloride and unable to respond**.

The choice of **potassium chloride as the third drug in Protocol is ill-advised following midazolam and vecuronium**. Potassium chloride is administered IV at a dose of 240 mEq in two syringes labeled 7A and 8A, each containing 120 mEq. Because all of the available vial sizes of potassium chloride are formulated in a concentration of 2 mEq/mL, each syringe will contain 60 mL of the potassium chloride solution. The first drug **midazolam cannot produce General Anesthesia**, therefore the **condemned inmate is sedated but aware of the extreme pain of the potassium chloride injection**.

The above procedures also states that the *"Deputy Director, or designee, will confirm the condemned inmate is unconscious by using all necessary and medically-appropriate methods."* These methods of 'assessing consciousness' as a drug effect of midazolam will be considered in the next full section below.

**5. The 'Consciousness Check' by the Deputy-Director after Midazolam Administration**

As mentioned above, the **first drug in a three-drug lethal injection protocol (Protocol B) must guarantee that the inmate is unaware and insensate to pain, i.e. in a state of General Anesthesia, before the injection of the painful second and third drugs**.

The clause in the Procedure for the ADOC Lethal Injection Protocol, Section IV, 2-f states: *"Following the administration of syringe numbers 1A, 2A, and 3A, and after at least five (5) minutes have elapsed since commencing the administration of syringe 1A, the Deputy Director, or designee, will confirm the condemned inmate is unconscious by using all necessary and medically-appropriate methods."* The Deputy Director is not specifically trained for assessment of 'consciousness' and there is no 'medically-appropriate method' for assessment of

---

[45] *Midazolam for Injection USP*, Full Prescribing Information, Hospira, 2009; *Midazolam for Injection USP*, Full Prescribing Information, Sagent, 2012.

[46] *Vecuronium for Injection USP*, Full Prescribing Information, Hospira, 2013.

consciousness. Rather, typical tests used and described for so-called 'consciousness checks ' in other States' protocols are along the lines of brushing a hand over the condemned inmate's eyelashes, calling the condemned inmate's name, and gently shaking the condemned inmate. These methods are known to be inadequate to verify unconsciousness from a common sense and life experience basis. It is not uncommon for someone in deep sleep to also be unresponsive to these type of 'consciousness checks'.[47] For example, someone asleep may not respond to a light brush of the eyelash, or his name called out, or a gentle shaking. **These methods cannot distinguish a sedated offender from an offender who is in a state of General Anesthesia.** Clinical research also shows that patients sedated by midazolam may not respond to their name being spoken but do respond to other physical stimuli. For example, **midazolam administration suppressed the responses to verbal cues and eyelid reflexes, but did not suppress the response to a trapezius squeeze**.[48]

The procedures also do not state if one or more methods of consciousness check need to show responsiveness in order for the Deputy Director to conclude that the offender is not in a state of General Anesthesia. **It is not clear what happens if the inmate shows responsiveness to only one of the proposed but undisclosed tests of consciousness**.

Most importantly, it is likely that none of the undisclosed methods to be performed by the Deputy Director include a noxious or painful stimulus. **A painful stimulus is recognized by anesthesiologists to be the threshold defining Deep Sedation (painful stimulus provokes a response) and General Anesthesia (no response to painful stimulus**). Without providing a truly painful stimulus as part of the 'consciousness checks' by the Deputy Director, **there is no way to assess if the inmate is 'unconsciousness' or in a state of General Anesthesia**.

## 6. Alternative Lethal Injection Protocols

### 6a. Use of Etomidate instead of Midazolam in Triple-Drug Lethal Injection Protocol (Florida)

The Florida Execution by Lethal Injection Procedures (revised 1/4/2017), specifies that a triple-drug lethal injection protocol shall be used. The Florida protocol calls for the first drug, **etomidate**, to be given in in two 100 mg doses (in two 60 cc syringes) **for a total dose of 200 mg**. This is followed by two 500 mg doses of the neuromuscular blocker, **rocuronium** (in two 60 ml syringes) **for a total dose of 1,000 mg (= 1 g)**. Finally, the third drug which produces cardiac arrest, **potassium acetate, is given in two syringes for a total dose of 240 mEq.**

*6a1. The general anesthetic etomidate*

**In Florida's triple-drug protocol, the first drug, etomidate, is intended as a general anesthetic drug**. Etomidate has a unique chemical structure, unlike barbiturates (pentobarbital) or

---

[47] For example, most parents will have experienced this type of unresponsiveness from their sleeping teenagers on one or more occasions.

[48] Gross JB (1985) Induction dose-response curves for midazolam and ketamine in premedicated ASA Class III and IV patients. Anesth Analg. 64:795-800.

benzodiazepines (midazolam).[49] **Like pentobarbital** (see above), **etomidate has multiple mechanisms of action**.

**Firstly, etomidate enhances the ability of the natural inhibitory neurotransmitter, GABA, at the GABA receptor**.[50] When GABA is present at its GABA receptor on a neuron, it changes the ion flow into the cell to make the neuron less active. Etomidate makes GABA work better when they are both at the GABA receptor and further decreases the activity of the neuron. **Midazolam shares this GABA-enhancing action with etomidate**.

**Secondly, etomidate, like barbiturates, acts on the GABA receptor by itself when GABA is not present**.[51] By not relying on GABA being present to inhibit the brain neurons, etomidate can produce a greater inhibition and more widespread depression of the CNS. **This GABA-independent action of etomidate is not shared by midazolam**.

Like pentobarbital, but unlike midazolam **etomidate is classified as a general anesthetic agent**. Studies of brain activity show that **etomidate can produce a depression of brain activity like that produced by pentobarbital and other barbiturates**.[52]

While etomidate may be especially useful in patients with compromised cardiac function,[53] etomidate also has two adverse effects that are noted in clinical studies. **Firstly etomidate produces pain upon injection in about 20% of patients with IV administration**.[54] Secondly, **etomidate IV administration produces involuntary muscle movements or *myoclonus* in up to about 30% of patients**.[55]

With proper administration and adaptation of the protocol to minimize side effects, **etomidate, an FDA-approved general anesthetic agent, will produce a state of General Anesthesia** in the condemned inmate. The **proper use of etomidate as the first drug would block the sure or very likely painful effects of the second and third drugs**. The proper use of etomidate includes the professional assessment of etomidate's pharmacological effects by responses to a painful stimulus and/or measurement of brain activity using EEG monitors.

Because **general anesthetics like etomidate do not exhibit a ceiling effect in their ability to inhibit neurons, large doses can cause overdose**. The typical clinical dose is 0.3 mg/kg, or a dose of 30 mg etomidate in a 100 kg (220 lb.) inmate.[56] Reports of the lethal and toxic doses of

---

[49] Forman SA (2011) Clinical and molecular pharmacology of etomidate. Anesthesiol. 114:695-707.

[50] Herd MB et al. (2014) The general anaesthetic etomidate inhibits the excitability of mouse thalamocortical relay neurons by modulating multiple modes of GABAA receptor-mediated inhibition. Eur J Neurosci. 40:2487-2501.

[51] Forman SA (2011) *Op. cit.*

[52] Kim HM et al. (2012) Effects of etomidate on bispectral index scale and spectral entropy during induction of anesthesia by means of the raw electroencephalographic and electromyographic characteristics. Korean J Anesthesiol. 62:230-233; Lim TA, Lim KY (2006) BIS during etomidate-induced myoclonus. Anaesthesia 61:410-411.

[53] Brenner GM, Stevens CW (2018) *Brenner and Stevens' Pharmacology, 5e.* Elsevier, Philadelphia PA, USA.

[54] *Etomidate (Amidate®) Full Prescribing Information*, Hospira, revised 2017.

[55] Aggarwal S et al. (2016) A comparative study between propofol and etomidate in patients under general anesthesia. Braz J Anesthesiol. 66:237-241.

[56] *Etomidate (Amidate®) Full Prescribing Information*, Hospira, revised 2017.

etomidate are rare but a case of death following 80 mg of IV etomidate was reported as well as toxic effects after 250 mg of IV etomidate continuous infusion.[57]

### 6a2. The muscle paralytic rocuronium

**Rocuronium is a muscle paralytic drug**, in the same class as pancuronium, vecuronium, and cisatracurium.[58] Like vecuronium discussed above, rocuronium works by blocking the action of acetylcholine which is the neurotransmitter released from a nerve ending onto the muscle that causes the muscle to contract.[59] Clinical uses of neuromuscular blockers are to provide muscle relaxation for endotracheal intubation, and to ensure patient immobility during surgery or mechanical ventilation.[60]

The clinical effects of rocuronium are shared by other neuromuscular blockers and include progressive loss of skeletal muscle contraction, first noted by drooping eyelids and muscle weakness.[61] **Motor weakness progresses eventually to a total flaccid paralysis**. The small, quick muscles of the eyes, jaw, and larynx relax before those of the arms, legs, and trunk of the body. **Finally, the intercostal muscles that expand the ribs and the diaphragm are paralyzed, and breathing ceases. Without intubation and mechanical ventilation, death ensues from a lack of oxygen (hypoxia)**.

### 6a3. The cardiac arrest drug potassium acetate

**Potassium Acetate Injection, USP** (2 mEq/mL) is a sterile solution of potassium acetate in water for IV injection.[62] The solution is administered after dilution by the intravenous route as an electrolyte replenisher in patients with hypokalemia (low blood potassium levels). It must not be administered undiluted otherwise intense burning pain is experienced by the patient (see potassium chloride section above). Potassium acetate is used as an alternative to the more common potassium chloride solutions to provide potassium ions when needed clinically. **Like potassium chloride, the IV injection of 240 mEq potassium acetate will quickly cause cardiac arrest.**

### 6b. Use of Fentanyl as the Second Drug in a Triple-Drug Lethal Injection Protocol (Nevada)

The Nevada Execution Protocol (revised 6/11/2018) uses a triple-drug lethal injection procedure including a **benzodiazepine sedative (midazolam), a potent opioid analgesic (fentanyl), and the muscle paralytic, cisatracurium**. Nevada protocol states that the **first drug, midazolam, will**

[57] Chalmers P (1983) Etomidate-overdose by continuous infusion. Anaesthesia 38:506; Molina DK et al. (2008) Distribution of etomidate in a fatal intoxication. J Anal Toxicol. 32:715-718.

[58] *Rocuronium Bromide Solution for IV Use*, Full Prescribing Information, Hospira, 2015.

[59] Naguib M et al. (2015) Chapter 34: Pharmacology of Neuromuscular Blocking Drugs in *Miller's Anesthesia*, 5e. Ed. Murphy GS et al. Saunders, Elsevier, Philadelphia PA, USA.

[60] Kovac AL (2009) Sugammadex: the first selective binding reversal agent for neuromuscular block. J Clin Anesth. 21:444-453.

[61] Brenner GM, Stevens CW (2018) Chapter 7: Acetylcholine Receptor Antagonists, in *Brenner and Stevens' Pharmacology, 5e*. Elsevier, Philadelphia PA, USA.

[62] *Potassium Acetate Injection, USP*, Full Prescribing Information, Hospira.

**be given IV in a total dose of 500 mg**, using a concentration of 5 mg/mL (= 5 mg/cc) delivered by using 10 syringes each containing 50 mg of midazolam. The second drug, **fentanyl, will be given in a total dose of 7,500 mcg** (= 7.5 mg) in 15 syringes of 10 mL with each syringe containing a dose of 500 mcg fentanyl. Thirdly, **cisatracurium will be given in an initial total dose of 200 mg** by using 10 syringes each containing 10 mL of a total 20 mg dose of cisatracurium.

*6b1. The benzodiazepine sedative-hypnotic midazolam.*

As in Arkansas, the benzodiazepine midazolam is the first drug in Nevada's lethal injection protocol. **While midazolam cannot produce general anesthesia, but only deep sedation by itself, the use of midazolam with the second opioid drug, fentanyl, produces severe respiratory depression** (see below).

*6b2. The opioid analgesic fentanyl.*

The 2nd drug in Nevada's protocol is **fentanyl, a potent opioid analgesic** ('painkiller') for the treatment of moderate to severe pain. Opioid pain medications, called *opioid analgesics*, are among the most powerful and dangerous drugs used in the clinic and prescribed to patients. **Morphine is the gold standard of opioid analgesics**, given for the treatment of moderate to severe pain.[63] **Fentanyl is a synthetic opioid analgesic that is 100 times more potent than morphine**.[64] Fentanyl is marketed by the brand name of Sublimaze® although many generic versions also exist. Fentanyl for Injection is available in vials containing fentanyl citrate at a concentration of 50 mcg/mL (micrograms per milliliter) for intravenous (IV) or intramuscular (IM) injection.[65] A high clinical dose range used in a long surgical operation is 20-50 mcg/kg or about a 2,000 to 5,000 mcg total dose of IV fentanyl in a 100 kg patient. This would be done in the OR with complete ventilator assistance and intubation. **The 5,000 mcg dose of IV fentanyl in the Nevada protocol would occur without respiratory support**.

Morphine, fentanyl, and all opioid analgesics, work to **produce analgesia by binding to opioid receptors on pain neurons** (brain cells) and in this way inhibit the activity of the pain neurons. The inhibition of pain neurons produces the analgesia, or relief of pain, that characterizes the therapeutic action of morphine, fentanyl, and other opioid analgesics.

While opioid analgesics are presently the best agents to treat pain and do so quite effectively, they are also a dangerous group of medicines that are responsible for many intentional and unintentional fatalities. Opioid analgesics work by inhibiting pain transmission in the CNS and do so by binding to opioid receptors on pain neurons. **A more deadly problem is that morphine, fentanyl and other opioids also bind to opioid receptors on brain neurons that**

---

[63] Brenner GM, Stevens CW (2018) *Brenner and Stevens' Pharmacology, 5th Ed.* Elsevier, Philadelphia PA.

[64] Grond S, Radbruch L, Lehmann KA (2000) Clinical pharmacokinetics of transdermal opioids: focus on transdermal fentanyl. Clin Pharmacokinet. 38:59-89.

[65] *Fentanyl (Sublimaze®) Full Prescribing Information from Janssen Pharmaceuticals.*

control breathing and **high doses of opioids produce respiratory depression**.[66] Breathing ceases, and without oxygen in the blood, cardiac arrest and brain death from hypoxia ensues.

The use of **fentanyl or other potent opioids also have the advantage of reversibility with the commonly available opioid antidote, naloxone** (Narcan®), should the lethal execution procedure need to be stopped.

*6b3. The muscle paralytic cisatracurium.*

**Cisatracurium is a neuromuscular blocker or muscle paralytic drug** in the same class as pancuronium, vecuronium, and cisatracurium.[67] Like vecuronium and rocuronium discussed above, cisatracurium works by blocking the action of acetylcholine which is the neurotransmitter released from a nerve ending onto the muscle that causes the muscle to contract.[68] Clinical uses of neuromuscular blockers are to provide muscle relaxation for endotracheal intubation, and to ensure patient immobility during surgery or mechanical ventilation.[69]

**The use of a muscle paralytic after midazolam and fentanyl is unneeded and may mask any problems in the administration of the first two drugs**.

6c. Use of Diazepam and Fentanyl in a Four-Drug Lethal Injection Protocol (Nebraska)

There are **four lethal injection drugs in the Nebraska protocol** (11/9/2017); **a benzodiazepine (diazepam), the potent opioid analgesic (fentanyl), a muscle paralytic (cisatracurium), and potassium chloride, an agent that stops the heart**. The first drug diazepam is to be given at a dose of 2 mg/kg body weight. For purposes of comparison to total doses used in all other protocols, a 220 lb person weighs 100 kg. Thus, **the diazepam total dose would be 200 mg in an inmate weighing 100 kg** (from 2 mg/kg times 100 kg). The second drug used in the lethal injection protocol is the potent opioid analgesic, fentanyl. **Fentanyl is given at a dose of 25 mcg/kg for a total dose of 2,500 mcg (=2.5 mg)** in an inmate weighing 100 kg or 220 lbs. The third drug administered IV is the muscle paralytic cisatracurium, at 1.6 mg/kg of body weight. This gives **a total dose of 1,600 mg (=1.6 g) of cisatracurium** in an inmate weighing 100 kilograms (220 lbs.). The fourth drug which causes heart stoppage (cardiac arrest) is **potassium chloride administered at a total IV dose of 240 mEq** with no regard to body weight of the inmate.

