# United Forensic Services, P.C.

## Professional Forensic Autopsy & Consultation

Joseph I. Cohen, M.D., Forensic Pathologist  |  drcohen@forensiconline.com  |  www.forensiconline.com

448 Ignacio Blvd., Suite 325, Novato, California 94949  |  877.372.6436 Toll Free  |  951.346.3245 Fax

### Expert Report of Joseph I. Cohen, M.D.

July 27, 2018

Prepared for:
Scott Braden
Assistant Federal Defender
Office of Federal Public Defender
Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, Arkansas 72201

> **RE:  Death Investigation of Kenneth D. Williams**
> Date of death:  04-27-17
> Date of Arkansas medical examiner autopsy:  04-28-17
> Date of private autopsy by undersigned:  04-30-17

I was asked to conduct a private autopsy on Kenneth Williams and to provide any opinion of whether Mr. Williams experienced suffering during his execution.  To date, I have reviewed the following documents:

Autopsy photographs, Arkansas State Crime Laboratory Medical Examiner Division
        *(Kenneth Williams, Case No. 2017-010742/ME-0455-17, 04-28-17)*
Private autopsy photographs (152), obtained by undersigned
        *(Kenneth Williams, Case No. P17-0430, 04-30-17)*
Arkansas State Crime Laboratory (policy/procedure and Kenneth Williams execution)
        Postmortem Examinations – General
        Postmortem Examinations – External Examination
        Postmortem Examinations – Internal Examinations
        Postmortem Examinations – Follow Up Procedures and Studies
        Medical Examiner Investigator's Report (Kenneth Williams)
        Medical Examiner Division – Autopsy Report (Kenneth Williams, 04-28-17)
        Body diagram (Kenneth Williams)
        Medical Examiner – Forensic Toxicology Evidence Submission Form
        Laboratory and forensic toxicology reports (Kenneth Williams)
        Forensic Toxicology Section Analytical Results Worksheet(s)
        Forensic Toxicology Section Accession Worksheet
        Body Submission Form(s)
        Inmate Synopsis
        Death of Inmate (form)

Evidence Receipt Form
Miscellaneous legal documents and correspondence
Office of the Medical Examiner – Body Release Authorization
Autopsy Tech Worksheet
Cause of Death (form)
Arkansas Department of Health – Certificate of Death (Kenneth Williams)
Arkansas Department of Health – Supplemental Report of Cause of Death
Morgue Autopsy Checklist
State Crime Laboratory – Medical Examiner Division (autopsy reports)
Ledell Lee (date of death, 04-20-17)
Jack Jones (date of death, 04-24-17)
Marcel Williams (date of death, 04-24-17)
Kenneth Williams (date of death, 04-27-17)
Internal Affairs Log of Timed Activities (Jack Jones execution, 04-24-17)
Witness List for the Execution of Jack Jones (SK #940, 04-24-17)
Internal Affairs Log of Timed Activities (Kenneth Williams execution, 04-27-17)
Internal Affairs Log of Timed Activities (Ledell Lee execution, 04-20-17)
Witness List for Ledell Lee (SK #936, 04-20-17)
Internal Affairs Log of Timed Activities (Marcel Williams execution, 04-24-17)
Witness List for the Execution of Marcel Williams (SK #943, 04-24-17)
Orders of Discharge(s) (Marcel Williams, Jack Jones)
Declaration of Eric Motylinski (05-01-17)
Declaration of Cassandra Belter (04-28-17)
Declaration of Jamie Giani (04-25-17)

**EXPERT CREDENTIALS**

I have over two decades of experience as a forensic pathologist.  My CV and a list of all cases in which I've testified as an expert at trial or by deposition in the previous 4 years is attached.  I do not have any publications over the past 10 years.

I am being compensated at a rate of 600.00 per hour for consultation, report preparation and testimony in this case.

**CASE SUMMARY:**

Kenneth Williams, a 38-year-old inmate, was executed by lethal injection on 04-27-17 at the Cummins Unit, Arkansas Department of Correction, in Lincoln County, Arkansas.

The Arkansas State Crime Laboratory's Body Submission Form contains an itemization of the various substances reportedly administered to Mr. Williams, including the order, volumes and concentrations of substances in accordance with the following schedule:

Midazolam 250 mg x 2 doses
Normal saline 60 ml x 1
Vecuronium bromide 50 mg x 2 doses
Normal saline 60 ml x 1

Potassium chloride 120 mEq x 2 doses
Normal saline 60 ml x 1

The witnessed execution commenced at 10:52 PM by intravascular administration of two 250 mg doses of midazolam, followed sequentially by one 60 ml dose of normal saline, two 50 mg doses of vecuronium bromide, one 60 ml dose of normal saline, two 120 mEq doses of potassium chloride, and one 60 ml dose of normal saline.  Death was pronounced at 11:05 PM by the Lincoln County Coroner.

Following the execution, the body was transported to Christian Way Funeral Home in Pine Bluff, Arkansas.

**ARKANSAS STATE CRIME LABORATORY – MEDICAL EXAMINER DIVISION AUTOPSY EXAMINATION:**

An autopsy examination was performed on the body of Kenneth Williams at the Arkansas State Crime Laboratory – Medical Examiner Division on 04-28-17.

**The medical examiner's external examination of Mr. Williams includes the following documentation:**

He was a well-developed, well-nourished black male clad in white prison attire.  He measured 72 inches in length and weighed 216 pounds.  The body was warm upon receipt at the medical examiner's office.  Rigor mortis was present.  Livor mortis was noted on the posterior surfaces of the body.  There was congestion of the sclerae and conjunctivae; no petechial hemorrhages were noted by the medical examiner.  Serosanguinous liquid was noted in the oral cavity and nares.

Intravascular catheters were noted in the left and right forearms as depicted in the following medical examiner photographs:





**The medical examiner's internal examination revealed the following findings:**

Absence of petechia on the thoracic organs.

Diffuse congestion of the organs.

Normal size, shape and configuration of the heart (heart weight = 355 grams).

Widely patent coronary arteries.

Absence of significant peripheral vascular disease.

Serosanguinous liquid within the upper and lower airways.

Diffuse congestion of the lungs (right lung weight = 590 grams; left lung = 555 grams).

Absence of injury to the neck.

Stomach contained two hundred (200 cc) cc of red liquid and recognizable beans.

Normal liver, gallbladder and biliary tree (liver weight = 1940 grams).

Normal kidneys (right kidney weight = 230 grams; left kidney weight = 230 grams).

Urinary bladder contained 200 cc of clear urine.

Normal spleen and lymphatic system (spleen weight = 170 grams).

Absence of scalp injury **(Please refer to "PRIVATE AUTOPSY EXAMINATION BY UNDERSIGNED" section below for comparison.).**

Absence of brain or skeletal injury (brain weight = 1430 grams).

Specimens were retained for possible future microscopic examination.

Peripheral blood, vitreous and urine were retained for toxicological analysis.

Mr. Williams was subsequently released to Christian Way Funeral Home in Pine Bluff, Arkansas.

