Case 4:17-cv-00179-KGB   Document 150-21   Filed 04/03/19   Page 1 of 3
States Exhibit 2
McGehee et al., v. Missouri Department of Corrections

## Declaration of M7

I, M7, declare the following:

1. I am over the age of 18 and I am competent to make this Declaration.

2. M7 is a supplier of lethal chemicals to the Missouri Department of Corrections ("Department").

3. M7's decision to provide lethal chemicals to the Department was based on M7's political views on the death penalty, and not based on economic reasons.

4. M7 has determined that M7 needs confidentiality and anonymity. M7 requires confidentiality from the Department as a condition precedent to joining the execution team. In other words, M7's decision to provide lethal chemicals to the Department was based on, and requires, assurances that M7's identity will be kept confidential and will not be revealed. M7 requires anonymity.

5. M7's decision to require anonymity arises from M7's fear of harassment, retaliation, and threats, both physical and financial in nature. That is, M7 believes that if M7's identity is revealed to anyone other than the Department, then members of the public, death penalty opponents, or others will seek to invade M7's privacy in order to harass M7 and in order to effectuate physical and economic harm on M7.

Case 4:17-cv-00179-KGB Document 150-21 Filed 04/03/19 Page 2 of 3
States Exhibit 2
McGehee et al., v. Missouri Department of Corrections

6. In M7's opinion, many factors, including the following, support the beliefs of M7:

- The efforts of litigants, condemned murderers, anti-death penalty advocacy groups, such as the ACLU, and members of the public, including Larry Flynt, to uncover the identity of members of Missouri's execution team;
- The efforts of litigants, condemned murderers, anti-death penalty advocacy groups, and members of the public to uncover the identity of other state's suppliers of lethal chemicals;
- The factual statements in M7's September 23, 2016 affidavit (Ex 1);
- The factual statements in M7's September 23, 2016 petition for writ of mandamus (Ex 2); and
- The factual statements in the attachments to M7's affidavit and petition for writ of mandamus.

7. M7 will not supply lethal chemicals to anyone—including the Department and other States—if M7's identity is revealed to anyone outside the Department for any reason.

8. M7 will not supply lethal chemicals to anyone—including the Department and other States—even if M7's identity is disclosed under a "protective order."

9. I declare under penalty of perjury that the forgoing is true and correct.

Executed on July 23, 2018.

*M7*

M7,
Member of Missouri's Execution Team