FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 0 2 2019

JAMES W. McCORMACK, CLERK
By:_____ ᴍᴡ
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JASON McGEHEE**, *et al.*
Plaintiffs
Attorneys: J. Williams, C. Kraning, W. Freeman
    J. Vandiver, J. Rosenzweig, S. Braden

**JUDGE**: Kristine G. Baker
**REPORTER**: Elaine Hinson
**CRD**: Tracy Washington
**DATE**: April 23-May 2, 2019

v.                          **Case No. 4:17-cv-00076 KGB**

**ASA HUTCHINSON**, *et al.*
Defendants
Attorneys: J. Merritt, C. Cryer, K. Guest, N. Bronni

## MINUTES – BENCH TRIAL

| TIME | DAY 1, Tuesday, April 23, 2019 (Court Reporters: Elaine Hinson, Margie Kruse and Kathy Maloney and Christa Jacimore) |
| --- | --- |
| 9:06 | Court in session; After statements from counsel, the Court takes a recess to review motion to quash before making a ruling (Dkt. No. 178); |
| 9:09 | Recess; |
| 9:21 | Court back in session; The Court denies the motion (Dkt. No. 178) subject to explanation stated in open court; Rule invoked (experts excluded); |
| 9:28 | Recess; |
| 10:08 | Court back in session; |
| 10:09 | Plaintiffs' opening statements by John Williams begins; |
| 10:15 | Defendants opening statements by Jennifer Merritt begins; |
| 10:22 | Plaintiffs call Kelly Kissel as Witness No. 1; Direct examination by Casey Kraning begins; Plaintiffs' Exhibit 2 received; |
| 11:02 | Direct examination concludes; Cross examination by Ka Tina Guest begins; |
| 11:45 | Cross examination concludes; Redirect examination begins; |
| 11:50 | Redirect examination concludes; no re-cross examination; Witness and his counsel are excused; |
| 11:51 | The parties discuss third parties subpoenas and how to proceed with the discovery; |
| 11:52 | Recess for lunch; |
| 1:15 | Court back in session; Plaintiffs call Eric Motylinski as Witness No. 2; |
| 1:19 | Direct examination by Casey Kraning begins; |
| 1:32 | Direct examination concludes; Cross examination by Christine Cryer begins; |
| 1:41 | Cross examination concludes; no redirect examination; Witness excused; Plaintiffs call Cassandra Belter as Witness No. 3; |
| 1:42 | Direct examination by Casey Kraning begins; |
| 1:51 | Direct examination of Witness No.3 concludes; cross examination by Christine Cryer begins; Defendants Exhibit 81 received; |
| 2:08 | Cross examination concludes; redirect examination begins; |
| 2:09 | Redirect examination concludes; no re-cross examination; Witness excused; |

| 2:12 | Recess; |
|------|---------|
| 2:35 | Court back in session; Parties discuss expert reports and options to proceed; Parties stipulate to Plaintiffs' Exhibits 1, 2, 9, 17, 30, 45, 48, and 49; Parties stipulate to Defendants' Exhibits 74, 76, 79, and 81; |
| 2:39 | Plaintiffs call Dr. Joseph Cohen as Witness No. 4; Direct examination by Scott Braden begins; Plaintiffs' Exhibits 10, 11, 12, 13, 14 , 15 and 16 admitted; |
| 3:48 | Direct examination concludes; |
| 3:48 | Recess; |
| 4:05 | Court back in session; Cross examination by Jennifer Merritt begins; |
| 4:56 | Cross examination concludes; Redirect examination begins; |
| 5:05 | Redirect examination concludes; No re-cross examination; |
| 5:07 | Court adjourned. |
| **TIME** | **DAY 2, Wednesday, April 24, 2019** |
| 9:15 | Court in session; Plaintiffs call Jacob Rosenberg as Witness No. 5 (via video); |
| 9:16 | Direct examination by Julie Vandiver begins; |
| 9:35 | Direct examination concludes; Cross examination by Ka Tina Guest begins; |
| 9:56 | Cross examination concludes; Redirect examination begins; |
| 9:58 | Re-direct examination concludes; Re-cross examination begins; |
| 10:01 | Re-cross examination concludes; Witness excused; Plaintiffs call Jamie Giani as Witness No. 6; |
| 10:02 | Direct examination by Casey Kraning begins; |
| 10:27 | Recess; |
| 10:42 | Court back in session; Cross examination by Christine Cryer begins; |
| 11:14 | Cross examination concludes; No re-direct examination; Witness excused; |
| 11:15 | Plaintiffs call Lisa Lagos as Witness No. 6; Direct examination by Julie Vandiver begins; Plaintiffs' Exhibit 3, 4, 5 admitted; |
| 11:57 | Direct examination concludes; Cross examination begins |
| 12:10 | Cross examination concludes; No redirect examination; Witness excused |
| 12:10 | Recess for lunch; |
| 1:29 | Court back in session; Plaintiffs call Santino Coleman as Witness No. 8; Direct examination by John Williams begins; Plaintiffs' Exhibit 8 admitted; |
| 1:43 | Direct examination concludes; Cross examination by Christine Cryer begins; |
| 1:50 | Cross examination concludes; No redirect examination; Witness excused; |
| 1:51 | Recess; |
| 2:13 | Court back in session; Plaintiffs call Steven Hale as Witness No. 9 |
| 2:16 | Direct examination (via telephone) by Julie Vandiver begins; Plaintiffs' Exhibit 6 admitted; |
| 2:38 | Direct examination concludes; Cross examination by Ka Tina Guest begins; |
| 2:47 | Cross examination concludes; No redirect examination; Witness excused; Plaintiffs call Dr. Craig Stevens as Witness No. 10; |
| 2:48 | Direct examination by John Williams begins; Plaintiffs' Exhibits 18, 19, 20, 21, 22, 23 admitted; |
| 3:35 | Recess; |

