**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JASON MCGEHEE,** *et al.*                                                                              **PLAINTIFFS**

**v.**                                          **Case No. 4:17-cv-00179 KGB**

**ASA HUTCHINSON,** *et al.*                                                                         **DEFENDANTS**

## ORDER

The parties appeared before the Court for a bench trial in this matter from April 23, 2019, to May 2, 2019. At the close of trial, the parties proposed to submit post-trial briefings to the Court. Based on informal communications with the Court, the parties have agreed to a briefing schedule. Accordingly, plaintiffs' brief may be served and filed on or before May 31, 2019. Defendants' response brief may be served and filed on or before July 1, 2019. Plaintiffs' reply brief may be served and filed within 14 days after service of defendants' response brief. The parties also agree not to extend these briefing deadlines.

It is so ordered, this the 10th day of May, 2019.

_____
Kristine G. Baker
United States District Judge