# IN THE UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF ARKANSAS
# CENTRAL DIVISION

**JASON MCGEHEE,** *et al*.                                                                    **PLAINTIFFS**

**v.**                              **Case No. 4:17-cv-00179 KGB**

**ASA HUTCHINSON,** *et al*.                                                                **DEFENDANTS**

## ORDER

Before the Court is the motion to withdraw attorney Ronald P. Golden as counsel of record for plaintiffs (Dkt. No. 225). For good cause shown, the Court grants the motion. The Court directs the Clerk of Court to terminate Mr. Golden as counsel of record for plaintiffs.

It is so ordered this 28th day of January, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge

1