[66] White JM, Irvine RJ (1999) Mechanisms of fatal opioid overdose. Addiction 94:961-972.

[67] *Cisatracurium Besylate (Nimbex®) Injection*, Full Prescribing Information, Abbot Labs.

[68] Naguib M et al. (2015) Chapter 34: Pharmacology of Neuromuscular Blocking Drugs in *Miller's Anesthesia*, 5e. Ed. Murphy GS et al. Saunders, Elsevier, Philadelphia PA, USA.

[69] Kovac AL (2009) Sugammadex: the first selective binding reversal agent for neuromuscular block. J Clin Anesth. 21:444-453.

*6c1. The benzodiazepine sedative-hypnotic diazepam.*

**Diazepam is a classic benzodiazepine sedative** sold under the brand name of Valium® and now available from numerous generic pharmaceutical manufacturers. Other popular benzodiazepines include midazolam (Versed®) and alprazolam (Xanax®). Like midazolam (see above), **diazepam is not a general anesthetic drug** and is generally only a mild CNS depressant. Like midazolam, **diazepam does not produce a state of General Anesthesia nor reduce the brain activity** to the level of General Anesthesia.

Diazepam for Injection, USP, is available in vials containing 50 mg diazepam in 10 mL.[70] Clinical doses of diazepam range from 2 to 20 mg IV depending on the clinical indication and the severity of the patient's condition. **The use of 200 mg of IV diazepam (from protocol amount above) will provide deep sedation and, in combination with the second drug fentanyl, would likely produce severe respiratory depression** (see below).

*6c2. The opioid analgesic fentanyl*

**Fentanyl is a synthetic opioid analgesic** that was detailed above (see §6b2)**.** It is 100 times more potent than morphine. Fentanyl for Injection is available in vials containing fentanyl citrate at a concentration of 50 mcg/mL (micrograms per milliliter) for intravenous (IV) or intramuscular (IM) injection.[71] A high clinical dose range used in a long surgical operation is 20-50 mcg/kg or about a 2,000 to 5,000 mcg total dose of IV fentanyl in a 100 kg patient. This would be done in the OR with complete ventilator assistance and intubation. **The 2,500 mcg dose of IV fentanyl in the Nebraska protocol** (in a 100 kg inmate) **would occur without respiratory support**.

*6c3. The muscle paralytic cisatracurium.*

**Cisatracurium is a neuromuscular blocker or muscle paralytic drug** in the same class as pancuronium, vecuronium, and cisatracurium (as detailed in §6b3 above). Cisatracurium works by blocking the action of acetylcholine which is the neurotransmitter released from a nerve ending onto the muscle that causes the muscle to contract. **Should the doses and administration of diazepam and fentanyl not be sufficient to produce severe respiratory depression, the use of cisatracurium would mask any pain or suffering that may be experienced by the inmate.**

*6c4. The cardiac arrest drug, potassium chloride.*

**Potassium chloride is a cardiac arrest drug** and its actions are detailed above (see §2d). IV injection of a high dose of potassium chloride changes the electrolytes bathing the heart and blocks heart muscle contraction. Potassium chloride at high IV concentrations injections are **extremely painful because high concentrations of potassium ions depolarize (activate) all sensory nerves and pain nerves are present in the veins**. Due to the severe pain noted in

---

[70] *Diazepam Injection, USP,* Full Prescribing Information, Hospira, 2016.
[71] *Fentanyl (Sublimaze®) Full Prescribing Information from Jannsen Pharmaceuticals.*

**individuals injected with potassium chloride while aware**, it is clear that the **first three drugs in Nebraska' four-drug protocol must produce a state of General Anesthesia** in the inmate.

6d. Other feasible alternative lethal drug execution protocols

*6d1. The use of the inhalation general anesthetic, sevoflurane*

General anesthesia for most surgical operations is done using inhalational agents ('gas anesthetics') like sevoflurane, desflurane, or isoflurane.[72] **Inhalational agents, like barbiturates, are potent activators of the GABA receptor and like barbiturates and unlike benzodiazepines, inhalational general anesthetics can produce their potent effects at the GABA$_A$ receptor with or without GABA present.** Inhalational general anesthetics like sevoflurane also act on a number of other ion channels to shut down brain activity.[73]

**Sevoflurane is an ideal inhalational agent, as it can be also be used for induction of anesthesia and maintenance of general anesthesia.** Sevoflurane is not pungent to the patient and produces a rapid onset of general anesthesia. A state of general anesthesia occurs within 2 minutes after administration of sevoflurane for induction and is quicker than other gas general anesthetics.[74]

High-dose sevoflurane administration leads to death by cardiac and respiratory depression, as shown by the forensic reports of cases involving sevoflurane overdose deaths.[75] **Because inhalational agents like sevoflurane are even more potent than barbiturates, they can be used in over-dosage as the sole lethal agent and would produce a rapid and painless death within minutes**.

*6d2. The use of the benzodiazepine diazepam and the opioid analgesic fentanyl*

Benzodiazepine drugs and opioid analgesic drugs taken together cause a significant number of drug overdose deaths that are attributed to the current opioid overdose epidemic.[76] **Opioids and benzodiazepines are the prescription drug classes most frequently associated with overdose deaths**. The ultimate cause of death is respiratory depression, an adverse effect well-known with opioid drugs and rarely see when benzodiazepines are taken alone.

The usual clinical doses of IV diazepam are 2-20 mg. Fentanyl is usually given in clinical doses ranging from 20-50 mcg/kg. **A protocol using 100 mg of IV administered diazepam followed by 7,500 mcg of IV fentanyl would produce a rapid and painless death within minutes.**

---

[72] Ghatge S et al. (2003) Sevoflurane: an ideal agent for adult day-case anesthesia? Acta Anaesthesiol Scand. 47:917-931.

[73] Franks NP, Lieb WR (1994) Molecular and cellular mechanisms of general anaesthesia. Nature. 367:607-14.

[74] Sakai EM et al. (2005) Inhalation anesthesiology and volatile liquid anesthetics: focus on isoflurane, desflurane, and sevoflurane. Pharmacotherapy 25:1773-1788.

[75] Levine B et al. (2007) A fatality from sevoflurane abuse. J Anal Toxicol. 31:534-536; Rosales CM et al. (2007) Sevoflurane concentrations in blood, brain, and lung after sevoflurane-induced death. J Forensic Sci. 52:1408-1410.

[76] Jones CM, McAninch JK (2015) Emergency department visits and overdose deaths from combined use of opioids and benzodiazepines. Am J Prev Med. 49:493-501.

**Conclusions**

A pharmacological analysis of ADOC's Lethal Injection Procedure leads to the following findings of fact:

**a. Pentobarbital, a barbiturate, is a logical and scientifically-based choice for the lethal injection drug in Protocol A, which was dismissed by the Arkansas DOC.**

**b. Pentobarbital produces a powerful depression of brain activity by three distinct mechanisms of action.**

**c. Pentobarbital is sure or very likely to produce a state of General Anesthesia, noted by unawareness and non-responsiveness to painful stimuli, followed by a lethal depression of brain activity leading to the cessation of respiratory and cardiac function.**

**d. Midazolam, a benzodiazepine, is an illogical and scientifically-unfounded choice for the first drug in a three-drug lethal execution procedure in Statutory Protocol B, at present the only remaining protocol for the Arkansas DOC.**

**g. Midazolam produces a non-fatal depression of brain activity by one distinct mechanisms of action that is dependent on the presence of GABA at the GABA receptor.**

**h. Midazolam cannot produce a state of General Anesthesia but only a level of Deep Sedation, which is noted by awareness and responsiveness to painful stimuli.**

**i. Clinical studies using the depression of EEG as a brain activity measure show that midazolam exhibits a ceiling effect such that greater doses of midazolam do not further depress brain activity.**

**j. The 'consciousness check' performed by the Deputy-Director cannot discern between a state of Deep Sedation and General Anesthesia, as clinical assessment of sedation ('consciousness') is a medical skill and, in line with other 'consciousness checks,' will not include an adequate painful stimuli.**

**k. The administration of the second (vecuronium) and third (potassium chloride) drugs in ADOC protocol without General Anesthesia produced by the first drug (midazolam) produces a sure or very likely occurrence of severe pain and suffering in the offender.**

**l. There are a number of alternative methods outlined in lethal injection protocols that eliminate the sure pain and suffering that would occur with Arkansas' current protocol.**

In conclusion, the revised ADOC Lethal Injection Procedure is invalidated by **choosing the three-drug lethal injection protocols that are not equivalent with regard to the sure or very likely risk of severe pain and suffering inflicted on the condemned inmate**. Protocol A, using pentobarbital in a single drug protocol, with sufficient monitoring for a state of General Anesthesia before its lethal effects occur, is less likely to produce pain and suffering in the offender. Protocol B, the remaining procedure, using the sedative benzodiazepine midazolam as the first drug in a triple-drug protocol, with the ersatz 'consciousness checks' performed by the Deputy-Director or designee without doubt entails a sure or very likely experience of severe pain and suffering by the offender.

*I declare that I have examined this report and all statements contained herein, and to the best of my knowledge and belief, they are true, correct and complete.*

Date: ____7/27/2018____

Craig W. Stevens, Ph.D.

## CURRICULUM VITAE

**Craig W. Stevens, Ph.D.**

Professor of Pharmacology
Department of Pharmacology & Physiology
OSU-Center for Health Sciences, College of Osteopathic Medicine
1111 W. 17th Street
Tulsa, OK  74107-1898       Ph. (918) 561-8234    FAX  (918) 561-8276
email:   cw.stevens@okstate.edu

### PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| 2000-present | **Professor of Pharmacology**, Dept. of Pharmacology/Physiology, OSU-CHS, Tulsa, OK |
| 2012-present | **Chair,** Coalition Against Prescription and Substance Abuse of Tulsa (CAPSAT), Tulsa, OK |
| 2007-2009 | **Chair,** Dept. of Pharmacology/Physiology, OSU-CHS, Tulsa, OK |
| 1993-2000 | **Associate Professor of Pharmacology**, Dept. of Pharmacology/Physiology, OSU-CHS, Tulsa, OK |
| 1990-1993 | **Assistant Professor of Pharmacology**, Dept. of Pharmacology/Physiology, OSU-CHS, Tulsa, OK |
| 1989-1990 | **Development Manager**, Minnesota Academy of Science, St. Paul, MN |
| 1984-1986 | **President** (*founding*), Mayo Graduate Students Association, Mayo Grad. Schl Med., Rochester MN |

### EDUCATION AND TRAINING

| | |
|---|---|
| 2005 | **Molecular Biology and PCR Course,** Smith College/New England Biolabs, Northampton, Massachusetts |
| 1988-1990 | **Postdoctoral Research Fellow**, Dept. of Cell Biology and Neuroanatomy, Univ. of Minnesota, Minneapolis, MN.  Supervisor: *Dr. Virginia Seybold* |
| 1984-1988 | Mayo Graduate School of Medicine, Rochester, MN, **Ph.D. in Pharmacology**. Thesis: *Behavioral and Biochemical Characteristics of Opioid Tolerance in Rat Spinal Cord.* Supervisor: *Dr. Tony L. Yaksh* |
| 1981-1984 | University of Illinois, Chicago, IL; **M.S. in Biological Sciences**. Thesis: *Endogenous Opioid Systems in Amphibians.* Supervisor: *Dr. Paul D. Pezalla* |
| 1978-1981 | **American Peace Corps in Nepal**; Science/Math Instructor, *Katmandu, NEPAL* |
| 1974-1978 | Augustana College, Rock Is., IL; **B.A. in Biology, *cum laude*** |

### EXTRAMURAL FUNDING

| | |
|---|---|
| 2010-2014 | *"Novel Opioid Action at Toll-Like Receptors"*, Oklahoma Center for the Advancement of Science and Technology (**OCAST**) C.W. Stevens, (PI), $126,090 (direct costs) |
| 2007-2011 | *"Functional Evolution of Opioid Receptors"*, **NIH NIDA AREA Grant**, R15DA12448, C.W. Stevens (PI), $150,000 (direct costs) (no-cost extension for 2011) |
| 2004-2007 | *"Functional Evolution of Opioid Receptors"*, **NIH NIDA AREA Grant**, R15DA12448, C.W. Stevens (PI), $100,000 (direct costs) |
| 2002-2004 | *"Sequence and Pharmacology of Novel Opioid Receptors"*, Oklahoma Center for the Advancement of Science and Technology (**OCAST**) C.W. Stevens, (PI), $68,264 (direct costs) |
| 2001-2003 | *"Functional Evolution of Opioid Receptors"*, **NIH NIDA AREA** (Academic Research Enhancement Award) Grant, R15DA12448, C.W. Stevens (PI), $100,000 (direct costs) |
| 1999-2001 | *"Functional Evolution of Opioid Receptors"*, **NIH NIDA AREA** (Academic Research Enhancement Award) Grant, R15DA12448, C.W. Stevens (PI), $69,605 (direct costs) |
| 1998-1999 | *"Testing and Comparison of Analgesic Agents",* American College of Laboratory Animal Medicine (**ACLAM**), C.W. Stevens (PI), $11,555 (direct costs) |
| 1995-1997 | *"Graduate Student Research"*, **Gardner Spring, Co.***, Tulsa, OK* ($4,000) |
| 1994-1996 | **NRSA postdoctoral grant** for Dr. Stan Willenbring, C.W. Stevens (sponsor). |
| 1992-1998 | *"Studies of Opioid Analgesia in Amphibians"*, **NIH-NIDA First Award** (DA07326), C.W. Stevens, Principal Investigator (PI), $418,000. (direct costs) (no-cost extension for 1998) |
| 1992-1995 | *"Spinal Sites of Endogenous Opioid Action in Amphibians",* Research Grant, **Whitehall Foundation**, C.W. Stevens, PI, $70, 785. |
| 1991-1992 | *"Nociceptive Processing in the Amphibian Spinal Cord"*, Grants-In-Aid, **Whitehall Foundation**, C. W. Stevens, PI, $10,375. |
| 1988-1990 | **NIDA Neuroscience Training Grant**, Postdoctoral position, Dept. of Cell Biology and Neuroanatomy, University of Minnesota Medical School, Minneapolis, MN |
| 1987-1988 | *"Issues related to tolerance development and tissue toxicology of chronically administered 4-anilinopiperidines"*, T.L. Yaksh (PI) and C.W. Stevens (Co-I). **Janssen Pharm**., $46,000. |
| 1985-1986 | *"Effects of capsaicinoid agents on peptide levels and behavioral function"*, T.L. Yaksh (PI) and C.W. Stevens (Co-I). **Procter and Gamble Co**., $25,000. |
| 1985-1986 | *"Effects of drugs on the shock titration threshold in the primate"*, T.L. Yaksh (PI) and C.W. Stevens (Co-I). $10,000, **Sterling Winthrop Pharmaceuticals**. |

App'x A Page 1

## TEACHING EXPERIENCE

| | |
|---|---|
| 1990-2014 | Lecturer, *Medical Pharmacology I-II*, (Course-Coordinator 1997-2007) OSU-CHS, COM, Tulsa, OK |
| 2009-2013 | Instructor, *Receptors II* (graduate course, alternate years) OSU-CHS, COM, Tulsa, OK |
| 1997-2009 | Instructor, *Neuropharmacology* (graduate course, alternate years) OSU-CHS, COM, Tulsa, OK |
| 1991-2009 | Facilitator, *Medical Information Systems Course*, OSU-CHS, COM, Tulsa, OK |
| 2000-2004 | Visiting Professor, Neuroscience Lab Course, U of MN Medical School, Minneapolis, MN |
| 1998-2001 | Adjunct Professor of Pharmacology, University of Tulsa Nursing School, Tulsa, OK |
| 1989-1990 | Lecturer, *Pharmacology for Nurse Anesthetists*, University of Minnesota, Minneapolis, MN |
| 1989-1990 | Lecturer, *Neuropharmacology Course*, Dept. of Neurology, Univ. of MN, Minneapolis, MN |
| 1984-1987 | Community Education, *Juggling Instructor*, Rochester, MN |
| 1984-1987 | IBM-PC Instructor, *Microcomputer Education Cntr.*, Mayo Clinic, Rochester, MN |
| 1981-1983 | Teaching Assistant; *Dept. of Biological Sciences*, University of IL at Chicago, IL |