**MICROSCOPIC EXAMINATION:**

Microscopic examination was deferred by the medical examiner.

**TOXICOLOGICAL EVALUATION:**

Midazolam (a benzodiazepine medication) was detected in a peripheral blood sample and present in the concentration of 1.8 ug/mL.  Caffeine was also detected in the blood sample. Alcohol and common drugs of abuse were not detected.

**DEATH CERTIFICATION BY ARKANSAS STATE MEDICAL EXAMINER:**

The *cause of death* of Kenneth Williams is listed by the medical examiner as "Lethal Injection," and the *manner of death*, "Pursuant to judicial sentence of Death – Execution."  The certification was provided by the medical examiner on 05-25-17.

**PRIVATE AUTOPSY EXAMINATION BY UNDERSIGNED:**

A private autopsy examination was performed by the undersigned at the funeral home on 04-30-17.  Mr. Williams was first viewed and examined on the mortuary's embalming table. Partially sutured, previous autopsy incisions were noted over the anterior torso and scalp.

Mr. Williams was well-developed and well-nourished.  Medical implements had been previously removed, prior to receipt of the body.  The residual organs and tissues from the previous examination were contained within the body cavity, within a separate bag.  The following significant findings (or absence thereof) were noted **(Comment:  Items in bold red font were either not examined or not detected by the Arkansas State Medical Examiner.)**:

**Small hemorrhage behind right upper palpebral conjunctiva.**



**Small hemorrhage lateral aspect of right lower palpebral conjunctiva.**



**Petechial hemorrhage, behind medial aspect of left upper palpebral conjunctiva.**



**Several fine petechial hemorrhages left lower palpebral conjunctiva.**



**Subcutaneous hemorrhage, right antecubital (attempted venous access, see OPINION/DISCUSSION below).**

**Focal subcutaneous hemorrhage, right femoral (groin) area (possible attempted venous access, see OPINION/DISCUSSION below).**

Subcutaneous hemorrhage, lateral mid right forearm (intravenous access).

Subcutaneous hemorrhage, lateral aspect of mid left forearm (intravenous access).

**Good integrity, superficial veins, extremities.**

Visceral congestion, including pulmonary congestion and edema.

Absence of significant cardiac or vascular disease.

Normal hepatobiliary, genitourinary and lymphatic systems.

Absence of neck injury.

Absence of skeletal injury.

There was no externally visible injury to the scalp; however, **a prominent, discreet contusion (bruise) was uncovered within the right occipital scalp, measuring approximately 2 inches in greatest dimension.**   There were no skull fractures or apparent injuries to the brain.

Autopsy photographs (contusion, interior of right occipital scalp, Dr. Cohen):





**OPINIONS/DISCUSSION:**

**TOXICOLOGY CONSIDERATIONS**

According to the Medical Examiner – Forensic Toxicology Evidence Submission Form, a "Comprehensive Drug Panel" and "Volatiles Panel" was requested for analysis.

Midazolam was the only execution medication detected in the postmortem blood sample.  The Arkansas medical examiner opines that 1.8 ug/mL of midazolam is "well within the toxic range for this one drug" and "generally speaking, individuals with this level of midazolam in their system are unconscious." The midazolam did exhibit sedative effects, as this statement suggests. The examiner does not define "unconscious" or say whether this concentration of midazolam means Mr. Williams was adequately anesthetized (see below), though his use of the phrase "generally speaking" admits that not all individuals with the reported level are "unconscious."

Vecuronium reportedly is not tested in Arkansas Crime Laboratory.  The failure to test for the vecuronium precludes one from confirming the presence and concentration of the drug, and from assessing the physiological contribution during the execution protocol.  Vecuronium testing, in the interest of this investigation, should have been outsourced to a laboratory capable of doing such testing.

It is understandable that potassium was not tested in the postmortem blood sample, as the result would not be reliable because of significant postmortem changes that occur in the body with respect to potassium.

**MECHANISM OF DEATH**

Mechanism(s) of death is (are) the physiologic derangement(s) that explain why an individual expires.  They are medical or biochemical explanations for how death occurs.

Mr. Williams likely succumbed to the combined respiratory depressant effects of midazolam and vecuronium, with probable contribution by the cardiotoxic effect of potassium leading to cardiac arrest.  Respiratory depression is manifested by the development of pulmonary edema and congestion, and serosanguinous liquid in the upper and lower airways, both well documented by the Arkansas medical examiner and confirmed in the lungs during the second autopsy examination.

The presence of ocular petechial hemorrhages, noted during the second examination (not mentioned in the medical examiner's report), are a nonspecific finding.  However, they are commonly seen in autopsies of individuals who succumb to neck compression (e.g., strangulation, hanging), those who succumb to other asphyxial mechanisms (drowning, drug intoxication), or those who had cardiopulmonary resuscitative efforts.  In our case, the presence of petechial hemorrhages strongly suggests that a component of hypoxia/asphyxia existed just prior to Mr. William's death.

**DEATH CERTIFICATION**

The *cause of death* may be listed as "Sequelae of Judicial Lethal Injection" or "Acute Multiple Drug Intoxication."

The *manner of death* (also known as the *classification* of death) is "Homicide (death in the hands of other(s)).  Other choices for manner of death (suicide, natural, accident) are not appropriate for judicial executions.

**SCALP CONTUSION**

The head injury (scalp contusion) uncovered during the second autopsy examination, indicates that Mr. William's head was impacted by a blunt implement just prior to the time of death. This is caused by 1) the moving head striking a fixed surface, or 2) a moving object striking the head.  The degree of occipital scalp hemorrhage indicates that substantial magnitude of force was required, more than trivial force, and less than that necessary to cause skull fracture, intracranial hemorrhage or brain injury.  This injury is consistent with witness accounts of Williams flailing and banging his head during the execution procedure.  There is no documentation of head injury prior to the start of the execution procedure.

Though not life threatening, the receipt of the scalp contusion would be expected to cause some degree of perceivable pain.

**VASCULAR ACCESS, VASCULAR PUNCTURES:   HOW MANY ATTEMPTS WERE MADE FOR VASCULAR ACCESS, AND WHAT LOCATIONS ON THE BODY?**

Intravascular catheters were placed in both upper extremities (one catheter in each upper extremity) prior to the execution procedure.  These are documented in writing (body diagram) and photographically by the medical examiner.  During the subsequent autopsy examination by the undersigned, by performing incisions over multiple sites on the extremities and attempting to locate intravascular catheter placement attempts, at least one additional venipuncture (in the right antecubital region, see below) was located.  In addition, one possible puncture was detected in the right side of the groin (see below).

Venous Puncture (Subcutaneous Hemorrhage), Right Antecubital Region (Dr. Cohen):







Possible Venous Puncture (Subcutaneous Hemorrhage), Right Groin (Dr. Cohen):



**CONSCIOUS PAIN AND SUFFERING**

The lethal injection execution procedure proceeds with the sequential administration of midazolam, vecuronium and potassium.  The procedure commences by giving midazolam intended to anesthetize the condemned (the condemned should be unconscious without voluntary movement or the ability to perceive pain).  Vecuronium (a skeletal muscle paralytic) is then administered to impede and paralyze the skeletal muscles, including the muscles of respiration.  Potassium is then administered to disrupt the electrical rhythm of and stop the heart.