| 3:55 | Court back in session; Court rules on defendants' previous objection; The Court will receive the exhibits; The defendant moved to admit Plaintiffs' Exhibits 24 and 25; The Courts admits the exhibits over the defendants' objection; |
|------|---|
| 3:56 | Direct examination of Witness No. 10 continues; Plaintiffs' Exhibit 26, 27, 28, and 29 admitted |
| 4:18 | Direct examination concludes; Cross examination by Jennifer Merritt begins; |
| 5:24 | Cross examination concludes; Redirect examination begins; |
| 5:31 | Redirect examination concludes; No re-cross examination; Witness excused; |
| 5:32 | Court adjourned. |
| **TIME** | ***DAY 3, Thursday, April 25, 2019*** |
| 2:44 | Court in session; |
| 2:46 | Defendants call Will Jones as Defendants' Witness No. 1; Direct examination by Ka Tina Guest begins; |
| 3:03 | Direct examination concludes; Cross examination by Casey Kraning begins; Defendant's Exhibit 77 admitted; |
| 3:13 | Cross examination concludes; Redirect examination begins; |
| 3:14 | Redirect examination concludes; Witness excused; |
| 3:15 | Court adjourned. |
| **TIME** | ***DAY 4, Friday, April 26, 2019*** |
| 9:04 | Court back in session; Plaintiffs call Dr. Gail Van Norman as Witness No. 11; |
| 9:05 | Direct examination by John Williams begins; Plaintiffs' Exhibit 30 received; Plaintiffs' Exhibit 31and 32 admitted; |
| 10:06 | Recess |
| 10:27 | Court back in session; Direct examination of Witness No. 11 continues; Plaintiffs' Exhibit 33, 34, 36, 35 admitted; |
| 10:55 | Direct examination concludes; Cross examination by Jennifer Merritt begins; Defendants' Exhibit 82 admitted; |
| 11:58 | Cross examination concludes; |
| 11:58 | Recess; |
| 12:10 | Court back in session; Redirect examination begins |
| 12:13 | Redirect examination concludes; No re-cross examination; Witness excused; |
| 12:14 | The Court takes up matter regarding Utah execution chamber; |
| 12:15 | Recess for lunch; |
| 1:43 | Court back in session; The Court takes up request to seal courtroom for next testimony; |
| 1:45 | Plaintiffs call Joseph Cummings as Witness No. 12; Direct examination by Joseph Warden begins; Plaintiffs' Exhibit 37, 38, 39 admitted; No cross examination; Witness excused; |
| 1:58 | Courtroom unsealed |
| 2:01 | Plaintiffs read Gregory Peay's deposition into the record (Witness No. 13); Plaintiffs Exhibit 40 admitted; |
| 2:27 | Plaintiffs read Steven Turley's deposition into the record (Witness No. 14); Plaintiffs Exhibit 44 admitted |