## ACADEMIC COMMITTEES

| | |
|---|---|
| 2011 | *Member,* Honorary Degree Committee, OSU-Stillwater |
| 2010-2012 | *Secretary,* Group 6 of the Graduate College, OSU-Stillwater |
| 2004 | *Member,* Research and Creative Activities Task Force, OSU-System, appt. by OSU President Schmidly |
| 2003 | *Member,* Search Committee for VP Health Affairs OSU/Dean OSU-COM |
| 2002-2003 | *President,* Faculty Senate |
| 2002-2003 | *Member,* Board of Directors for Academic Health Center, joint affiliation of TRMC and OSU-CHS |
| 2001-2002 | *Vice-President* Faculty Senate |
| 1994-2001 | *Founding Member & Chair (2000-2001)*, Biomedical Sciences Graduate Committee |
| 1996-2001 | *Chair,* Hazardous Materials and Equipment |
| 1994-98, 2000-16 | *Member, Chair (2001-2004; 2006-2007;2010-2013)* OSU-CHS Promotion and Tenure Committee |
| 1996-1998, 2009 | *Senator,* Faculty Senate |
| 1991-2000, 2006 | *Member, (Chair, 2006)* Research Committee |
| 1991-92, 2002-04 | *Member, (Chair, 2002-2004)* Academic Appeals Board |
| 1991-1992 | *Member,* Learning Resources Committee |
| 1990-1999 | *Chair (1990-1993)*, *Member (1994-1999)*, Animal Use Committee (IACUC) |

## PROFESSIONAL SOCIETY MEMBERSHIPS

International Narcotics Research Conference (INRC, member of Executive Committee)
American Society for Pharmacology and Experimental Therapeutics (ASPET)
Society for Neuroscience (SFN), American Association for the Advancement of Science (AAAS)
Committee on Problems of Drug Dependence (CPDD)

## HONORS AND AWARDS

| | |
|---|---|
| 2006 | Regents Research Award, Inaugural awardee for OSU-Center for Health Sciences |
| 1992 | Young Investigator Travel Award, American Pain Society, San Diego, CA |
| 1992 | NIDA Travel Award, International Narcotics Res. Comm. (INRC), Keystone, CO |
| 1991 | Young Investigator Travel Award, American Pain Society, New Orleans, LA |
| 1991 | Young Scientist Travel Award, ASPET Annual Meeting, San Diego, CA |
| 1990 | Fulbright Scholarship for Research & Teaching in India *(declined to accept faculty position)* |
| 1990 | CPDD Travel Award, CPDD Annual Meeting, Keystone, CO |
| 1989 | NIDA Travel Award, CPDD Annual Meeting, Keystone, CO |
| 1987 | Upjohn Travel Award, ASPET Annual Meeting, Honolulu, HA |
| 1987 | NIDA Training Grant, Gordon Research Conference, *"Mode of Action of Opiates"*, CA |
| 1983 | UIC Research Assistantship, University of Illinois, Chicago, IL |
| 1983 | NIH Training Grant, *"Neural Systems & Behavior"*, MBL Summer course, Woods Hole, MA |
| 1982 | UIC Research Board Travel Grant, *"Strategies for studying the role of peptides in neuronal function"*, Society for Neuroscience Short Course, Minneapolis, MN |

## GRADUATE TRAINING ACTIVITIES

| | |
|---|---|
| 1997-2000 | Chair/Major Advisor to Leslie C. Newman (Ph.D. student, completed 8/2000 with university-wide honors). |
| 1998-2005 | Member, Advisory Committee for John Paulson (Ph.D. student, completed 8/2005) |
| 2001-2005 | Chair, Advisory Committee for Eva Garringer (Ph.D. student, completed 5/2005) |
| 2002-2004 | Member, Advisory Committee for Randy Benton (M.S. student; completed 5/2004) |
| 2002-2004 | Member, Advisory Committee for Raju N. Kacham (M.S. student at OSU-CVHS, Stillwater; completed 5/2004) |
| 2001-2007 | Chair/Major Advisor to Kristin K. Martin (M.S. student; completed 5/2007) |

App'x A Page 2

GRADUATE TRAINING ACTIVITIES (CONT.)

| | |
|---|---|
| 2003-2008 | Chair/Major Advisor to Christopher M. Brasel (Ph.D. student, completed 5/2008) |
| 2004-2008 | Chair/Major Advisor to Shekher Mohan (Ph.D. student, completed 12/2008) |
| 2005-2008 | Chair/Major Advisor to Julie Duffey (M.S. student, completed M.S. degree 5/2008) |
| 2007-2009 | Member, Advisory Committee for Danielle Armstrong (M.S. student, completed M.S. 7/2009) |
| 2006-2011 | Member, Advisory Committee for Neda Saffarian-Toussi (Ph.D. student, Ph.D. awarded May, 2011) |
| 2007-2011 | Member, Advisory Committee for Arunkumar Thangaraju (Ph.D. student, Ph.D. awarded Dec., 2011) |
| 2008-2011 | Chair/Major Advisor to Shruthi Aravind (M.S. student, M.S. awarded May 2011) |
| 2010-2013 | Chair/Major Advisor to Larry Johnston (D.O./M.S. student) |
| 2009-2013 | Chair/Major Advisor to John Knox (D.O./M.S. student) |
| 2011-2015 | Chair/Major Advisor to Summer Dodson (Ph.D. degree awarded Summer, 2015) |
| 2011- | Member, Advisory Committee for Leandra Figueroa (Ph.D. student) |

LITIGATION CONSULTANT/EXPERT WITNESS CASES

1. Researched, wrote report on diphenhydramine (BENADRYL) adverse effects, Riggs, Abney, et al., P.C., Tulsa, OK (1998).
2. Researched, wrote report, *testified* on opioids and federal drug sentencing guidelines, Stan Monroe, Tulsa, OK (1999).
3. Researched, wrote report, *deposed* on zolpidem (AMBIEN) effects in the elderly, Pinkerton & Finn, Tulsa, OK (1999).
4. Researched, consulted on the adverse effects of cisapride (PROPULSID) for Brewster & De Angelis, P.L.L.C., Tulsa, OK (2001).
5. Researched, wrote report, *testified* in preliminary hearing and trial on tramadol (ULTRAM), LeFlore Co., Poteau, OK (2004).
6. Researched, wrote report on venlafaxine (EFFEXOR) and zolpidem (AMBIEN) effects, DA, LeFlore County, Poteau, OK (2005).
7. Researched, wrote report on OXYCONTIN, LORTAB, ULTRAM, and XANAX effects, Sneed & Lang, P.C., Tulsa, OK (2005).
8. Researched and consulted on marijuana intoxication and behavioral effects, Brewster & De Angelis, Tulsa, OK (2005).
9. Researched, wrote report, *testified* in court on alcohol neurotoxicity, Faulkner Law Firm, Tulsa, OK (2006).
10. Researched, wrote report, *deposed*, *testified* in court on effects of oxycontin, Devlin Law Firm, Stillwater, OK (2007).
11. Researched, wrote report on alcohol/alprazolam (XANAX) and behavioral disinhibition, Glassco Law Firm, Tulsa, OK (2007).
12. Researched, wrote report on venlafaxine (EFFEXOR) effects on driving, DA office, Le Flore County, Poteau, OK (2007).
13. Researched, wrote report, *testified* in court on propoxyphene (DARVON)/zolpidem (AMBIEN), LeFlore County, OK (2008).
14. Researched, wrote report on zolpidem (AMBIEN) disinhibition behavior, Scott Troy Law Firm, Tulsa, OK (2009).
15. Researched and consulted on zolpidem (AMBIEN) in vehicular manslaughter case, Monroe & Associates, Tulsa, OK (2009).
16. Researched and consulted on impact of morphine levels in wrongful death case, Corley & Associates, Tulsa, OK (2009).
17. Researched, wrote report, *testified* in court on drugs and hospital confession, Rabon Martin Law Firm, Tulsa, OK (2010).
18. Researched and consulted on fentanyl (DURAGESIC) levels in wrongful death case, Brewster & De Angelis, Tulsa, OK (2010).
19. Researched and consulted on blood alcohol levels in vehicular manslaughter case, Sneed, Lang & Herrold, Tulsa, OK (2010).
20. Researched, wrote report on benzylpiperazine (BZP), Taylor, Ryan, Schmidt, & Van Dalsem, P.C., Tulsa, OK (2010).
21. Researched and consulted on blood alcohol levels in dram shop case, Sneed, Lang & Herrold, Tulsa, OK (2010).
22. Researched, wrote report on marijuana testing results in child custody case, Arras Law Firm, Tulsa, OK (2010).
23. Researched, wrote report on zolpidem (AMBIEN)/propoxyphene (DARVOCET)/alcohol, Hoch & Associates, OKC, OK (2011).
24. Researched, wrote report on phenobarbital and disinhibition behavior, Martin Hart, Federal Public Defender, Tulsa, OK (2012).
25. Researched, wrote report, *testified* on UA and methamphetamine manufacturing, Monroe & Associates, Tulsa, OK (2012).
26. Researched, wrote report, *testified* on alcohol and disinhibition, Oklahoma Indigent Defense System, Norman, OK (2012).
27. Researched, wrote report on post-mortem hydrocodone levels, E. Terrill Corley & Associates, Tulsa, OK (2012)
28. Researched, wrote report, *deposed*, and *testified* on cognitive effects of chemo drugs, Hall Estill Firm, Tulsa, OK (2012).
29. Researched, wrote report on motor effects of anxiolytic drugs, Allen M. Smallwood Law Firm, Tulsa, OK (2012).
30. Researched, wrote report on wrongful death due to opioid overdose, Jay Dunham Law Firm, Tulsa, OK (2012).
31. Researched, wrote report, *testified* on antipsychotic use and rape, Larry Roberson, OIDS, Sapulpa, OK (2013).
32. Researched, wrote report on wrongful death due to opioid overdose, Van Meter Law Firm, OkCity, OK (2013).
33. Researched, wrote report on use of zolpidem (AMBIEN) and suicidality, Keach & Murdock, Las Vegas, NV (2013).
34. Researched, wrote report, *deposed* on hydrocodone overdose and wrongful death, Blue Law Firm, OkCity, OK (2013).
35. Researched, wrote report on prescription/non-prescription drugs in accidental death, Jay Dunham Law Firm, Tulsa, OK (2014).
36. Researched, wrote report on alcohol use and accuracy of Breathylzer test, Goldstein and Price, L.C., St. Louis, MO (2014).
37. Researched, wrote report, *deposed* on cocaine metabolites in workmens comp case, Roy S. Dickinson, Norman OK (2014).
38. Researched, wrote report, *deposed* on prescription drugs in workmens comp case, Jay Self Law Firm, OKCity, OK (2014).
39. Researched, wrote report, *testified* in court on psychotropics and witness reliability, Randy Lynn, PD office, Tulsa, OK (2014).
40. Researched, wrote report, *deposed*, *testified* twice opioid/benzodiazepine and MVA, Jennings & Teague, OkCity, OK (2015).
41. Researched, wrote report on use of zolpidem and suicidality, Mark Cooper Law Firm, Norman, OK (2014).
42. Researched, wrote report, *testified* in court on synthetic cannabinioid case, Stan Monroe/Rob Nigh, Tulsa, OK (2014).
43. Researched, wrote report on use of diazepam/alprazolam and driving, Allen Smallwood, Tulsa, OK (2014).
44. Researched, wrote report on methamphetamine use in workmens comp case, Thomas Mortensen, Tulsa, OK (2014).
45. Researched, wrote report, *testifed* on use of zolpidem and disinhibition behavior, Dustin Phillips, OkCity, OK (2015).

LITIGATION CONSULTANT/EXPERT WITNESS CASES (CONT.)

46. Researched, wrote report on impaired driver and fatal motor vehicle accident, Jennings & Teague, OkCity, OK (2015).
47. Researched, wrote report on accident involving drug use in prison, Maples, Nix & Diesselhorst, Edmund, OK (2015).
48. Researched, wrote report on motor vehicle accident while taking zolpidem, Schroeder & Associates, Tulsa, OK (2015).
49. Researched, wrote report, *testified* on prescription drug use and accident in home attic, Jennings & Teague, OkCity, OK (2016).
50. Researched, wrote report, *testified* on urine drug screen in Workers' Comp case, Mike Jones Law Firm, Bristow, OK (2016).
51. Researched, wrote report, *testified* on blood levels of methamphetamine, Stan Monroe Law Firm, Tulsa, OK (2016)
52. Researched, wrote report on ethanol and THC toxicology in MVA case, Pansy Moore-Shrier, Tulsa, OK (2016).
53. Researched, wrote report, *deposed* on MVA and antidepressant, hypnotics, Mark Bonner, Norman & Edem, OKC, OK (2016).
54. Researched, wrote report on alcohol and boating accident fatality, Thomas Ganem Law Firm, Tulsa, OK (2016).
55. Researched, wrote report on ethanol and THC toxicology in dram-shop case, Richard Shallcross, Tulsa, OK (2016).
56. Researched, wrote report on methamphetaime-induced psychosis, Catherine Hammarsten, OKC Public Defender, OK (2016).
57. Researched, wrote report on blood sampling for ethanol testing after multiple medications, Steven Horton, OKC, OK (2016).
58. Researched, wrote report on prescription medications and testamentary capacity, Carpenter Law Firm, Tulsa, OK (2016).
59. Researched, wrote report on marijuana use, THC levels and motorcycle MVA, Rhodes Hieronymus Firm, Tulsa, OK (2016).
60. Researched, wrote report on drug allergies with generic medicines, Dasovich Law Office, PC, OKC, OK (2016).
61. Researched, wrote report, *deposed* on opioid overdose wrongful death case, for the Rode Law Firm, Tulsa, OK (2017).
62. Researched, wrote report on THC and MVA with pedestrian fatality, Robin Feeney, Fine & Staud, Philadelphia, PA (2017).
63. Researched, wrote report, *testified* in trial for plaintiffs on midazolam use in lethal injection, FPD office, Dayton, OH (2017).
64. Researched, wrote report, *deposed* on ethanol and prescription medicines in driver of MVA, Rode Law Firm, Tulsa, OK (2017).
65. Researched, wrote report, *testified* on pedestrian alcohol use in MVA, Andrea Medley, Middleton & Assoc, Tulsa OK (2017).
66. Researched, wrote report on alprazolam and THC memory effects in rape case, Dustin Phillips, Oklahoma City, OK (2017).
67. Researched, wrote report on benzoylecgonine, a cocaine metabolite, Travis Dunn, Maples, Nix & Diesselhorst, OKC (2017).
68. Researched, wrote report, *testified* in trial for plaintiffs on midazolam use in lethal injection, FPD, Little Rock, AR (2017).
69. Researched, wrote report, *deposed* on THC and other drugs in driver, for the Gene Robinson Law Firm, Tulsa, OK (2017).
70. Researched, wrote report on ER medications and respiratory depression, Richard Shallcross, Tulsa, OK (2017).
71. Researched, consulted on post-mortem ethanol levels after MVA, Renee Williams, Andrew & Williams, Tulsa, OK (2017).
72. Researched, wrote report on testing of methamphetamine in fluids, Travis Dunn, Maples, Nix & Diesselhorst, OKC (2017).
73. Researched, wrote report on pharmacy error and drug effects, Brian Wood at Roy etc. & Wood, LLP Springdale AR (2017).
74. Researched, wrote report, *testified* in trial for plaintiffs on midazolam use in lethal injection, FPD office, Dayton, OH (2017).
75. Researched, wrote report, *testified* in trial for defendant and meth toxicology, Allen Smallwood Law Firm, Tulsa, OK (2017).
76. Researched, wrote report, on methamphetamine use and the operation of a motor vehicle, Michael Carr, Tulsa, OK (2018).
77. Researched, wrote report, on alcohol and overserving in retail establishment, Stephen Modovsky, Tulsa, OK (2018).
78. Researched, wrote report, on ketorolac tromethamine and intracranial hemorrhage, Dan Graves, Graves Law, Tulsa, OK (2018).
79. Researched, wrote report, on use of nitrogen gas as an alternive method in lethal injection, FPD office, Dallas, TX, TN (2018).
80. Researched, wrote report, on maternal use of methamphetamine detected in fetus, Aarin Williams, NAPW, New York (2018).
81. Researched, wrote report, on ethanol and BAC results in a MVA/dram-shop case, Tony Laizure, Tulsa, OK (2018).
82. Researched, consulted, *testified* in trial for plaintiffs on midazolam use in lethal injection, FPD office, Nashville, TN (2018).