It is well known that variation exists with respect to individual physiological response to medications. The reasons are multifactorial and include potential genetic differences, differences in drug tolerance, the ability to metabolize and excrete the drug, how the drug is distributed through the various tissues of the body, endocrine factors, etc.  For this reason, toxicology results that provide a specific concentration of drug in the blood or other samples do not equate to the same response for everyone.  The ranges of therapeutic, toxic and lethal concentrations of drugs are different for each person.  Herein lies the difficulty in interpreting drug concentrations for a given individual.

It is quite clear, based on witness accounts of Mr. William's execution, and other previous executions, that adequate anesthesia was not achieved after the administration of midazolam and prior to giving vecuronium.  Accounts of choking, coughing, moaning, the head moving up and down (witness Motylinski), rocking forward and backward, head bobbing, groans of pain, body rising from the gurney (witness Belter), are inconsistent with adequate anesthesia. Similar reports of conscious pain have been reported in previous executions by lethal injection.

The process of respiratory depression, after administration of vecuronium, is not an immediate physiologic response.  It involves the gradual development of pulmonary edema, the build up of fluids in the small airways of the lungs, and eventually the accumulation of fluid in the large airways, bronchi and upper airways.  This process is akin to drowning, the obstruction of airflow from the environment into the lungs.  With inadequate anesthesia by midazolam, the condemned person, in a conscious or semiconscious state, will experience severe conscious emotional and physical pain and suffering potentially over many minutes with the development and increasing perception of air hunger.

The execution of Mr. Williams, from the administration of the first dose of midazolam, took approximately 12 or 13 minutes.  Witness accounts report clear signs of distress from approximately 10:54 PM (head moving up and down, head rocking forward and backward, head bobbing), to 10:55 PM (audible groan of pain, body rising forcibly from the gurney), to 10:56 PM (labored breathing), to 10:57 PM (gasping for air), to 10:58 PM (head bobbing).  This timeline is indicative of conscious pain and suffering for a minimum of 4 minutes, all in contradiction to an individual with adequate anesthesia.

This author's opinion is that adequate anesthesia was not achieved with midazolam, thereby opening the opportunity for awareness during the administration of vecuronium and potentially during the administration of potassium. It is quite plausible that during the administration of the final drug potassium, he perceived chest discomfort by way of noxious palpitations (arrhythmias) prior to being pronounced deceased.

14

Thank you for allowing me to participate in the death investigation of Kenneth Williams.  If you have any questions, concerns or comments, please do not hesitate to contact me.

_____
Joseph I. Cohen, M.D.

07-27-18
_____
Date

**United Forensic Services, P.C.**
Professional Forensic Autopsy & Consultation

## Joseph I. Cohen, M.D., Forensic Pathologist
## President, United Forensic Services, P.C.

| **California (Mailing Address):** | **New York:** |
|---|---|
| 448 Ignacio Blvd., Suite 325 | 10 West Street, Suite 29E |
| Novato, California 94949 | New York, New York 10004 |

(877) 372-6436 Toll Free
(951) 346-3245 Fax
Email: drcohen@forensiconline.com
Website: www.forensiconline.com

# Joseph I. Cohen, M.D., Forensic Pathologist

| | |
|---|---|
| *Personal Data* | Name: Joseph I. Cohen, M.D. |
| | Birthplace: Los Angeles, CA |
| | Citizenship: USA |
| *Family* | Married |
| *Education* | ▪ Phoenix Central High School (Phoenix, AZ) |
| | ▪ University of Arizona, B.S., Biology (Tucson, AZ) |
| | ▪ Medical College of Wisconsin, M.D., 1986 (Milwaukee, WI) |
| *Professional experience* | ▪ Forensic Pathologist/President, United Forensic Services, P.C., Professional Forensic Autopsy and Consultation (August, 2010) |
| | ▪ Chief Forensic Pathologist, Riverside County Sheriff-Coroner, Perris, CA (July, 1999 to August, 2010) |
| | ▪ City Medical Examiner, Office of Chief Medical Examiner, City of New York, 520 First Avenue, New York, NY 10016 (July, 1995 to June, 1999) |
| | ▪ Subspecialty Fellowship Training, Forensic Pathology, Office of Chief Medical Examiner, City of New York, 520 First Avenue, New York, NY |

10016 (July, 1994 to June, 1995)

- Resident, Anatomic and Clinical Pathology, Department of Pathology, University of California, Irvine, Orange, CA (July, 1990 to June, 1994)

- Manager, ACE (Travel Sales), Trump Tower, New York, NY (November, 1988 to June, 1990)

- Account Executive, ACE (Travel Sales), Newport Beach, CA (June, 1987 to November, 1988)

- Surgical Resident, Department of Surgery, Maricopa Medical Center, Phoenix, AZ (June, 1986 to June, 1987)

- Chief Resident, University of California, Irvine Affiliated Pathology Residency Program, Orange, CA (July, 1992 to June, 1994)

*Additional professional activities, past and present*

- Clinical Assistant Professor of Forensic Medicine, New York University School of Medicine, New York, NY (July, 1994 to June, 1999)

- Clinical Assistant Professor of Forensic Medicine, University of California, Irvine School of Medicine, Orange, CA (current)

- Assistant Clinical Professor, Department of Pathology and Human Anatomy, Loma Linda University School of Medicine, Loma Linda, California (current)

- Member, California State Child Death Review Council (February, 2005 to present)

- Member, National Advisory Board, Interagency Council on Child Abuse and Neglect/National Center on Child Fatality Review

- Member, Child Death Review Team, Riverside County, CA

- Member, Trauma Audit Committee, Riverside County Emergency Medical Services Agency, at Riverside County Regional Medical Center

- Member, Fetal Infant Mortality Review, Riverside County, CA

- Forensic pathologist consultant to Orange County District Attorney, performing autopsies on select law enforcement related fatalities, Orange County, California

- Forensic medicine consultant, senior law student "mock" trials, Trial Advocacy Course, Fordham Law School, New York, NY

- Medicolegal scene investigations, part-time, Office of Chief Medical Examiner, City of New York, 520 First Avenue, New York, NY

- Administrative Editor, Practical Reviews in Forensic Medicine and Sciences, Jointly Sponsored by Albert Einstein College of Medicine & Montefiore Medical Center, and Educational Reviews, LLC

- Medical Examiner, Part-time, Office of the Medical Examiner, Suffolk County, Long Island, NY (December, 1995 to 1999)

- Pathology consultant, Arizona Board of Medical Examiners, State of Arizona

- Performed autopsy examinations, TWA 800 airline crash, Office of the Medical Examiner, Suffolk County, Long Island, NY (July, 1996)

- Forensic medicine consultant, Deer Valley High School Mock Trial Team, Glendale, Arizona (1997 National Mock Trial Champions, aired on Court TV, June 21, 1997)