| 3:02 | Recess; |
|------|---------|
| 3:25 | Court back in session; Court discusses evidentiary objection and basis for admission of Plaintiffs Exhibit 41, 42, and 43; Objection overruled in open court; The Court admits Plaintiffs' Exhibit 41, 42 and 43; |
| 3:34 | Plaintiffs call Dr. James Williams as Witness No. 15; Direct examination by Will Freeman begins; Plaintiffs' Exhibit 44, 46, 47 and 50 admitted; |
| 4:31 | Direct examination concludes; Cross examination by Ka Tina Guest begins; |
| 5:15 | Cross examination concludes; Redirect examination begins; |
| 5:20 | Redirect examination concludes; Re-cross examination begins |
| 5:22 | Re-cross examination concludes; Re-direct examination begins; |
| 5:23 | Re-direct examination concludes; Witness excused; |
| 5:24 | Court adjourned. |
| **TIME** | **DAY 5, Monday April 29, 2019** |
| 9:32 | Court in session; Plaintiffs move to admit Exhibit 50; The Court admits Plaintiffs Exhibit 50; Defendants call Dr. Daniel Buffington as Witness No. 2; Direct examination by Jennifer Merritt begins; Defendants' Exhibit 75 admitted; |
| 10:37 | Recess; |
| 10:52 | Court back in session; Direct examination continues; |
| 11:18 | Direct examination concludes; Cross examination by Joseph Warden begins; Defendants' Exhibit 72, 35 admitted; Plaintiffs Exhibit 52 admitted; |
| 12:15 | Recess for lunch; |
| 1:34 | Court back in session; Cross examination continues; |
| 1:55 | Cross examination concludes; Redirect examination begins; |
| 2:13 | Redirect examination concludes; Re-cross examination begins; |
| 2:15 | Re-cross examination concludes; The Court has questions for witness; No follow-up questions; Witness excused; |
| 2:16 | Recess; |
| 2:32 | Court back in session; Defendants call Dr. Joseph F. Antognini as Witness No. 3; Direct examination by Jennifer Merritt begins; |
| 3:30 | Recess; |
| 3:48 | Court back in session; Direct examination of Defense Witness No. 3 continues; |
| 4:47 | Direct examination concludes; Cross examination by Will Freeman begins; Plaintiffs' Exhibit 54 admitted |
| 5:20 | Cross examination concludes; Redirect examination begins; |
| 5:32 | Redirect examination concludes; Witness excused; |
| 5:33 | Court adjourned. |
| **TIME** | **DAY 6, Tuesday April 30, 2019** |
| 9:04 | Court back in session; Defendants call Dr. Charles Kokes as Defense Witness No. 4; Direct examination by Jennifer Merritt begins; Defendants' Exhibit 78 admitted; |
| 10:14 | Direct examination concludes; |
| 10:14 | Recess; |
| 10:34 | Court back in session; Cross examination by Scott Braden begins; |
| 11:16 | Cross examination concludes; Redirect examination begins; |
| 11:30 | Redirect examination concludes; Re-cross examination begins |
| 11:31 | Re-cross examination concludes; Re-direct begins; Witness excused; |

| 11:32 | Recess; |
|---|---|
| 11:43 | Court back in session; Defendants call Senator Kim Hammer as Witness No. 5; Direct examination by Ka Tina Hodge begins; |
| 12:00 | Direct examination concludes; Cross examination by Ronald Golden begins; |
| 12:13 | Cross examination concludes; Redirect examination begins; |
| 12:16 | Redirect examination concludes; Witness excused; |
| 12:16 | Recess for lunch; |
| 1:36 | Court back in session; |
| 1:36 | Bench conference begins; |
| 1:43 | Bench conference ends |
|  | Defendants call Phyllis Hendrix as Witness No. 6; Direct examination by Ka Tina Guest begins; |
| 1:54 | Direct examination concludes; Cross examination by Andrew Pearson begins; |
| 2:05 | Cross examination concludes; Redirect examination concludes; |
| 2:06 | Redirect examination concludes; No re-cross examination; Witness excused; |
| 2:07 | Defendants call Senator Trent Garner as Witness No. 7; Direct examination by Ka Tina Guest begins; |
| 2:16 | Direct examination concludes; |
| 2:16 | Recess; |
| 2:21 | Court back in session; Cross examination by Joseph Warden begins; |
| 2:33 | Cross examination concludes; Redirect examination begins; |
| 2:34 | Redirect examination concludes; Witness excused; Defendants call Tammera Harrelson as Witness No. 8; |
| 2:35 | Direct examination by Ka Tina Guest begins; |
| 2:47 | Direct examination concludes; Cross examination by John Williams begins; |
| 2:59 | Cross examination concludes; No redirect examination; Witness excused; Defendants call William Straughn as Witness No. 9; |
| 3:00 | Direct examination by Christine Cryer begins; |
| 3:27 | Recess; |
| 3:49 | Court back in session; Direct examination continues; |
| 4:43 | Direct examination concludes; Cross examination by Ronald Golden begins; |
| 4:49 | Cross examination concludes; Redirect examination begins and concludes; |
| 4:49 | Witness excused; |
| 4:51 | Defendants call Dale Reed as Witness No. 10; Direct examination by Christine Cryer begins; |
| 5:16 | Direct examination concludes; Cross examination by Ronald Golden begins; |
| 5:18 | Cross examination concludes; Redirect examination begins; |
| 5:19 | Redirect examination concludes; Witness excused; |
| 5:24 | Court adjourned. |
| **TIME** | *DAY 7, Wednesday, May 1, 2019* |
| 9:02 | Court in session; Plaintiffs call Dr. Charles Blanke as Witness No. 16; Direct examination by Andrew Pearson begins; |
| 9:17 | Direct examination concludes; Cross examination by Jennifer Merritt begins; Defendants Exhibit 86, 84, 85 admitted; |
| 10:04 | Cross examination concludes; Redirect examination begins; |