GRANT STUDY SECTIONS

Reviewer for NIH grants, Special Emphasis Pain Study Sections (1998-present)
Grant consultant for the AAAS, Univ of Michigan, Centers of Research Excellence project (2003)
Grant Reviewer for National Science Foundation (1996-2002)
Grant Reviewer for the Veterans Administration (1995- present)
Chair (1999), Member (1997) Biological Sciences Panel, Texas State Granting Program-Advanced Research Proposals
Grant Reviewer (2008) for Neuroscience and Mental Health Grants, The Wellcome Trust

EDITORIAL & ADVISORY BOARDS/PEER-REVIEWER FOR THE FOLLOWING SCIENTIFIC JOURNALS

Peer-Reviewer for:*J. Pharmacol. Exp. Ther., Brain Research, Life Sciences, Neuroscience Letters, Eur. J. Pharmacology,*
     *J. Neuroscience, Pain, American Journal of Physiology, Journal of Pain, Laboratory Animals*
Editorial Advisory Board, *Pharmacology Online* (Italy), Editor: Anna Capasso.
Editorial Advisory Board, *Computational Biology and Chemistry: Advances and Applications*, Editor: Bruno Villoutreix
Advisory Board Member, Tobacco-Free Zone, Tulsa, OK
Consultant, Reuters News Service, Insight Service

App'x A Page 4

## COMPUTER CONSULTING

SigmaPlot for Windows, β-tester, Jandel Scientific, CA, 1992-1999.
Reference Manager for Windows, β-tester, Research Information Systems, Inc., CA, 1993-1999.
Institute for Scientific Information (ISI), focus group meeting, San Francisco, CA, April, 1998.
Knowledge Acquisition Consultant for Ingenuity.com (2001).
β-tester for JPET Online Review and Submission website (2001).

## COMMUNITY SCIENCE INITIATIVES

Science Fair Judge at School (Carver and Elliot) and Regional (Tulsa County) Level, 1990-2010.
Institutional Representative for the Tulsa Biological and Clinical Research Alliance (TBCRA), 1998-2001
Science Enrichment for University of Tulsa- Gifted School, 1998-present, also at Trinity Episcopalian Day School.
Faculty Participant in High School Ambassador Program at OSU-CHS, 1994-2000
Workshop participant in "Speaking out for Science", sponsored by AAAS, March 28, 2009.
Member, Oklahomans for Excellence in Science Education.

## VISITING SCIENTIST/RESEARCH CONSULTANT/OUTSIDE COLLABORATION

1994 Laboratory of Tony L. Yaksh, Ph.D., Vice Chair for Research, Dept. of Anesthesiology, UCSD, La Jolla, CA. Project entailed characterization of met-enkephalin extended sequences in *Rana pipiens* and presentation to research group.
1996 Laboratory of George Wilcox, Ph.D., Professor of Pharmacology, University of Minnesota Medical School, Minneapolis, MN. Training of intrathecal catheterization to research group and general lab QC.
1999 Laboratory of Howard Gutstein, M.D./Ph.D., Director of Research, Dept. of Anesthesiology, MD Anderson Cancer Center, Houston, TX. Training of intrathecal catheterization and analgesic modeling techniques to research group.
2000 Research consultant for Ligand Pharmaceuticals, San Diego, CA.
2000 Laboratory of Dr. Sandra Roerig, Professor of Pharmacology/Associate Dean for Research, LSU Medical Center, Shreveport, LA. Training of intrathecal catheterization and analgesic modeling techniques to research group.
2000 Laboratory of Dr. James Zadina, Professor of Pharmacology/ Director of Neurosciences Program, Tulane University School of Medicine, New Orleans, LA. Training of intrathecal catheterization to research group.
2001 Visiting Professor, Neuroscience Lab Course, Dr. George Wilcox, co-director, University of Minnesota Neuroscience Program. Amphibian model for testing analgesics used in a live laboratory course (also subsequent years).
2001 Laboratory of Ken McCarson, Ph.D., Associate Professor of Pharmacology, University of Kansas Medical Center, Kansas City, KS. Training and collaboration on vanilloid-like receptor function in *Rana pipiens*.
2002 Laboratory of Paul Prather, Ph.D., Associate Professor of Pharmacology. University of Arkansas for Medical Sciences, Little Rock, AR. Collaboration on transfection of frog opioid receptors in cell lines.
2002 Visiting Professor, Dept. of Neuroscience, University of Minnesota Medical School, March 12-14, 2002.
2003 Visiting Professor, Dept. of Neuroscience, University of Minnesota Medical School, April 8 to 10, 2003.
2003 Visiting Professor, Dept. of Medicinal Chemistry, University of Mississippi, Oxford. MI, May 7-9, 2003.
2004 Visiting Professor, Dept. of Neuroscience, University of Minnesota Medical School, April 12-15, 2004.
2005 Visiting Professor, Dept. of Neuroscience, University of Minnesota Medical School, April 11-13, 2005.

## INVITED TALKS/SEMINARS/KEYNOTE PRESENTATIONS

1. *"Opioid antinociception in amphibians"*, Satellite Symposium: Behavioral Biology of Nociception: Comparative, Developmental, and Sexual Aspect, Society for Neuroscience, New Orleans, LA, November, 1987.
2. *"An amphibian model for the assessment of opioid action"*, Annual Meeting of the College on Problems in Drug Dependence (CPDD), Richmond, VA, June, 1989.
3. *"Alternatives to the use of mammals for pain research"*, OSU College of Veterinary Sciences, Annual Research Symposium, Stillwater OK, May 1991.
4. *"An amphibian model for pain research"*, Northeastern State University, Science and Technology Seminar Series, Tahlequah OK, October, 1991.
5. *"An amphibian model for pain research"*, Children's Medical Center, Chapman Research Institute Seminar Series, Tulsa OK, November, 1991.
6. *"An amphibian model for pain research"*, Oklahoma State University, Dept. of Zoology Seminar Series, Stillwater OK, January, 1992.
7. *"Alternatives to the use of mammals for opioid research"*, OSU College of Veterinary Sciences, Annual Research Symposium, Stillwater OK, May 1992.
8. *"An amphibian pain model for opioid research"*, University of Tulsa Biology Department Colloquium, Tulsa, OK, September 1992.
9. *"An amphibian pain model for opioid research"*, University of Oklahoma Health Sciences Center, Dept. of Anatomy, Oklahoma City, OK, October, 1992.
10. *"Studies of opioid tolerance in an amphibian pain model"*, 1st Annual Young Investigators Symposium, College on Problems in Drug Dependence (CPDD), Toronto, June, 1993.
11. *"Relative analgesic potency of mu and kappa opioids in amphibians: a unique assay for kappa opioid action?"*, College on Problems of Drug Dependence (CPDD), Palm Beach, FL, 1994.
12. *"An amphibian pain model for opioid research"*, UCSD, Anesthesiology Research Lab Group, April, 1994.
13. *"An amphibian model for pain research"*, Pharmacology Dept., LSU Med Center, New Orleans, 9/27/94.
14. *"Alternatives to the use of mammals for pain research"*, NIH/OPPR/LSU sponsored workshop, New Orleans, September 29-30, 1994.

INVITED TALKS/SEMINARS/KEYNOTE PRESENTATIONS (CONT.)

15. *"Alternatives to the use of mammals for pain research: an amphibian model"*, SCAW/CCAC Conference, Toronto, Canada, September 28, 1995.

16. *"An amphibian model for studies of opioid action"*, University of Minnesota Medical School, Dept. of Pharmacology Seminar Series, Minneapolis, MN, January 19, 1996.

17. *"An alternative model for testing of opioid analgesics and pain research using amphibians"*, 2nd World Congress on Alternatives and Animal Use in the Life Sciences, Utrecht, Netherlands, October 21, 1996.

18. *"From Pond to Pain: An Amphibian Model for Opioid Analgesia"*, Anatomy/Physiology Seminar Series, University of Oklahoma Health Sciences Center, Oklahoma City, OK, May 20, 1997.

19. *"From Pond to Pain: An Amphibian Model for Opioid Analgesia"*, invited Symposium speaker, Annual Meeting of the Midwest Pain Interest Group (PIG), Medical College of Wisconsin, Milwaukee, WI, June 6, 1997.

20. *"Studies of selective mu opioid antagonism after spinal administration of beta-FNA in amphibians"*, invited Symposium speaker, College on Drug Dependence (CPDD) Annual Meeting, Nashville, TN, June 16, 1997.

21. *"The unireceptor hypothesis of opioid antinociception in amphibians: implications for the evolution of opioid receptors"*, invited Symposium speaker, International Narcotics Research Conference (INRC), Munich, Germany, July 20-25, 1998.

22. *"An Amphibian Whole-Animal Alternative for the Study of Pain"*, invited participant for symposium, All Creatures Weird and Wonderful: Revolutionary Approaches to Medical Discovery, AAAS Meeting, Anaheim, CA, Jan, 23, 1999.

23. *"Perspectives on Opioid Tolerance from Basic Research"*, MD Anderson- University of Texas Medical Center, Dept. of Anesthesiology and Critical Care, Houston, TX, November 18, 1999.

24. *"An Alternative Model for Pain and Analgesia Research Using Amphibians"*, invited Symposium speaker, Scientists Center for Animal Welfare (SCAW), Spring Meeting, Baltimore, MD, May 19, 2000.

25. *"From Pond to Pain: Investigating Mechanisms of Opioid Analgesia Using Amphibians"*, OSU, Zoology, Stillwater, OK, 9/22/00.

26. *"Investigating Mechanisms of Opioid Analgesia in Amphibians"*, LSU-Medical Center, Dept. of Pharmacology, Shreveport, LA, December 5, 2000.

27. *"An Amphibian Model for the Study of Opioid Analgesics"*, University of Kansas Medical Center, Dept. of Pharmacology, Toxicology and Therapeutics, Kansas City, KS, September 11, 2001 (re-scheduled and presented on December 11, 2001).

28. *"An Amphibian Model for Analgesia Testing"*, Univ. of Oklahoma Dental School, Student Research Society Annual Banquet, Myriad Convention Center, Oklahoma City, OK, April 12, 2002.

29. *"Mechanisms of Opioid Analgesia in Amphibians"*, Dept. of Neuroscience, Univ. of MN, Minneapolis, MN, April 16, 2002.

30. *"An Amphibian Model for Investigation of Opioid Analgesia and Pain-processing"*, at the Cross-Species Approach to Pain and Analgesia conference, sponsor: Mayday Fund, Airlie Conference Center, Warenton, VA, Sept. 19, 2002.

31. *"An Amphibian Model for Opioid Research"*, Dept. of Pharmacology and Toxicology, University of Arkansas for Medical Sciences, Little Rock, AR, October 16, 2002.

32. *"Opioid research using amphibians and the evolution of opioid receptors"*, Dept. of Medicinal Chemistry, University of Mississippi, Oxford. MI, May 8, 2003.

33. *"Opioid research using amphibians and the evolution of opioid receptors"*, invited Symposium speaker, British Society for Experimental Biology, Edinburgh, Scotland, April 2, 2004.

34. *"Opioid research using amphibians and the evolution of opioid receptors"*, invited Symposium speaker, European Opioid Conference, Budapest, Hungary, April 8, 2004.

35. *"Opioid research using amphibians: a unique perspective on the evolution of vertebrate opioid receptors"*, Seminar for the Center for Pain Research, University of Minnesota, Minneapolis, MN, April 15, 2004.

36. "*An Evolutionary Approach to Understanding Vertebrate Opioid Rceptors*", Veterinary Biomedical Sciences Seminar Series, OSU-College of Veterinary Medicine, Stillwater, OK, January 27, 2005.

37. *"Opioid research using amphibians: An Evolutionary Approach to Understanding Vertebrate Opioid Receptors"*, Seminar for the Department of Neuroscience, University of Minnesota Medical School, Minneapolis, MN, April 12, 2005.

38. *"Opioid analgesia research in amphibians: from behavioral assay to cloning opioid receptor genes"*, Keynote speaker, Annual meeting of the Association of Reptile and Amphibian Veterinarians, Baltimore, MD, April 23-26, 2006.

39. *"Insights on the Molecular Evolution of Vertebrate Opioid Receptors: From Frog to Man"*, Physiology Seminar Series, University of Oklahoma Health Sciences Center, Oklahoma City, OK, January 25, 2007.

40. *"Evolution of opioid receptors: why the mu opioid receptor would make Darwin proud"* INRC Annual Meeting, Charleston, SC, USA, July 15, 2008.

41. *"Evolution of Opioid Receptors: Why the Mu Opioid Receptor Would Make Darwin Proud"*, Veterinary Biomedical Sciences Seminar Series, OSU-Center for Veterinary Medical Sciences, OSU-Stillwater, Stillwater, OK, March 5, 2009.

42. *"Evolution of Opioid Receptors"*, AAAS-SWARM Meeting, Tulsa, OK, March 30, 2009.

43. *"Molecular Evolution of Vertebrate Opioid Receptors"*, Invited speaker, Genetics Group, St. Francis Hospital, March 15, 2012.

44. *"Molecular Evolution of Opioid Receptors"*, Seminar Speaker, Human Anatomy and Physiology Society (HAPS) Annual Meeting, University of Tulsa, May 28, 2012.

45. *"Ethical Issues of an Amphibian Pain Model"*, La souffrance animale: de la science au droit (Animal suffering: the science and the law) World Organization for Animal Health (OIE) Paris, France, October 18-19, 2012.

46. *"Pharmacological Exculpation or Mitigation: Effects of Drugs on Brain and Behavior"* Oklahoma Criminal Defense Institute, Hard Rock Casino, Tulsa, OK, June 23, 2016.

App'x A Page 6

SCIENTIFIC PRESS

1. Stevens, C.W., *"No Pain, Some Gain: A New Model for Neuropathic Pain"*, Journal of NIH Research, May, 1990, p.33-35.
2. Stevens, C.W., *"Funding for Young Investigators"*, Letters to the Editor, Science, Vol. 255, p. 142, 1992.
3. Stevens, C.W., Response to *"Letters from the Editor"*, Lab Animal, Vol. 25, p. 42, 1996.
4. Stevens, C.W.; Response to *Protocol Review Column*, Lab Animal, Vol. 26, p 23-24, October, 1997.
5. Stevens, C.W., *"Evolution and Faith: Empathy Is Misplaced"*, Letters to the Editor, Science, Vol. 320, p. 745, 9 May 2008.

MEDIA ARTICLES/INTERVIEWS/PRESS CONFERENCES

1. *"Northern grass frog helps Tulsan gig research grants"*, Tulsa World Newspaper, August 21, 1992.
2. *"Research Grants"*, op-ed page, Tulsa World Newspaper, September 7, 1992 (*Animal rights response*).
3. *"Get Priorities Straight"*, op-ed page, Tulsa World Newspaper, September 20, 1992. (*support of research*)
4. *"Animal Research Needed"*, op-ed page, Tulsa World Newspaper, September 20, 1992. (*support*)
5. *"Who Suffers? Children or the Frogs?"*, op-ed page, Tulsa World Newspaper, September 27, 1992. (*support*)
6. *"The Frogman"*, Tulsa People Magazine, March, 1994. (*profile*)
7. *"Success by Six"* Interview on brain activity in children, KGRH, Tulsa 6pm Evening News, August 10, 1996

MEDIA ARTICLES/INTERVIEWS/PRESS CONFERENCES (CONT.)