- Junior Member, College of American Pathologists (Pathology Residency)

- Junior Member, American Society of Clinical Pathologists (Pathology Residency)

- California Representative, National Residents Forum, College of American Pathologists (Pathology Residency)

***Lectures and presentations***

- Guest speaker, Pediatric Residency Program, Phoenix Children's Hospital, "Human Immunodeficiency Virus," Phoenix, Arizona, March 12, 1992

- Presentation, California Medical Association's Western Scientific Assembly, "Residency Selection and Career Planning," Disneyland Hotel, Anaheim, California, February 28, 1993

- Guest speaker, Arson Investigation Course, Mercy College, "Role of the Medical Examiner in Arson Investigation," White Plains, New York, March 6, 1997

- Monthly Presentation, "Craniocerebral Trauma," Medical Student and Resident Lecture Series, Office of Chief Medical Examiner, City of New York, 520 First Avenue, New York, NY (through June, 1999)

- "Careers in Forensics," University of California, Riverside, Career Services Center, 12:00PM-1:00PM, Thursday, October 28th, 1999 @ Science Library, University of California, Riverside, Riverside, CA

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 11:00AM-12:00PM, Friday, April 7th, 2000 @ Newport Sheraton Hotel, Newport Beach, CA

- "Firearm Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 1:00PM-3:00PM, Friday, April 7th, 2000 @ Newport Sheraton Hotel, Newport Beach, CA

- "Pediatric Forensic Pathology: Challenges in Death Certification," Inter-Agency Council on Child Abuse and Neglect (Child Death Review Team Training, June 22-23, 2000) @ Palm Springs Hilton, Palm Springs, CA

- "The Role of the Forensic Pathologist in Death Investigations," Coachella Valley Forensics Group, 10:00AM-12:00PM, Wednesday, June 28th, 2000 @ Dr. Don Kenny Center, 47-336 Oasis Street, Room 17A, Indio, CA  (invitation, Riverside County District Attorney)

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 1:00PM-2:00PM, Thursday, September 28th, 2000 @ Radisson Hotel, Newport Beach, CA

- "Firearm Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 2:00PM-4:00PM, Thursday, September 28th, 2000 @ Radisson Hotel, Newport Beach, CA

- "Homicide or Fatal Misfortune?  Getting the Most from the Forensic Pathologist's Report," 2000 Science for Trial Lawyers Seminar, Co-Speaker, 9:00AM-10:30AM, October 21st, 2000 @ Radisson Hotel Berkeley Marina, Berkeley, CA (invitation, California Attorneys for Criminal Justice)

- "Direct and Cross Examination of a Pathologist in a Criminal Case: People v. Horace Johnson," Inns of Court, 6:00PM-7:00PM, Tuesday, January 16, 2001 @ Embassy Suites Hotel, Palm Desert, CA (invitation, Riverside County District Attorney East)

- "The Diallo Case," Forensic Science Seminar, Department of Coroner, Forensic Medicine Division, Los Angeles County, 2:30PM-3:30PM, Thursday, January 18th, 2001 @ Los Angeles County Department of Coroner

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 10:00AM-11:00AM, Tuesday, March 6th, 2001 @ Radisson Hotel, Newport Beach, CA

- "Firearm Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 11:00AM-12:00PM, Tuesday, March 6th, 2001 @ Radisson Hotel, Newport Beach, CA

- "Introduction of Forensic Pathology," University of California, Riverside, Introduction to Toxicology Class, 4:00PM-5:00PM, March 9th, 2001 @ Riverside County Sheriff-Coroner, Perris, CA

- "The Identification of Missing/Unidentified Persons", The Department of Justice Forensic Laboratory, 8:30AM-4:00PM, Wednesday, March 28th, 2001 @ Academy of Justice Auditorium, Riverside, CA (seminar attended)

- "Direct and Cross Examination of a Pathologist in a Criminal Case: People v. Horace Johnson," Inns of Court, 7:00PM-8:00PM, April

25th, 2001 @ Teen Challenge, Riverside, CA (invitation, Riverside County District Attorney West)

- "Careers in Forensics," University of California, Riverside, Career Services Center, 12:00PM-1:00PM, Friday, April 27th, 2001 @ Science Library, University of California, Riverside, Riverside, CA

- "The JonBenet Ramsey Case", Dateline NBC Interview, Katie Couric Special, aired May 8, 2001

- Guest, Vital Statistics Meeting, July 24th, 2001, Riverside County Community Health Agency, Department of Public Health, Riverside, CA (by invitation)

- "Careers in Forensics," University of California, Riverside, Career Services Center, 12:00PM-1:00PM, Friday, October 19th, 2001 @ Science Library, University of California, Riverside, Riverside, CA

- "Child Abuse and Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, 8:00AM-9:00AM, Tuesday, November 6th, 2001 @ Hampton Suites, Garden Grove, CA

- "Pediatric and Fetal Deaths," Orange County Sheriff-Coroner Basic Death Investigation Class, 9:00AM-10:00AM, Tuesday, November 6th, 2001 @ Hampton Suites, Garden Grove, CA

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 10:00AM-11:00AM, Tuesday, November 6th, 2001 @ Hampton Suites, Garden Grove, CA

- "Firearm Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 11:00AM-12:00PM, Tuesday, November 6th, 2001 @ Hampton Suites, Garden Grove, CA

- "Introduction to Forensic Pathology," Grand Rounds, Annenberg Center for Health Sciences, 12:00PM-1:00PM, Thursday, January 3, 2002 @ Eisenhower Medical Center, Rancho Mirage, CA

- "Child Abuse and Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, 8:00AM-9:00AM, Tuesday, March 5th, 2002 @ Hampton Suites, Garden Grove, CA

- "Pediatric and Fetal Deaths," Orange County Sheriff-Coroner Basic Death Investigation Class, 9:00AM-10:00AM, Tuesday, March 5th, 2002 @ Hampton Suites, Garden Grove, CA

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 10:00AM-11:00AM, Tuesday, March 5th, 2002 @ Hampton Suites, Garden Grove, CA

- "Firearm Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 11:00AM-12:00PM, Tuesday, March 5th, 2002 @ Hampton Suites, Garden Grove, CA

- "Perinatal Drugs, Sudden Infant Death Syndrome, and Child Abuse," 13th Annual Perinatal Conference, Sponsored by Parkview Community Hospital Medical Center, 8:00PM, March 14th, 2002 @ Mission Inn, Riverside, CA

- "Hospital vs. Forensic Autopsies, and Death Certification," Grand Rounds, @ Riverside County Regional Medical Center, 12:00PM-1:00PM, Wednesday, July 10, 2002, Moreno Valley, CA

- "Interesting Case Studies," California State Coroners' Association Annual Meeting, Wednesday, September 18, 2002, Orange County, CA

- "Challenges and Advances in Pediatric Death Investigation," Inter-Agency Council on Child Abuse and Neglect, Statewide Training, Oakland, CA, October 11, 2002