| 10:10 | Redirect examination concludes; Re-cross examination begins; |
|-------|--------------------------------------------------------------|
| 10:11 | Recess; |
| 10:38 | Court back in session; |
| 10:42 | Re-cross examination continues; |
| 10:51 | Re-cross examination concludes; Redirect examination begins |
| 10:54 | Redirect examination concludes; Witness excused; Plaintiffs call John Kirtley as Witness No. 17 |
| 10:56 | Direct examination by John Williams begins; |
| 11:04 | Direct examination concludes; Cross examination by Christine Cryer begins; |
| 11:21 | Cross examination concludes; Witness excused; Plaintiffs rest; Defendants move for judgment as a matter of law; |
| 11:25 | Plaintiffs respond |
| 11:26 | Motion denied in open court; Defendants call confidential witness as Witness No. 11; |
| 11:27 | Recess; |
| 11:36 | Court back in session in chambers; Direct examination of Witness No. 11 by Jennifer Merritt begins; |
| 12:36 | Direct examination concludes; |
| 12:36 | Recess; |
| 12:45 | Cross examination by John Williams begins |
| 1:21 | Recess; |
| 1:23 | Court back in session; Cross examination continues; Plaintiffs Exhibit 55 admitted (sealed); |
| 1:24 | Cross examination concludes; Redirect examination begins; |
| 1:32 | Redirect examination concludes; Re-cross examination begins; |
| 1:32 | Re-cross examination concludes; The Court asks questions of witness; Redirect begins; |
| 1:33 | Redirect examination concludes; Witness excused; |
| 1:35 | Recess for lunch; |
| 2:44 | Court back in session; Defendants call Wendy Kelley as Witness No. 12; Direct examination by Christine Cryer begins; |
| 3:56 | Recess; |
| 4:17 | Court back in session; Direct examination continues; |
| 4:36 | Direct examination concludes; Cross examination by Julie Vandiver begins; |
| 5:45 | Cross examination concludes; Redirect examination begins; |
| 5:52 | Redirect examination concludes; Re-cross examination begins; Plaintiffs' Exhibit 56 admitted |
| 5:55 | Defense rests; Defense renews motion; Response renewed; The Courts ruling remains the same; |
| 5:56 | Defense objects to rebuttal testimony; |
| 6:02 | Recess; |
| 6:19 | Court back in session; Plaintiffs recall Dr. Craig Stevens for rebuttal testimony; Direct examination by John Williams begins; |
| 6:35 | Direct examination concludes; Cross examination by Jennifer Merritt begins; |
| 6:43 | Cross examination concludes; |

| 6:44 | Recess; |
|------|---------|
| 6:48 | Court in session; |
| 6:49 | Court adjourned. |
| **TIME** | ***DAY 8, Thursday, May 2, 2019*** |
| 9:05 | Court back in session; Plaintiffs move to admit Exhibit 57; Plaintiffs Exhibit 57 admitted; Plaintiffs recall Dr. Gail Van Norman for rebuttal testimony; |
| 9:06 | Direct examination by John Williams begins; |
| 9:31 | Direct examination concludes; Cross examination by Jennifer Merritt begins; |
| 10:09 | Cross examination concludes; Redirect examination begins; |
| 10:13 | Redirect concludes; Defense renews motion for directed verdict; Plaintiffs renews response; Court denies motion; |
| 10:14 | Recess; |
| 10:37 | Court back in session; Court takes up matter regarding exhibits from preliminary injunction; |
| 10:46 | Plaintiffs begin closing statements; |
| 11:01 | Plaintiffs closing statements conclude; Defendants begin closing statements; |
| 11:16 | Defendants closing statements conclude; Plaintiffs begin rebuttal statements; |
| 11:18 | Plaintiffs rebuttal statements conclude; |
| 11:19 | Recess; |
| 11:49 | Court back in session; Court takes up issue regarding exhibits; |
| 12:00 | Court adjourned. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

7