8. *"State's Share of Funds Short, Researchers Say"*, interviewed & (mis)quoted, The Daily Oklahoman, January 11, 1999.
9. *"State's Research Fund Malnourished"*, interviewed & (mis)quoted, Tulsa World, Jan. 15, 1999, p A10
10. *"All Creatures Weird and Wonderful: Revolutionary Approaches to Medical Discovery"*, Press Conference, American Association for the Advancement of Sciences (AAAS) Anaheim, CA, Jan 23, 1999.
11. *"Research Report"*, radio interview for Radio Netherlands, Jan 23, 1999.
12. *"Animals Hold Key to Cures: Medical Science Plumbs Secrets of Scorpions, Fish, Frogs"* SF Examiner, Jan. 25, 1999.
13. *"What will ease the pain? Ask a frog"*, Science News, Vol. 155, p. 91, February 6, 1999.
14. *"Painful Choices"*, New Scientist Online Conference Reports, Feb. 6, 1999.
15. *"Notebook: Frog Simplicity"*, The Scientist, Vol. 13 (4), p. 32, February 15, 1999.
16. *"Suffer the little amphibians"*, The London Times- Higher Education Supplement, Issue 1379, pp. 22-23, April 9, 1999.
17. *"Heat, Some Medicines Don't Mix"*, Tulsa World Newspaper, p A-9, August 4, 1999.
18. *"OSU grant allows pain medicine study"*, The Daily Oklahoman, p. 3-B, August 27, 2001
19. *"Research frogs may lead to medical leaps and bounds"*, The Tulsa World, Sept. 5, 2001.
20. *"OSU researchers to study pain relief"*, The Tulsa World, p. D-7, Aug. 22, 2002.
21. *"Of Frogs and Pain – Weird Lab Recognized"*, Tulsa Business Journal, Vol 12 (#36), p. 10, Sept 6-12, 2002.
22. *"Oklahoma Innovations Radio Show"*, invited guest to talk about OSU-CHS and OCAST-funded research, 3/4/03.
23. *"Oklahoma Scientists and the Human Genome"*, article about Dr. Stevens' lab, Oklahoma Magazine, Oct. , 2003.
24. *"OSU Professor Receives Grant"*, The Daily O'Collegian, OSU Newspaper, September 8, 2004.
25. *"The Other O.C. (Oxycontin)"*, The Tulsa World Newspaper, Feb, 17, 2005, D-1 (cont. D-6). CWS is the *"voice of reason"*.
26. *"Do Boiling Lobsters Feel Pain?"* interviewed for ABC news special series on pain, May 10, 2005. http://abcnews.go.com
27. *" Tough times add to panic, anxiety disorders"*, Tulsa World Newspaper interview, D-3, April 2, 2009.
28. *"Take pains to excercise"*, Tulsa World Newspaper interview, D-3, July 18, 2009.
29. *"OSU medical students say juggling is great for the brain"*, Dr. Stevens' Med School juggling club and video interview by Rick Wells from Newson6.com, August 25, 2010 (video at: http://www.youtube.com/watch?v=BCFqa0D8BY8)
30. *"OSU Jugglers: Fox 23 Daybreak Show"*, Kristin Talent interview and juggling by Dr. Stevens, Feb. 11, 2011 (video at: http://clipsyndicate.com/video/playlist/0/2208385?wpid=9601)
31. *"Juggle Heads: Keeping both sides of brain active is key to a healthy mind"*, Tulsa World article by Kim Brown featuring interview and photos of Dr. Stevens and the Med School Chapter of the T-Town Juggling Club. Jan. 27, 2011.
32. *"Innovations Radio Show"*, interview with Dr. Stevens about his research on opioids.Oklahoma City, OK. April 6, 2011.
33. *"Letters to the Editor: Research Supported"*, The Tulsa World Newspaper, Aug. 28, 2011.
34. *"Turning to Frogs for Illegal Aid in Horse Races"*, The New York Times Newspaper – Front Page, June 20, 2012.
35. *"Secrets still shroud Clayton Lockett's execution"*, The Tulsa World Newspaper, May 11, 2014.
36. *"Questions, inconsistencies about Clayton Lockett execution remain unanswered"*, The Tulsa World, August 31, 2014.
37. *"Federal nursing home comparison website receives updates"*, The Tulsa World Newspaper, February 21, 2015.
38. *"Scientists in Tulsa conducting ground-breaking research to eliminate addiction"*, KOCO News at 6, Feb. 6, 2016.

PEER-REVIEWED PRIMARY PUBLICATIONS

1. Stevens, C.W. and Pezalla, P.D., A spinal site mediates opiate analgesia in frogs. Life Sci. 33: 2097-2013, 1983.
2. Stevens, C.W. and Pezalla, P.D., Naloxone blocks the analgesic action of levorphanol but not dextrorphan in the leopard frog. Brain Research 301: 171-174, 1984.
3. Pezalla, P.D., and Stevens, C.W., Behavioral effects of morphine, levorphanol, dextrorphan, and naloxone in *Rana pipiens*. Pharm. Biochem. Behavior 21: 213-217, 1984.
4. Yaksh, T.L., and Stevens, C.W., Simple catheter preparation permitting bolus intrathecal administration during chronic intrathecal infusion. Pharmacology, Biochemistry and Behavior, 25: 483-485, 1986.

PEER-REVIEWED PRIMARY PUBLICATIONS (CONT.)

5. Stevens, C.W. and Yaksh, T.L., Spinal action of dermorphin an extremely potent opioid peptide from frog skin, Brain Research, 385: 300-304, 1986.

6. Stevens, C.W. and Yaksh, T.L., Dynorphin A and related peptides administered intrathecally in the rat: A search for putative *kappa* opiate receptor activity. J. Pharmacol. Exp. Ther., 238: 833-838, 1986.

7. Stevens, C.W. Pezalla, P.D., and Yaksh, T.L., Spinal antinociceptive action of three representative opioids in frogs. Brain Research, 402: 201-203, 1987.

8. Stevens, C.W., Weinger, M.B. and Yaksh, T.L., Intrathecal dynorphins suppress hindlimb electromyographic activity in rats. Eur. J. Pharmacol., 138: 299-302, 1987.

9. Stevens, C.W. and Yaksh, T.L., Chronic antagonist infusion does not increase morphine antinociception in rat spinal cord. Brain Research, 425: 388-390, 1987.

10. Stevens, C.W., Monasky M.S. and Yaksh, T.L., Spinal infusion of opiate and alpha-2 agonists in rats: Tolerance and cross-tolerance studies, J. Pharmacol. Exp. Ther. 244: 63-70, 1988.

11. Schick, R.R., Stevens, C.W., Yaksh, T.L. and Go, V.L.W., Chronic intraventricular administration of CCK octapeptide suppresses feeding in rats. Brain Research, 448:294-298, 1988.

12. Stevens, C.W., and Yaksh, T.L., Potency of infused spinal antinociceptive agents is inversely related to magnitude of tolerance after continuous infusion. J. Pharmacol. Exp. Ther. 250: 1-8, 1989.

13. Sosnowski, M., Stevens, C.W., and Yaksh, T.L., Assessment of the role of A1/A2 adenosine receptors mediating the purine antinociceptive, motor, and autonomic function in rat spinal cord. J. Pharmacol. Exp. Ther. 250: 915-922, 1989.

14. Stevens, C.W., and Yaksh, T.L., Time course characteristics of tolerance development to continuously infused antinociceptive agents in rat spinal cord. J. Pharmacol. Exp. Ther. 251: 216-233, 1989.

15. Stevens, C.W., and Yaksh, T.L., Magnitude of opioid dependence after continuous intrathecal infusion of *mu* and *delta* opioids in the rat. Eur. J. Pharmacol. 166: 467-472, 1989.

16. Morón, M.A., Stevens, C.W., and Yaksh, T.L., Diltiazem enhances and flunarizine inhibits nimodipine's antiseizure effects. Eur. J. Pharmacol. 163: 299-307, 1989.

17. Stevens, C.W. and Pezalla, P.D., Endogenous opioid system down-regulation during hibernation in amphibians. Brain Research, 494: 227-231, 1989.

18. Yanez, A., Sabbe, M.B., Stevens, C.W., and Yaksh, T.L., Interaction of midazolam and morphine in the rat spinal cord. Neuropharmacology 29: 359-364, 1990.

19. Morón, M.A., Stevens, C.W., and Yaksh, T.L., The antiseizure activity of dihydropyridine calcium channel antagonists in the conscious rat. J. Pharmacol. Exp. Ther. 252: 1150-1155, 1990.

20. Monasky, M., Zinsmeister, A., Stevens, C.W., and Yaksh, T.L., The interaction of intrathecal morphine and ST-91 on antinociception in the rat. J. Pharmacol. Exp. Ther. 254: 383-392, 1990.

21. Stevens, C.W., Lacey, C.B., Miller, K.E., Elde, R.P., and Seybold, V.S., Biochemical characterization and regional quantification of *mu*, *delta*, and *kappa* opioid binding sites in rat spinal cord. Brain Research 550: 77-85, 1991.

22. Stevens, C.W., Kajander, K.C., Bennett, G.J., and Seybold, V.S., Bilateral and differential changes in spinal *mu*, *delta* and *kappa* opioid binding in rats with a painful, unilateral neuropathy. Pain 46: 315-326, 1991.

23. Stevens, C.W. and Yaksh, T.L., Studies of morphine and DADLE cross-tolerance after continuous intrathecal infusion in the rat. Anesthesiology 76: 596-603, 1992.

24. Stevens, C.W. and Kirkendall, K., Time course and magnitude of tolerance to the analgesic effects of systemic morphine in amphibians, Life Sciences 52: PL111-116, 1993.

25. Stevens, C.W., Alan J. Klopp, and J. Anthony Facello, Analgesic potency of *mu* and *kappa* opioids after systemic administration in amphibians. J. Pharmacol. Exp. Ther. 269: 1086-1093, 1994.

26. Brenner, G.M., Deason, L. L, Klopp, A.J., and Stevens, C.W, Analgesic potency of alpha-adrenergic agents after systemic administration in amphibians J. Pharmacol. Exp. Ther. 270: 540-545, 1994.

27. Stevens, C.W., Sangha S. and Ogg, B., Analgesia produced by immobilization stress and an enkephalinase-inhibitor in amphibians. Pharm. Biochem. Behav. 50: 675-680, 1995.

28. Stevens, C.W. and Seybold, V.S., Changes of opioid binding density in the rat spinal cord following unilateral dorsal rhizotomy, Brain Research 687: 53-62, 1995.

29. Willenbring, B. and Stevens, C.W., Thermal, mechanical, and chemical peripheral sensation in amphibians: opioid and adrenergic effects. Life Sciences 58: 125-133, 1996.

30. Stevens, C.W. Relative analgesic potency of *mu*, *delta*, and *kappa* opioids after spinal administration in amphibians. J. Pharmacol. Exp. Ther. 276: 440-448, 1996.

31. Stevens, C.W. and Brenner, G.M., Spinal administration of adrenergic agents produces analgesia in amphibians, Eur. J. Pharmacol., 316: 205-210, 1996.

32. Stevens, C.W., and Rothe, K.S., Supraspinal administration of opioids with selectivity for μ-, δ- and κ-opioid receptors produces analgesia in amphibians, European Journal of Pharmacology, 331: 15-21, 1997.

33. Willenbring, B. and Stevens, C.W., Spinal *mu*, *delta*, and *kappa* opioids alter chemical, mechanical and thermal sensitivities in amphibians Life Sciences 61: 2167-2176, 1997.

34. Stevens, C.W., and Newman, L.C., Spinal administration of selective opioid antagonists in amphibians: evidence for an opioid unireceptor. Life Sciences-Pharmacology Letters 64: PL125-130, 1999

App'x A Page 8

**PEER-REVIEWED PRIMARY PUBLICATIONS (CONT.)**

35. Newman, L. C., Wallace D.R. and <u>Stevens, C.W.,</u> Characterization of [$^3$H]-diprenorphine binding in *Rana pipiens*: observations of filter binding enhanced by naltrexone. J. Pharmacol. Toxicol. Meth. 41: 43-48, 1999.

36. Newman, L. C., Wallace D.R. and <u>Stevens, C.W.,</u> Selective opioid agonist and antagonists displacement of [3H]-naloxone binding in amphibian brain, European Journal of Pharmacology, 397: 255-262, 2000.

37. Newman, L. C., Wallace D.R. and <u>Stevens, C.W.,</u> Selective opioid agonist and antagonists competition for [3H]-naloxone binding in amphibian spinal cord, Brain Research, 884: 184-191, 2000.

38. <u>Stevens, C.W.,</u> MacIver, D. N., Newman, L.C., Testing and comparison of non-opioid analgesics in amphibians, Cont. Topics in Lab. Animal Sciences 40: 47-51, 2001.

39. Newman, L. C., Sands, S.S., Wallace D.R. and <u>Stevens, C.W.,</u> Characterization of selective μ, κ, and δ opioid radioligand binding in amphibian brain. Journal of Pharmacology and Experimental Therapeutics 301:364–370, 2002.

40. Mohan, S. and <u>Stevens, C.W.,</u> Systemic and spinal administration of the *mu* opioid, remifentanil, produces antinociception in amphibians, European Journal of Pharmacology, 534: 89-94, 2006.

41. <u>Stevens, C.W.,</u> Toth G., Borsodi A., Benyhe S., Xendorphin B1, a novel opioid-like peptide determined from a *Xenopus laevis* brain cDNA library, produces opioid antinociception after spinal administration in amphibians. Brain Res Bulletin., 71:628-632, 2007.

42. <u>Stevens, C.W.,</u> Brasel, C.M. and Mohan, S.K., Cloning and bioinformatics of amphibian *mu, delta, kappa,* and nociceptin opioid receptors expressed in brain tissue: evidence for opioid receptor divergence in mammals. Neuroscience Letters, 419: 189-194, 2007

43. Davis, R.L., Buck, D.J., Saffarian, N. and <u>Stevens, C.W.,</u> The opioid antagonist, β-funaltrexamine, inhibits chemokine expression in human astroglial cells. Journal of Neuroimmuunology 186: 141-149, 2007.

44. Davis, R.L., Buck, D.J., Saffarian, N., Mohan, S.K., Desilva, U., Fernando, S.C., <u>Stevens, C.W.,</u> β-funaltrexamine inhibits inducible nitric-oxide synthase expression in human astroglial cells. J. Neuroimmune Pharm. 3: 150-153, 2008.

45. Brasel, C.M., Sawyer, G.W. and <u>Stevens, C.W.,</u> A pharmacological comparison of the cloned frog and human *mu* opioid receptors reveals differences in affinity and function. Eur J Pharmacol 599:36-43, 2008.

46. <u>Stevens, C.W.,</u> Martin, K.K. and Stahlheber, B.W., Nociceptin produces antinociception after spinal administration in amphibians. Pharm Biochem Behav 91:436-440, 2009.

47. Mohan S.K., Davis R.L., Desilva U. and <u>Stevens C.W.,</u> Dual regulation of *mu* opioid receptors in SK-N-SH neuroblastoma cells by morphine and interleukin-1*beta*: Evidence for opioid-immune crosstalk. J Neuroimmunology 227:26-34, 2010.

48. <u>Stevens, C.W.,</u> Aravind S., Das S., and Davis R.L., Pharmacological characterization of LPS and opioid interactions at the toll-like receptor 4. Br J Pharmacol. 168:1421-1429, 2013.

49. Davis R.L., Das S., Buck, D.J., and <u>Stevens, C.W.,</u> β-funaltrexamine inhibits chemokine (CXCL10) expression in normal human astrocytes. Neurochem. Int. 62:478-485, 2013.