- "Pediatric and Fetal Deaths," Orange County Sheriff-Coroner Basic Death Investigation Class, 8:00AM-9:00AM, Tuesday, October 29, 2002 @ Hampton Suites, Garden Grove, CA

- "Child Abuse and Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, 9:00AM-10:00AM, Tuesday, October 29, 2002 @ Hampton Suites, Garden Grove, CA

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 10:00AM-10:30AM, Tuesday, October 29, 2002 @ Hampton Suites, Garden Grove, CA

- "Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 10:30AM-11:00AM, Tuesday, October 29, 2002 @ Hampton Suites, Garden Grove, CA

- "Firearm Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 11:00AM-12:00PM, Tuesday, October 29, 2002 @ Hampton Suites, Garden Grove, CA

- "Bridging Lives:  The Process of Organ and Tissue Donation," Presented in Conjunction with One Legacy on Tuesday, December 3, 2002 to the Medical Staff @ Inland Valley Medical Center, Wildomar, CA

- "Investigation of Infant & Child Fatalities," Riverside County District Attorney, Sexual Assault/Child Abuse Unit, 1:30PM, February 25, 2003

- "Mortality in Young People," Presented to the Kaiser Permanente Riverside, OB/GYN Department Educational Meeting, 1:30 – 2:30PM, on Thursday, March 13, 2003 @ Kaiser Riverside, CA

- "Pediatric and Fetal Deaths," Orange County Sheriff-Coroner Basic Death Investigation Class, 1:00 – 2:00PM, Friday, March 21, 2003 @ Hampton Suites, Garden Grove, CA

- "Child Abuse and Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, 2:00 – 3:00PM, Friday, March 21, 2003 @ Hampton Suites, Garden Grove, CA

- "Firearm Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 3:00 – 4:00PM, Friday, March 21, 2003 @ Hampton Suites, Garden Grove, CA

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 4:00 – 4:30PM, Friday, March 21, 2003 @ Hampton Suites, Garden Grove, CA

- "Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 4:30 – 5:00PM, Friday, March 21, 2003 @ Hampton Suites, Garden Grove, CA

- "Forensic Pathology," Loma Linda University Medical Center, Department of Pathology and Human Anatomy Grand Rounds, 7:30 – 8:30AM, May 7, 2003, Loma Linda, CA

- "Intriguing Forensic Cases," California State Division, International Association for Identification, 87th Annual Educational Seminar, 8:00 – 11:30AM, May 8, 2003, Riviera Hotel, Palm Springs, CA

- "Pediatric Forensic Pathology," a PlaceWare (Distance Learning) Web Conference, Sponsored by Inter-Agency Council on Child Abuse and Neglect (ICAN), and the National Center on Child Fatality Review (NCFR), Aired from the Riverside County Sheriff-Coroner, Perris, CA, at 11:00AM PDT, June 17, 2003

- "Amniotic Fluid Embolism," presented to the Kaiser Permanente Riverside, OB/GYN Department Educational Meeting, 1:00 – 2:00PM, on Thursday, August 14, 2003 @ Kaiser Riverside, CA

- "Death Investigation of Skydiving Fatalities," abstract presentation at the 2003 Annual Meeting of the National Association of Medical Examiners, 2:25PM on Saturday, September 20, 2003 @ Fairmont San Jose Hotel, San Jose, CA

- "Sudden Infant Death Syndrome/Pediatric Forensic Pathology," presented to the Riverside County Sexual Abuse Child Abuse (SACA) Unit, at the Ben Clark Training Center, Riverside, CA, 4:00PM to 5:00PM, October 9, 2003

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, 8:00AM – 9:00AM, Friday, October 31, 2003 @ Katella Training Facility, Orange, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, 9:00AM – 10:00AM, Friday, October 31, 2003 @ Katella Training Facility, Orange, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 10:00AM – 11:00AM, Friday, October 31, 2003 @ Katella Training Facility, Orange, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 11:00AM – 12:00PM, Friday, October 31, 2003 @ Katella Training Facility, Orange, California

- "Fetal and Infant Deaths – A Forensic Pathologist's Approach," Regional Child Fatality Review Training, Sponsored by Inter-Agency Council on Child Abuse and Neglect (ICAN), and the National Center on Child Fatality Review (NCFR), at Loma Linda University Hospital (Coleman Pavilion), 1:00PM – 1:50PM, February 26, 2004

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, 8:00AM – 9:00AM, Friday, March 26, 2004 @ Katella Training Facility, Orange, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, 9:00AM – 10:00AM, Friday, March 26, 2004 @ Katella Training Facility, Orange, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 10:00AM – 11:00AM, Friday, March 26, 2004 @ Katella Training Facility, Orange, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 11:00AM – 12:00PM, Friday, March 26, 2004 @ Katella Training Facility, Orange, California

- "Pediatric Forensic Pathology & Child Abuse," Child Abuse/Sexual Assault Course, 10:00AM – 12:00PM, Thursday, May 6, 2004 @ Ben Clark Public Safety Training Center, Riverside, California

- "A Primer in Forensic Pathology:  Sports Related Fatalities," Practical Applications in Sports Medicine Seminar, 09:45 – 10:20 AM, Sunday, June 6, 2004 @ Wyndham Palm Springs, Palm Springs, California

- "Forensic Medicine," 3rd Annual Southern California EMS Conference, 1PM – 2:30PM, Thursday, June 10, 2004 @ Doral Desert Princess Resort, Cathedral City, California

- "Shaken Baby Syndrome," Training Program for Members of Law Enforcement, Attorneys, Social Services and First Responders, 9:00 – 9:30AM, Monday, June 21, 2004 @ City Council Chambers, Palm Desert, California

- "Forensic Pathology Update:  Autopsies in the 21st Century," Hospital Grand Rounds, 12:00 – 1 PM, July 14, 2004 @ Riverside County Regional Medical Center, Moreno Valley, California

- "Methamphetamine and its Role in Violent Deaths," Poster Presentation, 2004 National Association of Medical Examiners Annual Meeting, Monday, September 13, 2004 @ Loews Vanderbilt Hotel, Nashville, Tennessee

- "Forensic Pathology:  Death Certification, Child Abuse and Neglect and Law Enforcement Related Fatalities," Riverside County Law Enforcement Administrators' Association Conference, Thursday, September 30, 2004 @ Bahia Resort Hotel, San Diego, California

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 8, 2004 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 8, 2004 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 8, 2004 @ Orange

County Sheriff-Coroner, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 8, 2004 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Pediatric Forensic Pathology," Presentation and Discussion Group at the First Annual California State and National Symposium, Future of Child Death and Severe Injury Review: Prevention and Accountability, Sponsored by the Inter-Agency Council on Child Abuse and Neglect (ICAN), and the National Center on Child Fatality Review (NCFR), Thursday, October 21, 2004 @ Sheraton Universal, Universal City, California

- "Child Death/Domestic Violence Fatality Review," Workshop Discussions at NEXUS IX Training Conference: Violence and its Effects on Children, ICAN Associates (Principal Sponsor), Friday, October 22, 2004 @ Sheraton Universal, Universal City, California