50. <u>Stevens, C.W.,</u> New pathways for an old molecule: the role of the Na$^+$-K$^+$ ATPase pump in peripheral neuropathy. J Neurol Sci. 340:3-4, 2014.

51. Davis, R.L., Das, S., Curtis, J.T., <u>Stevens, C.W.,</u> The opioid antagonist, β-funaltrexamine, inhibits NF-κB signaling and chemokine expression in human astrocytes and in mice. Eur J Pharmacol 762:193-201, 2015.

52. Vardy E, Sassano MF, Rennekamp AJ, Kroeze WK, Mosier PD, Westkaemper RB, <u>Stevens CW,</u> Katritch V, Stevens RC, Peterson RT, Roth BL. Single amino acid variation underlies species-specific sensitivity to amphibian skin-derived opioid-like peptides. Chem Biol. 22:764-75, 2015.

53. Davis RL, <u>Stevens CW,</u> Thomas Curtis J.The opioid antagonist, β-funaltrexamine, inhibits lipopolysaccharide-induced neuroinflammation and reduces sickness behavior in mice. Physiol Behav. 173:52-60, 2017.

**BOOKS, BOOK CHAPTERS, REVIEWS & CONFERENCE PROCEEDINGS**

1. Yaksh, T.L., Durant, P., Onofrio, B. and <u>Stevens, C.W.,</u> The effect of spinally administered agents on pain transmission in man and animals. In: *Spinal Opioids and the Relief of Pain,* J.M. Besson and J. Lazorthes (Eds.), INSERM 127: 317-332, 1984.

2. Yaksh, T.L., Durant, P.A.C., Gaumann, D.M., <u>Stevens, C.W.</u> and Mjanger, E., The use of receptor-selective agents as analgesics in the spinal cord: Trends and possibilities. J. Pain Sympt. Manag. 2: 129-138, 1987.

3. <u>Stevens, C.W.</u> and Yaksh, T.L., Opioid and adrenergic spinal receptor systems and pain control, In: *Problems of Drug Dependence 1987,* Harris, L.S. (Ed.), NIDA Research Monograph, 81: 343-352, 1988.

4. Yaksh, T.L, Durant, P.A.C., Monasky, M.S., <u>Stevens, C.W.</u> and Schick, R.R., Spinal pharmacology of agents which alter pain transmission and muscle tone. In: *Local-Spinal Therapy of Spasticity,* H. Müller, J. Zierski, R.D. Penn, (Eds.), Springer-Verlag, Berlin, pp. 19-36, 1988

5. Yaksh, T.L., <u>Stevens, C.W.,</u> Gaumann, D.M., and Mjanger, E., Receptors in the dorsal horn and intrathecal drug administration. In: *Neurological applications of implanted drug pumps,* Ann. NY Acad. Science 531: 90-107, 1988.

6. Yaksh, T.L. and <u>Stevens, C.W.,</u> Properties of the modulation by receptor-selective agents of spinal nociceptive processing. In: *Proceedings of the 5th World Congress of Pain,* R. Dubner, G.F. Gebhart, M.R. Bond (Eds.), Elsevier Science Publishers, Amsterdam, pp. 417-435, 1988.

7. Yaksh, T.L., Mjanger, E., and <u>Stevens, C.W.,</u> Pharmacology of the analgesic effects of opioid and non-opioid receptor selective agents in the spinal cord. J. Anest. Reanim. pp. 221-242, 1988.

8. <u>Stevens, C.W.,</u> Opioid antinociception in amphibians, Brain Research Bulletin, 21: 959-962, 1988.

**BOOKS, BOOK CHAPTERS, REVIEWS & CONFERENCE PROCEEDINGS (CONT.)**

9.  Stevens, C.W. and Yaksh, T.L., Opioid dependence after continuous intrathecal infusion of *mu* and *delta* opioids in the rat. In: *Problems of Drug Depend. '88*, Harris, L.S., (Ed.), NIDA Res. Mongr. 95:544-545, 1989.

10. Stevens, C.W., Kajander, K.C., Bennett, G.J., and Seybold, V.S., Differential regulation of opioid binding sites in an experimental model of chronic pain. In: *Proceedings of the 6th World Congress of Pain*, M.R. Bond, J.E. Charlton, C.J. Woolf (Eds.), Elsevier Science Publishers, Amsterdam, 283-289, 1991.

11. Stevens, C.W., Intraspinal opioids in frogs: a new behavioral model for the assessment of opioid action. In: *Problems of Drug Dependence 1990*, Harris, L.S., (Ed.), NIDA Research Monograph 105: 561-562, 1991.

12. Stevens, C.W., Alternatives to the use of mammals for pain research. Life Sciences 50: 901-912, 1992.

13. Adams, J.U., Izenwasser, S., Kramer, T.H., Stevens, C.W., Tiseo, P.J., and Unterwald, E.M., Tolerance and sensitization to opioids and cocaine. In: *Problems of Drug Dependence 1993*, Harris, L.S., (Ed.), NIDA Research Monograph 140: 69-73, 1994.

14. Stevens, C.W., Environmental factors influencing pain physiology in amphibians. In: *Environment and Physiology: 38th Annual Conference of the Association of Physiologists and Pharmacologists of India*, Mallick, B.N. and Singh, R. (Eds.), Narosa Publishing House, New Delhi, pps. 54-61, 1994.

15. Stevens, C.W., Perspectives on opioid tolerance from basic research: behavioral studies after spinal administration in rodents. In: *Cancer Surveys: Palliative Medicine Volume 21*, Banks, G.W. (Ed.),Cold Spring Harbour Laboratory Press, London, pps. 25-47, 1994.

16. Stevens, C.W., Relative analgesic potency of *mu* and *kappa* opioids in amphibians: a unique assay for *kappa* opioid action? In: *Problems of Drug Dependence 1994*, Harris, L.S., (Ed.), NIDA Research Monograph 152: 446, 1995.

17. Stevens, C.W., An amphibian model for pain research, *Lab Animal*: 24: 32-36, 1995.

18. Stevens, C.W., An amphibian model for the assessment of opioid analgesia: systemic and spinal studies. Proc. International Narcotics Research Conference, *Analgesia* 1: 766-769, 1995.

19. Rothe-Skinner, K.S. and Stevens, C.W., Distribution of opioid-expressing neurons in the frog: an *in situ* hybridization study. Proc. International Narcotics Research Conference, *Analgesia* 1: 683-686, 1995.

20. Stevens, C.W. and Paul, D.J. Opioid analgesia after spinal administration in amphibians: binding and behavioral studies, In: *Problems of Drug Dependence 1995*, Harris, L.S., (Ed.), NIDA Research Mon., 162: p 222, 1996.

21. Stevens, C.W. An alternative model for testing opioid analgesics and pain research using amphibians, In: van Zutphen, L.F.M., and Balls, M. (eds) *Animal Alternatives, Welfare and Ethics*, Elsevier Science Publishers, Amsterdam, pp. 247-251, 1997

22. Stevens, C.W. and Willenbring, S., Pain sensation and analgesia in amphibians and reptiles, In: *The Biology, Husbandry and Health Care of Reptiles and Amphibians Vols. I,II,III*. Ackerman, L. (Ed.), T.F.H. Publications, Neptune City, New Jersey, pp. 309-324, 1997.

23. Stevens, C.W., A whole-animal, alternative model for pain research. Animal Welfare Information Center (AWIC) Newsletter, Volume 8: 3-5, 1998.

24. Stevens, C.W., An amphibian model for investigation of opioid analgesia and pain-processing. In: Proceedings of the Mayday Conference: A Cross-Species Approach to Pain and Analgesia - 2002, Ludders J.W., et al. (Eds.). International Veterinary Information Service, Ithaca NY (www.ivis.org), 2002; P0512.1202.

25. Stevens, C.W., Opioid research in amphibians: a unique perspective on mechanisms of opioid analgesia and the evolution of opioid receptors. *Reviews in Analgesia* 7: 69-82, 2003.

26. Stevens, C.W., Opioid research in amphibians: an alternative pain model yielding insights on the evolution of opioid receptors. *Brain Res Brain Res Rev*. 46:204-15, 2004.

27. Stevens, C.W., Molecular evolution of vertebrate opioid receptor proteins: a preview. In: *Recent Developments in Pain Research, 2005*, pps. 13-29, Ed. Capasso, A., Research Signpost, Kerala, India, 2005.

28. Brenner, G.M. and Stevens, C.W., *Pharmacology*, 2/e. Pharmacology textbook for medical and health professional students, Saunders/Elsevier, Philadelphia/London, March, 2006.

29. Stevens, C.W. Opioid analgesia research in amphibians: from behavioral assay to cloning opioid receptor genes. *Proceedings of the Annual Conference of the Association of Reptilian and Amphibian Veterinarians* 13: 9-15, 2006.

30. Stevens, C.W., Non-Mammalian Models for the Study of Pain, in *Sourcebook of Models for Biomedical Research*, Ed. Conn, M, Humana Press, Towata, NJ, USA, pp. 341-352, 2008.

31. Stevens, C.W., The evolution of vertebrate opioid receptors, *Frontiers in Bioscience*, 14: 1247-1269, 2009.

32. Brenner, G.M. and Stevens, C.W., *Pharmacology*, 3/e. Pharmacology textbook for medical and health professional students, Saunders/Elsevier, Philadelphia/London, February, 2009.

33. Stevens, C.W. Alternative Models for Pain Research: A Translational, Non-Mammalian Model with an Ethical Advantage, in *Translational Neuroscience and its Advancement of Animal Research Ethics*, pp. 3-27, Eds. Warnick, J.E. and Kalueff, A.V., Nova Science Publishers, New York, NY, USA, 2010.

34. Stevens, C.W. Analgesia in Amphibians: Preclinical Studies and Clinical Applications, Veterinary Clinics of North America: Exotic Animal Practice, 14:33-44, 2011.

35. Stevens, C.W. (Editor) *Methods for the Discovery and Characterization of G Protein-Coupled Receptors*, Neuromethods vol. 60, Humana Press, Springer Science+Business Media, LLC, New York, NY, 2011.

36. Stevens, C.W., Deciphering the molecular evolution of vertebrate G protein-coupled receptors. In Stevens, C.W. (Ed.) *Methods for the Discovery and Characterization of G Protein-Coupled Receptors*, Neuromethods vol. 60, Humana Press, Springer Science+Business Media, LLC, New York, NY, 2011.

**BOOKS, BOOK CHAPTERS, REVIEWS & CONFERENCE PROCEEDINGS (CONT.)**

37. Brenner, G.M. and Stevens, C.W., *Pharmacology, 4th edition*. Pharmacology textbook for medical and health professional students, Saunders/Elsevier, Philadelphia/London, 2013.

38. Stevens, C.W. (Editor) *G Protein-Coupled Receptor Genetics: Research and Methods in the Post-Genomic Era*, Springer Science+Business Media, LLC, New York, NY, 2014.

39. Stevens, C.W., G Protein-Coupled Receptor Genetics: Research and Methods in the Post-Genomic Era. In Stevens, C.W. (Ed.) *G Protein-Coupled Receptor Genetics: Research and Methods in the Post-Genomic Era*, Springer, New York, NY, 2014.

39. Vardy, E., Roth, B.L., Stevens, C.W., The functional evolution of opioid family G protein-coupled receptors. In Stevens, C.W. (Ed.) *G Protein-Coupled Receptor Genetics: Research and Methods in the Post-Genomic Era*, Springer, New York, NY, 2014.

40. Stevens, C.W., Bioinformatics and evolution of vertebrate nociceptin and opioid receptors. In Litwack, G. (Ed.) *Vitamins and Hormones Volume 97*, Burlington: Academic Press, 2015.

41. Brenner, G.M. and Stevens, C.W., *Brenner and Stevens' Pharmacology, 5th edition*. Pharmacology textbook for medical and health professional students, Saunders/Elsevier, Philadelphia/London, 2018.

42. Stevens, C.W., The Discovery of a Spinal Portal for Pain and Analgesia. Commentary for 'Landmark Papers in Pain', Oxford University Press, 2018 (in press)

43. Stevens, C.W., The Drug Expert: A Practical Guide to the Impact of Drug Use in Legal Proceedings. Academic Press/Elsevier, Philadelphia/London, 2019 (in preparation).

**CONFERENCE ABSTRACTS**

1. Stevens, C.W. and Pezalla, P.D., Antinociceptive activity of intraspinal morphine and naloxone attenuation in *Rana pipiens*, Chicago Chapter Soc. Neuroscience, 1983.

2. Stevens, C.W. and Pezalla, P.D., Dextrorphan analgesia in *Rana pipiens*, Committee on Neuroscience, University of Illinois, 1984.

3. Pezalla, P.D., Stevens, C.W. and Dicig, M., Opioid and non-opioid pain control systems in an amphibian, Chicago Chapter Society for Neuroscience (SFN), 1984.

4. Stevens, C.W. and Yaksh, T.L., Is intrathecal dynorphin A a *kappa* ligand in rats? Society for Neuroscience (SFN) Dallas, Texas, Oct. 20-25, 1985.

5. Stevens, C.W. and Yaksh, T.L., Studies of opiate tolerance in spinal catheterized rats, Society for Neuroscience (SFN) Washington, DC, Nov. 9-14, 1986.

6. Stevens, C.W. and Yaksh, T.L., Time course of tolerance development in rat spinal cord, American Society of Pharmacology and Experimental Therapeutics (ASPET), Honolulu, HA, 1987.

7. Stevens, C.W. and Yaksh, T.L., Time course of tolerance development to antinociceptive agents in rat spinal cord, Society for Neuroscience (SFN), New Orleans, Louisiana, Nov. 16-21, 1987.

8. Morón, M.A., Yaksh, T.L., and Stevens, C.W., Further studies on the anticonvulsant activity of nimodipine. Workshop: Pre-clinical Studies with Nimodipine. Miles Pharmaceutical, 1988.

9. Morón, M.A., Yaksh, T.L., and Stevens, C.W. The anti-epileptic activity of eight dihydropyridine calcium channel antagonists: mechanism of action. American Society of Pharmacology and Experimental Therapeutics (ASPET) 1988.

10. Morón, M.A., Yaksh, T.L., and Stevens, C.W., Diltiazem enhances and flunarizine suppresses nimodipine's anti-epileptic actions: a reflection of allosteric binding interactions at the dihydropyridine binding site?, Society for Neuroscience (SFN) Toronto, Canada, Nov. 13-18, 1988.

11. Sabbe, M., Yanez-Gonzalez, A., Stevens, C.W., and Yaksh, T.L., Society for Neuroscience (SFN) Toronto, Canada, Nov. 13-18, 1988.

12. Sosnowski, M., Stevens, C.W., and Yaksh, T.L., Effects of intrathecal adenosine receptor agonists on the nociceptive, motor, and bladder function in the rat, Society for Neuroscience (SFN) Toronto, Canada, Nov. 13-18, 1988.

13. Stevens, C.W., and Yaksh, T.L., Infusion potency is inversely related to the magnitude of spinal antinociceptive tolerance, Society for Neuroscience (SFN) Toronto, Canada, Nov. 13-18, 1988.

14. Stevens, C.W., and Yaksh, T.L., Opioid dependence after continuous intrathecal infusion of *mu* and *delta* opioids in the rat. College on Problems of Drug Dependence (CPDD) 1989, Keystone, CO, USA, June 19-22, 1989.

15. Stevens, C.W., Kajander, K.C., Bennett, G.J., and Seybold, V.S., Analysis of *mu*, *delta*, and *kappa* opioid binding sites in the spinal cord of rats in a model of neuropathic pain. Society for Neuroscience (SFN) Phoenix, Arizona, Oct. 29-Nov. 3, 1989.

16. Stevens, C.W., Kajander, K.C., Bennett, G.J., and Seybold, V.S., Differential regulation of opioid binding sites in the spinal cord of rats in an experimental model of chronic pain. International Association for the Study of Pain (IASP) 1990.

17. Stevens, C.W. and Seybold, V.S., Distribution of *mu*, *delta*, and *kappa* opioid receptors in rat spinal cord after unilateral dorsal rhizotomy. Society for Neuroscience (SFN) St. Louis, Missouri, Oct. 28-Nov. 2, 1990.