- "Pediatric Forensic Pathology/Child Abuse and Neglect," Child Abuse/Sexual Assault Investigations Course (POST #2200-32320), @ Clark Training Center, Riverside County Sheriff's Department, November 4, 2004

- "Principles of Forensic Pathology," Biomedical Forensics Course, at Boston University School of Medicine, Boston, Massachusetts, March 14, 2005

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Thursday, March 17, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Thursday, March 17, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Thursday, March 17, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Thursday, March 17, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Pediatric Forensic Pathology: Concepts and Controversies," Infant Mortality Workshop, 4th Annual Riverside County Injury Prevention Summit 2005, Sponsored by the Riverside County Public Health Department, March 31, 2005 @ Wyndham Palm Springs, Palm Springs, California

- "Careers in Forensic Science/Crime Analysis," Seminar at the University of California, Riverside, Speaker and Panelist, April 27, 2005, Riverside, California

- "Death Investigation of Skydiving Fatalities," Pathology Grand Rounds, June 29, 2005 @ Loma Linda University Medical Center, Loma Linda, California

- Panelist, "Profession Specific Child Abuse and Neglect Definitions," 19th Annual California Conference on Childhood Injury Control, Building Professional Skills and Program Capacity, Sponsored by the California Department of Health Services, Maternal, Child, and Adolescent Health Branch, October 5, 2005 @ San Diego Marriott Mission Valley, San Diego, California

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 7, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 7, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 7, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 7, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- Mock Trial Presentation, in Conjunction With Riverside County District Attorney's Office, at Western State University College of Law, Fullerton, California, October 12, 2005 (Organized by Attorney/Adjunct Professor Robert Corrado)

- Panelist, "The Child Death Review Team Experience and Connection to Domestic Violence Death Review," Domestic Violence Death Review Regional Training, Sponsored by the California Department of Justice, Office of the Attorney General, at San Bernardino Sheriff's Department, January 12, 2006

- "Child Abuse and Child Abuse Prosecution," San Diego International Conference on Child and Family Maltreatment Conference, Sponsored by Chadwick Center and Children's Hospital San Diego, January 25, 2006, at Town & Country Hotel and Convention Center

- "Role of the Medical Examiner/Coroner in Organ Procurement, Donation and Transplantation," Organ Transplantation Breakthrough Collaborative, Learning Session 2, Sponsored by the United States Department of Health and Human Services, at the Westin Bonaventure Hotel, Los Angeles, California, February 23, 2006

- "What They Did For Love," Death Investigation of Toni Dykstra, CBS 48 Hours Mystery Interview, Aired February 25, 2006

- "Forensic Pathology/Drug Related Fatalities," 52nd Annual State Convention, California Medical Assistants Association (CMAA), March 3, 2006, at Marriott Ontario Airport Hotel

- Panelist, "Nevada Expert Panel for Child Death Review," Coordinated by the Michigan Public Health Institute's National Center for Child Death Review, for the State of Nevada, Department of Health & Human Services, Division of Child and Family Services, March 6 – 10, 2006, at Luxor Las Vegas, Las Vegas, Nevada

- Recipient, OneLegacy Life Bridge Award, 2006 OneLegacy Donor Remembrance Ceremony, "Fields of Gold," Loma Linda University/Loma Linda University Medical Center, at Loma Linda, California, March 12, 2006

- "Child Abuse and Neglect," Inter-Agency Council on Child Abuse and Neglect (ICAN)/California Department of Social Services (CDSS), Regional Child Death Review Training, at Ventura County Department of Behavioral Health Services, Oxnard, California, March 16, 2006

- "A Potpourri of Forensic Pathology:  The Medical Transcriptionist and Pathologist," 2006 Annual Meeting of the California Association for Medical Transcription, March 24, 2006, at Doubletree Hotel Ontario Airport, California

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 31, 2006 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 31, 2006 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 31, 2006 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 31, 2006 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Preparing and Presenting the Forensic Pathologist," Forensic Evidence Seminar, California District Attorneys Association, April 11, 2006, at Portofino Hotel & Yacht Club, Redondo Beach, California

- "Elder Abuse and Neglect: Medicolegal Death Investigation," Riverside County C.A.R.E. Team, April 26, 2006, at Senior Service Center, Hemet, California

- "Pediatric Forensic Pathology and Child Abuse and Neglect Prosecution," Inter-Agency Council on Child Abuse and Neglect (ICAN)/California Department of Social Services (CDSS), Regional Child Death Review Training, at California Coroner's Academy, Orange County Sheriff-Coroner, Santa Ana, California, May 2, 2006

- "The Dead Do Tell Tales: Forensic Death Investigation in the 21[st] Century," 5th Annual Southern California Emergency Medical Services Conference, at Palm Springs Riviera Resort, Palm Springs, California, May 10, 2006

- "Child Abuse and Neglect," Inter-Agency Council on Child Abuse and Neglect (ICAN)/California Department of Social Services (CDSS), Regional Child Death Review Training, at Eureka, California, June 2, 2006

- "Forensic Death Investigation: Challenges and Controversies (Pediatric Case Studies)," 2006 California State Coroner's

Association Advanced Training Symposium, at Radisson Hotel and Conference Center, Fresno, California, September 21, 2006

- "Child Abuse and Child Homicide Prosecution: Law and Medicine Working Together," Child Protection: Our Responsibility (Conference), at the Clarion Hotel, Cedar Rapids, Iowa, Sponsored by St. Luke's Child Protection Center and Cedar Rapids Medical Education Foundation, September 28, 2006

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 6, 2006 @ California Coroner Training Center, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 6, 2006 @ California Coroner Training Center, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 6, 2006 @ California Coroner Training Center, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 6, 2006 @ California Coroner Training Center, Santa Ana, California

- Panelist, "Nevada Expert Panel for Child Death Review," Coordinated by the Michigan Public Health Institute's National Center for Child Death Review, for the State of Nevada, Department of Health & Human Services, Division of Child and Family Services, October 23 – 27, 2006, at Reno and Lake Tahoe, Nevada

- "Child Abuse and Neglect," Seminar, Child Death and Severe Non-fatal Injury Review in Contra Costa County, Presented by Inter-Agency Council on Child Abuse and Neglect (ICAN) and National Center on Child Fatality Review (NCFR), In Cooperation with the Child Abuse Prevention Council of Contra Costa, Sponsored by the California Department of Social Services, February 5, 2007, at Pleasant Hill Parks and Recreation Community Center, Pleasant Hill, California

- Panelist, "Careers in Forensic Science & Criminal Analysis Seminar," Sponsored by the Career Center, University of California, Riverside, February 15, 2007, at University of California, Riverside, California

- "Death Investigation of Law Enforcement Related Fatalities," Grand Rounds Conference, Department of Pathology and Human Anatomy, Loma Linda University School of Medicine, March 28, 2007, at Loma Linda, California

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 30, 2007 @ California Coroner Training Center, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 30, 2007 @ California Coroner Training Center, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 30, 2007 @ California Coroner Training Center, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 30, 2007 @ California Coroner Training Center, Santa Ana, California