18. Stevens, C.W., Spinal analgesia in frogs: studies with highly-selective opioid agents. American Society of Pharmacology and Experimental Therapeutics (ASPET), Atlanta, GA, USA, April 21-25, 1991.

19. Kirkendall, K. and Stevens, C.W., Studies of morphine tolerance in amphibians, Oklahoma Academy of Science Annual Meeting, Durant, OK, 1991.

20. Stevens, C.W., Spinal analgesia in frogs: studies with highly-selective opioid agents. Society for Neuroscience (SFN) New Orleans, Louisiana, Nov. 10-15, 1991.

21. Stevens, C.W., Relative potency of systemic opioids and morphine tolerance in an amphibian pain model. Joint meeting of International Narcotics Res. Comm. (INRC) and College on Problems of Drug Dependence (CPDD), Keystone, CO, 1992.

22. Stevens, C.W., and Klopp, A.J., Opioid analgesia after systemic administration of eight opioid agents in amphibians, Society for Neuroscience (SFN) Anaheim, California, Oct. 25-30, 1992.

App'x A Page 11

CONFERENCE ABSTRACTS (CONT.)

23. Mitchell, M.A., Stevens, C.W., and Klopp, A.J., Sedative-induced analgesia in a non-mammalian vertebrate pain model, American Osteopathic Association Meeting, San Diego, CA, 1992.

24. Stevens, C.W., Brenner, G.M., Deason, L.L., and Klopp, A.J., Studies of opioid and alpha-2 analgesia and morphine tolerance in amphibians. Inaugural Symposium of the Oklahoma Center for Neuroscience, Oklahoma City, OK, 1992.

25. Stevens, C.W., Studies of morphine tolerance in an amphibian pain model. College on Problems of Drug Dependence (CPDD), Toronto, Canada, 1993.

26. Stevens, C.W., Opioid analgesia after systemic administration of eight opioid agents in amphibians, 7th World Congress, International Association for the Study of Pain (IASP), Paris, France, 1993.

27. Deason, L.L., Brenner, G.M., and Stevens, C.W., Alpha$_2$-analgesia after systemic administration of adrenergic agents in amphibians, Society for Neuroscience (SFN) Washington, DC, Nov. 7-12, 1993.

28. Stevens, C.W., Deason, L.L., and Brenner, G.M., Analgesic action of intraspinal adrenergic agents in amphibians, Society for Neuroscience (SFN) Washington, DC, Nov. 7-12, 1993.

29. Stevens, C.W., Brenner, G.M., Analgesic action of opioid and adrenergic agents in amphibians. American Society of Pharmacology and Experimental Therapeutics (ASPET), 1994.

30. Stevens, C.W., Relative analgesic potency of *mu* and *kappa* opioids in amphibians: a unique assay for *kappa* opioid action?, College on Problems of Drug Dependence (CPDD), Palm Beach, FL, 1994.

31. Stevens, C.W., Studies of dynorphin and *kappa* opioid agents after spinal administration in amphibians, Society for Neuroscience (SFN) Miami Beach, Florida, Nov. 13-18, 1994.

32. Rothe-Skinner, K. S. and Stevens, C.W., Dynorphin expression in amphibian brain and spinal cord: *in situ* hybridization studies, Society for Neuroscience (SFN) Miami Beach, Florida, Nov. 13-18, 1994.

33. Stevens, C.W., Analgesic action of spinal *mu*, *delta*, and *kappa* opioids in amphibians. American Society of Pharmacology and Experimental Therapeutics (ASPET), Atlanta, GA, USA, 1995

34. Stevens, C.W. and Paul, D.J. Opioid analgesia after spinal administration in amphibians: binding and behavioral studies, College on Problems of Drug Dependence (CPDD), Scottsdale, AZ, 1995.

35. Stevens, C.W. An amphibian model for the assessment of opioid analgesia: systemic and spinal studies. International Narcotics Research Committee (INRC) St. Andrews, Scotland, UK, July 8-13, 1995.

36. Rothe-Skinner, K.S. and Stevens, C.W., Distribution of opioid-expressing neurons in the frog: an *in situ* hybridization study International Narcotics Research Committee (INRC) St. Andrews, Scotland, UK, July 8-13, 1995.

37. Willenbring, B.S. and Stevens, C.W., Somatic hypersensitivity following peripheral nerve injury in frogs: a novel model for studying neuropathic pain, American Pain Society (APS) San Diego, California, Nov. 8-11, 1995.

38. Willenbring, B.S. and Stevens, C.W. Effects of morphine or nerve injury on mechanical and chemical response thresholds in frogs, Society for Neuroscience (SFN) San Diego, California, Nov. 11-16, 1995.

39. Stevens, C.W. and Brenner, G.M. Studies of opioid and alpha$_2$ analgesia after spinal administration in amphibians, Society for Neuroscience (SFN) San Diego, California, Nov. 11-16, 1995.

40. Rothe-Skinner, K.S. and Stevens, C.W., Analgesia produced by intracerebroventricular injection of morphine in amphibians, College on Problems of Drug Dependence (CPDD), San Juan, Puerto Rico, 1996.

41. Stevens, C.W., Deason, L., and Rothe-Skinner, K.S., Analgesia after icv injection of *mu*, *delta*, and *kappa* opioids in amphibians. International Narcotics Research Conference (INRC), Long Beach, CA, July, 1996.

42. Stevens, C.W., An alternative model for the testing of opioids and pain research using amphibians. 2nd World Congress on Animal Alternatives and Use in the Life Sciences, Utrecht, Netherlands, October, 1996.

43. Stevens, C.W., and Deason, L.L., Seasonal variation in analgesic thresholds to morphine and melatonin analgesia in amphibians, Society for Neuroscience (SFN) Washington, DC, Nov. 16-21, 1996.

44. Willenbring, S. and Stevens, C.W., Spinal opioid pharmacology in the frog: chemical, thermal and mechanical sensitivities, Society for Neuroscience (SFN) Washington, DC, Nov. 16-21, 1996.

45. Stevens, C.W. and Newman, L.C., Studies of selective *mu* opioid antagonism after spinal administration of β-FNA in amphibians, College on Problems of Drug Dependence (CPDD) Nashville, TN, June, 12-18, 1997.

46. Hamamoto, D.T., Willenbring, S., Stevens, C.W., and Kajander, K.C., Changes in tissue pH and responses of cutaneous receptors to acetic acid application in the frog. Society for Neuroscience (SFN) New Orleans, Louisiana, Oct. 25-30, 1997.

47. Willenbring, S. and Stevens, C.W., Glycinergic mechanisms in amphibian peripheral sensitivity. Society for Neuroscience (SFN) New Orleans, Louisiana, Oct. 25-30, 1997.

48. Stevens, C.W. and Newman, L.C., Selective opioid antagonists and spinal opioid analgesia in amphibians. Society for Neuroscience (SFN) New Orleans, LA, October 27-Nov. 1, 1997.

49. Stevens, C.W. and Newman, L.C., The unireceptor hypothesis of opioid antinociception in amphibians. American Society of Pharmacology and Experimental Therapeutics (ASPET), San Francisco, April, 1998.

50. Stevens, C.W. Newman, L.C., and D.R Wallace, The unireceptor hypothesis of opioid antinociception in amphibians: Implications for the functional evolution of opioid receptors. International Narcotics Research Conference (INRC) Garmisch-Partenkirchen, Germany, July 1998.

51. Stevens, C.W. and Newman, L.C., Evolution of opioid receptors: the unireceptor hypothesis of opioid antinociception in amphibians, International Union of Pharmacology (IUPHAR) Munich, Germany, July, 1998.

52. Stevens, C.W. and Newman, L.C., The unireceptor hypothesis of opioid antinociception in amphibians, Society for Neuroscience (SFN) Los Angeles, CA, November 7-12, 1998.

53. Stevens, C.W., Newman, L.C., and Wallace D.R., Binding and behavioral studies of the opioid unireceptor in amphibians, International Narcotics Research Conference (INRC) Saratoga Springs, NY, July 10-15, 1999.

App'x A Page 12

CONFERENCE ABSTRACTS (CONT.)

54. Stevens, C.W. and Newman, L.C., The unireceptor hypothesis of opioid antinociception in amphibians: behavioral studies, Society for Neuroscience (SFN) Miami Beach, FL, October 23-28, 1999.

55  Newman, L.C., Wallace, D.R., and Stevens, C.W., The unireceptor hypothesis of opioid antinociception in amphibians: binding studies, Society for Neuroscience (SFN) Miami Beach, FL, October 23-28, 1999.

56. Stevens, C.W., Maciver D., and Newman, L.C., Testing and comparison of non-opioid analgesics in amphibians, American College of Laboratory Animal Medicine (ACLAM) Fort Myers, FL, May 21-24, 2000.

57. Stevens, C.W., Newman, L.C., Wallace, D.R., From pond to pain: From pond to pain: Amphibian opioid unireceptors and speculations on the divergence of mammalian mu, kappa, and delta opioid receptor types, Committee on Problems of Drug Dependence (CPDD) San Juan, Puerto Rico, June 17-22, 2000.

58. Stevens, C.W., Newman, L.C., and Wallace, D.R., Mu, kappa, and delta opioid radioligand binding in amphibian brain, International Narcotics Research Conference (INRC) Seattle, WA, July 15-20, 2000.

59. Stevens, C.W., Newman, L.C., and Wallace, D.R., Amphibian opioid receptors: characterization of mu, kappa, and delta opioid ligand binding, Society for Neuroscience (SFN) New Orleans, LA, November 4-9, 2000.

60. Stevens, C.W., Newman, L.C., and Wallace, D.R., Opioid receptors in amphibian brain: radioligand binding studies, American Society of Pharmacology and Experimental Therapeutics (ASPET) Orlando, FL, March 30-April 4, 2001.

61. Sands, S.S., Wallace, D.R., and Stevens, C.W., Chronic opioid agonist regulation of a novel opioid receptor in amphibians, International Narcotics Research Conference (INRC) Helsinki, Finland, July 14-20, 2001.

62. Sands, S.S., Wallace, D.R., and Stevens, C.W., Chronic morphine regulation of opioid receptors in amphibian brain, Society for Neuroscience (SFN) San Diego, CA, November 10-15, 2001

63. Stevens, C.W. and C.M. Brasel, Cloning of an *mu* opioid-like receptor in an amphibian, *Rana pipiens*, Committee on Problems of Drug Dependence (CPDD) Quebec City, Canada, June 8-13, 2002.

64. Sands, S.S. and Stevens, C.W., Characterization of opioid receptor types in amphibian spinal cord, International Narcotics Research Conference (INRC) Pacific Grove, CA, July 9-14, 2002.

65. Stevens, C.W. and C.M. Brasel, Sequence and homology of a *mu* opioid-like receptor in an amphibian, International Narcotics Research Conference (INRC) Pacific Grove, CA, July 9-14, 2002.

66. Martin, K.K. and Stevens, C.W., Nociceptin analgesia after spinal administration in amphibians, Society for Neuroscience (SFN) Orlando, FL, November 2-7, 2002.

67. Stevens, C.W. and C.M. Brasel, Cloning and homology of a *mu* opioid-like receptor from amphibian brain tissue, Society for Neuroscience (SFN) Orlando, FL, November 2-7, 2002.

68. Stevens, C.W. and C.M. Brasel, Evolution of opioid receptors: insights from the cloning of opioid-like receptors in amphibians, American Society of Pharmacology and Experimental Therapeutics (ASPET), San Diego, CA, April 11-15, 2003.

69. C.M. Brasel and Stevens, C.W., Cloning and homology of an ORL1/nociceptin-like receptor from amphibian brain and spinal cord, International Narcotics Research Conference (INRC) Perpignan, France, July 6-11, 2003.

70. Stevens, C.W. and C.M. Brasel, Cloning of opioid-like receptors in amphibians: insights on the evolution of opioid receptors, International Narcotics Research Conference (INRC) Perpignan, France, July 6-11, 2003.

71. Martin, K.K. and Stevens, C.W., Nociceptin analgesia after spinal administration in amphibians, Society for Neuroscience (SFN) New Orleans, LA, November 8-12, 2003.

72. C.M. Brasel and Stevens, C.W., Cloning and homology of an ORL1/nociceptin-like receptor from amphibian brain and spinal cord, Society for Neuroscience (SFN) New Orleans, LA, November 8-12, 2003.

73. Stevens, C.W. and C.M. Brasel, Cloning of opioid-like receptors in amphibians: insights on the evolution of opioid receptors, Society for Neuroscience (SFN) New Orleans, LA, November 8-12, 2003.

74. Stevens, C.W., Opioid research in amphibians: an alternative pain model yielding insights on the evolution of opioid receptors, British Society for Experimental Biology (SEB) Edinburgh, Scotland, April 2-5, 2004.

75. Stevens, C.W., Opioid research in amphibians: behavioral and molecular studies on the evolution of opioid receptors, European Opioid Conference (EOC) Visegrad, Hungary, April 6-9, 2004.

76. C.M. Brasel, K.K. Martin, and Stevens, C.W., An amphibian *ORL1* receptor suggests pattern of vertebrate opioid receptor evolution, International Narcotics Research Conference (INRC), Kyoto, Japan, July 18-23, 2004.

77. Stevens, C.W. and C.M. Brasel, Molecular evolution of vertebrate opioid receptors: the amphibian contribution, International Narcotics Research Conference (INRC), Kyoto, Japan, July 18-23, 2004.

78. C.M. Brasel and Stevens, C.W., Phylogenetic analysis vertebrate opioid receptors, Society for Neuroscience (SFN) San Diego, CA, Oct. 23-27, 2004.

79. Stevens, C.W., Opioid receptors in vertebrates: evolution of ligand type-selectivity, American Society of Pharmacology and Experimental Therapeutics (ASPET) San Diego, CA, April 1-6, 2005.

80. Stevens, C.W. and T. B. Summers, From one to four: gene duplications and the evolution of *mu, delta,* and *kappa* type-selectivity of vertebrate opioid receptors, International Narcotics Research Conference (INRC) Annapolis, MD, July 10-15, 2005.

81. Mohan, S.K. and Stevens, C.W., Studies of remifentanil in amphibians. Society for Neuroscience (SFN) Washington DC, November 12–16, 2005.

82. Brasel, C.M. and Stevens, C.W., Opioid receptors in vertebrates: evolution of ligand type-selectivity. Society for Neuroscience (SFN) Washington DC, November 12–16, 2005.

83. Davis, R.L., Buck, D.J., Saffarian, N., and Stevens, C.W., The opioid antagonist, β-funaltrexamine, inhibits chemokine expression in human astroglial cells. International Narcotics Research Conference (INRC) St. Paul, MN, July 9-14, 2006.

84. Brasel, C.M. and Stevens, C.W., Comparison of MOR opioid receptors from amphibians and humans, Society for Neuroscience (SFN) Atlanta, GA, November 12–16, 2006.

85. Davis, R.L., Buck, D.J., Saffarian, N., and Stevens, C.W., Inhibition of chemokine expression in human astroglial cells by the opioid receptor antagonist β-FNA, Society for Neuroscience (SFN) Atlanta, GA, November 12–16, 2006.

86. Mohan, S.K., Davis, R.L. and Stevens, C.W., Human *mu* opioid receptor-1 expression in SK-N-SH cells after IL-1beta treatment, Society for Neuroimmune Pharmacology (SNIP), Salt Lake City, UT, April 11-14, 2007.

87. Sawyer, G.W., Stevens, C.W., and Brasel, C.M, Pharmacological comparison of human and frog *mu* opioid receptors. Committee on Problems of Drug Dependence (CPDD) Quebec City, Canada, June 16-21, 2007.

CONFERENCE ABSTRACTS (CONT.)

88. Sawyer, G.W., Stevens, C.W., and Brasel, C.M, Pharmacological comparison of human and frog MOR. International Narcotics Research Conference (INRC) Berlin, Germany, July 8-13, 2007.