- "Fatal Wounds," National Homicide Symposium XVI, California District Attorneys Association, April 17, 2007, at Westin Long Beach, Long Beach, California (2 hour presentation)

- "Child Abuse and Neglect," Child Death Review in the Northeast Region Seminar, Presented by Inter-Agency Council on Child Abuse and Neglect (ICAN) and National Center on Child Fatality Review (NCFR), In Cooperation with the Shasta County Child Abuse Prevention Council, Sponsored by the California Department of Social Services, May 4, 2007, at Shasta County Office of Education, Redding, California

- "Sexual Assault/Child Abuse," SACA Training, Presented by the Riverside County District Attorney's Office, July 20, 2007, at the Riverside City Counsel Chambers, Riverside, California

- "Pediatric Forensic Pathology/Child Abuse/Sexual Assault," on Behalf of the Riverside County Sheriff-Coroner, at Ben Clark Public Safety Training Center, Riverside, California, August 24, 2007

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, September 21, 2007 @ California Coroner Training Center, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, September 21, 2007 @ California Coroner Training Center, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, September 21, 2007 @ California Coroner Training Center, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, September 21, 2007 @ California Coroner Training Center, Santa Ana, California

- "Sexual Assault/Child Abuse," East County SACA Training, Presented by the Riverside County District Attorney's Office, October 26, 2007 @ Riverside County Administrative Center, Indio, California

- "Child Abuse," 10th Annual EMSC Conference, Sponsored by the State of California Emergency Medical Services Authority, November 8, 2007, @ Crowne Plaza Hotel, Garden Grove, California

- "Death Investigation of Law Enforcement Related Fatalities," Corona Police Department and Riverside County Sheriff-Coroner (Coroner Bureau), November 20, 2007 @ Coroner Bureau, Perris, California

- "Pediatric Forensic Pathology/Child Abuse/Sexual Assault," on Behalf of the Riverside County Sheriff-Coroner, at Ben Clark Public Safety Training Center, Riverside, California, November 30, 2007

- "Traumatic Injuries," Death Investigation for First Responders, Riverside County Sheriff-Coroner, Coroner Bureau, Perris, California, April 9, 2008

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 25, 2008 @ California Coroner Training Center, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 25, 2008 @ California Coroner Training Center, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 25, 2008 @ California Coroner Training Center, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 25, 2008 @ California Coroner Training Center, Santa Ana, California

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, November 6, 2009 @ California Coroner Training Center, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, November 6, 2009 @ California Coroner Training Center, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, November 6, 2009 @ California Coroner Training Center, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, November 6, 2009 @ California Coroner Training Center, Santa Ana, California

- "Pediatric Forensic Pathology/Child Abuse/Sexual Assault," on Behalf of the Riverside County Sheriff-Coroner, at Ben Clark Public Safety Training Center, Riverside, California, November 6, 2009

- "Pediatric Forensic Pathology/Child Abuse/Sexual Assault," on Behalf of the Riverside County Sheriff-Coroner, at Ben Clark Public Safety Training Center, Riverside, California, March 1, 2010

- "Traumatic Injuries," Death Investigation for First Responders, Riverside County Sheriff-Coroner, Coroner Bureau, Perris, California, April 21, 2010

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 23, 2010 @ California Coroner Training Center, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 23, 2010 @ California

Coroner Training Center, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 23, 2010 @ California Coroner Training Center, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 23, 2010 @ California Coroner Training Center, Santa Ana, California

- "Traumatic Injuries," LLM Class/Prosecutorial Science, Thursday, July 29, 2010 @ Chapman Law School, Orange, California

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Wednesday, November 17, 2010 @ California Coroner Training Center, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Wednesday, November 17, 2010 @ California Coroner Training Center, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Wednesday, November 17, 2010 @ California Coroner Training Center, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Wednesday, November 17, 2010 @ California Coroner Training Center, Santa Ana, California

**Professional memberships**

- Diplomate, The American Board of Pathology, Anatomic and Clinical Pathology, and Forensic Pathology

- American Academy of Forensic Sciences (current)

- National Association of Medical Examiners (current)

- California State Coroners' Association (current)

- College of American Pathologists

- American Society of Clinical Pathologists

- American Medical Association

- California Medical Association

**Interests and activities**

Tennis, Basketball, Racquetball, Snow Skiing, Water Skiing, Running, Skeet Shooting, Fishing, Chess, Photography, Astronomy, Computers, Music, Scuba Diving

**Licensure**

Licensed to practice medicine in Arizona, California and New York (all current)

*REFERENCES AVAILABLE UPON REQUEST*

**RECENT TESTIMONIALS IN TRIAL/DEPOSITION:**

Consultation and Trial Testimony, People of the Territory of Guam v. Anthony Flores, Videoconference Trial Testimony, 06-15-11.

Consultation and Testimony, Tasior vs. Hurley, M.D., et al., Circuit Court of Cook County, Illinois, Deposition Testimony, 02-21-12, Trial Testimony, 10-15-12, on Behalf of Plaintiff Counsel.

People v. Flores, Superior Court of the State of California, County of Napa, Preliminary Hearing Testimony, 07-17-12.

Green v. County of Riverside, Superior Court of the State of California (County of Riverside), Deposition Testimony, 01-15-13

Bodkin v. Costa Victoria Healthcare, LLC, et al., Superior Court of the State of California (County of Orange), Deposition Testimony, 03-13-13.

Consultation and Testimony, Lewis, et al. v. Malik, et al., Superior Court of the State of California (County of San Bernardino), Deposition Testimony, 03-28-13, on Behalf of Defense Counsel

Consultation and Courtroom Testimony, People of the State of California v. Robert DeLeon, Superior Court of the State of California (County of Monterey), Trial Testimony, 04-18-13, on Behalf of Defense Counsel.

People of the State of California v. Garcia, Superior Court of the State of California (County of Riverside), Trial Testimony, 06-06-13.

Consultation and Courtroom Testimony, People of the State of California v. Naso, Superior Court of the State of California (County of Marin), Trial Testimony, 07-08-13.

Green v. County of Riverside, Superior Court of the State of California (County of Riverside), Trial Testimony, 08-05/08-13.

People of the State of California v. Curtis Drake, Superior Court of the State of California (County of Riverside), Trial Testimony, 09-17-13.

Consultation and Courtroom Testimony, People of the State of California v. Ryann Lynn Jones, Superior Court of the State of California (County of Tulare), Trial Testimony, 12-04-13, on Behalf of Tulare County District Attorney

Consultation, Rodrigo v. Desert Regional Medical Center, et al; Civil Litigation, Superior Court of the County of San Bernardino) on Behalf of Defense Counsel Reback, McAndrews, Kjar, Warford, Stockalper & Moore, LLP, and Agajanian, McFall, Weiss, Tetreault & Crist LLP, 2013

People of the State of California vs. Hernandez, Superior Court of the State of California (County of Napa), Preliminary Hearing Testimony, 03-20-14.