89. Mohan, S.K. and Stevens, C.W., Opioid receptors in the chick, *Gallus gallus*. Society for Neuroscience (SFN) San Diego, CA, November 3-7, 2007.

90. Brasel, C.M., Sawyer, G.W., and Stevens, C.W., Pharmacological comparison of human and frog *mu* opioid receptors: differences in receptor internalization. Society for Neuroscience (SFN) San Diego, CA, November 3-7, 2007.

91. Stevens, C.W., Brasel, C.M., and G.W. Sawyer, Characterization of receptor internalization and inhibition of cAMP in cell lines expressing amphibian or human *mu* opioid receptors. American Society of Pharmacology and Experimental Therapeutics (ASPET) San Diego, CA, U.S.A., April 5-9, 2008.

92. Mohan, S.K., Fernando, S.C., DeSilva, U., Davis, R.L. and Stevens, C.W., Signaling pathways involved in IL-1β-induced regulation of hMOR expression in neurons, International Congress of Neuroimmunology, 2008

93. Stevens, C.W., C. M. Brasel, and G.W. Sawyer, Comparison of amphibian and human *mu* opioid receptors: differences in receptor internalization and inhibition of cAMP in stable cell lines. Committee on Problems of Drug Dependence (CPDD) San Juan, Puerto Rico June 14-19, 2008.

94. Stevens, C.W., Evolution of opioid receptors: why the *mu* opioid receptor would make Darwin proud. International Narcotics Research Conference (INRC) Charleston, SC, USA, July 13-18, 2008.

95. Mohan, S.K., Fernando, S.C., DeSilva, U., Davis, R.L. and Stevens, C.W., Molecular signals responsible for IL-1beta effects on hMOR expression in SK-N-SH cells: potential targets for opioid tolerance treatment? Society for Neuroscience (SFN) Washington DC, USA, November 15-19, 2008.

96. Stevens, C.W., Evolution of opioid receptors: why the *mu* opioid receptor would make Darwin proud. Society for Neuroscience (SFN) Washington DC, USA, November 15-19, 2008.

97. Davis, R.L., Buck, D.J., Armstrong, D.R., Saffarian, N., Mohan, S.K., Fernando, S.C., DeSilva, U. and CW. Stevens, β-Funaltrexamine inhibits inflammatory signaling in human astroglial cells. Society for Neuroscience, (SFN) Washington DC, USA, November 15-19, 2008.

98. Davis, R.L., Buck, D.J., Armstrong, D.R., Saffarian, N., Mohan, S.K., Fernando, S.C., DeSilva, U. and CW. Stevens, β-Funaltrexamine inhibits inflammatory signaling in human astroglial cells. Glial Biology in Medicine, 2008

99. Stevens, C.W., Evolution of opioid receptors. American Association for the Advancement of Science-Sothwestern AAAS Regional Meeting (AAAS-SWARM), Tulsa, OK, March 28-31, 2009.

100. Davis, R.L., Buck, D.J., Armstrong, D.R., Saffarian, N., and Stevens, C.W., Novel anti-inflammatory actions of the opioid receptor antagonist, beta-funaltrexamine. International Society for NeuroVirology, 2009.

101. Stevens, C.W., Evolution of vertebrate opioid receptors: evidence from cloning and bioinformatics. Experimental Biology-American Society for Pharmacology and Experimental Therapeutics (ASPET), New Orleans, LA, USA, April 18-22, 2009.

102. Stevens, C.W., The special case of the *mu* opioid receptor and the evolution of the opioid receptor family. Committee on Problems of Drug Dependence (CPDD), Reno, NV, USA. June 20-25, 2009.

103. Brasel, C.M., Sawyer, G.W., and Stevens, C.W., Pharmacological comparison of the cloned frog and human *mu* opioid receptors reveals differences in opioid affinity and function, International Narcotics Research Conference (INRC) Portland, OR, USA, July 12-17, 2009.

104. Davis, R.L., Buck, D.J., Armstrong, D.J., Saffarian, N., and Stevens, C.W., β-Funaltrexamine, an opioid receptor antagonist, inhibits CCL2 and CXCLIO expression in astroglial, Society for Neuroscience (SFN), Chicago, IL, October 16-21, 2009.

105. Davis, R.L., Buck, D.J., Aravind S., Saffarian N., and Stevens, C.W., Anti-inflammatory actions of the opioid receptor antagonist, β-funaltrexamine: implications in neuroinflammation. Society on Neuroimmune Pharmacology (SNIP), Manhattan Beach, CA, April 13-17, 2010.

106. Stevens, C.W., Aravind, S., and R.L. Davis, The selective *mu* opioid antagonist β-funaltrexamine (β-FNA) reduces toll-like receptor-4 signaling. Experimental Biology-American Society for Pharmacology and Experimental Therapeutics (ASPET) Anaheim, CA, USA, April 23-28, 2010.

107. Grewe, E., Buck, D.J., Aravind, S., Stevens, C.W. and R.L. Davis, Anti-inflammatory actions of the opioid receptor antagonist, β-funaltrexamine: role of TLR-4 and NF-κB?, International Symposium on NeuroVirology, Milan, Italy, October 10, 2010.

108. Davis, R.L., Buck, D.J., Aravind, S., and Stevens, C.W.The opioid receptor antagonist, β-funaltrexamine, inhibits inflammatory signaling. Society for Neuroscience (SFN), San Diego, CA, November 12-17, 2010.

109. Stevens, C.W., Aravind, S., and R.L. Davis, Opioid agonists and antagonists alter toll-like receptor-4 (TLR4) signaling. Society for Neuroscience (SFN), San Diego, CA, November 12-17, 2010.

110. Stevens, C.W., Novel opioid effects on toll-like receptors, Annual OCAST Health Research Conference, Oklahoma City, OK, April 6, 2011.

111. Stevens, C.W., Novel opioid effects on toll-like receptors, Annual OCAST Health Research Conference, Oklahoma City, OK, April 4, 2012.

112. Dodson, S., Castoro, R., Das, S., Davis, R.L., and Stevens, C.W., Characterization of non-classical opioid activity at toll-like Receptor 4, International Narcotics Research Conference (INRC), July 15-20, 2012, Kansas City, MO, USA.

113. Vardy, E., Stevens, C.W., and Roth, B.L., Evolutionary differences of opioid receptors are reflected in their pharmacological profiles, International Narcotics Research Conference (INRC), July 15-20, 2012, Kansas City, MO, USA.

114. Figueroa-Hall, L.K., Das, S., Buck, D.J., Stevens, C.W., Davis, R.L., β-Funaltrexamine inhibits IL-1R- and TLR4-signaling pathways in human glial cells. Society for Neuroscience, New Orleans, LA, USA, Oct 13-17, 2012.

115. Stevens, C.W., Novel opioid effects on toll-like receptors, Annual OCAST Health Research Conference, Oklahoma City, OK, March 13, 2013.

116. Dodson, S., Das S., Davis, R.L., and Stevens, C.W., The influence of methadone on toll-like receptor 4 and human *mu* opioid receptor expression. Experimental Biology-American Society for Pharmacology and Experimental Therapeutics (ASPET) Boston MA, USA, April 20-24, 2013.

117. Stevens, C.W., Castoro, R.J., and Davis, R.L., Opioid-immune crosstalk: role of microRNA regulation following opioid and cytokine treatment in normal human astrocytes. Experimental Biology-American Society for Pharmacology and Experimental Therapeutics (ASPET) Boston MA, USA, April 20-24, 2013.

118. Figueroa-Hall, L.K., Das, S., Buck, D.J., Stevens, C.W., Davis, R.L., Investigating TLR4-signaling mechanisms in CHME-5 human microglial cells and the effects of β-funaltrexamine treatment. American Association of Immunologists, Honolulu, HI, USA, May 3-7, 2013.

**Testimonial Cases – Last 4 years**                                    *Prepared on: July 26, 2018*
Craig W. Stevens, Ph.D., Professor of Pharmacology
OSU-Center for Health Sciences, Tulsa, Oklahoma          ***(listed in reverse chronological order)***

1.  Trial testimony on **7/09/2018** in *Abu-Ali-Abdur'Rahman v Tony Parker et al.,* The Chancery Court for the Tennessee, Davidson County, Pt. III, case no. 18-183-II(III) for the Plaintiffs and FPD office, Nashville, TN. *Issue: Use of midazolam in lethal injection protocol.*

2.  Deposition given on **6/11/2018** in *Abu-Ali-Abdur'Rahman v Tony Parker et al.,* The Chancery Court for the Tennessee, Davidson County, Pt. III, case no. 18-183-II(III) taken by the Asst. District Attorney, Attorney General's Office, Nashville, TN. *Issue: Use of midazolam in lethal injection protocol.*

3.  Trial testimony on **12/12/2017** in *State v Bridges,* Tulsa County Case No. CF-2017-1161, for the defendant and Allen Smallwood Law Firm, Tulsa, OK. *Issue: Impulsive behavior, aggression, violence, and psychosis caused by methamphetamine abuse.*

4.  Trial testimony on **10/24/2017** in *In Re: Ohio Execution Protocol Litigation,* The United States District Court for the Southern District of Ohio, Eastern Division, case No. 2:11-CV-1016, Dayton, OH for the Plaintiffs and FPD office. *Issue: Use of midazolam in lethal injection protocol.*

5.  Trial testimony on **9/20/2017** in *Sanders v. Merciez: Okmulgee County CJ 2015-185,* Okmulgee, Oklahoma, for the Defendants and Andrea Medley, Middleton & Associates, Tulsa, OK. *Issue: Use of alcohol by pedestrians in a fatal motor vehicle accident.*

6.  Deposition given on **6/28/2017** in *Ruth v Reagan/K & W Contractors,* Tulsa County, Case No. CJ-2016-1146 in the offices of Gene Robinson Law firm Tulsa, OK, on behalf of the defendants**.** *Issue: Interpretation of confirmed and detected-only drugs in a driver's blood sample after a fatal motor vehicle accident.*

7.  Deposition given on **4/07/2017** in *Lewis v CTCA,* Tulsa County, Case No. CJ-2014-02748 in the offices of the Rode Law Firm in Tulsa, OK, for the plaintiff. *Issue: Fatal respiratory depression caused by improper administration of fentanyl.*

8.  Trial testimony on **4/11/2017** in *Jason Mcghee, et al. v. Asa Hutchinson and Wendy Kelley,* case Number: 4:17-CV-00179-KGB, United States District Court for the Eastern District of Arkansas, Little Rock, AR for the Plaintiffs and FPD office. *Issue: Use of midazolam in lethal injection protocol.*

9.  Trial testimony on **3/16/2017** in *Reed and Armstrong v Vegas Corporation,* Tulsa County, Case No. CJ-2011-6116 for plaintiff and Richard Shallcross Law Firm, Tulsa, OK. *Issue: Interpretation of ethanol and THC levels in blood samples obtained from the driver after a motor vehicle accident.*

10. Deposition given on **1/26/2017** in *Joki v Causey,* Tulsa County, case No. CJ-2014-03898, in the offices of the Rode Law Firm in Tulsa, OK, for the plaintiff. *Issue: Effects of low-dose ethanol and interaction of alcohol and the prescription medications Lipitor®, Lexapro® and Depakote® obtained from driver after a motor vehicle accident.*

11. Trial testimony on **1/4/2017** in *In Re: Ohio Execution Protocol Litigation,* The United States District Court for the Southern District of Ohio, Eastern Division, case No. 2:11-CV-1016, Dayton, OH for the Plaintiffs and FPD office. *Issue: Use of midazolam in lethal injection protocol.*

12. Pre-trial testimony on **6/1/2016** in *Sanders v Richardson Homes* CJ-2012-130, McClain County, Purcell, OK, for the defendant and Derrick Teague at James Jennings at Jennings & Teague PC, Oklahoma City, OK. *Issue: Impact of the prescription drugs, alprazolam (Xanax®), ropinirole (Requip®), sertraline (Zoloft®), and levocetirizine (Xyzal®), on a homeowner accident.*

**Dr. Craig W. Stevens - Testimonial Cases – Last 4 years (cont.)**

13. Trial testimony on **3/23/2016** in *Haulcomb v. Earl-Le Dozer Service*, 2014-10950-H, in the Workers' Compensation Court of Existing Claims, State of Oklahoma, Tulsa, OK for claimant and Mike Jones Law Firm, Bristow, OK. *Issue: Interpretation of an initial hospital urine drug screen in an employment accident.*

14. Deposition given on **02/04/2016** in *Lasek v Keith Co.*, 14-CV-0687-CVE-PJC, in the offices of Norman & Edem, PLLC, Oklahoma City, OK for the plaintiff and Mark Bonner. *Issue: Impact of the use of the prescription drugs, paroxetine (Paxil®) and zolpidem (Ambien®), on the operation of a tractor-trailer motor vehicle.*

15. Trial testimony on **12/08/2015** in *State v Ashton*, Tulsa County, Tulsa, OK, Case No. CF-2014-4108, for the defendant and Stan Monroe at Stan Monroe & Associates, Tulsa, OK. *Issue: Interpretation of methamphetamine blood levels in the decedent.*

16. Trial testimony in *Figg v Toyota*, Oklahoma County, Case No. CJ-2009-890 for the defendant and James Jennings at Jennings & Teague PC, Oklahoma City, OK on **11/13/2015**. *Issue: Impact of the prescription medications, diazepam (Valium®) and hydromorphone (Dilaudid®), on the operation of a motor vehicle.*

17. Pre-trial testimony in *Figg v Toyota*, CJ-2009-890, Oklahoma County, Oklahoma City, OK, for the defendant and James Jennings at Jennings & Teague PC, Oklahoma City, OK on **10/13/2015**. *Issue: Impact of the prescription medications, diazepam (Valium®) and hydromorphone (Dilaudid®), on the operation of a motor vehicle.*

18. Trial testimony in *State v Lawler*, CF 2010-085, Hughes County, Holdenville, OK, for the defendant and Dustin Phillips at Phillips, Coventon, Quillian & Banner PLLC, Oklahoma City, OK, on **05/05/2015**. *Issue: Abnormal behavior induced by the sleep medication zolpidem (Ambien®)*

19. Deposition given in *Figg v Toyota*, CJ-2009-890, in the offices of James Jennings at Jennings & Teague PC, Oklahoma City, OK for the defendant and James Jennings on **02/03/2015**. *Issue: Impact of the prescription medications, diazepam (Valium®) and hydromorphone (Dilaudid®), on the operation of a motor vehicle.*

20. Deposition given in *Parker v Duit*, WCC 2010-3123A, Workers Compensation Court, OK, for the injured party and Roy S. Dickinson, P.C. of Norman, OK, on **12/04/2014**. *Issue: Interpretation of low levels of cocaine and cocaine metabolite in post-mortem blood samples.*

21. Trial testimony in *USA v Dishmon*, 14-CR-58-JED, US District Court, Tulsa, OK, for the defendant and Randy Lynn, Public Defenders Office, Tulsa, OK, on **11/05/2014**. *Issue: Impact of multiple prescription drugs on the reliability of a fact witness.*

22. Trial testimony in *USA v Sehgal*, 13-CR-205-CVE-001, US District Court, Tulsa, OK, for the defendant and Stan Monroe at Stan Monroe & Associates, Tulsa, OK, on **10/15/2014**. *Issue: Classification and clarification of XLR-11 under federal sentencing guidelines.*

23. Trial testimony *in the Matter of the Estate of Fred Franklin James, Sr*, PB-2011-02, Latimer County, Poteau, OK in the offices of Sanders & Sanders & Sullivan, PC, Poteau, OK for the plaintiff and James Milton, Hall-Estill Law Firm, Tulsa, OK on **09/09/2014**. *Issue: Neurotoxic and cognitive effects of cancer and pain medications.*

24. Deposition given in *Mays v Fabri et al.*, CJ-11-1640, Cleveland County, OK, in the offices of Johnson & Jones, Tulsa, OK for the plaintiff and Jay Self, Self & Associates Law Firm, Oklahoma City, OK on **08/28/2014**. *Issue: Multiple prescription drugs leading to a fatal overdose.*