People of the State of California v. Perez, Superior Court of the State of California (County of Riverside), Courtroom Testimony, 04-02-14

People of the State of California v. Robyn Gevas, Superior Court of the State of California (County of Napa), Trial Testimony, 05-20-14.

People of the State of California v. Klingman, Superior Court of the State of California (County of Napa), Trial Testimony, 06-11-14

People of the State of California v. Neville, Superior Court of the State of California (County of Marin), Trial Testimony, 06-13-14.

Consultation and Testimony, Perry v. Thomas, et al., Superior Court of the State of California, County of Riverside, Deposition Testimony, 09-08-14, on Behalf of Plaintiff Counsel

Consultation and Courtroom Testimony, People of the Territory of Guam v. Allan Agababa, Trial Testimony (First Trial), 10-28-14, on Behalf of Defense Counsel.

Consultation and Courtroom Testimony, Johnson v. City of Vallejo, United States District Court, Eastern District of California, Deposition Testimony, 10-30-14, on Behalf of Plaintiff Counsel

Consultation and Testimony, Perry v. Thomas, et al., Superior Court of the State of California, County of Riverside, Courtroom Testimony, November, 2014, on Behalf of Plaintiff Counsel

Consultation and Testimony, Pavatt v. Patton (Lethal Injection Litigation), United States District Court for the Western District of Oklahoma, Videoconference Testimony, Preliminary Injunction Hearing, 12-17-14.

Consultation, Ziehl v. Donlen Mobility Solutions, Inc., et al; 189th District Court of Harris County, Texas on Behalf of Plaintiff Counsel (Arnold & Itkin), 2014

Gordon vs. County of Orange, United States District Court for the Central District of California (San Francisco), Deposition 03-19-15.

Consultation and Courtroom Testimony, People v. Jimenez and Castro, Superior Court of the State of California, County of Santa Barbara, Trial Testimony, 12-14-15.

Consultation, Singh, Adm. Of the Estate of Jailall Singh v. Beacon Rehabilitation & Nursing Center, et al (Nassau County, New York), 2015

People v. Johnson Gibbs, Superior Court of the State of California, County of Marin, Trial Testimony, 03-18-16

People v. Conkright, Superior Court of the State of California, County of Napa, Trial Testimony, 04-25-16.

Camargo, Sr., et al. v. Brim Healthcare, Inc., et al. (Reference Orange County Coroner Autopsy 13-03655-SH), Superior Court of the State of California, County of Riverside, Deposition Testimony, 04-26-16, on Behalf of Defense Counsel.

Consultation and Courtroom Testimony, People v. Travis Woolf, Superior Court of the State of California, County of San Luis Obispo, Trial Testimony 05-20-16, on Behalf of Defense Counsel

Consultation and Courtroom Testimony, People v. Timothy Smith, Superior Court of California, County of San Joaquin, Trial Testimony 06-02-16, on Behalf of Defense Counsel

People v. Flores, Superior Court of the State of California, County of Napa, Trial Testimony, 06-03-15

People v. Kimberly Long, Superior Court of the State of California (County of Riverside), Trial Testimony, on Behalf of Riverside County District Attorney

People of the State of California vs. Shaffer, Superior Court of the State of California (County of Napa), Preliminary Hearing Testimony, 06-11-15.

Camargo, Sr., et al. v. Brim Healthcare, Inc., et al. (Reference Orange County Coroner Autopsy 13-03655-SH), Superior Court of the State of California, County of Riverside, Trial Testimony, 06-20-16, on Behalf of Defense Counsel.

People v. A Better Tomorrow Treatment Center, et al., Superior Court of the State of California (County of Riverside), Grand Jury Testimony 07-15-15, on Behalf of State of California, Department of Justice

Consultation and Courtroom Testimony, Magnolia Gardens v. California Department of Public Health, Superior Court of the State of California, County of Los Angeles (Central District), Trial Testimony, 08-03-16, on Behalf of Plaintiff Counsel

Consultation and Courtroom Testimony, on Behalf of Defense Counsel, People v. Sumagang, Superior Court of the State of California (County of Monterey), Trial Testimony, 08-24-16.

Consultation and Courtroom Testimony, People v. McCausland, et al., Superior Court of the State of California (County of Riverside), Trial Testimony 09-14-16, on Behalf of State of California, Department of Justice

Consultation and Courtroom Testimony, Magnolia Gardens Convalescent Hospital, Inc. v. California Department of Public Health, on Behalf of Lewis Brisbois Bisgaard & Smith LLP, Superior Court of the State of California, County of Los Angeles, Central District, Testimony at Los Angeles, California, 10-03-16

People of the State of California vs. Hernandez, Superior Court of the State of California (County of Napa), Trial Testimony, 10-11-16.

Romero v. Prada, Superior Court of the State of California (County of Imperial, El Centro Division), Consultation and Deposition Testimony on Behalf of Plaintiff Counsel, 2016

Courtroom Testimony (Criminal, Coroner # C15-237), People v. Oscar Tapia-Felix, on Behalf of District Attorney, Superior Court of the State of California, County of Napa, Napa, California, 01-31-17.

Consultation and Courtroom Testimony, People of Guam v. Mark A. Torre, Jr. (Criminal Case No.: CF-0421-15), on Behalf of Defense Counsel Joaquin C. Arriola, Jr., Testimony at Hagatna, Guam, 02-20-17

Heathcote vs. Sutter, Superior Court of the State of California, County of Napa, Deposition Testimony, 06-09-17.

People of the State of California vs. Lorraine Hunter, Superior Court of the State of California (County of Riverside), Trial Testimony (Guilt Phase), 08-09-17.

Consultation and Courtroom Testimony, People v. Robert Reagan, Superior Court of the State of California, County of Los Angeles, on Behalf of Defense Counsel, Torrance, California, 08-10-17.

Crozier v. Harvest Inn (Civil Litigation), Superior Court of the State of California, County of Napa, Deposition Testimony, 08-24-17

People of the State of California vs. Russell Lee Wyant, Superior Court of the State of California (County of Napa), Trial Testimony, 08-24-17.

People of the State of California vs. Lorraine Hunter, Superior Court of the State of California (County of Riverside), Trial Testimony (Penalty Phase), 08-30-17 (Guilty Phase, 08-09-17).

Consultation and Courtroom Testimony (Second Trial), The People of Guam vs. Allan Agababa, Superior Court of Guam, Internet Based Video Testimony, 09-26-17, on Behalf of Defense Counsel

People of the State of California vs. Timothy Charles Gilman, Superior Court of the State of California (County of Napa), Preliminary Hearing Testimony, 12-08-17

Consultation and Courtroom Testimony, Owen Francis, Petitioner, and Annam. Hoyos, Respondent, Family Court (Superior Court for the State of California, County of Riverside), Riverside, California, 03-01-18.

Consultation and Courtroom Testimony, on Behalf of District Attorney, People of the State of California v. Charles Giese, Superior Court for the State of California, County of San Luis Obispo, San Luis Obispo, California, 05-30-18.